IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| JSmith Civil LLC | ) | CASE NO. 23-02734-5-JNC |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF NOTICES, PLEADINGS, AND PAPERS**

PLEASE TAKE NOTICE that Jeffrey S. Price hereby files this Notice of Appearance and Request for Service of Notices, Pleadings, Papers, and Orders as counsel to Westfield Insurance Company (the "Westfield") in the above-captioned bankruptcy case of JSmith Civil LLC (the "Debtor"). Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), the undersigned requests that he be added to the Court's matrix in these cases and that all notices given or required to be given in the above-captioned chapter 11 case, or any related adversary proceeding, and all papers served or required to be served in this case, or any related adversary proceeding be given to and served upon the undersigned at the office, address, telephone number, and electronic mail addresses set forth below:

Jeffrey S. Price, Esq.
MANIER & HEROD, P.C.
1201 Demonbreun St., Ste. 900
Nashville, TN 37203
Telephone: (615) 742-9350
Facsimile: (615) 242-4203
jprice@manierherod.com

*Counsel for Westfield Insurance Company*

1

TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, electronic notice, or otherwise which affect the above-captioned Debtor or its property.

TAKE FURTHER NOTICE that the foregoing demand includes any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written, or oral, and whether transmitted or conveyed by mail, deliver, telephone, telegraph, telex, electronic filing, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim or suit waives: (i) in noncore matters and proceedings in which a Bankruptcy Court does not have the power to enter a final order under Article III of the Constitution, the right to have final orders entered only after *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,

**MANIER & HEROD, P.C.**
/s/ Jeffrey S. Price
Jeffrey S. Price (NC Bar No. 42590)
1201 Demonbreun St., Suite 900
Nashville, TN 37203
T: (615) 742-9358
F: (615) 242-4203
jprice@manierherod.com
*Counsel for Westfield Insurance Company*

# CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2023, the foregoing document was served on all parties registered to receive electronic notice in this case via the Court's ECF system.

      /s/ Jeffrey S. Price
      Jeffrey S. Price