# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

| | |
|---|---|
| IN RE: ) ) JSMITH CIVIL, LLC, ) ) DEBTOR. ) ) | CASE NO. 23-02734-5-JNC CHAPTER 11 |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned, S. Marc Buchman, hereby enters a notice of special appearance as attorney for Westfield Insurance Company in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Jeffrey S. Price.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Respectfully submitted,

| | |
|---|---|
| **MANIER & HEROD, P.C.** | **MANIER & HEROD, P.C.** |
| /s/ S. Marc Buchman | /s/ Jeffrey S. Price |
| S. Marc Buchman (AR Bar No. 2020215) | Jeffrey S. Price (NC Bar No. 42590) |
| 1201 Demonbreun St., Suite 900 | 1201 Demonbreun St., Suite 900 |
| Nashville, TN 37203 | Nashville, TN 37203 |
| T: (615) 742-9358 | T: (615) 742-9358 |
| F: (615) 242-4203 | F: (615) 242-4203 |
| mbuchman@manierherod.com | jprice@manierherod.com |
| *Counsel for Westfield Insurance Company* | *Counsel for Westfield Insurance Company* |

## CERTIFICATE OF SERVICE

  I hereby certify that on October 2, 2023, the foregoing document was served on all parties registered to receive electronic notice in this case via the Court's ECF system.

            /s/ Jeffrey S. Price
            Jeffrey S. Price