**SO ORDERED.**

**SIGNED this 3 day of October, 2023.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JSMITH CIVIL, LLC | ) | CASE NO.  23-02734-5-JNC |
| | ) | CHAPTER 11 |
| | ) | |
| DEBTOR | ) | |

**ORDER GRANTING FIRST-CITIZENS BANK AND TRUST COMPANY'S MOTION FOR PRODUCTION OF DOCUMENTS AND EXAMINATION OF THE DEBTOR PURSUANT TO BANKRUPTCY RULE 2004**

This matter came before this Court upon First-Citizens Bank & Trust Company's ("***FCB***"), Motion for Production of Documents and Examination of JSmith Civil, LLC ("***Debtor***") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; and, upon considering the pleading, good cause exists to grant FCB's Motion.  NOW THEREFORE,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** as follows:

1. Jeremy Smith is hereby directed to appear for an oral Rule 2004 examination by FCB on Thursday, November 2, 2023 at 10:00 a.m. at the office of counsel for FCB, Poyner Spruill, 301 Fayetteville Street, Suite 1900, Raleigh, NC 27601, and;

2. On or before Monday, October 16, 2023 at 5:00 p.m., Debtor shall produce to counsel for FCB, Poyner Spruill, Attn: Matthew Weiner, 301 Fayetteville Street, Suite 1900, Raleigh,

NC 27601 (or via email to mweiner@poynerspruill.com) the documents as indicated below, with all capitalized terms having the meanings given to them in the Motion:

1. All Documents and Correspondence between and among the Debtor and Lessees since January 1, 2023, including but not limited to all Documents and Correspondence concerning:

    a. The negotiation of the Lease;

    b. The payment terms of the Leases;

    c. The fair market value of equipment subject to the Leases;

    d. The inclusion or exclusion of equipment from the Leases;

    e. The terms of the options to purchase included in the Leases; and

    f. The closing and execution of the Leases.

2. All Documents and Correspondence relating to the location of the equipment subject to the Leases, including electronic tracking data to the extent available.

3. All Documents and Correspondence regarding any alternative transaction structure discussed between the Debtor and Lessees, including but not limited to purchase and sale of any equipment.

4. All Documents and Correspondence concerning any other contracts, options, understandings or agreements, whether formal or informal, between and among the Debtor and the Lessees other than the Leases.

5. All Documents and Correspondence concerning any occasions or arrangements, other than the Leases, during which the Lessees possessed or used any equipment owned by the Debtor.

6. All Documents and Correspondence regarding financial due diligence performed by the Debtor to evaluate the creditworthiness of the Lessees and their ability to make the payments required under the Leases, including all financial statements, projections and tax returns obtained by the Debtor for such purpose.

7. All Documents and Correspondence between the Debtor and any party other than the Lessees regarding any lease or sale of equipment, or potential leases or sales of equipment, since January 1, 2023.

8. All Documents and Correspondence concerning any and all transfers (whether monetary payments, transfers of assets, or other in-kind consideration) made between the Debtor and either of the Lessees since January 1, 2023, but not limited to deposit slips, checks, withdrawals, bank statements, wire confirmations, or other electronic transfers.

9. All Documents and Correspondence concerning the formation of Civil Contracting on or about March 29, 2023, including:

    a. The status of Matthew P. Jones as an employee of the Debtor and the organizer of Civil Contracting, as listed on its Articles of Organization;

    b. The status of Patti King as an employee of the Debtor and the original registered agent of Civil Contracting, as listed on its Articles of Organization;

    c. The substitution of Matthew P. Jones for Patti King as registered agent of Civil Contracting on or about April 3, 2023; and

    d. Any transfers of money, equipment, contracts, employees or any other assets or personnel between the Debtor and Civil Contracting.

10. All Documents and Correspondence between the Debtor any third-party regarding financing, capitalization or credit support for the benefit of Civil Contracting.

11. All Documents and Correspondence relating to the work performed or to be performed at NCCU School of Business by either the Debtor, Civil Contracting, or by any third party.

12. Identify all former and current employees of the Debtor who have performed, are currently performing, or are scheduled to perform work for the benefit of the Lessees.

13. All Documents and Correspondence relating to former and current employees of the Debtor who have performed, are currently performing, or are scheduled to perform work for the benefit of the Lessees.

**END OF DOCUMENT**