<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>JSmith Civil, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td>23-02734-5</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/17/2023

X _____
Signature of individual signing on behalf of debtor

**Jeremy Smith**
Printed name

**President**
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JSmith Civil, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | **23-02734-5** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bridgepoint Construction Services Attn: Manager, Agent, Officer 600 N. Duke Street Durham, NC 27701** | | | **Contingent Unliquidated Disputed** | | | **$559,484.42** |
| **BridgePoint General Contracting Attn: Manager, Agent, Officer 600 N. Duke Street Durham, NC 27701** | | | **Contingent Unliquidated Disputed** | | | **$559,484.42** |
| **Bullington Construction Inc Attn: Manager, Agent, Officer 164 American Drive Oakboro, NC 28129** | | | **Disputed** | | | **$189,042.69** |
| **Capital City Curb & Gutter, LLC Attn: Manager, Agent, Officer 2607 Leighton Ridge Drive Wake Forest, NC 27587** | | | **Disputed** | | | **$187,350.26** |
| **Copperhead Cove Marine, Inc. Attn: Manager, Agent, Officer 2971 Vicky Drive Dillon, SC 29536** | | | **Disputed** | | | **$140,242.16** |

| Debtor | JSmith Civil, LLC | Case number *(if known)* | 23-02734-5 |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| David McConnell White<br>1520 Crenshaw Point<br>Wake Forest, NC 27587 | | | Contingent<br>Unliquidated<br>Disputed | | | $559,484.42 |
| Eastern NC Underground Inc<br>Attn: Manager, Agent, Officer<br>96 Red Angus Drive<br>Smithfield, NC 27577 | | | Disputed | | | $194,072.00 |
| First Citizens Bank<br>Attn: Manager, Agent, Officer<br>PO Box 63068<br>Charlotte, NC 28263-3068 | | | Disputed | | | $131,265.03 |
| Fulcher Electric of Fayetteville<br>Attn: Manager, Agent, Officer<br>PO Box 2799<br>Fayetteville, NC 28302 | | | Disputed | | | $155,154.00 |
| Gomez & Sons Construction, LLC<br>Attn: Manager, Agent, Officer<br>375 Madison Avenue<br>Princeton, NC 27569 | | | Disputed | | | $204,825.50 |
| Martin Marietta<br>Attn: Manager, Agent, Officer<br>PO Box 935043<br>Atlanta, GA 31193-5043 | | | Disputed | | | $153,369.52 |
| Oldcastle Precast Inc.<br>Attn: Manager, Agent, Officer<br>PO Box 402721<br>Atlanta, GA 30384-2721 | | | Disputed | | | $1,435,824.98 |
| Ruston Paving Company, Inc.<br>Attn: Manager, Agent, Officer<br>3874 South Alston Ave, Ste. 101<br>Durham, NC 27713 | | | Disputed | | | $201,976.42 |

| Debtor | JSmith Civil, LLC | Case number *(if known)* | 23-02734-5 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| S.T. Wooten Corporation Attn: Manager, Agent, Officer PO Box 2408 Wilson, NC 27893 | | Construction Services (U.S. Highway 117 Project) | Disputed | | | $246,537.01 |
| Shelley McPhatter 1520 Crenshaw Point Wake Forest, NC 27587 | | | Contingent Unliquidated Disputed | | | $559,484.42 |
| Smith-Rowe, LLC Attn: Manager, Agent, Officer 639 Old US 52 South Mount Airy, NC 27030 | | | Disputed | | | $178,959.27 |
| Synergi Partners Inc. Attn: Manager, Agent, Officer PO Box 5599 Florence, SC 29502-5599 | | | Disputed | | | $279,964.92 |
| Vertical Walls, Inc. Attn: Manager, Agent, Officer 710 W. Lane Street Raleigh, NC 27603 | | | Disputed | | | $331,887.80 |
| Vortex Drainage Systems, LLC Attn: Manager, Agent, Officer 1113 Fairview Street Durham, NC 27707 | | | Disputed | | | $727,490.32 |
| Westfield Insurance Company Attn: Manager, Agent, Officer PO Box 5001 Westfield Center, OH 44251 | | Indemnification Agreement - See UCC Financing Statement | Contingent Unliquidated Disputed | $11,594,051.41 | $0.00 | $11,594,051.41 |

**Fill in this information to identify the case:**

Debtor name **JSmith Civil, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **23-02734-5**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................... $         **18,930.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................... $         **8,889,428.15**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................. $         **8,908,358.15**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **22,956,867.55**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................ $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$     **10,504,727.14**

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b      $     **33,461,594.69**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JSmith Civil, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **23-02734-5** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Citizens Bank** | **Operating Account** | **4606** | $0.00 |
| 3.2. | **First Citizens Bank** | **Payroll Account** | **4614** | $8,260.90 |
| 3.3. | **Wells Fargo Bank** | **Payroll Account** | **2269** | $10,401.69 |
| 3.4. | **Wells Fargo Bank** | **Checking** | **4844** | $5,314.64 |
| 3.5. | **Applied Bank** | **Checking** | **7552** | $313,500.85 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $337,478.08 |
|---|---|

### Part 2:    Deposits and Prepayments

| Debtor | **JSmith Civil, LLC** | Case number *(If known)* **23-02734-5** |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.     **Windle Terry Bimbo Construction Law Retainer**     **$107,296.86**

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.     **Second Wind Consultants, Inc.**
    **Prepayment under Business Consulting Agreement**     **$247,000.00**

**9.**     **Total of Part 2.**     **$254,296.86**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

11a. 90 days old or less:     **0.00**  -  **0.00** = ....     **$0.00**
            face amount                  doubtful or uncollectible accounts

**12.**     **Total of Part 3.**     **$0.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **JSmith Civil, LLC** | Case number *(If known)* **23-02734-5** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture, Desks, Fixtures, and Appliances** | $0.00 | | $20,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, Monitors, Electronics, Printers, Scanners, and other Office Equipment** | $0.00 | | $10,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $30,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **SEE ATTACHED EXHIBIT A** | $0.00 | | $2,097,500.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **SEE ATTACHED EXHIBIT B** | $0.00 | | $5,696,946.20 |

| Debtor | **JSmith Civil, LLC** | | Case number *(If known)* **23-02734-5** |
|---|---|---|---|
| | Name | | |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$7,794,446.20

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **28.27 +/- Acres - Belfast Road, Pikeville NC**<br>**BK 3520-PG557** | | $0.00 | Tax Value | $10,690.00 |
| 55.2.  **4.28 +/- Acres - Carolina Commerce Drive, Pikeville NC**<br>**BK 3520-PG 560** | | $0.00 | Tax Value | $7,420.00 |
| 55.3.  **5.45 +/- Acres - Belfast Road (Rear), Pikeville NC**<br>**BK 3837 -PG 499** | | $0.00 | Tax Value | $820.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$18,930.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

Debtor   **JSmith Civil, LLC**
Name

Case number *(If known)* **23-02734-5**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) |  |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. **Interests in insurance policies or annuities** |  |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. **Trusts, equitable or future interests in property** |  |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Earned Income Tax Credit from Internal Revenue Service** | $1,094,981.95 |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| $1,094,981.95 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **JSmith Civil, LLC**                                        Case number *(If known)*  **23-02734-5**
          Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $337,478.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $387,296.86 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,794,446.20 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $18,930.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,094,981.95 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,889,428.15 | + 91b. $18,930.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,908,358.15 |

JSMITH CIVIL, LLC
BKCY CASE NO. 23-02734-5-JNC
EXHIBIT A TO SCHEDULE A/B

| Equipment Code | Description | VIN/Serial # | Year | Make | Type | Model | Miles | Lienholder | Lien Amount | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 113.001 | Chevrolet Traverse | 1GNEVKKW6JJ103642 | 2018 | Chevrolet | SUV | Traverse | 102,000 | Truist Equipment Finance Corp. | $923,377.97 | $12,000.00 |
| 151.001 | Kenworth W900L | 1NKWGGGG30J439252 | 2014 | Kenworth | Haul Truck | W900L | 412,500 | First-Citizens Bank & Trust Company | $44,911.17 | $75,000.00 |
| 155.011 | L250T Leeboy Tack Trailer | 250-163856 | 2017 | Leeboy | Tac Trailer | | | N/A | $0.00 | $9,000.00 |
| 155.006 | Prol Trailer | 55PTD2323W700151 | 2014 | | Trailer | | | N/A | $0.00 | $3,000.00 |
| 155.010 | Explorer Enclosed Trailer | 4D6EB128265A018792 | 2005 | Explorer | Trailer | | | N/A | $0.00 | $6,000.00 |
| 155.018 | PJ TJT2082 Tilt Equipment Trailer | 4P5TJ2027M3050055 | 2021 | PJ | Trailer | | | N/A | $0.00 | $4,000.00 |
| 155.020 | Carry -on/ Patriot Tilt-bed Trailer | 4YMBU2229MG110223 | 2021 | Patriot | Trailer | | | N/A | $0.00 | $4,200.00 |
| 155.022 | Trailer | 4YMBU2027MG089490 | 2021 | PATRIOT CARRY ON | Trailer | | | N/A | $0.00 | $4,200.00 |
| 155.002 | Talbert Lowboy Trailer | 40FSK664671026121 | 2007 | Talbert | Trailer Lowboy | | | N/A | $0.00 | $20,000.00 |
| 121.003 | Chevrolet Silverado 1500 | 3GCPCREC0JG223956 | 2019 | Chevrolet | Truck | Silverado | 154,802 | First-Citizens Bank & Trust Company | $7,524,385.55 | $15,000.00 |
| 121.005 | Chevrolet Silverado 1500 | 1GCPCNEC1HF193533 | 2017 | Chevrolet | Truck | Silverado | 158,659 | First-Citizens Bank & Trust Company | $7,524,385.55 | $11,000.00 |
| 121.006 | Chevrolet Silverado 1500 | 3GCPCREC8JG623196 | 2018 | Chevrolet | Truck | Silverado | 77,627 | Truist Equipment Finance Corp. | $923,377.97 | $12,500.00 |
| 121.007 | Chevrolet Silverado 1500 | 3GCPCREC0JG644589 | 2018 | Chevrolet | Truck | Silverado | 133,957 | First-Citizens Bank & Trust Company | $7,524,385.55 | $16,000.00 |
| 121.008 | Ram Tradesman 1500 Ext Cab | 1C6RR6FG3MS534003 | 2021 | RAM | | 1500 | 36,779 | First-Citizens Bank & Trust Company | $175,452.00 | $14,000.00 |
| 123.004 | GMC Sierra 1500 | 1GTR2UEA7BZ191473 | 2011 | GMC | Truck | Sierra 1500 | 242184 | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 123.005 | Chevrolet Silverado 1500 | 3GCPKSEA5DG291831 | 2013 | Chevrolet | Truck | Silverado 1500 | 269507 | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 123.007 | Chevrolet Silverado 1500 | 3GCUYDED1LG265278 | 2020 | Chevrolet | Truck | Silverado | 129,052 | Ally Financial, Inc. | $19,773.77 | $20,000.00 |
| 123.011 | Ram 1500 CREW | 1C6SRFFT9MN567939 | 2021 | Dodge | Truck | Ram 1500 | 91,519 | First-Citizens Bank & Trust Company | $23,412.14 | $23,000.00 |
| 126.003 | GMC Sierra 2500 | 1GT11REG5GF111680 | 2016 | GMC | Truck | Sierra 2500 | 219346 | N/A | $0.00 | $10,000.00 |
| 126.006 | Chevrolet Silverado HD Crew 2500 | 1GC1CREG7KF187646 | 2019 | Chevrolet | Truck | Silverado | 165,933 | First-Citizens Bank & Trust Company | $79,805.26 | $25,000.00 |
| 127.001 | Chevrolet Silverado 2500 | 1GC1KUEG8GF289440 | 2016 | Chevrolet | Truck | 2500 | 240956 | N/A | $0.00 | $7,500.00 |
| 127.002 | Chevrolet Silverado 2500 | 1GB1KUEG1GF226197 | 2016 | Chevrolet | Truck | 2500 | 244157 | N/A | $0.00 | $7,500.00 |
| 127.005 | Ram 2500 | 3C6UR5FL6JG224433 | 2018 | Dodge | Truck | Ram 2500 | 196,135 | First-Citizens Bank & Trust Company | $79,805.26 | $25,000.00 |
| 127.011 | Ram 2500 | 3C6UR5HJ3LG309468 | 2020 | Dodge | Truck | Ram 2500 | 111,648 | First-Citizens Bank & Trust Company | $25,148.23 | $20,000.00 |
| 128.002 | Chevrolet Silverado 3500 | 1GB4KYC80GF280168 | 2016 | Chevrolet | Truck | Silverado | 135,396 | First-Citizens Bank & Trust Company | $22,246.92 | $20,000.00 |
| 129.001 | Dodge Ram 4500 | 3C7WRKFL4G5116937 | 2016 | Dodge | Truck | Ram 4500 | 240308 | N/A | $0.00 | $25,000.00 |
| 131.001 | Dodge Ram 4500 | 3C7WRKFLXGG387985 | 2016 | Dodge | Truck | Ram 4500 | 243,500 | First-Citizens Bank & Trust Company | $7,524,385.55 | $25,000.00 |
| 127.014 | Chevrolet 2500HD | 1GC4YPEY7LF118811 | 2020 | Chevrolet | Truck | 2500 | | Truist Equipment Finance Corp. | $79,805.26 | $40,000.00 |
| 149.001 | GMC C6500 Dump Truck | 1GDJ7H1P7WJ505543 | 1998 | GMC | Dump Truck Single-Axle | C6500 | | First-Citizens Bank & Trust Company | $7,524,385.55 | $10,000.00 |
| 113.004 | GMC Acadia | 1GKKNMLS1LZ166028 | 2020 | GMC | SUV | Acadia | 30,000 | Truist Equipment Finance Corp. | $923,377.97 | $15,000.00 |
| 155.025 | Vaccum Trailer | 7NWH19A68PK050208 | 2023 | Vactron | Vaccum Trailer | LP873SDT | | Wells Fargo Bank, N.A. d/b/a Wells Fargo Equipment Finance | $106,661.58 | $100,000.00 |
| 151.002 | Kenworth | 1NKWGGGG80J255067 | 2018 | Kenworth | Truck Haul | W900L | 244,500 | PNC Equipment Finance | $30,512.37 | $80,000.00 |
| 123.017 | Dodge Ram 1500 4x4 Crew Cab | 1C6SRFFT3MN685730 | 2021 | Dodge | Truck | 1500 | 34,218 | First-Citizens Bank & Trust Company | $176,670.61 | $32,500.00 |
| 155.014 | Carhauler Load Trailer | 4ZECH2024N1182765 | 2019 | | Trailer | | | N/A | $0.00 | $4,200.00 |
| 126.005 | Chevrolet Silverado 2500 | 1GC4WLE72LF162205 | 2019 | Chevrolet | Truck | Silverado 2500 | 95,249 | Truist Equipment Finance Corp. | $923,377.97 | $21,000.00 |
| 127.006 | Dodge Ram 4500 Truck | 3C7WRLFL1JG375673 | 2018 | Ram | Truck | RAM 4500 | 146,908 | First-Citizens Bank & Trust Company | $79,805.26 | $40,000.00 |
| 127.007 | GMC Sierra 2500 HD Truck | 1GT12NEY7KF221475 | 2019 | GMC | Truck | RAM 2500 | 134255 | First-Citizens Bank & Trust Company | $79,805.26 | $20,000.00 |
| 127.009 | Dodge Ram 2500 Crew Cab Truck | 3C6UR5HJ8LG192101 | 2020 | Dodge | Truck | RAM 2500 | 68,837 | First-Citizens Bank & Trust Company | $22,037.03 | $27,500.00 |
| 127.010 | Dodge Ram 2500 Truck | 3C6UR5CLXLG269155 | 2020 | Dodge | Truck | RAM 2500 | 96,396 | First-Citizens Bank & Trust Company | $27,849.96 | $30,000.00 |
| 127.012 | Dodge Ram 2500 CREW | 3C6UR5HJ2MG533252 | 2021 | Dodge | Truck | RAM 2500 | 76,680 | First-Citizens Bank & Trust Company | $176,670.61 | $35,000.00 |
| 128.001 | Chevrolet Silverado 3500 | 1GB4CYCY0HF156366 | 2017 | Chevrolet | Truck | Silverado 3500 | 163,028 | First-Citizens Bank & Trust Company | $923,377.97 | $30,000.00 |
| 113.008 | Jeep Wrangler | 1J4GB39128L517875 | 2008 | Jeep | Truck Jeep | Jeep Wrangler | 240000 | N/A | $0.00 | $7,200.00 |
| 113.005 | Chevrolet Equinox | 3GNAXKEV0LS713761 | 2020 | Chevrolet | Truck SUV | Equinox | 21198 | N/A | $0.00 | $12,000.00 |
| 161.002 | Ford F-350 | 1FT8W3DTXCEC88097 | 2012 | Ford | Truck Mechanics | F-350 | 303,968 | PNC Equipment Finance | $3,475.62 | $20,000.00 |
| 155.023 | MOT Trailer | 5VGFB2029NL008848 | 2022 | Kauffamn | Trailer | | | N/A | $0.00 | $6,000.00 |
| 123.009 | Dodge Ram 1500 CREW | 1C6SRFFT6LN358026 | 2020 | Dodge | Truck | RAM 1500 | 67,000 | First-Citizens Bank & Trust Company | $22,101.97 | $20,000.00 |
| 123.014 | Dodge Ram 1500 Crew Cab 4X4 | 1C6SRFFT8MN566913 | 2021 | Dodge | Truck | RAM 1500 | 27,198 | First-Citizens Bank & Trust Company | $176,670.61 | $30,000.00 |
| 123.015 | Dodge Ram Tradesman 1500 Crew Cab | 1C6RR7FG9MS507863 | 2021 | Dodge | Truck | RAM 1500 | 38,138 | First-Citizens Bank & Trust Company | $176,670.61 | $25,000.00 |
| 123.016 | Dodge Ram 1500 4X4 Crew Cab | 1C6SRFFT2MN636986 | 2021 | Chevrolet | Truck | RAM 1500 | 55,635 | First-Citizens Bank & Trust Company | $176,670.61 | $35,000.00 |
| 127.013 | Dodge Ram Tradesman 2500 4X4 | 3C6UR5HJ8MG556020 | 2021 | Dodge | Truck | Ram 2500 | 59,065 | First-Citizens Bank & Trust Company | $176,670.61 | $35,000.00 |
| 161.001 | International 4400 | 1HTMKAAN35H113383 | 2005 | International | Truck Mechanics | 4400 | 420441 | First-Citizens Bank & Trust Company | $7,524,385.55 | $12,000.00 |
| 138.001 | Water Truck | 1FVACXDT8DHBZ3585 | 2013 | Freightliner | Truck Water | M2-106 | 19,461 | First-Citizens Bank & Trust Company | $28,333.12 | $50,000.00 |
| 155.019 | PJ 16K Tilt Eq trailer | 4P5TJ2020L304141B | 2020 | PJ | Trailer | | | N/A | $0.00 | $5,000.00 |
| 155.024 | MOT Trailer | 5VGFB2028NL008856 | 2022 | Kauffamn | Trailer | | | N/A | $0.00 | $6,000.00 |
| 155.026 | Deckover trailer | 1XNBE2026N2024281 | | | Trailer | | | N/A | $0.00 | $4,200.00 |
| 155.013 | XL Lowboy Trailer w/ Stinger Axle | 4U3J05336HL016596 | 2017 | | Trailer Lowboy | | N/A | PNC Equipment Finance | $6,770.05 | $40,000.00 |
| 121.002 | Chevrolet Silverado 1500 | 3GCPCREC4JG177127 | 2018 | Chevrolet | Truck | Silverado | 125,184 | Citizens One Auto Finance | $6,520.76 | $15,000.00 |
| 123.001 | Chevrolet Silverado 1500 | 3GCUKRECXHG203200 | 2017 | Chevrolet | Truck | Silverado | 230,898 | N/A | $0.00 | $15,000.00 |
| 123.002 | Chevrolet Silverado 1500 | 3GCUYAEF5KG100591 | 2020 | Chevrolet | Truck | Silverado | 98,497 | Truist Equipment Finance Corp. | $923,377.97 | $20,000.00 |
| 123.003 | Chevrolet Silverado 1500 | 3GCUKREC4JG158907 | 2018 | Chevrolet | Truck | Silverado | 210,509 | First-Citizens Bank & Trust Company | $7,524,385.55 | $12,000.00 |
| 123.006 | Chevrolet Silverado 1500 | 3GCUYGEL1KG306824 | 2019 | Chevrolet | Truck | Silverado | 85,880 | First-Citizens Bank & Trust Company | $79,805.26 | $22,000.00 |
| 123.012 | Dodge Ram 1500 Big Horn 4X4 | 1C6SRFFT5MN567498 | 2021 | Dodge | Truck | Ram 1500 | 70,370 | First-Citizens Bank & Trust Company | $26,349.45 | $20,000.00 |
| 127.003 | Chevrolet Silverado 2500 HD | 1GC4YNE72LF101121 | 2020 | Chevrolet | Truck | Silverado 2500 | 133,726 | PNC Equipment Finance | $15,816.64 | $25,000.00 |
| 127.008 | Ford Super Duty F-250 | 1FT7W2BN3LED29476 | 2020 | Ford | Truck | F-250 | 94,053 | Ally Financial, Inc. | $24,858.32 | $25,000.00 |
| 128.004 | Dodge Ram 3500 | 3C7WRTCLXLG145198 | 2020 | Dodge | Truck | Ram 3500 | 74,151 | Ally Financial, Inc. | $31,012.85 | $32,000.00 |
| 129.002 | Dodge Ram 4500 | 3C7WRKFL8HG520468 | 2017 | Ram | Truck | Ram 4500 | 201,348 | First-Citizens Bank & Trust Company | $7,524,385.55 | $22,000.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 129.003 | Ford 450 Super Duty | 1FDOW4GT3HED28299 | 2017 | Ford | Truck | F-450 | 200,118 | Wells Fargo Dealer Services, Inc. | $5,833.14 | $20,000.00 |
| 129.004 | Dodge Ram 4500 | 3C7WRLFL1JG185873 | 2018 | Dodge | Truck | Ram 4500 | 162,810 | First-Citizens Bank & Trust Company | $7,524,385.55 | $25,000.00 |
| 161.003 | Dodge Ram 5500 Mechanic/Lube Truck | 3C7WRNBLXKG664683 | 2019 | Dodge | Truck Mechanics | 5500 | 63,030 | Truist Equipment Finance Corp. | $923,377.97 | $70,000.00 |
| 161.004 | Dodge Ram 5500 Mechanics Truck | 3C7WRNBL1KG664684 | 2019 | Dodge | Truck Mechanics | 5500 | 66,356 | Truist Equipment Finance Corp. | $923,377.97 | $65,000.00 |
| 113.003 | Chevrolet Equinox | 3GNAXHEV7KS643760 | 2019 | Chevrolet | Truck SUV | Equinox | | First-Citizens Bank & Trust Company | $7,524,385.55 | $12,000.00 |
| 138.002 | Ford F750 Water Truck | 3FRXF7FA7DV026455 | 2013 | Ford 750 | Truck Water | F-750 | 5,943 | Truist Equipment Finance Corp. | $923,377.97 | $27,500.00 |
| 138.003 | Freightliner Water Truck | 1FVACXDT1EHFR6986 | 2014 | Freightliner | Truck Water | M2-106 | 20,034 | Truist Equipment Finance Corp. | $923,377.97 | $32,500.00 |
| 127.018 | Dodge Ram 2500 Tradesman 4X4 CC Truck | 3C6UR5HJ0MG647718 | 2021 | Dodge | Truck | Ram 2500 | - | Enterprise Fleet Management, Inc. | $18,735.47 | $20,000.00 |
| 127.022 | Dodge Ram 2500 Tradesman 4X4 CC Truck | 3C6UR5HJ4MG647639 | 2021 | Dodge | Truck | Ram 2500 | - | Enterprise Fleet Management, Inc. | $18,768.95 | $20,000.00 |
| 127.019 | Dodge Ram 2500 Truck | 3C6UR5J8MG647721 | 2021 | Dodge | Truck | Ram 2500 | - | Enterprise Fleet Management, Inc. | $20,978.89 | $25,000.00 |
| 127.015 | Dodge Ram 2500 Tradesman 4X4 CC Truck | 3C6UR5J8MG647722 | 2021 | Dodge | Truck | Ram 2500 | - | Enterprise Fleet Management, Inc. | $20,772.49 | $25,000.00 |
| 123.018 | Dodge Ram 1500 Truck** | 1C6SRFFT9MN764741 | 2021 | Dodge | Truck | Ram 1500 | 80,795 | Enterprise Fleet Management, Inc. | $23,029.25 | $20,000.00 |
| 127.023 | Dodge Ram 2500 Truck | 3C6UR5HJ5NG129878 | 2021 | Dodge | Truck | Ram 2500 | 107,270 | Enterprise Fleet Management, Inc. | $20,000.00 | $25,000.00 |
| 126.008 | Dodge Ram 2500 Truck** | 3C6UR4CJ0NG200776 | 2022 | Dodge | Truck | Ram 2500 | 27,644 | Enterprise Fleet Management, Inc. | $25,992.74 | $30,000.00 |
| 127.025 | Dodge Ram 2500 Truck | 3C6UR5JL3NG272520 | 2022 | Dodge | Truck | Ram 2500 | 32,092 | Enterprise Fleet Management, Inc. | $30,000.00 | $30,000.00 |
| 127.026 | Dodge Ram 2500 Truck | 3C6UR5JL1NG272578 | 2022 | Dodge | Truck | Ram 2500 | - | Enterprise Fleet Management, Inc. | $37,837.61 | $35,000.00 |
| 127.027 | Dodge Ram Big Horn 2500 Truck** | 3C6UR5DL9NG272663 | 2022 | Dodge | Truck | Ram 2500 | 50,037 | Enterprise Fleet Management, Inc. | $39,214.87 | $40,000.00 |
| | Dodge Ram 2500 Truck | 3C6UR5DL9NG272664 | 2022 | Dodge | Truck | Ram 2500 | 50,037 | Enterprise Fleet Management, Inc. | $36,324.52 | $45,000.00 |
| 128.005 | Dodge Ram 3500 Truck | 3C63R3GL6NG206827 | 2022 | Dodge | Truck | Ram 3500 | - | Enterprise Fleet Management, Inc. | $38,792.40 | $45,000.00 |
| 128.004 | Dodge Ram 3500 Truck** | 3C63R3GL6NG206826 | 2022 | Dodge | Truck | Ram 3500 | 38,114 | Enterprise Fleet Management, Inc. | $40,903.13 | $56,000.00 |

**TOTAL   $2,097,500.00**

** VEHICLES WERE SOLD POST-PETITION, WITHOUT THE KNOWLEDGE, CONSENT OR APPROVAL OF THE DEBTOR AND IN VIOLATION OF THE AUTOMATIC STAY,
BY ENTERPRISE FLEET MANAGEMENT, INC.:

| JSC EQUIPMENT CODE | SALE DATE | SALE PRICE |
|---|---|---|
| 128.004 | 9/25/2023 | $56,000.00 |
| 123.018 | 10/3/2023 | Unknown |
| 127.027 | 10/3/2023 | Unknown |
| 126.008 | 10/6/2023 | Unknown |

| Equipment Code | Description | VIN/Serial No. | Make | Type | Model | Year | Miles/Hours | First Lienholder/Secured Creditor | Lien Amount | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 172.001 | CAT D3K2LGP Dozer | KLL00129 | Caterpillar | Dozer | D3K2 LGP | 2012 | 7583 | First-Citizens Bank & Trust Company | $7,524,385.55 | $40,000.00 |
| 172.002 | CAT D3GLGP Dozer | CAT00D3GKCFF00678 | Caterpillar | Dozer | D3G LGP | 2003 | 3026 | First-Citizens Bank & Trust Company | $7,524,385.55 | $20,000.00 |
| 174.001 | CAT D5K2 Dozer w/ GPS | KY207356 | Caterpillar | Dozer | D5K2LGP | 2019 | 3376 | Caterpillar Financial Services Corporation | $31,375.08 | $125,000.00 |
| 175.001 | CAT Dozer D6K2LGP W/GPS | EL703096 | Caterpillar | Dozer | D6K2LGP | 2019 | 3267 | Truist Equipment Finance Corp. | $117,491.00 | $134,040.00 |
| 175.002 | CAT Dozer D6K2LGP W/GPS | EL703523 | Caterpillar | Dozer | D6K2LGP | 2020 | 2720 | First-Citizens Bank & Trust Company | $923,377.97 | $175,000.00 |
| 175.003 | CAT Dozer D6K2 | EL700485 | Caterpillar | Dozer | D6K2LGP | 2019 | 3319 | Caterpillar Financial Services Corporation | $117,491.00 | $135,599.40 |
| 190.001 | Hyundai HL740 Loader | HHKHLN06KE0000045 | Hyundai | Loader | HL740TM-9A | 2012 | 5495 | First-Citizens Bank & Trust Company | $7,524,385.55 | $20,000.00 |
| 190.002 | Hyundai HL740 Loader | HHKHLN06VF0000164 | Hyundai | Loader | HL740TM-9A | 2015 | 4938 | First-Citizens Bank & Trust Company | $7,524,385.55 | $20,000.00 |
| 192.001 | Hyundai HL940 Loader | HHKHW401HH0000081 | Hyundai | Loader | HL940 | 2017 | 2904 | First-Citizens Bank & Trust Company | $7,524,385.55 | $35,000.00 |
| 192.002 | Hyundai HL940 Loader | HHKHW401VJ0000194 | Hyundai | Loader | HL940 | 2018 | 2646 | First-Citizens Bank & Trust Company | $7,524,385.55 | $45,000.00 |
| 197.001 | John Deere 310 Backhoe | 197768 | John Deere | Backhoe | 310 | | 3769 | First-Citizens Bank & Trust Company | $79,805.00 | $22,000.00 |
| 201.001 | Yanmar SV100-2B Excavator | 2A169 | Yanmar | Excavator | SV100-2B | 2015 | 5975 | First-Citizens Bank & Trust Company | $7,524,385.55 | $35,000.00 |
| 201.003 | Hyundai HX60 Excavator | HHKHML04KG0000534 | Hyundai | Excavator | HX60 | 2016 | 4348 | First-Citizens Bank & Trust Company | $7,524,385.55 | $20,000.00 |
| 201.003 | Hyundai R60 Excavator | HHKHML04JG0000535 | Hyundai | Excavator | R60CR-9A | 2016 | 4058 | First-Citizens Bank & Trust Company | $7,524,385.55 | $21,000.00 |
| 201.004 | Yanmar VIO55-6A Excavator | YMRV1055VKAJAG235 | Hyundai | Excavator | VIO55-6A | 2019 | 3204 | First-Citizens Bank & Trust Company | $18,244.00 | $20,000.00 |
| 202.001 | Hyundai HX145 Excavator | HHKHZ408JG0000027 | Hyundai | Excavator | HX145 | 2013 | 7061 | First-Citizens Bank & Trust Company | $7,524,385.55 | $12,500.00 |
| 202.002 | Hyundai R140 Excavator | HHKHZ409KF0000499 | Hyundai | Excavator | R140LC-9A | 2015 | 5600 | First-Citizens Bank & Trust Company | $7,524,385.55 | $19,500.00 |
| 206.001 | Hyundai HX220Excavator | HHKHZ610JE0000210 | Hyundai | Excavator | R220LC-9A | 2014 | 6746 | First-Citizens Bank & Trust Company | $7,524,385.55 | $10,000.00 |
| 206.002 | Hyundai HX220 Excavator | HHKHK601TG0000124 | Hyundai | Excavator | HX220L | 2016 | 6153 | First-Citizens Bank & Trust Company | $7,524,385.55 | $30,000.00 |
| 206.004 | Hyundai HX220 Excavator | HHKHK601VG0000244 | Hyundai | Excavator | HX220L | 2016 | 5669 | First-Citizens Bank & Trust Company | $7,524,385.55 | $32,500.00 |
| 206.006 | Hyundai HX220 Excavator | HHKHK601VH0000715 | Hyundai | Excavator | HX220 | 2018 | 4636 | First-Citizens Bank & Trust Company | $7,524,385.55 | $42,500.00 |
| 206.007 | Hyundai HX220 Excavator | HHKHK601VH0000682 | Hyundai | Excavator | HX220 | 2018 | 3582 | First-Citizens Bank & Trust Company | $7,524,385.55 | $40,000.00 |
| 212.005 | Hyundai R380 Excavator | HHKHZA03CD0000019 | Hyundai | Excavator | R380LC-9A | 2014 | 6767 | First-Citizens Bank & Trust Company | $7,524,385.55 | $45,000.00 |
| 230.003 | Bell Off Road Truck 25 T | B93A625ET02007290 | Bell | Offroad Truck | B25E | 2015 | | PNC Equipment Finance | $23,169.38 | $90,000.00 |
| 230.004 | Volvo A25C Off Road Truck | 5350V8663 | Volvo | Off Road Water Truck | A25C | 1994 | 11932 | First-Citizens Bank & Trust Company | $7,524,385.55 | $30,000.00 |
| 230.007 | John Deere Off Road Truck | 1DW310EXAJF685855 | John Deere | Off Road Truck | | 2018 | 4721 | First-Citizens Bank & Trust Company | $356,960.07 | $130,000.00 |
| 240.001 | Hyundai HR70C-9 Roller | 2501231E117455 | Hyundai | Roller | HR70C-9 | 2016 | 558 | First Citizens Bank & Trust Company | $7,524,385.55 | $21,000.00 |
| 240.002 | Hyundai HR30T-9 Roller | 36003110E119515 | Hyundai | Roller | HR30T-9 | 2016 | 1586 | First-Citizens Bank & Trust Company | $7,524,385.55 | $7,000.00 |
| 242.001 | Hyundai 120C-9 Roller | 26012311E117380 | Hyundai | Roller | HR120C-9 | 2015 | 541 | First Citizens Bank & Trust Company | $7,524,385.55 | $12,000.00 |
| 242.003 | Hyundai 120C-9 Roller | 26012311E117581 | Hyundai | Roller | HR120C-9 | 2016 | 1890 | First Citizens Bank & Trust Company | $7,524,385.55 | $18,000.00 |
| 242.003 | Hyundai 120C-9 Roller | 26012441E120271 | Hyundai | Roller | HR120C-9 | 2019 | 1984 | Bank of the West | $29,660.99 | $15,000.00 |
| 242.004 | Sakai SV544T 84" SF roller with SD kit | 3SV56-10414 | Sakai | Roller | SV544T 84" | 2020 | 646 | First-Citizens Bank & Trust Company | $176,570.00 | $60,000.00 |
| 242.005 | Sakai SV544T 84" SF roller with SD kit | 3SV56-10399 | Sakai | Roller | SV544T | 2020 | 986 | Truist Equipment Finance Corp. | $176,570.00 | $60,000.00 |
| 250.001 | Massey Ferguson Tractor | AGCMC040CGS032009 | Massey Ferguson | Tractor | 4707 | 2017 | 1631 | First-Citizens Bank & Trust Company | $7,524,385.55 | $12,500.00 |
| 253.001 | Sweeper Broom Tractor | 033306 | | Broom Tractor | BHC | 2011 | 1453 | Truist Equipment Finance Corp. | $7,524,385.55 | $9,175.20 |
| 253.002 | Broce Sweeper Broom Tractor | 304544 | Broce | Broom Tractor | BB-2502 | 2013 | 358 | Truist Equipment Finance Corp. | $923,377.97 | $7,500.00 |
| 253.003 | Kubota Broom Tractor w/Box Blade | 42770 | Kubota | Broom Tractor | L4760HSTC | 2020 | 812 | Bank of the West Bundle (253.003/253.004) | $69,209.00 | $20,000.00 |
| 253.004 | Kubota Broom Tractor w/Box Blade | KBUL5CHCKK6G42700 | Kubota | Broom Tractor | L4760HSTC | | 284 | Bank of the West Bundle (253.003/253.004) | $69,209.00 | $20,000.00 |
| 253.005 | John Deere Broom Tractor | 1LV405ZRJGG400467 | John Deere | Broom Tractor | 4052R | | 2452 | First-Citizens Bank & Trust Company | $7,524,385.55 | $20,000.00 |
| 253.006 | Sweeper Ride on 8' Windrow 3 Wheel | 35790 | Lay-Mor | Broom Tractor | SM300 | 2015 | 681 | First-Citizens Bank & Trust Company | $7,524,385.55 | $10,000.00 |
| 253.007 | Sweeper Ride on 8' Windrow 3 Wheel | 35684 | Lay-Mor | Broom Tractor | SM300 | 2015 | 537 | First-Citizens Bank & Trust Company | $7,524,385.55 | $10,000.00 |
| 282.001 | Connex Container | RX1900108 | Connex | Container | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 282.003 | Connex Container | IPXU3453103 / SEA22G1 | Connex | Container | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 282.004 | Connex Misc. | PSXU200231G-9 | Connex | Container | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 282.005 | Connex 40' Container | FSCU4526944 | Connex | Container | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $3,000.00 |
| 282.006 | Connex Container | MEDU4222400 | Connex | Container | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 500.001 | LeeBoy | 8515E | 8515-163854 | Paver | | 2017 | 1483 | First-Citizens Bank & Trust Company | $7,524,385.55 | $40,000.00 |
| 704.002 | Polaris UTV | RZ9500042 | Polaris | UTV | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 704.004 | EZ-GO UTV | 5000610853 | EZ-GO | UTV | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $3,000.00 |
| 706.001 | Light Tower | B001544 | | Light Tower | | | 8114 | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,989.00 |
| 706.002 | Light Tower | 5AJLS161XBB009079 | Magnum Power | Light Tower | | 2011 | 48829 | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,000.00 |
| 706.003 | Light Tower | 1203089 | Magnum Power | Light Tower | | 2012 | 7256 | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,000.00 |
| 706.004 | Light Tower | | | Light Tower | | | 3555 | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,000.00 |
| 706.005 | Light Tower | 5XFLN0517DN003658 | Wacker Neuson | Light Tower | | 2013 | 4600 | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,500.00 |
| 706.007 | Light Tower | 5XFLN0512EN001351 | Wacker Neuson | Light Tower | | 2014 | 3342 | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,500.00 |
| 706.008 | Light Tower | 5XFLN0515EN003160 | Wacker Neuson | Light Tower | | 2014 | 3180 | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,500.00 |
| 706.009 | Light Tower | 5AJLS1412FB500500 | Magnum Pro | Light Tower | | 2015 | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,000.00 |
| 709.005 | Katolight 60 KW Stationary Generator | 1280191-0706 | Katolight/MTU | Generator | | 2006 | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 721.000 | Rock Box | 18-5121 | SPEEDSHORE | Rock Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,500.00 |
| 721.001 | Rock Box | 18-5102 | SPEEDSHORE | Rock Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,500.00 |
| 721.002 | Rock Box | 18-5103 | SPEEDSHORE | Rock Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,500.00 |
| 721.003 | Rock Box | | | Rock Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,500.00 |
| 721.005 | Rock Box | | | Rock Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,500.00 |
| 721.006 | Rock Box | BCP1 | | Rock Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,500.00 |
| 724.009 | Trench Box 8' X 24' (6" SKE) Knife Edge | M22041421 | | Trench Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $10,000.00 |
| 724.010 | Trench Box 8' x 24 'x 4" Flat Bottom | M22041423 | | Trench Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $8,000.00 |
| 724.011 | MANHOLE BOX 8' X 10' Knife Edge | M22041420 | | Trench Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $4,000.00 |
| 724.012 | Trench Box 8' x 20' (6" SKE) Knife Edge | M22041422 | | Trench Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $7,500.00 |
| 724.013 | Trench Box 8' x 20' (4" FB) Flat Bottom | M22041427G | | Trench Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $7,000.00 |
| 724.014 | MANHOLE BOX 8' X 10' Knife Edge | M22041419 | | Trench Box | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $5,000.00 |
| 727.005 | Bomag BMP8500 | 10172031930 | Bomag | Trench Roller | BMP8500 | 2018 | 479 | PNC Equipment Finance | $5,421.60 | $12,500.00 |
| 727.006 | Bomag BMP8500 | 101720131911 | Bomag | Trench Roller | BMP8500 | 2018 | 560 | PNC Equipment Finance | | $12,500.00 |
| 727.007 | Roller 24-33"" Walkbehind Wacker (has new remote but it needs to be | 20129034 | Wacker Neuson | Trench Roller | RT-82-SC | 2012 | 833 | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 727.009 | Bomag BMP8500 | 101720131862 | Bomag | Trench Roller | BMP8500 | 2018 | 799 | Truist Equipment Finance Corp. | $923,377.97 | $15,000.00 |

**EXHIBIT B TO SCHEDULE A/B**
**ITEMIZED LISTING OF MACHINERY & EQUIPMENT**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 727.011 | Bomag Trench Roller | 101720133633 | Bomag | Trench Roller | | 2019 | 805 | Bank of the West (727.011/727.012) | $21,328.21 | $17,500.00 |
| 727.012 | Bomag Trench Roller | 101720133731 | Bomag | Trench Roller | | 2019 | 522 | Bank of the West (727.011/727.012) | $21,328.21 | $17,500.00 |
| 727.013 | ROLLER 24-33" WALKBEHIND PAD | 101720131278 | Bomag | Trench Roller | BMP8500 | 2018 | 841 | First Citizens Bank (727.013/727.014) | $36,442.73 | $16,692.60 |
| 727.014 | ROLLER 24-33" WALKBEHIND PAD | 101720133783 | Bomag | Trench Roller | BMP8500 | 2020 | 711 | First Citizens Bank (727.013/727.014) | $36,442.73 | $12,500.00 |
| 729.001 | Takeuchi TL10 Skid Steer | 201003169/39 | Takeuchi | Skid Steer | TL10 | 2016 | | First Citizens Bank & Trust Company | $7,524,385.55 | $18,000.00 |
| 729.002 | Takeuchi TL103CRH Skid Steer Loader | 201003314 | Takeuchi | Skid Steer | TL103CRH | 2017 | 2810 | First-Citizens Bank & Trust Company | $7,524,385.55 | $22,000.00 |
| 729.003 | John Deere 325G Skid Steer Loader | 1T0325GMEMJ390815 | John Deere | Skid Steer | 325G | 2020 | 1372 | First Citizens Bank (727.013/727.014) | $36,442.73 | $25,000.00 |
| 729.004 | John Deere333G Skid Steer Loader | 1T0333GMLLF371360 | John Deere | Skid Steer | 333G | 2020 | 1614 | Truist Equipment Finance Corp. | $7,524,385.55 | $60,000.00 |
| 729.005 | John Deere 333G Skid Steer Loader | 1T0333GMCKF362197 | John Deere | Skid Steer | 333G | 2020 | 1553 | Truist Equipment Finance Corp. | $923,377.97 | $45,000.00 |
| 729.006 | John Deere 317G Skid Steer Loader | 1T0317GJTKJ352781 | John Deere | Skid Steer | 317G | | 1448 | Bank of the West | $34,866.87 | $28,000.00 |
| 742.002 | GPS Base | 1448-12357 | TopCon | GPS | HiPer VR | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 742.005 | GPS Base | 1448-13813 | TopCon | GPS | Hiper VR | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 742.006 | GPS Base | 1122-25748 | TopCon | GPS | Hyper V | | | PNC Equipment Finance (742.006/743.006) | $31,374.76 | $2,500.00 |
| 742.007 | GPS Base | 1122-20065 | TopCon | GPS | Hyper V | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 742.009 | GPS Base | 1448-26064 | TopCon | GPS | Hiper VR | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 742.010 | GPS Rover | 1448-17816 | TopCon | GPS | Hiper VR | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 742.011 | GPS Base | 1448-27699 | TopCon | GPS | Hiper VR | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 742.012 | GPS Base | 1448-1049 | 25 | GPS | Hiper VR | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 742.013 | GPS Base | 1448-17819 | TopCon | GPS | Hiper VR | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 743.002 | GPS Rover | 1448-22553 | TopCon | GPS | Hiper VR | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $5,000.00 |
| 743.004 | GPS Rover | 1448-21530 | TopCon | GPS | HiPer VR | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 743.005 | GPS Rover | 1448-13820 | TopCon | GPS | HiPer VR | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 743.006 | GPS Rover | 1122-25739 | TopCon | GPS | Hyper V | | N/A | PNC Equipment Finance | $31,374.76 | $2,500.00 |
| 743.007 | GPS Rover | 1143-12742 | TopCon | GPS | Hyper V | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| 743.009 | GPS Rover | 1448-26038 | TopCon | GPS | Hiper VR | | | PNC Equipment Finance | $2,155.24 | $2,500.00 |
| 743.011 | GPS Rover | 1448-17775 | TopCon | GPS | HiperVR | | | PNC Equipment Finance | | $2,500.00 |
| 745.000 | Data Collector | 281245 | Juniper Systems | GPS | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 745.003 | Data Collector | 281056 | TopCon | GPS | FC-6000 | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 745.004 | Data Collector | 303928 | TopCon | GPS | FC-6000 | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 745.005 | Data Collector | 263342 | TopCon | GPS | FC-6000 | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 745.007 | Data Collector | 245087 | TopCon | GPS | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 745.008 | Data Collector Tablet | 86HWW46B0XXG21J0361 | TopCon | GPS | Tablet | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $3,000.00 |
| 745.010 | Data Collector | 325559 | TopCon | GPS | FC-6000 | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| 745.011 | Data Collector | 281243 | TopCon | GPS | FC-6001 | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| N/A | CAT Excavator 336FL | SSN00310 | Caterpillar | Excavator | 336FL | 2016 | 6332 | Caterpillar Financial Services Corporation | $101,535.00 | $100,000.00 |
| N/A | CAT Excavator 336FL | SSN00275 | Caterpillar | Excavator | 336FL | 2016 | | Caterpillar Financial Services Corporation | $101,535.00 | $90,000.00 |
| N/A | CAT Excavator 336FL | SSN00260 | Caterpillar | Excavator | 336FL | | | Caterpillar Financial Services Corporation | $101,000.00 | $150,000.00 |
| N/A | Hyundai 220 Excavator | HHKHK607VE0000228 | Hyundai | Excavator | HX220AL | 2021 | | ENGS Commerical Finance | $100,000.00 | $100,000.00 |
| N/A | Hyundai 220 Excavator | HHKHK608KE0000038 | Hyundai | Excavator | HX235A | 2021 | | ENGS Commerical Finance | | $108,000.00 |
| N/A | Yanmar SV100 Excavator | AF797 | Excavator | Excavator | SV100 | 2020 | | ENGS Commerical Finance | | $66,000.00 |
| N/A | Yanmar 55 Excavator | AH919 | Yanmar | Excavator | Vi055-6A | 2021 | | ENGS Commerical Finance | | $48,000.00 |
| N/A | Yanmar 100 Excavator | AG914 | Excavator | Excavator | SV100 | | | ENGS Commerical Finance | $223,409.80 | $48,000.00 |
| N/A | Traffic Barrels & Cones Barricades | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $25,000.00 |
| N/A | Excavator Buckets & Attachments | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $10,000.00 |
| N/A | Broom Attachement- Skid Steer Loader | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,200.00 |
| N/A | Milling Attachement - Skid Steer Loader | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,000.00 |
| N/A | Miscellaneous Tools (Shovels, Chains, Hammers, etc.) | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $15,000.00 |
| N/A | Propane Forklift | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $3,000.00 |
| N/A | Water Wagon Trailer | | | | | | | N/A | $0.00 | $1,500.00 |
| N/A | Cement Mixer | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,000.00 |
| N/A | CAT 336FL Excavator | RKB01928 | Caterpillar | Excavator | 336FL | 2016 | 6166 | Caterpillar Financial Services Corporation | $98,070.00 | $125,000.00 |
| N/A | Hyundai 940 Loader | HHKHWL41CL0000033 | Hyundai | Loader | HL940 | 2021 | 2021 | ENGS Commerical Finance | | |
| N/A | Hyundai 235 Excavator | HHKHK60EL0000612 | Hyundai | Excavator | HX235A | 2021 | 2021 | ENGS Commerical Finance | | |
| N/A | Yanmar 100 Excavator | YMRSV100LANAJAH647 | Yanmar | Excavator | SV100-2A | 2022 | | ENGS Commerical Finance | | |
| N/A | Yanmar 100 Excavator | YMRSV100LANAJAH648 | Yanmar | Excavator | SV100-2A | 2022 | | ENGS Commerical Finance | | $490,000.00 |
| N/A | Yanmar 10356-6A Excavator | AK240 | Yanmar | Excavator | V10356-6A | 2019 | | ENGS Commerical Finance | | |
| N/A | Yanmar VO155 Excavator | AH923 | Yanmar | Excavator | Vi055-6A | 2021 | | ENGS Commerical Finance | | |
| N/A | Yanmar Vi035 Excavator | AL445 | Yanmar | Excavator | Vi035-6A | 2020 | | ENGS Commerical Finance | | |
| N/A | Miscellaneous Tractor Parts & Implements | | | | | | | First-Citizens Bank & Trust Company | $223,409.90 | |
| N/A | Bushhog Attachment | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $250.00 |
| N/A | 1 8x 20 Road Plate | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $5,000.00 |
| N/A | Semi Box Trailer - Storage | | | | | | | N/A | $0.00 | $2,500.00 |
| N/A | Truck Fuel Tanks | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | UNKNOWN |
| N/A | Water Sleighed and Pump | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | UNKNOWN |
| N/A | Traffic Safety / Arrow Boards (5 Total) | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $15,000.00 |
| N/A | Traffic Safety Message Boards (4 Total) | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $10,000.00 |
| N/A | Five (5) Misc. Excvator Buckets | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $2,500.00 |
| N/A | Shop Ice Machine | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $500.00 |
| N/A | Shop Air Compressors | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,000.00 |
| N/A | 2 Concrete Floor Saws | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $1,000.00 |
| N/A | CAT Asphault Roller | | Caterpillar | Asphault Roller | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $15,000.00 |
| N/A | Misc Equipment Parts and Filters | | | | | | | First-Citizens Bank & Trust Company | $7,524,385.55 | $7,500.00 |
| N/A | Yanmar 100 Excavator | AG959 | Excavator | SV100 | | 2020 | | ENGS Commerical Finance | $90,000.00 | $90,000.00 |
| N/A | Manitou MLA-6 Articulated Loader | MMCMLA6HD00060413 | Loader | MLA-6 Articulated | 2022 | | | PNC Equipment Finance | $110,332.46 | $75,000.00 |
| N/A | Hyundai 940XT Loader | HHKHW40OCL0001189 | Hyundai | Loader | 940XT | | | ENGS Commerical Finance | | |
| N/A | Hyundai HX220 Excavator | HHKHK607EL0000121 | Hyundai | Excavator | HX220AL | 2021 | | ENGS Commerical Finance | | |
| N/A | Hyundai HL940 Loader | HHKHWL41AL0000012 | Loader | HL940 | HL940 | 2021 | | ENGS Commerical Finance | | |
| N/A | Hyundai 955 Loader | HHKHWL50AL0000095 | Loader | HL955 | HL955 | 2021 | | ENGS Commerical Finance | | |
| N/A | Hyundai HX145 Excavator | HHKHK404VE0001583 | Excavator | HX145LCR | HX145LCR | 2021 | | ENGS Commerical Finance | $810,000.00 | $810,000.00 |
| N/A | Bell B30E Off Road ADT | B93A631EH02008471 | Bell | Offroad Truck | B30E | 2018 | 4179 | Truist Equipment Finance Corp. | $356,966.07 | $125,000.00 |
| N/A | Bell B30E Off Road ADT | B93A631EP03010102 | Bell | Off Road Truck | B30E | 2022 | | First Financial Holdings, LLC | | $250,000.00 |
| N/A | Bell B30E Off Road ADT | B93A631EH03010188, | Bell | Off Road Truck | B30E | 2022 | | First Financial Holdings, LLC | | $250,000.00 |

EXHIBIT B TO SCHEDULE A/B
ITEMIZED LISTING OF MACHINERY & EQUIPMENT

JSMITH CIVIL, LLC
BK CASE NO. 23-02437-5-JNC

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| N/A | Bell B30E Off Road ADT | B93A631EC03010184 | Bell | Off Road Truck | B30E | 2022 | | First Financial Holdings, LLC | | $250,000.00 |
| N/A | Bell B30E Off Road ADT | B93A631EL03010190 | Bell | Off Road Truck | B30E | 2022 | | First Financial Holdings, LLC | Unknown | $250,000.00 |

| | TOTAL | $5,696,946.20 |
|---|---|---|

EXHIBIT B TO SCHEDULE A/B
ITEMIZED LISTING OF MACHINERY & EQUIPMENT

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JSmith Civil, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **23-02734-5** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Ally Financial, Inc.**<br>Creditor's Name<br><br>**Attn: Manager, Agent, Officer**<br>**PO Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2020 Chevrolet Silverado 1500 (VIN 5278)**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,773.77** | **$20,000.00** |
| **2.2** **Ally Financial, Inc.**<br>Creditor's Name<br><br>**Attn: Manager, Agent, Officer**<br>**PO Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**2020 Ford F-250 Super Duty Truck (VIN 9476)**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $24,858.32 | $25,000.00 |

Debtor   **JSmith Civil, LLC**

Name

Case number (if known)   **23-02734-5**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Ally Financial, Inc.** | **Describe debtor's property that is subject to a lien** | $31,012.85 | $32,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Dodge RAM 3500 Truck (VIN 5198)** | | |

**Attn: Manager, Agent, Officer**
**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Bank of the West** | **Describe debtor's property that is subject to a lien** | $34,866.67 | $28,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **John Deere 317G** **SN: 1T0317GJTKJ352781** | | |

**Attn: Manager, Agent, Officer**
**1625 West Fountainhead Parkway**
**Tempe, AZ 85282**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **Bank of the West** | **Describe debtor's property that is subject to a lien** | $69,209.00 | $40,000.00 |
|---|---|---|---|---|

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|

Name

| Creditor's Name | Kubota L4760 47HP Hydrostatic Drive (SN 42700) | | |
| **Attn: Manager, Agent, Officer** | **Kubota L4760 460HP Hydrostatic Drive (SN 42770)** | | |
| **1625 West Fountainhead Parkway** | | | |
| **Tempe, AZ 85282** | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.6 | **Bank of the West** | Describe debtor's property that is subject to a lien | $29,660.99 | $25,000.00 |

Creditor's Name
**Attn: Manager, Agent, Officer**
**1625 West Fountainhead Parkway**
**Tempe, AZ 85282**

**2019 Hyundai 120C-9 Roller (SN 26012411E120271)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.7 | **Bank of the West** | Describe debtor's property that is subject to a lien | $21,328.21 | $34,000.00 |

Creditor's Name
**Attn: Manager, Agent, Officer**
**1625 West Fountainhead Parkway**
**Tempe, AZ 85282**

**2019 Bomag Trench Roller  (SN 101720133633)**
**2019 Bomag Trench Roller  (SN 101720133731)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Debtor  **JSmith Civil, LLC**
_____
Name

Case number (if known)  **23-02734-5**
_____

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Caterpillar Financial Services Corp** | **Describe debtor's property that is subject to a lien** | | $98,070.00 | $125,000.00 |
|-----|------|------|------|------|------|

Creditor's Name

**Attn: Manager, Agent, Officer**
**2120 West End Ave**
**Nashville, TN 37209**
Creditor's mailing address

**2016 CAT 336FL Large Hydraulic Excavator (SN RKB01928)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Caterpillar Financial Services Corp** | **Describe debtor's property that is subject to a lien** | | $101,535.00 | $100,000.00 |
|-----|------|------|------|------|------|

Creditor's Name

**Attn: Manager, Agent, Officer**
**2120 West End Ave**
**Nashville, TN 37209**
Creditor's mailing address

**CAT 336FL Large Hydraulic Excavator (SN SSN00310)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  4 of 34

Debtor  **JSmith Civil, LLC**
_____
Name

Case number (if known)  **23-02734-5**
_____

| 2.10 | **Caterpillar Financial Services Corp** | | | |

Creditor's Name

**Attn: Manager, Agent, Officer**
**2120 West End Ave**
**Nashville, TN 37209**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2016 CAT 336FL Large Hydraulic Excavator (SN SSN00260)**

$101,000.00          $150,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.11 | **Caterpillar Financial Services Corp** | | | |

Creditor's Name

**Attn: Manager, Agent, Officer**
**2120 West End Ave**
**Nashville, TN 37209**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2016 CAT 336FL Large Hydraulic Excavator (SN SSN00275)**

$101,535.00          $90,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.12 | **Caterpillar Financial Services Corp** | | | |

Creditor's Name

**Attn: Manager, Agent, Officer**
**2120 West End Ave**
**Nashville, TN 37209**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 CAT D5K2LGP Track Type Tractor (SN KY207356)**

$31,375.08          $125,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 34

Debtor    **JSmith Civil, LLC**
Name                                                       Case number (if known)    **23-02734-5**

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 3 | **Caterpillar Financial Services Corp** | Describe debtor's property that is subject to a lien | $117,491.00 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**2120 West End Ave**
**Nashville, TN 37209**

**2019 CAT Dozer D6K2LGP (SN: EL700485)**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 4 | **Citizens One Auto Finance** | Describe debtor's property that is subject to a lien | $6,520.76 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 42113**
**Providence, RI 02940-2113**

**2018 Chevrolet Silverado (VIN 7127)**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

| 2.1 5 | **De Lage Landen Financial Services** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**All Collateral Relating to Lease No. 500-50288231**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.1 6 | **Engs Commercial Finance Co.** | **Describe debtor's property that is subject to a lien** | **$100,000.00** | **$100,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 128**
**Itasca, IL 60143**

Creditor's mailing address

**Hyundai HX220AL Excvator (SN HHKHK607VE0000228)**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**11/2021**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6895**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 2.1 7 | **Engs Commercial Finance Co.** | **Describe debtor's property that is subject to a lien** | **$100,000.00** | **$100,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 128**
**Itasca, IL 60143**

Creditor's mailing address

**Hyundai HX220AL Excvator (SN HHKHK607EL0000121)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

Debtor    **JSmith Civil, LLC**
_____
Name                                        Case number (if known)    **23-02734-5**
                                            _____

_____
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**11/4/2021**                                ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**6896**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ■ Disputed
priority.

---

| 2.1 8 | **Engs Commercial Finance Co.** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $90,000.00 | $90,000.00 |
| | **Attn: Manager, Agent, Officer** | **Hyundai HL940XT Wheel Loader (SN HHKHW400CL0001189)** | | |
| | **PO Box 128** | | | |
| | **Itasca, IL 60143** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
■ No

_____
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No

**Last 4 digits of account number**          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ■ Disputed
priority.

---

| 2.1 9 | **Engs Commercial Finance Co.** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $223,409.80 | $490,000.00 |
| | **Attn: Manager, Agent, Officer** | **Yanmar V1035-6A Excavator; Yanmar SV100 Hydraulic Excavator; Yanmar SV100 Hydraulic Excavator; Yanmar V1035-6A Excavator; Yanmar SV100 Hydraulic Excavator; Yanmar V1055-6A Excavator; Yanmar V1035-6A Excavator** | | |
| | **PO Box 128** | | | |
| | **Itasca, IL 60143** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
■ No

_____
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No

**Last 4 digits of account number**          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

---

Debtor    **JSmith Civil, LLC**
_____
Name                                                    Case number (if known)    **23-02734-5**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 0 | **Engs Commercial Finance Co.** | **Describe debtor's property that is subject to a lien** | $810,000.00 | $810,000.00 |
|---|---|---|---|---|

Creditor's Name

**Two (2) 2021 Hyundai HL940 Wheel Loaders ($120,000); One (1) 2021 Hyundai HL955 Wheel Loader ($170,000); One (1) 2021 Hyundai HX145LCR Excavator ($100,000); Two (2) 2021 Hyundai HX235A Hyudraulic Excavators ($150,000)**

**Attn: Manager, Agent, Officer**
**PO Box 128**
**Itasca, IL 60143**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**06/02/2021**
**Last 4 digits of account number**
**4860**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 1 | **Engs Commercial Finance Co.** | **Describe debtor's property that is subject to a lien** | $180,000.00 | $180,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 128**
**Itasca, IL 60143**
Creditor's mailing address

**Two (2) Yanmar SV100 Hydraulic Excavators with 36" Bucket, Thumb & 48" Tilt Bucket**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/02/2022**
**Last 4 digits of account number**
**0876**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 2 | **Enterprise Fleet Management, Inc.** | **Describe debtor's property that is subject to a lien** | $18,735.47 | $20,000.00 |
|---|---|---|---|---|

Debtor    **JSmith Civil, LLC**
_____
Name

Case number (if known)   **23-02734-5**

---

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Dodge Ram 2500 Tradesman 4X4 CC Truck**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 3 | **Enterprise Fleet Management, Inc.** | **Describe debtor's property that is subject to a lien** | $18,768.95 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Dodge Ram 2500 Tradesman 4X4 CC Truck (VIN 7639)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 4 | **Enterprise Fleet Management, Inc.** | **Describe debtor's property that is subject to a lien** | $20,978.89 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2021 Dodge Ram 2500 Truck (VIN 7721)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Debtor   **JSmith Civil, LLC**                                           Case number (if known)   **23-02734-5**
_____
Name

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | ■ Disputed |

---

| 2.2 5 | **Enterprise Fleet Management, Inc.** | **Describe debtor's property that is subject to a lien** | $20,000.00 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Dodge Ram 2500 Truck (VIN 9878)** | | |

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | ■ Disputed |

---

| 2.2 6 | **Enterprise Fleet Management, Inc.** | **Describe debtor's property that is subject to a lien** | $23,029.25 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Dodge Ram 1500 Truck (VIN 4741)** | | |

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | ■ Disputed |

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

| 2.2 7 | **Enterprise Fleet Management, Inc.** | Describe debtor's property that is subject to a lien | $20,772.49 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Dodge Ram 2500 Tradesman 4X4 CC Truck (VIN 7722)** | | |

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 8 | **Enterprise Fleet Management, Inc.** | Describe debtor's property that is subject to a lien | $25,992.74 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Dodge Ram 2500 Truck (VIN 0776)** | | |

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 9 | **Enterprise Fleet Management, Inc.** | Describe debtor's property that is subject to a lien | $30,000.00 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Dodge Ram 2500 Truck (VIN 2520)** | | |

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 0 | **Enterprise Fleet Management, Inc.** | Describe debtor's property that is subject to a lien | $37,837.61 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**

Creditor's mailing address

**2022 Dodge Ram 2500 Truck (VIN 2578)**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 1 | **Enterprise Fleet Management, Inc.** | Describe debtor's property that is subject to a lien | $39,214.87 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**

Creditor's mailing address

**2022 Dodge Ram Big Horn 2500 Truck (VIN 2663)**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|--------|-----------------------|--|------------------------|----------------|
| | Name | | | |

---

| 2.3 2 | **Enterprise Fleet Management, Inc.** | **Describe debtor's property that is subject to a lien** | $36,324.52 | $45,000.00 |
|-------|---------------------------------------|--------------------------------------------------------|------------|------------|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**

Creditor's mailing address

**2022 Dodge Ram 2500 Truck (VIN 2664)**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 3 | **Enterprise Fleet Management, Inc.** | **Describe debtor's property that is subject to a lien** | $38,792.40 | $45,000.00 |
|-------|---------------------------------------|--------------------------------------------------------|------------|------------|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**

Creditor's mailing address

**2022 Dodge Ram 3500 Truck (VIN 6827)**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 4 | **Enterprise Fleet Management, Inc.** | **Describe debtor's property that is subject to a lien** | $40,903.13 | $56,000.00 |
|-------|---------------------------------------|--------------------------------------------------------|------------|------------|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 800089**
**Kansas City, MO 64180**

Creditor's mailing address

**2022 Dodge Ram 3500 Truck (VIN 6826)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.35 | **Ferguson Enterprises, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**190 North Oberlin Ave**
**Lakewood, NJ 08701**

**PMSI in Construction Related Materials (See UCC Financing Statement)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.36 | **First Citizens Bank & Trust Co** | Describe debtor's property that is subject to a lien | $18,397.89 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | | | |
|---|---|---|---|
| 2.3 7 | **First Citizens Bank & Trust Co** | Describe debtor's property that is subject to a lien | $171,054.09 · Unknown |

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/14/2020**

**Last 4 digits of account number**
**9933**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.3 8 | **First Citizens Bank & Trust Co** | Describe debtor's property that is subject to a lien<br>**2020 Dodge RAM Tradesman (VIN 2101)** | $22,037.03 · $30,000.00 |

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/08/2020**

**Last 4 digits of account number**
**oan3**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.3 9 | **First Citizens Bank & Trust Co** | Describe debtor's property that is subject to a lien | $22,101.97 · $20,000.00 |

---

Debtor **JSmith Civil, LLC**
_____
Name

Case number (if known) **23-02734-5**

---

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**
Creditor's mailing address

**2020 Dodge Ram 1500 (VIN 8026)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/15/2020**

**Last 4 digits of account number**
**oan4**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 0 | **First Citizens Bank & Trust Co** |
|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 Dodge RAM 2500 (VIN 9155)**

$27,849.96      $28,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/4/2020**

**Last 4 digits of account number**
**oan5**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **First Citizens Bank & Trust Co** |
|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2013 Freightliner Water Truck (VIN 3585)**

$28,023.42      $50,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 17 of 34

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

☐ No

**12/02/2020**
**Last 4 digits of account number**
**oan6**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.42 | **First Citizens Bank & Trust Co** | **Describe debtor's property that is subject to a lien** | $23,412.14 | $23,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Dodge RAM 1500 (VIN 7939)** | | |

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**12/31/2020**
**Last 4 digits of account number**
**oan7**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.43 | **First Citizens Bank & Trust Co** | **Describe debtor's property that is subject to a lien** | $36,061.16 | $75,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Kenworth W900L (VIN 9252)** | | |

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**02/19/2021**
**Last 4 digits of account number**
**oan8**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Debtor    **JSmith Civil, LLC**
_____
Name

Case number (if known)    **23-02734-5**
_____

| 2.4 4 | **First Citizens Bank & Trust Co** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 RAM 1500 Big Horn (VIN 7498)**

$26,562.31          $35,000.00

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/19/2021**
**Last 4 digits of account number**
**oan9**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.4 5 | **First Citizens Bank & Trust Co** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2016 Chevrolet Silverado 3500 (VIN 0168)**

$18,399.02          $25,000.00

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/19/2021**
**Last 4 digits of account number**
**an10**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.4 6 | **First Citizens Bank & Trust Co** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**
Creditor's mailing address

Describe debtor's property that is subject to a lien

$25,352.30          $0.00

Describe the lien

**Is the creditor an insider or related party?**
■ No

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|

Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ No

**Last 4 digits of account number**
**6236**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.47 | **First Citizens Bank & Trust Co** | | | $1,414,173.14 | $4,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**

**All Equipment and Vehicles on Exhibits 1 and 2 Attached**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0680**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.48 | **First Citizens Bank & Trust Co** | | | $2,536,620.85 | $4,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**

**All Equipment and Identified Vehicles on Exhibits 1 and 2 Attached**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2901**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4<br>9 | **First Citizens Bank & Trust Co** | | |
|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/7/2021**
**Last 4 digits of account number**
**2666**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Two (2) Bomag BMP8500 Rollers**
**S/N 101720131278/101720133783)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$37,254.12          $30,000.00

---

| 2.5<br>0 | **First Citizens Bank & Trust Co** | | |
|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2057**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**All Equipment and Identified Vehicles on Exhibits 1 and 2 Attached**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,041,969.41          $4,000,000.00

---

| 2.5<br>1 | **First Citizens Bank & Trust Co** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$176,785.30          $160,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 21 of 34

| Debtor | JSmith Civil, LLC | | Case number (if known) | 23-02734-5 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | Creditor's Name | **2021 Dodge RAM 1500 (VIN 5730); 2021 Dodge RAM 2500 (VIN 3252); 2021 Dodge RAM 1500 (VIN 6913); 2021 Dodge Tradesman 2500 (VIN 6020); 2021 Dodge Tradesman 1500 (VIN 4003); 2021 Dodge Ram 1500 CC (VIN 7863)** | | |

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**04/29/2021**

**Last 4 digits of account number**

**2668**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 2 | **First Citizens Bank & Trust Co** | **Describe debtor's property that is subject to a lien** | $79,805.26 | $141,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 Chevrolet Silverado 1500 (VIN3956); 2017 Chevrolet Silverado 1500 (VIN3533); 2017 Dodge Ram 4500 (VIN0468); 2018 Dodge Ram 4500 (VIN5873); 2016 Dodge Ram 4500 (VIN7985)** | | |

**Attn: Manager, Agent, Officer**
**PO Box 25187**
**Raleigh, NC 27611-5187**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**3844**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 3 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | Unknown | $1,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Four (4) Bell B30E Articulated Dump Trucks (SN B93A631EP03010102, B93A631EH03010188,  B93A631EC03010184, &  B93A631EL03010190)** | | |

**Attn: Manager, Agent, Officer**
**750 The City Drive S., Ste. 300**
**Orange, CA 92868**

Creditor's mailing address

**Describe the lien**

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.54** **Gregory Poole Equipment Co.**
Creditor's Name
**Attn: Manager, Agent, Officer**
**4807 Beryl Road**
**Raleigh, NC 27606**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**CATERPILLAR 336 HYD Excavator (SN YBN10041)**

**Describe the lien**

**Unknown** | **$0.00**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.55** **Heavy Equipment Leasing of NC**
Creditor's Name
**Attn: Manager, Agent, Officer**
**101 Preston Road**
**Smithfield, NC 27577**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**See UCC Financing Statement 20230047976A**

**Describe the lien**

**$0.00** | **$0.00**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 23 of 34

Debtor    **JSmith Civil, LLC**

Name

Case number (if known)    **23-02734-5**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 6 | **Heavy Equipment Leasing of NC** |
|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**101 Preston Road**
**Smithfield, NC 27577**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See UCC Financing Statement 20230047977A**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

---

| 2.5 7 | **Heavy Equipment Leasing of NC** |
|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**101 Preston Road**
**Smithfield, NC 27577**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See UCC Financing Statement 20230047980G**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

$0.00        $0.00

---

| 2.5 8 | **Heavy Equipment Leasing of NC** |
|---|---|

**Describe debtor's property that is subject to a lien**

$0.00        $0.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 24 of 34

Debtor   **JSmith Civil, LLC**
_____
Name

Case number (if known)   **23-02734-5**

---

Creditor's Name
**Attn: Manager, Agent, Officer**
**101 Preston Road**
**Smithfield, NC 27577**
Creditor's mailing address

**See UCC Financing Statement 20230047983K**

**Describe the lien**
_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.59 | **Komatsu Financial Limited Part** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Manager, Agent, Officer**
**8770 West Bryn Mawr Ave Ste 100**
**Chicago, IL 60631**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Komatsu D39PXi-24 Crawler Dozer (SN 96851)**

**Describe the lien**
_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.60 | **Komatsu Financial Limited Part** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Manager, Agent, Officer**
**8771 West Bryn Mawr Ave Ste 100**
**Chicago, IL 60631**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Komtasu D61PXi-24 Crawler Dozer (SN B61346)**

**Describe the lien**
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 25 of 34

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 1 | **Komatsu Financial Limited Part** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Komtasu D51PXi-24 Crawler Dozer (SN B61346)** | | |
| | **Attn: Manager, Agent, Officer** | | | |
| | **8772 West Bryn Mawr Ave Ste 100** | | | |
| | **Chicago, IL 60631** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 2 | **Komatsu Financial Limited Part** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Komtasu D71PXi-24 Crawler Dozer (SN 70616) & Rear Ripper** | | |
| | **Attn: Manager, Agent, Officer** | | | |
| | **8773 West Bryn Mawr Ave Ste 100** | | | |
| | **Chicago, IL 60631** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6<br>3 | **Komatsu Financial Limited Part** | | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**8774 West Bryn Mawr Ave Ste 100**
**Chicago, IL 60631**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Komtasu PC360LCi-11 Hydraulic Excavator (SN A38653) with 60" Bucket**

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6<br>4 | **PNC Equipment Finance, LLC** | | | **$212,398.21** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**995 Dalton Avenue**
**Cincinnati, OH 45203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**See attached Exhibits 1 and 2**

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6<br>5 | **PNC Equipment Finance, LLC** | | **Describe debtor's property that is subject to a lien** | **$27,728.27** | **$80,000.00** |
|---|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **JSmith Civil, LLC**
_____
Name

Case number (if known)    **23-02734-5**

---

Creditor's Name
**Attn: Manager, Agent, Officer**
**995 Dalton Avenue**
**Cincinnati, OH 45203**
Creditor's mailing address

**2018 Kenworth W900L (VIN 5067)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5211**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 6 | **PNC Equipment Finance, LLC** | | |
|---|---|---|---|

Creditor's Name
**Attn: Manager, Agent, Officer**
**995 Dalton Avenue**
**Cincinnati, OH 45203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $22,778.09    $2,500.00
**TopCon Positioning (GPS Grading System)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5212**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 7 | **PNC Equipment Finance, LLC** | | |
|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**995 Dalton Avenue**
**Cincinnati, OH 45203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $2,155.24    $2,500.00
**i. Survey Kit HiPer V Rover GD Digital UHF with Upgrades (GC5000 Atom GEO Cell N. America, Cradle, and Pocket 3D PSWD) (SN 1122-25748)**
**ii. Survey Kit HiPer V Rover GD Digital UHF with Upgrades (GC5000 Atom GEO Cell N. America, Cradle, and**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 28 of 34

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5214**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 8 | **PNC Equipment Finance, LLC** | **Describe debtor's property that is subject to a lien** | $5,421.60 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 Bomag Roller 24-33 Walkbehind Pad Model BMP8500 (SN 101720131911)** | | |
| | **Attn: Manager, Agent, Officer** | **2018 Bomag Roller 24-33 Walkbehind Pad Model BMP8500 (SN 10172031930)** | | |
| | **995 Dalton Avenue** | | | |
| | **Cincinnati, OH 45203** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5213**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 9 | **PNC Equipment Finance, LLC** | **Describe debtor's property that is subject to a lien** | $5,152.23 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 XL110 Hydraulic Detachable Gooseneck 53" OAL Trailer (VIN 6596)** | | |
| | **Attn: Manager, Agent, Officer** | | | |
| | **995 Dalton Avenue** | | | |
| | **Cincinnati, OH 45203** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5215**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.7 0 | **PNC Equipment Finance, LLC** | **Describe debtor's property that is subject to a lien** | **$2,645.15** | **$20,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**995 Dalton Avenue**
**Cincinnati, OH 45203**

Creditor's mailing address

**2012 Ford F-350 SD Crew Cab Pickup 4Dr (VIN8097)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5216**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 1 | **PNC Equipment Finance, LLC** | **Describe debtor's property that is subject to a lien** | **$20,120.46** | **$90,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**995 Dalton Avenue**
**Cincinnati, OH 45203**

Creditor's mailing address

**Bell B25E Off Road Truck 25-Ton (S/N B93A625ET02007290)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5217**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 2 | **PNC Equipment Finance, LLC** | **Describe debtor's property that is subject to a lien** | **$16,064.71** | **$25,000.00** |
|---|---|---|---|---|

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**Attn: Manager, Agent, Officer**
**995 Dalton Avenue**
**Cincinnati, OH 45203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5218**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2020 Chevrolet Silverado (VIN1121)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 3 | **PNC Equipment Finance, LLC** | | $110,332.46 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**995 Dalton Avenue**
**Cincinnati, OH 45203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6423**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**i. 2022 Manitou MLA-6 Articulated Loader (MMCMMLA6HD00060413)**
**ii. 84" Bucket (SN ATTBKT)**
**iii. 60" HD Pallet Forks (SN 3003382)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 4 | **Truist Equipment Finance Corp** | | $923,377.97 | $473,100.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 4418**
**Atlanta, GA 30302**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Vehicles & Equipment / See Exhibit 1 and Exhibit 2 (Security Interest and Lien Disputed)**

**Describe the lien**
**Promissory Note (11/19/21) & Security Agreement (11/18/21)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

�**■ No**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.75 | **Truist Equipment Finance Corp** | **Describe debtor's property that is subject to a lien** | $356,966.07 | $255,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 4418**
**Atlanta, GA 30302**

**i. 2018 Bell B30E Off Road Truck (SN ****8471)**
**ii. 2018 John Deere Off Road Truck (SN ****5855)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.76 | **Truist Equipment Finance Corp** | **Describe debtor's property that is subject to a lien** | $176,324.82 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**PO Box 4418**
**Atlanta, GA 30302**

**i. Sakai SV544T 84" SF Roller with SD Kit (SN *****0399)**
**ii. Sakai SV544T 84" SF Roller with SD Kit (SN *****0414)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| Debtor | **JSmith Civil, LLC** | | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 7 | **Wells Fargo Bank, N.A.** | Describe debtor's property that is subject to a lien | $106,661.58 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer
800 Walnut Street
Des Moines, IA 50309**

Creditor's mailing address

**2023 Vactron Vacuum Trailer, Model No. LP 873SDT (VIN 0208)**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 8 | **Wells Fargo Dealer Services** | Describe debtor's property that is subject to a lien | $5,833.14 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer
PO Box 17900
Denver, CO 80217-0900**

Creditor's mailing address

**2017 Ford 450 Super Duty Truck (VIN 8299)**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 9 | **Westfield Insurance Company** | Describe debtor's property that is subject to a lien | $11,594,051.41 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer
PO Box 5001
Westfield Center, OH 44251**

Creditor's mailing address

**Indemnification Agreement - See UCC Financing Statement**

Describe the lien

Is the creditor an insider or related party?

■ No

---

Debtor   **JSmith Civil, LLC**                                  Case number (*if known*)   **23-02734-5**
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$22,956,867. 55** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **JSmith Civil, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-02734-5**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Antonio Vega Avila**<br>**3753 Arrington Bridge Rd**<br>**Seven Springs, NC 28578** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Ashley Henderson**<br>**240 Sambo Road**<br>**Goldsboro, NC 27530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

56040

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address
**Christian Acosta**
**4069 County Line Road**
**La Grange, NC 28551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**City of Goldsboro**
**Attn: Manager, Agent, Officer**
**200 N Center Street**
**Goldsboro, NC 27530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**Daniel Zepeda Cossio**
**131 Bridgers Road**
**Princeton, NC 27569**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**Efrain Herrera**
**105 Spring Drive**
**Dudley, NC 28333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Torres**
**9400 Triston Court**
**Kenly, NC 27542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fredy Valencia Guzman**
**439 Old Jason Rd**
**La Grange, NC 28551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Guadalupe Gonzalez-Pineda**
**122 Nuggett Drive**
**Dudley, NC 28333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Attn: Manager, Agent, Officer**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeremy Smith**
**118 Crosswinds Drive**
**Goldsboro, NC 27530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jose E. Sanchez**
**203 Big Daddy's Rd**
**Pikeville, NC 27863**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Rodriguez Sanchez**
**109 Nuggett Drive**
**Dudley, NC 28333**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Juan Sandoval Carrasco**
**1709 Harrell Street**
**Goldsboro, NC 27530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Larry C. Parker**
**106 Fort Street**
**Pikeville, NC 27863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Marco Lopez Perez**
**1839 N. McCullen Road**
**Faison, NC 28341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Margarito Maldonado-Morales**
**425 Chelsea Drive**
**Snow Hill, NC 28580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NC Department of Revenue**
**Office Serv. Div, Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Orlando Villapando**<br>**109 Nuggett Drive**<br>**Dudley, NC 28333** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Peggy Person**<br>**3750 NC Highway 111 N**<br>**Pikeville, NC 27863** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Raul Tolentino Andres**<br>**102 Burl Drive**<br>**Princeton, NC 27569** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Roberto Lopez Avila**<br>**570 Bogue Road**<br>**Fremont, NC 27830** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address
**Rodrigo Castaneda-Garcia**
**408 Lucky Oak Rd**
**Goldsboro, NC 27530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.24** | Priority creditor's name and mailing address
**Servando Castaneda-Herrera**
**2546 Indian Springs Rd**
**Dudley, NC 28333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.25** | Priority creditor's name and mailing address
**Wayne County Tax Collector**
**Attn: Manager, Agent, Officer**
**224 E. Walnut Street**
**Goldsboro, NC 27530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**1st & Goal Hauling Inc.**
**Attn: Manager, Agent, Officer**
**1735 Chatham Ridge Cir Unit 307**
**Charlotte, NC 28273**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$892.50**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address
**64 Portables Inc.**
**Attn: Manager, Agent, Officer**
**280 Cunningham Brickyard Rd**
**Lexington, NC 27292**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$1,098.91**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | | Case number *(if known)* | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A & M Construction Services, Inc.**
Attn: Manager, Agent, Officer
PO Box 4277
Asheboro, NC 27204

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.75** |
|---|---|---|---|

**A&B Portable Toilets**
Attn: Manager, Agent, Officer
2544 Alamance Church Road
Greensboro, NC 27406

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A-1 Sandrock Inc.**
Attn: Manager, Agent, Officer
PO Box 77077
Greensboro, NC 27417-7077

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,274.52** |
|---|---|---|---|

**AA Grading Construction LLC**
Attn: Manager, Agent, Officer
1930 Gurganus Rd
Snow Hill, NC 28580

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AAA Paving of Winston-Salem**
Attn: Manager, Agent, Officer
120 Peddycord Park Drive
Kernersville, NC 27284

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.76** |
|---|---|---|---|

**Adams Products**
Attn: Manager, Agent, Officer
PO Box 281479
Atlanta, GA 30384-1479

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Advance Auto Parts**
Attn: Manager, Agent, Officer
PO Box 742063
Atlanta, GA 30374-2063

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Advance Concrete LLC**<br>Attn: Manager, Agent, Officer<br>4500 Waterfield Drive<br>Garner, NC 27529 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Advanced Portable Toilets**<br>Attn: Manager, Agent, Officer<br>321 Jeffreys Road<br>Rocky Mount, NC 27804 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|
| | **Aero Photo**<br>Attn: Manager, Agent, Officer<br>100 Cessna Lane<br>Spicewood, TX 78669 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$412.50** |
|---|---|---|---|
| | **Aguila's Masonry Services**<br>Attn: Manager, Agent, Officer<br>PO Box 837<br>Siler City, NC 27344 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,631.31** |
|---|---|---|---|
| | **Ahern Rentals**<br>Attn: Manager, Agent, Officer<br>PO Box 271390<br>Las Vegas, NV 89127-1390 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Airflow Products Company, Inc.**<br>Attn: Manager, Agent, Officer<br>100 Oak Tree Drive<br>Selma, NC 27576 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,303.40** |
|---|---|---|---|
| | **Airgas USA, LLC**<br>Attn: Manager, Agent, Officer<br>PO Box 734672<br>Dallas, TX 75373-4672 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **JSmith Civil, LLC** | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,706.03 |
|---|---|---|---|

**Alcrete Industries LLC**
Attn: Manager, Agent, Officer
620 Mildred Thomas Court
Jacksonville, NC 28540

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,594.00 |
|---|---|---|---|

**All Carolina Crane Rental**
Attn: Manager, Agent, Officer
6108 Triangle Drive
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alliance Hose & Tube Works Inc.**
Attn: Manager, Agent, Officer
6212-A West Gate Rd
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,007.10 |
|---|---|---|---|

**Allied Fence Company of Raleigh**
Attn: Manager, Agent, Officer
5840 Lease Lane
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.80 |
|---|---|---|---|

**Allied Trailers - Raleigh**
Attn: Manager, Agent, Officer
PO Box 427
Savage, MD 20763

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ally Bank**
Attn: Payment Processing Center
PO Box 9001951
Louisville, KY 40290-1951

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alonso's Construction Company**
Attn: Manager, Agent, Officer
536 Madison Ave
Princeton, NC 27569

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**

**ALP Industries, Inc.**
**Attn: Manager, Agent, Officer**
**PO Box 781712**
**Philadelphia, PA 19178-1712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**ALS of North Carolina, LLC**
**Attn: Manager, Agent, Officer**
**502 Klumac Road**
**Salisbury, NC 28144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$789.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**American Materials Company, LLC**
**Attn: Manager, Agent, Officer**
**PO Box 745852**
**Atlanta, GA 30374-5258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Amezquita Construction LLC**
**Attn: Manager, Agent, Officer**
**201 Meadow Lane**
**Clayton, NC 27520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$69,116.50**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Arborex Tree Services**
**Attn: Manager, Agent, Officer**
**4605 Windy Know Road**
**Raleigh, NC 27616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Ascendum Machinery Inc.**
**Attn: Manager, Agent, Officer**
**3561 Jones Sausage Road**
**Garner, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$954.15**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Asphalt Emulsion Industries, LLC**
**Attn: Manager, Agent, Officer**
**3617 Nine Mile Road**
**Richmond, VA 23223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,027.85**

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address

**Asphalt Services on Demand Inc**
Attn: Manager, Agent, Officer
959 Short Journey Road
Smithfield, NC 27577

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.32** | Nonpriority creditor's name and mailing address

**Atlantic Surveying PA**
Attn: Manager, Agent, Officer
111 S. Queen Street
Kinston, NC 28501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.33** | Nonpriority creditor's name and mailing address

**Auto Value Parts Stores**
Attn: Manager, Agent, Officer
PO Box 30170
Rochester, NY 14603-3170

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.34** | Nonpriority creditor's name and mailing address

**B&K Grading and Paving, LLC**
Attn: Manager, Agent, Officer
2929 Quality Drive
Petersburg, VA 23805

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.35** | Nonpriority creditor's name and mailing address

**Balfour Beatty Construction**
Attn: Manager, Agent, Officer
406 S. McDowell Street, Ste. 200
Raleigh, NC 27601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.36** | Nonpriority creditor's name and mailing address

**Bank of America**
Attn: Equipment Finance
PO Box 7167
Pasadena, CA 91109-7167

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,384.74**

---

**3.37** | Nonpriority creditor's name and mailing address

**Bank of the West**
Attn: Equipment Finance
PO Box 7167
Pasadena, CA 91109-7167

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,015.90**

---

Debtor   **JSmith Civil, LLC**
_____
Name

Case number (*if known*)   **23-02734-5**
_____

| | |
|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** |

**Barbco Inc.**
**Attn: Manager, Agent, Officer**
**PO Box 30189**
**East Canton, OH 44730**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** |

**Barnes Hauling Company, LLC**
**Attn: Manager, Agent, Officer**
**3640 Eagle Farm Drive N**
**Wilson, NC 27896**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$62,380.15**

---

| | |
|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** |

**Barnes Transportation Services Inc.**
**Attn: Manager, Agent, Officer**
**2309 Whitley Road**
**Wilson, NC 27896**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** |

**Barnhill Contracting Company**
**Attn: Manager, Agent, Officer**
**800 Tiffany Blvd, Ste. 200**
**Rocky Mount, NC 27804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** |

**Batteries of NC, LLC**
**Attn: Manager, Agent, Officer**
**PO Box 1969**
**Lillington, NC 27546**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** |

**Bee Legend Grading and Construction**
**Attn: Manager, Agent, Officer**
**195 Eatmon Rd**
**Zebulon, NC 27597**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,905.00**

---

| | |
|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** |

**Benchmark Tool & Supply, Inc.**
**Attn: Manager, Agent, Officer**
**2720 Discovery Drive**
**Raleigh, NC 27616**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **JSmith Civil, LLC** | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,116.50 |
|---|---|---|---|

**Best Logistics Group**
Attn: Manager, Agent, Officer
829 Graves Street
Kernersville, NC 27284

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,550.14 |
|---|---|---|---|

**Black's Tire Service**
Attn: Manager, Agent, Officer
PO Box 919
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blackhawk Network, Inc.**
c/o Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blackmon Companies**
Attn: Manager, Agent, Officer
724 S. 3rd Street
Smithfield, NC 27577

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,053.00 |
|---|---|---|---|

**Blackstock Consulting, Inc.**
Attn: Manager, Agent, Officer
2228 Colony Road
Charlotte, NC 28209

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $547.50 |
|---|---|---|---|

**Blue Stream Environmental LLC**
Attn: Manager, Agent, Officer
2591 King William Drive
Kernersville, NC 27284

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Booth Trucking**
Attn: Manager, Agent, Officer
146 Slate Top Road
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **JSmith Civil, LLC**
_____
Name

Case number (*if known*)  **23-02734-5**
_____

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Borco Inc.**
**Attn: Manager, Agent, Officer**
**216 Estuary Court**
**Winnabow, NC 28479**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Branch Civil, Inc.**
**Attn: Manager, Agent, Officer**
**PO Box 40004**
**Roanoke, VA 24022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$559,484.42** |
|------|---|---|---|

**Bridgepoint Construction Services**
**Attn: Manager, Agent, Officer**
**600 N. Duke Street**
**Durham, NC 27701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$559,484.42** |
|------|---|---|---|

**BridgePoint General Contracting**
**Attn: Manager, Agent, Officer**
**600 N. Duke Street**
**Durham, NC 27701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.26** |
|------|---|---|---|

**Brightspeed**
**Attn: Manager, Agent, Officer**
**PO Box 6102**
**Carol Stream, IL 60197-6102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Brodie Contractors**
**Attn: Manager, Agent, Officer**
**3901 Computer Drive**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Bruce Spears**
**7605 Jenks Road**
**Apex, NC 27523**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189,042.69** |
|---|---|---|---|

**Bullington Construction Inc**
Attn: Manager, Agent, Officer
164 American Drive
Oakboro, NC 28129

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Burtch Trucking Company**
Attn: Manager, Agent, Officer
605 Indian Camp Rd
Smithfield, NC 27577

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Busbee Concrete Services Inc.**
Attn: Manager, Agent, Officer
PO Box 106
Benson, NC 27504

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**C & R Tree Service, Inc.**
Attn: Manager, Agent, Officer
522 North 3rd Street
Saint Pauls, NC 28384

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**C&B Piping Inc**
Attn: Manager, Agent, Officer
PO Box 942
Leeds, AL 35094

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**C&C Industrial Inc.**
Attn: Manager, Agent, Officer
7991 Beasley Road
Whitakers, NC 27891

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Caliber Builders, LLC**
Attn: Manager, Agent, Officer
3924 Browning Place
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,864.67 |
|---|---|---|---|
| | **Campbell Oil Company, Inc.**<br>**Attn: Manager, Agent, Officer**<br>**PO 637**<br>**Elizabethtown, NC 28337** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $790.14 |
|---|---|---|---|
| | **Canady's Heavy Truck Parts, Inc.**<br>**Attn: Manager, Agent, Officer**<br>**5779 Hwy 70 West**<br>**La Grange, NC 28551** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,837.13 |
|---|---|---|---|
| | **Cape Fear Precast, LLC**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 98**<br>**Jacksonville, NC 28541** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $187,350.26 |
|---|---|---|---|
| | **Capital City Curb & Gutter, LLC**<br>**Attn: Manager, Agent, Officer**<br>**2607 Leighton Ridge Drive**<br>**Wake Forest, NC 27587** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Carolina Cat**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 75054**<br>**Charlotte, NC 28275-0054** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,874.30 |
|---|---|---|---|
| | **Carolina Containers & Transport**<br>**Attn: Manager, Agent, Officer**<br>**3608 S. Wilmington Street**<br>**Raleigh, NC 27603** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,980.10 |
|---|---|---|---|
| | **Carolina Drilling Inc.**<br>**Attn: Manager, Agent, Officer**<br>**326 Railroad Street**<br>**Mocksville, NC 27028** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **JSmith Civil, LLC**
_____
Name

Case number (*if known*)    **23-02734-5**

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.50 |

**Carolina Environmental Contracting**
Attn: Manager, Agent, Officer
PO Box 1905
Mount Airy, NC 27030

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Carolina Form & Shoring Supply**
Attn: Manager, Agent, Officer
PO Box 155
Eola, IL 60519

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $484.50 |

**Carolina Ice Co., Inc.**
Attn: Manager, Agent, Officer
2466 Old Poole Road
Kinston, NC 28504

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Carolina Multifamily Construction**
Attn: Manager, Agent, Officer
403 Corporate Center Dr Ste 201
Stockbridge, GA 30281

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Carolina Pavement Technology, Inc.**
Attn: Manager, Agent, Officer
930 West Chatham Street
Cary, NC 27511

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,736.73 |

**Carolina Sunrock LLC**
Attn: Manager, Agent, Officer
200 Horizon Drive, Ste. 100
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.79 |

**Carquest Auto Parts**
Attn: Manager, Agent, Officer
PO Box 404875
Atlanta, GA 30384-4875

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |

Name

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,979.56** |

**Cat Financial Services**
Attn: Manager, Agent, Officer
PO Box 730681
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$587.20** |

**CCS**
Attn: Manager, Agent, Officer
5428 NC Hwy 96 W
Youngsville, NC 27596

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,428.13** |

**Central Carolina Seeding Inc.**
Attn: Manager, Agent, Officer
7255 US Hwy 64E
Lexington, NC 27292

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CenturyLink**
Attn: Manager, Agent, Officer
PO Box 2348
Seattle, WA 98111-2348

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Certified Concrete Construction Inc**
Attn: Manager, Agent, Officer
PO Box 91298
Raleigh, NC 27675

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Certified Laboratories Division**
Attn: Manager, Agent, Officer
23261 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$753.17** |

**Chandler Concrete Co., Inc.**
Attn: Manager, Agent, Officer
PO Box 131
Burlington, NC 27216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|

Name

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,740.85** |
|---|---|---|---|

**Chase Ink**
**Card Member Services**
**PO Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chase Sapphire**
**Card Member Services**
**PO Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,379.46** |
|---|---|---|---|

**Childers Concrete Company**
**Attn: Manager, Agent, Officer**
**200 Wise Avenue**
**High Point, NC 27260**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,944.86** |
|---|---|---|---|

**CIT**
**Attn: Manager, Agent, Officer**
**21146 Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CITI, LLC**
**Attn: Manager, Agent, Officer**
**PO Box 33758**
**Charlotte, NC 28233**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,446.68** |
|---|---|---|---|

**Citizens One Auto Finance**
**Attn: Manager, Agent, Officer**
**PO Box 42113**
**Providence, RI 02940-2113**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,322.31** |
|---|---|---|---|

**City of Durham**
**Attn: Manager, Agent, Officer**
**PO Box 30041**
**Durham, NC 27702-3041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Fayetteville**
**Safelite Program**
**PO Box 742503**
**Cincinnati, OH 45274-2503**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Greenville**
**Attn: Manager, Agent, Officer**
**200 West Fifth Street**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of High Point**
**Attn: Manager, Agent, Officer**
**PO Box 230**
**High Point, NC 27261**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Jacksonville**
**Attn: Manager, Agent, Officer**
**PO Box 128**
**Jacksonville, NC 28541**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.50**

**City of Raleigh**
**Attn: Manager, Agent, Officer**
**PO Box 71081**
**Charlotte, NC 28272-1081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Thomasville**
**Attn: Manager, Agent, Officer**
**10 Salem Street**
**Thomasville, NC 27360**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Winston-Salem**
**Attn: Manager, Agent, Officer**
**PO Box 2511**
**Winston Salem, NC 27102**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clancy & Theys Construction Co**
Attn: Manager, Agent, Officer
516 West Cabarrus Street
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$406.34** |
|---|---|---|---|

**Clark Pavement Marking, Inc.**
Attn: Manager, Agent, Officer
PO Box 1029
Apex, NC 27502

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,752.37** |
|---|---|---|---|

**Classic Chrysler Dodge Jeep Ram**
Attn: Manager, Agent, Officer
306 N. Oak Forest Road
Goldsboro, NC 27534

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,339.79** |
|---|---|---|---|

**Clear-Con, LLC**
Attn: Manager, Agent, Officer
5423 US 70 Bus W
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,529.18** |
|---|---|---|---|

**ClearElectric**
Attn: Manager, Agent, Officer
PO Box 2676
Hickory, NC 28603

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,678.98** |
|---|---|---|---|

**Clearwater, Inc**
Attn: Manager, Agent, Officer
PO Box 1469
Hickory, NC 28603

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,825.83** |
|---|---|---|---|

**Coastal Carolina Pumping Inc.**
Attn: Manager, Agent, Officer
PO Box 7767
Charlotte, NC 28241

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,875.00** |
|---|---|---|---|
| | **Coastal Cleaning & Grading Inc**<br>Attn: Manager, Agent, Officer<br>PO Box 412<br>Pantego, NC 27860 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Coastal Lasers Inc.**<br>Attn: Manager, Agent, Officer<br>1406-1 Castle Hayne Road<br>Wilmington, NC 28401 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Colonial Oil Industries Inc.**<br>Attn: Manager, Agent, Officer<br>PO Box 744934<br>Atlanta, GA 30374-4934 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Commercial Ready Mix Products Inc**<br>Attn: Manager, Agent, Officer<br>PO Box 189<br>Winton, NC 27986 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Concrete Pipe & Precast**<br>Attn: Manager, Agent, Officer<br>210 Stone Spring Road<br>Harrisonburg, VA 22801 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$859.08** |
|---|---|---|---|
| | **Concrete Supply Co., LLC**<br>Attn: Manager, Agent, Officer<br>PO Box 890568<br>Charlotte, NC 28289-0568 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Conequip Parts & Equipment**<br>Attn: Manager, Agent, Officer<br>2712 West Avenue<br>Newfane, NY 14108 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,145.00 |
|---|---|---|---|

**Conner Gwyn Schenck PLLC**
Attn: Manager, Agent, Officer
3141 John Humphries Wynd Ste 100
Raleigh, NC 27612

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,035.77 |
|---|---|---|---|

**Consolidated Pipe & Supply Co., Inc**
Attn: Manager, Agent, Officer
PO Box 2153
Birmingham, AL 35287-3147

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,788.75 |
|---|---|---|---|

**Construction Software Solutions**
Attn: Manager, Agent, Officer
4195 Douglas Ave Unit 570
Sedalia, CO 80135

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cooper Electrical Constuction Co**
Attn: Manager, Agent, Officer
PO Box 20282
Greensboro, NC 27420-0282

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,242.16 |
|---|---|---|---|

**Copperhead Cove Marine, Inc.**
Attn: Manager, Agent, Officer
2971 Vicky Drive
Dillon, SC 29536

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.79 |
|---|---|---|---|

**CopyPro**
Attn: Manager, Agent, Officer
3103 Landmark Street
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,701.31 |
|---|---|---|---|

**Cor Supply and Rental**
Attn: Manager, Agent, Officer
220 Airport Road
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.80**

Core & Main, LP
Attn: Manager, Agent, Officer
PO Box 28330
Saint Louis, MO 63146

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,516.25**

County of Brunswick
Attn: Manager, Agent, Officer
PO Box 249
Bolivia, NC 28422

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

County of Montgomery
Attn: Manager, Agent, Officer
102 East Spring Street
Troy, NC 27371

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Court One
Attn: Manager, Agent, Officer
59 Craftsman Drive
Youngsville, NC 27596

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,906.36**

Covenant Crew Construction, LLC
Attn: Manager, Agent, Officer
245 Beckwith Ave
Clayton, NC 27527

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Cozart Company, Inc.
Attn: Manager, Agent, Officer
7260 Schooner Road
Bailey, NC 27807

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Creative Contrete Construction
Attn: Manager, Agent, Officer
608 White Oak Pond Rd
Apex, NC 27523

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **JSmith Civil, LLC**

Case number (if known) **23-02734-5**

Name

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Crowder Trucking**<br>Attn: Manager, Agent, Officer<br>6776 St. Julian Way<br>Fayetteville, NC 28314 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.50 |
|---|---|---|---|
| | **Crown Screening**<br>Attn: Manager, Agent, Officer<br>PO Box 10748<br>Goldsboro, NC 27532 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,785.64 |
|---|---|---|---|
| | **Cruz Brothers Concrete, Inc.**<br>Attn: Manager, Agent, Officer<br>1572 Payne Road, Lot 75<br>Graham, NC 27253 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|
| | **CS Tree Services, Inc.**<br>Attn: Manager, Agent, Officer<br>1612 Burgess Hill Court<br>Apex, NC 27539 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **CSC Awnings, Inc**<br>Attn: Manager, Agent, Officer<br>3950 N. Liberty Street<br>Winston Salem, NC 27105 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **CSX Transportation, Inc.**<br>Attn: Manager, Agent, Officer<br>500 Water Street (C-115)<br>Jacksonville, FL 32202 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Cumberland County Tax Collector**<br>Attn: Manager, Agent, Officer<br>117 Dick Street, Rm 530<br>Fayetteville, NC 28301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **JSmith Civil, LLC** | Case number *(if known)* | **23-02734-5** |
|---|---|---|---|
| | Name | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Curtin Co**
Attn: Manager, Agent, Officer
11900 Goodrich Drive
Charlotte, NC 28273

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**D&A Lincoln's Trucking**
Attn: Manager, Agent, Officer
PO Box 48416
Cumberland, NC 28331

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**D&J Sand and Gravel Inc**
Attn: Manager, Agent, Officer
226 Old Grantham Road
Goldsboro, NC 27530

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,960.00** |
|---|---|---|---|

**Daigh Company, Inc.**
Attn: Manager, Agent, Officer
84 Buford Dam Road
Cumming, GA 30040

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,447.70** |
|---|---|---|---|

**Datagroup Technologies, Inc.**
Attn: Manager, Agent, Officer
100 Fox Haven Drive
Greenville, NC 27858

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$559,484.42** |
|---|---|---|---|

**David McConnell White**
1520 Crenshaw Point
Wake Forest, NC 27587

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davidson and Jones Construction**
Attn: Manager, Agent, Officer
1207 Front Street, Ste. 200
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **JSmith Civil, LLC** | | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,234.00 |
|---|---|---|---|
| | **Dean's Inc.**<br>**Attn: Manager, Agent, Officer**<br>**3200 Northside Drive**<br>**Raleigh, NC 27615** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00 |
|---|---|---|---|
| | **Dean's Wrecker Service, Inc.**<br>**Attn: Manager, Agent, Officer**<br>**6901 Old Wake Forest Road**<br>**Raleigh, NC 27616** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **DeLage Landen Financial**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Dell Business Credit**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 5275**<br>**Carol Stream, IL 60197-5275** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Delta Contracting, Inc.**<br>**Attn: Manager, Agent, Officer**<br>**580 Trollingwood Road**<br>**Haw River, NC 27258** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,415.00 |
|---|---|---|---|
| | **Denton Contracting**<br>**Attn: Manager, Agent, Officer**<br>**2916 Nahunta Rd**<br>**Pikeville, NC 27863** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,202.90 |
|---|---|---|---|
| | **Digiacomo Land Surveying PLLC**<br>**Attn: Manager, Agent, Officer**<br>**4845 Frankie Road**<br>**Fuquay Varina, NC 27526** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Dillard's Tree Service LLC
Attn: Manager, Agent, Officer
6862 Brookbank Rad
Summerfield, NC 27358

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,305.74**

Dillon Supply Co
Attn: Manager, Agent, Officer
PO Box 896595
Charlotte, NC 28289-6595

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,656.68**

Directional Services, Inc.
Attn: Manager, Agent, Officer
PO Box 385
Hope Mills, NC 28348

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$501.15**

Dixon Paving and Milling, Inc.
Attn: Manager, Agent, Officer
PO Box 598
Zebulon, NC 27597

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$835.00**

Double R Vending Inc.
Attn: Manager, Agent, Officer
2624 Hamlin Road
Durham, NC 27704

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Draper Aden Associates
Attn: Manager, Agent, Officer
1030 Wilmer Ave
Richmond, VA 23227

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Driven Contractors
Attn: Manager, Agent, Officer
701 W. Dr. Martin Luther King Jr Dr
Maxton, NC 28364

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **JSmith Civil, LLC**
Name                                          Case number (if known)   **23-02734-5**

| | |
|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** |

**3.157**   Nonpriority creditor's name and mailing address
**Duke Realty**
Attn: Manager, Agent, Officer
8001 T W Alexander Drive
Raleigh, NC 27617

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158**   Nonpriority creditor's name and mailing address
**Dun-Right Services Inc.**
Attn: Manager, Agent, Officer
1516 West Palmetto Street
Florence, SC 29501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,270.29**

---

**3.159**   Nonpriority creditor's name and mailing address
**DWB Speed & Custom, LLC**
Attn: Manager, Agent, Officer
1176 Gibson Branch Road
Maysville, NC 28555

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,232.29**

---

**3.160**   Nonpriority creditor's name and mailing address
**E R Lewis Construction Co Inc.**
Attn: Manager, Agent, Officer
PO Box 565
Greenville, NC 27835

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,075.00**

---

**3.161**   Nonpriority creditor's name and mailing address
**E S Chachi Concrete, LLC**
Attn: Manager, Agent, Officer
4423 Pine Need Lane
Sophia, NC 27350

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,064.00**

---

**3.162**   Nonpriority creditor's name and mailing address
**E. Zurdo Trucking, Inc.**
Attn: Manager, Agent, Officer
302 Indian Trail
Wendell, NC 27591

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.163**   Nonpriority creditor's name and mailing address
**Eagle Rock 50, LLC**
2nd Floor 21 York Place
2900 Highwoods Blvd
Raleigh, NC 27604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,114.11**

---

| Debtor | **JSmith Civil, LLC** | | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|---|

Name

---

**3.164**

**Nonpriority creditor's name and mailing address**

**Eagle Rock Concrete LLC**
Attn: Manager, Agent, Officer
8311 Bandford Way Ste. 007
Raleigh, NC 27615

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,578.82**

---

**3.165**

**Nonpriority creditor's name and mailing address**

**Earthtec of NC Inc.**
Attn: Manager, Agent, Officer
PO Box 130
Sanford, NC 27331

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166**

**Nonpriority creditor's name and mailing address**

**East Coast Drilling & Blasting Inc.**
Attn: Manager, Agent, Officer
481 Airport Rd
Louisburg, NC 27549

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$94,488.00**

---

**3.167**

**Nonpriority creditor's name and mailing address**

**Eastern Access & Security LLC**
Attn: Manager, Agent, Officer
5488 Gilbert School Rd
Grifton, NC 28530

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$346.94**

---

**3.168**

**Nonpriority creditor's name and mailing address**

**Eastern Earthscapes & Construction**
Attn: Manager, Agent, Officer
3109 NC Hwy 222 E
Stantonsburg, NC 27883

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,794.68**

---

**3.169**

**Nonpriority creditor's name and mailing address**

**Eastern NC Underground Inc**
Attn: Manager, Agent, Officer
96 Red Angus Drive
Smithfield, NC 27577

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$194,072.00**

---

**3.170**

**Nonpriority creditor's name and mailing address**

**ECLS Global Inc.**
Attn: Manager, Agent, Officer
PO Box 1029
Coats, NC 27521

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,139.60**

---

| Debtor | **JSmith Civil, LLC** | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,678.65 |
|---|---|---|---|

**EcoTurf Inc**
Attn: Manager, Agent, Officer
PO Box 91505
Raleigh, NC 27675

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edwards Inc.**
Attn: Manager, Agent, Officer
3530 US 421 North
Wilmington, NC 28401

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EJ USA, Inc.**
Attn: Manager, Agent, Officer
PO Box 644873
Pittsburgh, PA 15264-4873

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,814.45 |
|---|---|---|---|

**Electrical Contracting Svcs of NC**
Attn: Manager, Agent, Officer
7630 US Hwy 117 N
Fremont, NC 27830

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,452.50 |
|---|---|---|---|

**Ellington Contractors Inc.**
Attn: Manager, Agent, Officer
4617 Zebulon Road
Zebulon, NC 27597

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ellington Digital Forensics, LLC**
Attn: Manager, Agent, Officer
PO Box 1202
Wake Forest, NC 27587

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510.75 |
|---|---|---|---|

**Enhanced Protective Industrial Coat**
Attn: Manager, Agent, Officer
PO Box 38338
Greensboro, NC 27438

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.178**

**Nonpriority creditor's name and mailing address**

**Environmental Conservation Lab**
Attn: Manager, Agent, Officer
10775 Central Port Drive
Orlando, FL 32824

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179**

**Nonpriority creditor's name and mailing address**

**EPC Material Placement LLC**
Attn: Manager, Agent, Officer
1000 Duncan Farm Rd
Siler City, NC 27344

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180**

**Nonpriority creditor's name and mailing address**

**EquipmentWatch**
Attn: Manager, Agent, Officer
24653 Network Place
Chicago, IL 60673-1246

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,339.00**

---

**3.181**

**Nonpriority creditor's name and mailing address**

**Erosion Control Solutions LLC**
Attn: Manager, Agent, Officer
10340 Globe Road
Morrisville, NC 27560

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,092.60**

---

**3.182**

**Nonpriority creditor's name and mailing address**

**Erosion Supply Company**
Attn: Manager, Agent, Officer
PO Box 125
Jensen Beach, FL 34958

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$719.50**

---

**3.183**

**Nonpriority creditor's name and mailing address**

**Etowah Explosives LLC**
Attn: Manager, Agent, Officer
PO Box 3081
Cartersville, GA 30120

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184**

**Nonpriority creditor's name and mailing address**

**Evelyn Baysden Trucking Inc.**
Attn: Manager, Agent, Officer
PO Box 799
Gloucester, VA 23061

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,484.00**

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Evoqua Water Technologies LLC**
Attn: Manager, Agent, Officer
2650 Tallevast Rd
Sarasota, FL 34243

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,191.76**

**Excel Concrete Cutting Inc.**
Attn: Manager, Agent, Officer
8801 Durant Nixon Road
Linden, NC 28356

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Excel Hose & Hydraulics**
Attn: Manager, Agent, Officer
PO Box 848
Farmville, VA 23901

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Extra Duty Solutions**
Attn: Manager, Agent, Officer
1 Waterview Drive Ste 101
Shelton, CT 06484

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Extra Space Management Inc.**
Attn: Manager, Agent, Officer
2795 E. Cottonwood Pkwy #400
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**F and S Land Management, LLC**
Attn: Manager, Agent, Officer
439 Eva James Road
Warsaw, NC 28398

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**F&S Grading Company, LLC**
Attn: Manager, Agent, Officer
439 Eva James Road
Warsaw, NC 28398

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Faidley Consulting and Investments**
Attn: Manager, Agent, Officer
920 NW 132 Avenue
Sunrise, FL 33325

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Falcon Engineering, Inc.**
Attn: Manager, Agent, Officer
PO Box 4309
Cary, NC 27519

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,324.00**

**FastMed Urgent Care**
Attn: Manager, Agent, Officer
935 Shotwell Rd., Ste. 108
Clayton, NC 27520-5598

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Faulconer Construction Co**
Attn: Manager, Agent, Officer
2496 Old Ivy Road
Charlottesville, VA 22903

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fayetteville PWC**
Attn: Manager, Agent, Officer
955 Old Wilmington Rd
Fayetteville, NC 28302

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,079.25**

**FEI**
Attn: Manager, Agent, Officer
PO Box 8774
Greensboro, NC 27419

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128,183.21**

**Ferguson Enterprises**
Attn: Manager, Agent, Officer
PO Box 100289
Atlanta, GA 30384-0286

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|

Name

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$876.09**

**First Citizens Bank**
Attn: Manager, Agent, Officer
Mail Code CLN82
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$131,265.03**

**First Citizens Bank**
Attn: Manager, Agent, Officer
PO Box 63068
Charlotte, NC 28263-3068

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,411.93**

**First Citizens Bank & Trust Co**
Attn: Manager, Agent, Officer
PO Box 25187
Raleigh, NC 27611-5187

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**First Citizens Credit Card**
Attn: Manager, Agent, Officer
PO Box 63001
Charlotte, NC 28263-3001

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,632.55**

**First Horizon**
Attn: Manager, Agent, Officer
1 Corporate Drive, Ste. 360
Lake Zurich, IL 60047-8945

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Fitzgerald Truck Parts**
Attn: Manager, Agent, Officer
1225 Livingston Hwy
Byrdstown, TN 38549

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,151.50**

**Fogleman Landfill**
Attn: Manager, Agent, Officer
4005 Intermere Road
Durham, NC 27704

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|

---

**3.206**

Nonpriority creditor's name and mailing address

**Ford Companies, Inc.**
**Attn: Manager, Agent, Officer**
**35 Syphrona Circle**
**Clayton, NC 27527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,274.86**

---

**3.207**

Nonpriority creditor's name and mailing address

**Forever Clean Portable Toilets, Inc**
**Attn: Manager, Agent, Officer**
**116 West Academy Street**
**Fuquay Varina, NC 27526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40,586.85**

---

**3.208**

Nonpriority creditor's name and mailing address

**Fortiline, Inc.**
**Attn: Manager, Agent, Officer**
**PO Box 744053**
**Atlanta, GA 30384-4053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,121.61**

---

**3.209**

Nonpriority creditor's name and mailing address

**Fourth Elm Construction LLC**
**Attn: Manager, Agent, Officer**
**408 E. Mountain Street**
**Kernersville, NC 27824**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210**

Nonpriority creditor's name and mailing address

**Fred Adams Paving Co., Inc.**
**Attn: Manager, Agent, Officer**
**PO Box 227**
**Morrisville, NC 27560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,850.00**

---

**3.211**

Nonpriority creditor's name and mailing address

**Freeman Concrete Co Inc**
**Attn: Manager, Agent, Officer**
**PO Box 402**
**Rocky Point, NC 28457**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212**

Nonpriority creditor's name and mailing address

**Frye Fence Co., Inc.**
**Attn: Manager, Agent, Officer**
**3221 Durham Drive, Ste. 115**
**Raleigh, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$584.00**

---

Debtor  **JSmith Civil, LLC**
_____
Name

Case number (if known)   **23-02734-5**
_____

| | | |
|---|---|---|
| 3.213 | **Nonpriority creditor's name and mailing address** | **$155,154.00** |
| | **Fulcher Electric of Fayetteville** | |
| | Attn: Manager, Agent, Officer | |
| | PO Box 2799 | |
| | Fayetteville, NC 28302 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.214 | **Nonpriority creditor's name and mailing address** | **$5,582.24** |
| | **G Civil Erosion Control LLC** | |
| | Attn: Manager, Agent, Officer | |
| | 703 Anson Street | |
| | Wilson, NC 27893 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.215 | **Nonpriority creditor's name and mailing address** | **$27,423.45** |
| | **Gaines Oil Company** | |
| | Attn: Manager, Agent, Officer | |
| | PO Box 421 | |
| | Goldston, NC 27252 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.216 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Garcia's Masonry** | |
| | Attn: Manager, Agent, Officer | |
| | 156 W. Shaw Mill Road | |
| | Saint Pauls, NC 28384 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.217 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Garley Rebar, LLC** | |
| | Attn: Manager, Agent, Officer | |
| | PO Box 836 | |
| | Smithfield, NC 27577 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** | **$25,683.77** |
| | **Garris Grading & Paving, Inc.** | |
| | Attn: Manager, Agent, Officer | |
| | 5950 Gay Road | |
| | Farmville, NC 27828 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.219 | **Nonpriority creditor's name and mailing address** | **$5,154.10** |
| | **Garrison Enterprises, Inc.** | |
| | Attn: Manager, Agent, Officer | |
| | 211 West Elmer Road | |
| | Vineland, NJ 08360 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **JSmith Civil, LLC**                                          Case number (*if known*)    **23-02734-5**
_____
Name

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gaskins Design Group Inc.**
Attn: Manager, Agent, Officer
420 W. Hanrahan Road
Grifton, NC 28530

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GATS Investments LLC**
Attn: Manager, Agent, Officer
135 Buckthorn Court
Mount Gilead, NC 27306

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Geneva Capital**
Attn: Manager, Agent, Officer
1311 Broadway Street
Alexandria, MN 56308

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,527.10** |
|---|---|---|---|

**GeoInnovation, PC**
Attn: Manager, Agent, Officer
402 Jewell Point
Wilmington, NC 28411

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,863.87** |
|---|---|---|---|

**George's Body Shop**
Attn: Manager, Agent, Officer
175 Claridge Nursery Road
Goldsboro, NC 27530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$836.00** |
|---|---|---|---|

**Geotechnics Inc.**
Attn: Manager, Agent, Officer
544 Braddock Ave
East Pittsburgh, PA 15112

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,079.35** |
|---|---|---|---|

**GETSCo, Inc.**
Attn: Manager, Agent, Officer
PO Box 159
Middlesex, NC 27557

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Global Crane Services**
Attn: Manager, Agent, Officer
PO Box 18624
Greensboro, NC 27419

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Global Industrial**
Attn: Manager, Agent, Officer
29833 Network Place
Chicago, IL 60673-1298

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,090.00**

**GM Financial**
Attn: Manager, Agent, Officer
PO Box 78143
Phoenix, AZ 85062-8143

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00**

**Gomez & Son's Construction Inc.**
Attn: Manager, Agent, Officer
147 Meghan Circle
Selma, NC 27576

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$204,825.50**

**Gomez & Sons Construction, LLC**
Attn: Manager, Agent, Officer
375 Madison Avenue
Princeton, NC 27569

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Gon & Clark Group, LLC**
Attn: Manager, Agent, Officer
29 Reilly Court
Metuchen, NJ 08840

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Goodall Brazier Ltd.**
Attn: Manager, Agent, Officer
Leeds UK LS1 4BN
ENGLAND

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.234**

**Nonpriority creditor's name and mailing address**
Goshen Medical Center Inc
Attn: Manager, Agent, Officer
PO Box 187
Faison, NC 28341-0187

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.235**

**Nonpriority creditor's name and mailing address**
GPAC, LLC
Attn: Manager, Agent, Officer
116 W. 69 Street Ste 200
Sioux Falls, SD 57108

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.236**

**Nonpriority creditor's name and mailing address**
Grahams Construction Inc.
Attn: Manager, Agent, Officer
27278 Andrew Jackson Hwy E, Ste. D
Delco, NC 28436

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.237**

**Nonpriority creditor's name and mailing address**
GreatAmerica Financial Services
Attn: Manager, Agent, Officer
PO Box 660831
Dallas, TX 75266-0831

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$7,986.42**

---

**3.238**

**Nonpriority creditor's name and mailing address**
Green Resource LLC
Attn: Manager, Agent, Officer
PO Box 429
Colfax, NC 27235

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$15,982.30**

---

**3.239**

**Nonpriority creditor's name and mailing address**
Greenville Utilities Commission
Attn: Manager, Agent, Officer
PO Box 1432
Charlotte, NC 28201-1432

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.240**

**Nonpriority creditor's name and mailing address**
Gregory Poole Equipment Co.
Attn: Manager, Agent, Officer
PO Box 60457
Charlotte, NC 28260

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Griffeth Auto Glass Surfside Inc.**
Attn: Manager, Agent, Officer
203 Cilmar Court
Hampstead, NC 28443

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,087.50** |
|---|---|---|---|

**Gulley's Backhoe Service LLP**
Attn: Manager, Agent, Officer
108 Rossell Park Circle
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,650.01** |
|---|---|---|---|

**Gutierrez Asphalt Company**
Attn: Manager, Agent, Officer
5041 Derry Down Lane
Apex, NC 27539

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**H&A Directional Boring, LLC**
Attn: Manager, Agent, Officer
225 Sheep Rock Rd
Snow Camp, NC 27349

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hall's Tree Service**
Attn: Manager, Agent, Officer
977 Ellis Road
Lumber Bridge, NC 28357

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,626.44** |
|---|---|---|---|

**Hanes Geo Components**
Attn: Manager, Agent, Officer
PO Box 60984
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,300.73** |
|---|---|---|---|

**HCSS**
Attn: Manager, Agent, Officer
PO Box 734695
Dallas, TX 75373-4695

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   **JSmith Civil, LLC**                                            Case number (if known)   **23-02734-5**
_____
Name

---

**3.248**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$1,688.77**

**HDR Engineering Inc of the Carolina**
Attn: Manager, Agent, Officer
PO Box 74008202
Chicago, IL 60674-8202

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.249**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$1,185.86**

**Heidelberg Materials Southeast**
Attn: Manager, Agent, Officer
300 East John Carpenter Freeway
Irving, TX 75062

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.250**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **Unknown**

**Herc Rentals, Inc.**
Attn: Manager, Agent, Officer
PO Box 936257
Atlanta, GA 31193-6257

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.251**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$630.00**

**Heritage Transportation Company**
Attn: Manager, Agent, Officer
PO Box 2115
Albemarle, NC 28002

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.252**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **Unknown**

**Highland Paving Co LLC**
Attn: Manager, Agent, Officer
PO Box 1843
Fayetteville, NC 28302

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.253**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **Unknown**

**Highland Tank LLC**
Attn: Manager, Agent, Officer
PO Box 645620
Pittsburgh, PA 15264-5620

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.254**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.   **$1,496.25**

**Hilco Transport, Inc.**
Attn: Manager, Agent, Officer
PO Box 6307
Hermitage, PA 16148-0923

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**Hinnant's Electrical Service LLC**
Attn: Manager, Agent, Officer
313 Parkins Drive
Emerald Isle, NC 28594

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,468.06**

**Hoke Emergency Group PC**
Attn: Manager, Agent, Officer
210 Medical Pavilion Drive
Raeford, NC 28376

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hurley Backhoe Services, Inc.**
Attn: Manager, Agent, Officer
116 Rock Hill Drive
Star, NC 27356

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HydroExcavators, LLC**
Attn: Manager, Agent, Officer
2095 Plunkett Rd
Conyers, GA 30012

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Imperium Global Search Ltd**
Sedulo, Ground Floor
St. Paul's House, 23 Park Square
Leeds UNITED KINGDOM

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,060.69**

**Insight Branding**
Finance Department
4173 Raphael Street
Covington, GA 30014

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,268.58**

**Insightsoftware, LLC**
Attn: Manager, Agent, Officer
8529 Six Forks Road, Ste. 400
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,887.19 |
|---|---|---|---|
| | **Intragrade**<br>Attn: Manager, Agent, Officer<br>4617 Zebulon Road<br>Zebulon, NC 27597 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,977.19 |
|---|---|---|---|
| | **J & A Utilities LLC**<br>Attn: Manager, Agent, Officer<br>169 Madison Avenue<br>Princeton, NC 27569 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **J & N Hauling, LLC**<br>Attn: Manager, Agent, Officer<br>109 May Drive<br>Smithfield, NC 27577 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $978.72 |
|---|---|---|---|
| | **J&M Executive Leasing LLC**<br>Attn: Manager, Agent, Officer<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **J.R. Hoe & Sons, Inc.**<br>Attn: Manager, Agent, Officer<br>PO Box1737<br>Middlesboro, KY 40965 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **James L. Morgan Trucking Inc.**<br>Attn: Manager, Agent, Officer<br>2090 Turkey Trap Rd SW<br>Supply, NC 28462 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,468.06 |
|---|---|---|---|
| | **James Rd Stump Dump**<br>Attn: Manager, Agent, Officer<br>420 James Road<br>Clemmons, NC 27012 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,945.61** |
|---|---|---|---|

**James River Equipment**
Attn: Manager, Agent, Officer
PO Box 745475
Atlanta, GA 30374-5475

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,985.44** |
|---|---|---|---|

**Jarco Supply LLC**
Attn: Manager, Agent, Officer
PO Box 688
Youngsville, NC 27596

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,816.27** |
|---|---|---|---|

**JENNS, LLC**
Attn: Manager, Agent, Officer
1809 Colwell Ave
Wilmington, NC 28403

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeremy Smith**
118 Crosswinds Drive
Goldsboro, NC 27530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$802.50** |
|---|---|---|---|

**Jernigan Oil Company**
Attn: Manager, Agent, Officer
PO Box 688
Ahoskie, NC 27910

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Deere Financial**
Attn: Manager, Agent, Officer
PO Box 4450
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**John R. Adams Co., Inc.**
Attn: CT Corporation Sys, Reg Agent
160 Mine Lake Court, Ste 200
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Engineering/Survey Services (U.S. Highway 117 Project)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|

Name

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,915.28** |
|---|---|---|---|

**Jones and Associates**
Attn: Manager, Agent, Officer
4966 Old Tar Road
Winterville, NC 28590

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,399.76** |
|---|---|---|---|

**JRT Asphalt LLC**
Attn: Manager, Agent, Officer
104 Harvest Lane
Goldsboro, NC 27530

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JWC Environmental Inc.**
Attn: Manager, Agent, Officer
2850 S. Red Hill Ave, Ste. 125
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jymco Construction Company**
Attn: Manager, Agent, Officer
1586 Yelverton Grover Road
Smithfield, NC 27577

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kaufman Trailers of NC**
Attn: Manager, Agent, Officer
702B N Silver Street
Lexington, NC 27292

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**KCI Associates of North Carolina**
Attn: Manager, Agent, Officer
PO Box 791479
Baltimore, MD 21279-1479

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Keith Grading and Hauling Inc.**
Attn: Manager, Agent, Officer
51 Morning Chase Lane
Clayton, NC 27527

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,341.80** |
|---|---|---|---|

**Kennedy Water Works**
Attn: Manager, Agent, Officer
125 6th Street, Suite 100
Mount Laurel, NJ 08054

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Battle Trucking**
Attn: Manager, Agent, Officer
PO Box 801
Greenville, NC 27835

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$556.63** |
|---|---|---|---|

**King Tutt Graphics**
Attn: Manager, Agent, Officer
1113 Transport Drive
Raleigh, NC 27603

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,429.14** |
|---|---|---|---|

**Knapheide Truck Equipment**
Attn: Manager, Agent, Officer
3613 Jones Sausage Road
Garner, NC 27529

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126,188.59** |
|---|---|---|---|

**Komatsu Financial**
Attn: Manager, Agent, Officer
PO Box 99303
Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**L.G. Jordan Oil Co., Inc.**
Attn: Manager, Agent, Officer
PO Box 220
Apex, NC 27502

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**L.L. Vann Electric, Inc.**
Attn: Manager, Agent, Officer
833 Purser Drive
Raleigh, NC 27603

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **JSmith Civil, LLC**                                     Case number (if known)    **23-02734-5**
_____
Name

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.00 |
|---|---|---|---|

**LabCorp**
Attn: Manager, Agent, Officer
PO Box 12140
Burlington, NC 27216-2140

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Land Levelers LLC**
Attn: Manager, Agent, Officer
PO Box 916
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $457.80 |
|---|---|---|---|

**Leaf**
Attn: Manager, Agent, Officer
PO Box 5066
Hartford, CT 06102-5066

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lehigh Hanson**
Attn: Manager, Agent, Officer
PO Box 412345
Boston, MA 02241-2345

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lemon's Backhoe & Loader Service**
Attn: Manager, Agent, Officer
PO Box 422
Troy, NC 27371

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lennar Companies**
Attn: Manager, Agent, Officer
1100 Perimeter Park Dr Ste 112
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,819.11 |
|---|---|---|---|

**Linder Industrial Machinery**
Attn: Manager, Agent, Officer
PO Box 743637
Atlanta, GA 30374-3637

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.297** | Nonpriority creditor's name and mailing address

Lindsay Precast, LLC
Attn: Manager, Agent, Officer
PO Box 580
Franklinton, NC 27525

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.298** | Nonpriority creditor's name and mailing address

LKC Engineering, PLLC
Attn: Adam P. Kiker, Reg. Agent
140 Aqua Shed Court
Aberdeen, NC 28315

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.299** | Nonpriority creditor's name and mailing address

LMJ Pavement Marking LLC
Attn: Manager, Agent, Officer
76 Oak Fern Lane
Willow Spring, NC 27592

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$64,436.05**

---

**3.300** | Nonpriority creditor's name and mailing address

Lucas Pavement Maintenance & Constr
Attn: Manager, Agent, Officer
1101 Diane Blvd
Kinston, NC 28504

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24,426.00**

---

**3.301** | Nonpriority creditor's name and mailing address

Luna's Welding & Construction LLC
Attn: Manager, Agent, Officer
1429 W Hanrahan Rd
Ayden, NC 28513

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.302** | Nonpriority creditor's name and mailing address

Mac Jones Construction LLC
Attn: Manager, Agent, Officer
PO Box 610
Pine Level, NC 27568

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$89,025.14**

---

**3.303** | Nonpriority creditor's name and mailing address

Mac-Con Concrete Construction Inc
Attn: Manager, Agent, Officer
PO Box 1689
Clayton, NC 27528

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,724.13**

Mack Industries
Attn: Manager, Agent, Officer
PO Box 936468
Atlanta, GA 31193-6468

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Mainline Construction, LLC
Attn: Manager, Agent, Officer
332 Potters Hill Rd
Richlands, NC 28574

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,693.72**

Mangum's
Attn: Manager, Agent, Officer
PO Box 7177
Wilson, NC 27895

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Mangum's Towing and Road Service
Attn: Manager, Agent, Officer
2811 Yukon Road
Wilson, NC 27893

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,607.88**

Marshall's Construction Asphalt
Attn: Manager, Agent, Officer
3983 W. Old Spring Hope Road
Nashville, NC 27856

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$153,369.52**

Martin Marietta
Attn: Manager, Agent, Officer
PO Box 935043
Atlanta, GA 31193-5043

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Marvin Joseph Beaman, Jr.
1240 O'Berry Road
Mount Olive, NC 28365

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **JSmith Civil, LLC**

Case number (if known)   **23-02734-5**

Name

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |
|---|---|---|---|
| | MC Turrone, Inc.<br>Attn: Manager, Agent, Officer<br>PO Box 403<br>Simpson, NC 27879 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,876.25 |
|---|---|---|---|
| | McDavid Associates, Inc.<br>Attn: Manager, Agent, Officer<br>PO Drawer 49<br>Farmville, NC 27828 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.00 |
|---|---|---|---|
| | McGriff Insurance Services Inc<br>Attn: Manager, Agent, Officer<br>214 N Tryon Street 46<br>Charlotte, NC 28202 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | McLamb Development, LLC<br>Attn: Manager, Agent, Officer<br>PO Box 105<br>Smithfield, NC 27577 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Mecklenburg Restoration, LLC<br>Attn: Manager, Agent, Officer<br>4012 N. Graham Street<br>Charlotte, NC 28206 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Mercer Transportation Co.<br>Attn: Manager, Agent, Officer<br>PO Box 644011<br>Pittsburgh, PA 15264-4011 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593.25 |
|---|---|---|---|
| | Metalcrafters of Wayne Co Inc.<br>Attn: Manager, Agent, Officer<br>584 Isaac Smith Road<br>Goldsboro, NC 27530 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.318**

**Nonpriority creditor's name and mailing address**

**METCON**
**Attn: Manager, Agent, Officer**
**3050 Hammond Business Place**
**Raleigh, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.319**

**Nonpriority creditor's name and mailing address**

**MHC Kenworth-Clinton**
**Attn: Manager, Agent, Officer**
**PO Box 879269**
**Kansas City, MO 64187-9269**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$46,347.33**

---

**3.320**

**Nonpriority creditor's name and mailing address**

**Michael Page International, Inc.**
**Attn: 392604**
**500 Ross Street 154-0460**
**Pittsburgh, PA 15262-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.321**

**Nonpriority creditor's name and mailing address**

**Micro-Comm Inc**
**Attn: Manager, Agent, Officer**
**15895 S. Pflumm Rd**
**Olathe, KS 66062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$14,000.00**

---

**3.322**

**Nonpriority creditor's name and mailing address**

**Mike Oehler Trucking, Inc.**
**Attn: Manager, Agent, Officer**
**12310 Jimmy Oehler Road**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,641.37**

---

**3.323**

**Nonpriority creditor's name and mailing address**

**MKH Search Limited**
**71-75 Shelton Street**
**London, Greater London WC2H 9JQ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$27,500.00**

---

**3.324**

**Nonpriority creditor's name and mailing address**

**Mobile Mini Inc**
**Attn: Manager, Agent, Officer**
**4646 E Van Buren St., Ste 400**
**Phoenix, AZ 85008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Monteith Construction Corp.** | ☐ Contingent | |
| | **Attn: N. John Monteith, Reg. Agent** | ☐ Unliquidated | |
| | **208 Princess Street** | ☑ Disputed | |
| | **Wilmington, NC 28401** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mr. Rooter Plumbing of Pitt & Wake** | ☐ Contingent | |
| | **Attn: Manager, Agent, Officer** | ☐ Unliquidated | |
| | **4735 J Reedy Branch Rd** | ☑ Disputed | |
| | **Winterville, NC 28590** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nash County Tax Collector** | ☐ Contingent | |
| | **Attn: Manager, Agent, Officer** | ☐ Unliquidated | |
| | **120 W Washington Street Ste 2058** | ☑ Disputed | |
| | **Nashville, NC 27856** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **National Equipment Dealers LLC** | ☐ Contingent | |
| | **Dept 720049** | ☐ Unliquidated | |
| | **PO Box 1335** | ☑ Disputed | |
| | **Charlotte, NC 28201-1335** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,056.01** |
|---|---|---|---|
| | **National Trench Safety** | ☐ Contingent | |
| | **Attn: Manager, Agent, Officer** | ☐ Unliquidated | |
| | **PO Box 750963** | ☑ Disputed | |
| | **Houston, TX 77275-0963** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **NAWIC** | ☐ Contingent | |
| | **c/o Custom Building Co** | ☐ Unliquidated | |
| | **PO Box 781** | ☑ Disputed | |
| | **Greenville, NC 27835** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **NC Department of Transportation** | ☐ Contingent | |
| | **Attn: Manager, Agent, Officer** | ☐ Unliquidated | |
| | **1 S. Wilmington Street** | ☑ Disputed | |
| | **Raleigh, NC 27601** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
| --- | --- | --- | --- |
| | Name | | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,495.99 |
| --- | --- | --- | --- |

NC Earthworks Inc
Attn: Manager, Agent, Officer
4221 NC 11 North
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

NC Elite Contracting LLC
Attn: Manager, Agent, Officer
175 Batten Pond Rd
Selma, NC 27576

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

NCCU
Attn: Manager, Agent, Officer
616 E. Lawson Street
Durham, NC 27701

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

NCDPS Central Engineering
Attn: Manager, Agent, Officer
2020 Yonkers Road
Raleigh, NC 27699

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

Nehrenz Enterprises
Attn: Manager, Agent, Officer
7001 Cedric Drive
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

Neuse Colony Association Inc
Attn: Manager, Agent, Officer
112 Jasmine Drive
Clayton, NC 27527

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

New Atlantic Contracting Inc
Attn: Manager, Agent, Officer
2635 Reynolds Road
Winston Salem, NC 27106

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|

Name

---

**3.339** | Nonpriority creditor's name and mailing address
**New Field Inc**
Attn: Manager, Agent, Officer
10451 Dow-Gil Road
Ashland, VA 23005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$38,952.96**

---

**3.340** | Nonpriority creditor's name and mailing address
**Next Level Cleaning Services**
Attn: Manager, Agent, Officer
PO Box 30822
Greenville, NC 27833

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$3,750.00**

---

**3.341** | Nonpriority creditor's name and mailing address
**NextCare North Carolina**
Attn: Manager, Agent, Officer
PO Box 843833
Los Angeles, CA 90084-3833

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.342** | Nonpriority creditor's name and mailing address
**Nickelston Industries, Inc.**
Attn: Manager, Agent, Officer
PO Box 83
Lawsonville, NC 27022

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.343** | Nonpriority creditor's name and mailing address
**Nixon Contracting**
Attn: Manager, Agent, Officer
5072 Glendale Road
Kenly, NC 27542

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$7,945.06**

---

**3.344** | Nonpriority creditor's name and mailing address
**Noble Oil Services**
Attn: Manager, Agent, Officer
PO Box 4419
Sanford, NC 27331

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$99.00**

---

**3.345** | Nonpriority creditor's name and mailing address
**Norman Retaining Walls**
Attn: Manager, Agent, Officer
117 Trackside Road
Troutman, NC 28166

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$21,991.75**

---

| | |
|---|---|
| Debtor | **JSmith Civil, LLC** |
| | Name |

Case number (*if known*)   **23-02734-5**

---

**3.346**

**Nonpriority creditor's name and mailing address**
NWR Construction, LLC
Attn: Manager, Agent, Officer
127 Scaleybark Rd
Charlotte, NC 28209

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.347**

**Nonpriority creditor's name and mailing address**
NYC Underground Construction Inc.
Attn: Manager, Agent, Officer
106 East Health Ave
Smithfield, NC 27577

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.348**

**Nonpriority creditor's name and mailing address**
Oldcastle Precast Inc.
Attn: Manager, Agent, Officer
PO Box 402721
Atlanta, GA 30384-2721

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,435,824.98**

---

**3.349**

**Nonpriority creditor's name and mailing address**
On-Site Hose Inc.
2nd Floor 21 York Place
1001-102 Goodworth Road
Apex, NC 27539

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$688.74**

---

**3.350**

**Nonpriority creditor's name and mailing address**
Optum Bank
Attn: Manager, Agent, Officer
12921 S Vista Station Blvd
Draper, UT 84020

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.351**

**Nonpriority creditor's name and mailing address**
Ormond Energy
Attn: Manager, Agent, Officer
9535 US 70
Princeton, NC 27569

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.352**

**Nonpriority creditor's name and mailing address**
PA Turnpike Toll By Plate
Attn: Manager, Agent, Officer
PO Box 645631
Pittsburgh, PA 15264-5254

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$49.00**

---

Debtor   **JSmith Civil, LLC**
_____
Name

Case number (if known)   **23-02734-5**
_____

| | | |
|---|---|---|
| **3.353** | **Nonpriority creditor's name and mailing address**<br>**PAB Logistics LLC**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 536801**<br>**Pittsburgh, PA 15253-6800** | **As of the petition filing date, the claim is:** Check all that apply.   **$1,200.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.354** | **Nonpriority creditor's name and mailing address**<br>**Pacific Trucking Inc.**<br>**Attn: Manager, Agent, Officer**<br>**1110 Navaho Drive Ste 107**<br>**Raleigh, NC 27609** | **As of the petition filing date, the claim is:** Check all that apply.   **$37,847.66**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.355** | **Nonpriority creditor's name and mailing address**<br>**Paul D. Williams**<br>**PO Box 1385**<br>**Dunn, NC 28335** | **As of the petition filing date, the claim is:** Check all that apply.   **$1,260.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.356** | **Nonpriority creditor's name and mailing address**<br>**Paveway Systems Inc.**<br>**Attn: Manager, Agent, Officer**<br>**114 Indian Lakes Lane**<br>**Florahome, FL 32140** | **As of the petition filing date, the claim is:** Check all that apply.   **$6,979.37**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.357** | **Nonpriority creditor's name and mailing address**<br>**Penhall Company**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 842911**<br>**Los Angeles, CA 90084-2911** | **As of the petition filing date, the claim is:** Check all that apply.   **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.358** | **Nonpriority creditor's name and mailing address**<br>**Pete Duty & Associates**<br>**Attn: Manager, Agent, Officer**<br>**2219 Leah Drive**<br>**Hillsborough, NC 27278** | **As of the petition filing date, the claim is:** Check all that apply.   **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.359** | **Nonpriority creditor's name and mailing address**<br>**Phelps Tree Service, Inc.**<br>**Attn: Manager, Agent, Officer**<br>**320 Furlough Road**<br>**Creswell, NC 27928** | **As of the petition filing date, the claim is:** Check all that apply.   **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **JSmith Civil, LLC** | | Case number (if known) | **23-02734-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,307.76 |
|---|---|---|---|
| | **Piedmont Automation, Inc**<br>Attn: Manager, Agent, Officer<br>154 Kapp Street<br>Winston Salem, NC 27105 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Pineville West**<br>Attn: Manager, Agent, Officer<br>23 Waltrus Drive<br>Clayton, NC 27527 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,894.00 |
|---|---|---|---|
| | **Pinion Grading and Clearing Inc**<br>Attn: Manager, Agent, Officer<br>1390 Langdon Road<br>Angier, NC 27501 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | **Pipeline Restoration Services**<br>Attn: Manager, Agent, Officer<br>1725 Corcus Ferry Road<br>Hampstead, NC 28443 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,531.67 |
|---|---|---|---|
| | **Pirtek Sound End**<br>Attn: Manager, Agent, Officer<br>3401 Saint Vardell Lane, Ste. K<br>Charlotte, NC 28217 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,475.31 |
|---|---|---|---|
| | **PNC Bank**<br>Attn: Manager, Agent, Officer<br>PO Box 3180<br>Pittsburgh, PA 15230-3180 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **PNC Commercial Loan**<br>Attn: Manager, Agent, Officer<br>PO Box 340777<br>Pittsburgh, PA 15230-7777 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **JSmith Civil, LLC**
_____
Name

Case number (*if known*)   **23-02734-5**
_____

| | |
|---|---|
| **3.367** | **Nonpriority creditor's name and mailing address** |

**PNC Credit Card**
Attn: Manager, Agent, Officer
PO Box 3180
Pittsburgh, PA 15230-3180

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.368** | **Nonpriority creditor's name and mailing address** |

**PNC Equipment Finance**
Attn: Manager, Agent, Officer
PO Box 94931
Cleveland, OH 44101-4931

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.369** | **Nonpriority creditor's name and mailing address** |

**Powertrain Products**
Attn: Manager, Agent, Officer
2501 Route 73 South
Cinnaminson, NJ 08077

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,469.27**

---

| | |
|---|---|
| **3.370** | **Nonpriority creditor's name and mailing address** |

**Precast Solutions**
Attn: Manager, Agent, Officer
PO Box 127
Browns Summit, NC 27214

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.371** | **Nonpriority creditor's name and mailing address** |

**Precision Earth & Pipe LLC**
Attn: Manager, Agent, Officer
2000 Brentwood Rd Unit #9
Raleigh, NC 27604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.372** | **Nonpriority creditor's name and mailing address** |

**Preston H. Roberts, Inc.**
DBA CJGeo/Concrete Jack
3402 Acorn Street, Ste. 101
Williamsburg, VA 23188

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,148.84**

---

| | |
|---|---|
| **3.373** | **Nonpriority creditor's name and mailing address** |

**ProClean Property Management**
Attn: Manager, Agent, Officer
PO Box 617
Tarboro, NC 27886

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$45,358.60**

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.374** | Nonpriority creditor's name and mailing address
**Professional Touch**
Attn: Manager, Agent, Officer
31 Brook Meadow
La Grange, NC 28551

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.375** | Nonpriority creditor's name and mailing address
**ProSite, LLC**
Attn: Manager, Agent, Officer
675 Ervin Farm Rd
Mooresville, NC 28115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.376** | Nonpriority creditor's name and mailing address
**Protecs**
Attn: Manager, Agent, Officer
5110 Campus Drive
Plymouth Meeting, PA 19462

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.377** | Nonpriority creditor's name and mailing address
**Public Works Commission**
PWC Operations Complex
955 Old Wilmington Road
Fayetteville, NC 28301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.378** | Nonpriority creditor's name and mailing address
**Purpose Driven Seeding & Mulching**
Attn: Manager, Agent, Officer
1337 Brayboy Rd
Rowland, NC 28383

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.379** | Nonpriority creditor's name and mailing address
**Quality Asphalt Service Inc**
Attn: Manager, Agent, Officer
PO Box 1170
Coats, NC 27521

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,041.59**

---

**3.380** | Nonpriority creditor's name and mailing address
**Quality Oil Company LLC**
Attn: Manager, Agent, Officer
PO Box 2736
Winston Salem, NC 27102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **JSmith Civil, LLC**
_____
Name

Case number (*if known*)   **23-02734-5**

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quality Pavement Repair**
Attn: Manager, Agent, Officer
PO Box 930134
Atlanta, GA 31193-0134

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ragland Productions**
Attn: Manager, Agent, Officer
250 West Main Street
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rah Trucking**
Attn: Manager, Agent, Officer
2432 Impatien Drive
Charlotte, NC 28215

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RailPros Field Services, Inc.**
Attn: Manager, Agent, Officer
1320 Greenway Drive, Ste. 490
Irving, TX 75038

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,353.33** |
|---|---|---|---|

**Rain for Rent**
Attn: Manager, Agent, Officer
4350 Golf Acres Drive
Charlotte, NC 28208

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Raleigh Office 1, LLC**
Attn: Manager, Agent, Officer
150 Greenwich Street, FL 52
New York, NY 10007-2446

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RamTool Construction Supply Co**
Attn: Manager, Agent, Officer
PO Box 743487
Atlanta, GA 30374-3487

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.388** | **Nonpriority creditor's name and mailing address**

Ranger Engineering Consulting Inc
Attn: Manager, Agent, Officer
3111 N. Caden Ct., Ste. 200
Flagstaff, AZ 86004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,425.00

---

**3.389** | **Nonpriority creditor's name and mailing address**

Razorback Boring, Inc.
Attn: Manager, Agent, Officer
PO Box 1010
Morrisville, NC 27560

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$55,707.76

---

**3.390** | **Nonpriority creditor's name and mailing address**

Ready Mix Concrete Company
Argos USA LLC
PO Box 733134
Dallas, TX 75373-3134

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.391** | **Nonpriority creditor's name and mailing address**

Ricasha, Inc.
Attn: Manager, Agent, Officer
PO Box 1771
Robbinsville, NC 28771

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,593.75

---

**3.392** | **Nonpriority creditor's name and mailing address**

RoadSafe Traffic Systems, Inc.
Attn: Manager, Agent, Officer
8750 W Bryn Mawr Ave #400
Chicago, IL 60631

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,100.12

---

**3.393** | **Nonpriority creditor's name and mailing address**

Roadworks Construction Company
Attn: Manager, Agent, Officer
5401 Buckwood Drive
Apex, NC 27539

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.394** | **Nonpriority creditor's name and mailing address**

Rob's Hydraulics, Inc.
Attn: Manager, Agent, Officer
PO Box 636
Grimesland, NC 27837

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor   **JSmith Civil, LLC**
_____
Name

Case number (*if known*)   **23-02734-5**
_____

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,634.75 |
|---|---|---|---|

**Robinsons Water Works**
Attn: Manager, Agent, Officer
196 Johnnie Smith Road
Deep Run, NC 28525

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rogers Tapping Service**
Attn: Manager, Agent, Officer
2808 Connector Drive
Wake Forest, NC 27587

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $337.50 |
|---|---|---|---|

**Ronald Moore**
326 Crantock Road
Smithfield, NC 27577

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ruppert Companies**
Attn: Manager, Agent, Officer
23601 Laytonsville Road
Laytonsville, MD 20882

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201,976.42 |
|---|---|---|---|

**Ruston Paving Company, Inc.**
Attn: Manager, Agent, Officer
3874 South Alston Ave, Ste. 101
Durham, NC 27713

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**S & S Contracting and Landscaping**
Attn: Manager, Agent, Officer
6349 River Road
Fuquay Varina, NC 27526

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,901.48 |
|---|---|---|---|

**S & W Ready Mix Concrete Co**
Attn: Manager, Agent, Officer
PO Box 930266
Atlanta, GA 31193-0266

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.402**

**Nonpriority creditor's name and mailing address**
S&ME, Inc.
Attn: Manager, Agent, Officer
PO Box 277523
Atlanta, GA 30384-7523

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.403**

**Nonpriority creditor's name and mailing address**
S.T. Wooten Corporation
Attn: Manager, Agent, Officer
PO Box 2408
Wilson, NC 27893

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Construction Services (U.S. Highway 117 Project)

Is the claim subject to offset? ☑ No ☐ Yes

**$246,537.01**

---

**3.404**

**Nonpriority creditor's name and mailing address**
Sadler Landscaping, LLC
Attn: Manager, Agent, Officer
8122 NC Hwy 32 S
Plymouth, NC 27962

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$230.95**

---

**3.405**

**Nonpriority creditor's name and mailing address**
Saf-Cut Concrete Cutting, Inc.
Attn: Manager, Agent, Officer
1317-108 Kirkland Road
Raleigh, NC 27603

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.406**

**Nonpriority creditor's name and mailing address**
Samet Corporation
Attn: Manager, Agent, Officer
309 Gallimore Dairy Rd Ste 102
Greensboro, NC 27409

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.407**

**Nonpriority creditor's name and mailing address**
Samson Storm and Sewer
Attn: Manager, Agent, Officer
PO Box 1196
Benson, NC 27504

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,943.00**

---

**3.408**

**Nonpriority creditor's name and mailing address**
Second Wind Consultants
Attn: Manager, Agent, Officer
136 West Street
Northampton, MA 01060

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,003.82**

Secure Traffic Control Inc.
Attn: Manager, Agent, Officer
102 E. Heath Ave
Smithfield, NC 27577

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$393.53**

Seegars Fence Co of Raleigh
Attn: Manager, Agent, Officer
PO Box 98206
Raleigh, NC 27624

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Seegars Fence Co. - Greensboro
Attn: Manager, Agent, Officer
PO Box 19406
Greensboro, NC 27419

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$673.27**

Sharpe Business Systems
Attn: Manager, Agent, Officer
Dept AT 40322
Atlanta, GA 31192-0322

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,369.20**

Sharpe Co.
Attn: Manager, Agent, Officer
PO Box 90028
Charlotte, NC 28290

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.414** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

Shaun Lakey Excavating LLC
Attn: Manager, Agent, Officer
309 Johnson Farm Rd
Hiddenite, NC 28636

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Shawmine LLC
Attn: Manager, Agent, Officer
PO Box 3167
Wilmington, NC 28406

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | JSmith Civil, LLC | | Case number (if known) | 23-02734-5 |
|---|---|---|---|---|
| | Name | | | |

---

**3.416** Nonpriority creditor's name and mailing address

**Shelco**
Attn: Manager, Agent, Officer
3600 Glenwood Ave., Ste. 300
Raleigh, NC 27612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.417** Nonpriority creditor's name and mailing address

**Shelley McPhatter**
1520 Crenshaw Point
Wake Forest, NC 27587

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$559,484.42**

---

**3.418** Nonpriority creditor's name and mailing address

**Sherwin Williams**
Attn: Manager, Agent, Officer
101 West Prospect Ave
Cleveland, OH 44115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$49.31**

---

**3.419** Nonpriority creditor's name and mailing address

**Simmons Public Utility Site Work**
Attn: Manager, Agent, Officer
6545 Dothan Road
Tabor City, NC 28463

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.420** Nonpriority creditor's name and mailing address

**Site Shots LLC**
Attn: Manager, Agent, Officer
2515 Straford Crossing Rd
Winston Salem, NC 27103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.421** Nonpriority creditor's name and mailing address

**Sitebox Storage**
Attn: Manager, Agent, Officer
4340 S West Street
Wichita, KS 67217

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.422** Nonpriority creditor's name and mailing address

**SiteOne Landscape Supply Inc.**
Attn: Manager, Agent, Officer
300 Colonial Center Parkway, #600
Roswell, GA 30076

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$61,976.98**

---

Debtor   **JSmith Civil, LLC**
_____
Name

Case number (*if known*)   **23-02734-5**
_____

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SiteOne Landscape Supply LLC**
**Attn: Manager, Agent, Officer**
**24110 Network Place**
**Chicago, IL 60673-1241**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,991.75** |
|---|---|---|---|

**Skyrock Construction LLC**
**Attn: Manager, Agent, Officer**
**1000 Olde Milburnie Rd., Ste. A**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Slurry Pavers, Inc.**
**Attn: Manager, Agent, Officer**
**3617 Nine Mile Road**
**Richmond, VA 23223**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smelcer Contractor Inc.**
**Attn: Manager, Agent, Officer**
**3209 Boone Trail**
**Fayetteville, NC 28306**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smith Brothers Gas Co.**
**Attn: Manager, Agent, Officer**
**PO Box 219**
**Magnolia, NC 28453**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,461.58** |
|---|---|---|---|

**Smith Terry Johnson & Windle**
**Attn: Manager, Agent, Officer**
**11525 N Community House Rd #425**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smith-Midland**
**Attn: Manager, Agent, Officer**
**654 Freeway**
**Reidsville, NC 27320**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

**3.430** Nonpriority creditor's name and mailing address
Smith-Rowe, LLC
Attn: Manager, Agent, Officer
639 Old US 52 South
Mount Airy, NC 27030

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$178,959.27**

**3.431** Nonpriority creditor's name and mailing address
Smithfield Sign Design, Inc.
Attn: Manager, Agent, Officer
331 Peedin Road
Smithfield, NC 27577

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

**3.432** Nonpriority creditor's name and mailing address
Soilworks Inc.
Attn: Manager, Agent, Officer
1109 Sumter Court
Salisbury, NC 28144

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

**3.433** Nonpriority creditor's name and mailing address
Soule Law Firm PLLC
Attn: Manager, Agent, Officer
PO Box 97552
Raleigh, NC 27624

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$22,762.50**

**3.434** Nonpriority creditor's name and mailing address
Southern Auto Parts
Attn: Manager, Agent, Officer
101 NW Railroad Street
Pikeville, NC 27863

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$30,705.79**

**3.435** Nonpriority creditor's name and mailing address
Southern Sign of NC
Attn: Manager, Agent, Officer
119 Carriage Road
Goldsboro, NC 27534

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$133.44**

**3.436** Nonpriority creditor's name and mailing address
Southern Stone and Block LLC
Attn: Manager, Agent, Officer
120 East Morehouse Ave
Mooresville, NC 28117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Spence Water Systems**
Attn: Manager, Agent, Officer
1407 Rhem Street
Kinston, NC 28501

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Square Solutions LLC**
Attn: Manager, Agent, Officer
125 Sambar Deer Lane
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stafford Land Company, Inc.**
Attn: Manager, Agent, Officer
246 Valleyvield Lane
Southern Pines, NC 28387

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stamford International LTD**
Montacs, Intl House, Kingsfield Ct
Chester Business House, CH4 9RF
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**State Electric Supply Company**
Attn: Manager, Agent, Officer
2010 2nd Avenue
Huntington, WV 25703

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,520.39 |
|---|---|---|---|

**Stay Alert**
Attn: Manager, Agent, Officer
PO Box 467
Kernersville, NC 27285-0467

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.60 |
|---|---|---|---|

**Stay Safe Traffic Control, LLC**
Attn: Manager, Agent, Officer
2027 West Garner Road
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.444** | Nonpriority creditor's name and mailing address

**Stone Throwers LLC**
Attn: Manager, Agent, Officer
504 Olive Branch Road
Durham, NC 27703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.445** | Nonpriority creditor's name and mailing address

**Stormwater Concepts Inc**
Attn: Manager, Agent, Officer
4441-106 Six Forks Road #278
Raleigh, NC 27609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.446** | Nonpriority creditor's name and mailing address

**Strickland Waterproofing Co., Inc.**
Attn: Manager, Agent, Officer
500 North Hoskins Road
Charlotte, NC 28216

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.447** | Nonpriority creditor's name and mailing address

**Subsurface Construction Company**
Attn: Manager, Agent, Officer
1107 Fuller Street
Raleigh, NC 27603

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.448** | Nonpriority creditor's name and mailing address

**Summit Design and Engineering**
Attn: Manager, Agent, Officer
320 Executive Court
Hillsborough, NC 27278

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,650.00**

---

**3.449** | Nonpriority creditor's name and mailing address

**Sunbelt Rentals, Inc.**
Attn: Manager, Agent, Officer
PO Box 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,155.55**

---

**3.450** | Nonpriority creditor's name and mailing address

**Super Cast Inc**
Attn: Manager, Agent, Officer
PO Box 1894
Goldsboro, NC 27534

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,147.64**

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Superior Concrete**
Attn: Manager, Agent, Officer
5351 Reedy Branch Rd
Winterville, NC 28590

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$810.54** |
|---|---|---|---|

**Superior Plus Propane**
Attn: Manager, Agent, Officer
1870 Winston Road South Ste200
Rochester, NY 14618

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Surveying Solutions, P.C.**
Attn: Manager, Agent, Officer
307 East Main Street
Youngsville, NC 27596

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Suttles Surveying, P.A.**
Attn: Manager, Agent, Officer
40 S. Main Street Ste 200
Marion, NC 28752

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,284.91** |
|---|---|---|---|

**SW Promotions**
Attn: Manager, Agent, Officer
601-A North James Street
Goldsboro, NC 27530

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279,964.92** |
|---|---|---|---|

**Synergi Partners Inc.**
Attn: Manager, Agent, Officer
PO Box 5599
Florence, SC 29502-5599

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,468.06** |
|---|---|---|---|

**T-Mobile**
Attn: Manager, Agent, Officer
PO Box 37380
Albuquerque, NM 87176-4380

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.458**

**Nonpriority creditor's name and mailing address**

T.D. Goodwin Construction
Attn: Manager, Agent, Officer
PO Box 3462
Greenville, NC 27836

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.459**

**Nonpriority creditor's name and mailing address**

TA Loving Company
Attn: Manager, Agent, Officer
PO Drawer 919
Goldsboro, NC 27533

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.460**

**Nonpriority creditor's name and mailing address**

Takeuchi Financial Services
Bank of the West
PO Box 7167
Pasadena, CA 91109-7167

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.461**

**Nonpriority creditor's name and mailing address**

TamRon's Hauling, Grading/Landscape
Attn: Manager, Agent, Officer
51 Lou Court
Willow Spring, NC 27592

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.462**

**Nonpriority creditor's name and mailing address**

Tarheel Concrete
Attn: Manager, Agent, Officer
PO Box 67
Warsaw, NC 28398

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.463**

**Nonpriority creditor's name and mailing address**

Tarheel Tooling & Precision Mach
Attn: Manager, Agent, Officer
PO Box 1063
Smithfield, NC 27577

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.464**

**Nonpriority creditor's name and mailing address**

TBI Trucking
Attn: Manager, Agent, Officer
PO Box 128
Ayden, NC 28513

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,155.00**

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.465**

**Nonpriority creditor's name and mailing address**
TCA Durham Logistics Center
Attn: Manager, Agent, Officer
440 S. Church Street Ste 800
Charlotte, NC 28202

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.466**

**Nonpriority creditor's name and mailing address**
Team Work Safety, LLC
Attn: Manager, Agent, Officer
1006B N Bragg Blvd Ste 194
Spring Lake, NC 28390

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.467**

**Nonpriority creditor's name and mailing address**
Tech USA LLC
Attn: Manager, Agent, Officer
8334 Veterans Highway
Millersville, MD 21108

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.468**

**Nonpriority creditor's name and mailing address**
Terracon
Attn: Manager, Agent, Officer
PO Box 959673
Saint Louis, MO 63195-9673

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.469**

**Nonpriority creditor's name and mailing address**
The Car Park
Attn: Manager, Agent, Officer
PO Box 781
Raleigh, NC 27602

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.470**

**Nonpriority creditor's name and mailing address**
The East Group, PA
Attn: Manager, Agent, Officer
324 Evans Street
Greenville, NC 27858

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$960.00**

---

**3.471**

**Nonpriority creditor's name and mailing address**
The Erosion Company, LLC
Attn: Manager, Agent, Officer
3207 South Cherokee Lane
Woodstock, GA 30188

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,721.77**

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.472** | **Nonpriority creditor's name and mailing address**

**The John R McAdams Company**
Attn: Manager, Agent, Officer
621 Hillsborough Street Ste 500
Raleigh, NC 27603

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,502.50**

---

**3.473** | **Nonpriority creditor's name and mailing address**

**The Wooten Company**
Attn: Manager, Agent, Officer
300 S. Main Street
Winston Salem, NC 27101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.474** | **Nonpriority creditor's name and mailing address**

**Thomas Concrete of Carolina, Inc.**
Attn: Manager, Agent, Officer
DEPT AT 952698
Atlanta, GA 31192-2698

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,342.77**

---

**3.475** | **Nonpriority creditor's name and mailing address**

**Thomas Construction**
Attn: Manager, Agent, Officer
1022 Ashes Drive Ste 200
Wilmington, NC 28405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.476** | **Nonpriority creditor's name and mailing address**

**Thompson-Arthur Division**
Attn: Manager, Agent, Officer
PO Box 21088
Greensboro, NC 27420-1088

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,462.49**

---

**3.477** | **Nonpriority creditor's name and mailing address**

**Tina Smith**
118 Crosswinds Drive
Goldsboro, NC 27530

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.478** | **Nonpriority creditor's name and mailing address**

**Tom Cat Trucking, Inc.**
Attn: Manager, Agent, Officer
4162 Kivett Drive
Jamestown, NC 27282

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **JSmith Civil, LLC** | Case number (*if known*) | **23-02734-5** |
|---|---|---|---|

Name

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Tom E. Chestnut & Son, LLC**
Attn: Manager, Agent, Officer
PO Box 2972
Shallotte, NC 28459

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Town of Apex**
Attn: Manager, Agent, Officer
73 Hunter Street
Apex, NC 27502

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,611.06**

**Town of Cary**
Attn: Manager, Agent, Officer
316 North Academy
Cary, NC 27513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Town of Faison**
Attn: Manager, Agent, Officer
PO Box 365
Faison, NC 28341-0365

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Town of Farmville**
Attn: Manager, Agent, Officer
PO Box 86
Farmville, NC 27828

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,573.86**

**Town of Holly Springs**
Attn: Manager, Agent, Officer
128 South Main Street
Holly Springs, NC 27540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Town of Knightdale**
Attn: Manager, Agent, Officer
950 Steeple Square Court
Knightdale, NC 27545

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JSmith Civil, LLC | | Case number (if known) | 23-02734-5 |
|---|---|---|---|---|
| | Name | | | |

---

**3.486**

**Nonpriority creditor's name and mailing address**

**Town of Magnolia**
**Attn: Manager, Agent, Officer**
**PO Box 459**
**Magnolia, NC 28453**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.487**

**Nonpriority creditor's name and mailing address**

**Town of Middlesex**
**Attn: Manager, Agent, Officer**
**PO Box 69**
**Middlesex, NC 27557**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.488**

**Nonpriority creditor's name and mailing address**

**Town of Mount Olive**
**Attn: Manager, Agent, Officer**
**114 East James Street**
**Mount Olive, NC 28365**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.489**

**Nonpriority creditor's name and mailing address**

**Town of Pikeville**
**Attn: Manager, Agent, Officer**
**105 W School Street**
**Pikeville, NC 27863**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.490**

**Nonpriority creditor's name and mailing address**

**Town of Princeton**
**Attn: Manager, Agent, Officer**
**503 Doctor Donnie H Jones Dr Blvd W**
**Princeton, NC 27569**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.491**

**Nonpriority creditor's name and mailing address**

**Town of Selma**
**Attn: Manager, Agent, Officer**
**114 N. Raiford Street**
**Selma, NC 27576**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.492**

**Nonpriority creditor's name and mailing address**

**Town of Smithfield**
**Attn: Manager, Agent, Officer**
**PO Box 761**
**Smithfield, NC 27577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| Debtor __JSmith Civil, LLC__ | Case number (if known) __23-02734-5__ |
| Name | |

---

**3.493** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Town of St. Pauls**
Attn: Manager, Agent, Officer
210 W Blue Street
Saint Pauls, NC 28384

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Town of Windsor**
Attn: Manager, Agent, Officer
PO Box 508
Windsor, NC 27983

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Town of Zebulon**
Attn: Manager, Agent, Officer
1003 N. Arendell Ave
Zebulon, NC 27597

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$231.50**

**Traffic Control Safety Services Inc**
Attn: Manager, Agent, Officer
PO Box 24511
Winston Salem, NC 27114

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,469.27**

**Transaxle, LLC**
Attn: Manager, Agent, Officer
PO Box 825382
Philadelphia, PA 19182-5382

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Trejo Construction LLC**
Attn: Manager, Agent, Officer
2130 Gurganus Road
Snow Hill, NC 28580

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Trench Drain Supply**
Attn: Manager, Agent, Officer
5621 Raby Road
Norfolk, VA 23502

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | JSmith Civil, LLC | Case number *(if known)* | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.500** Nonpriority creditor's name and mailing address

Trew Backflow Testing & Irrigation
Attn: Manager, Agent, Officer
1531 Rains Crossroads
Princeton, NC 27569

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.501** Nonpriority creditor's name and mailing address

Tri-State Utilities
Attn: Manager, Agent, Officer
2111 Smith Avenue
Chesapeake, VA 23320

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,100.62**

---

**3.502** Nonpriority creditor's name and mailing address

Triangle Area Earth Corporation
Attn: Manager, Agent, Officer
336 Deton Lane
Zebulon, NC 27597

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23,898.18**

---

**3.503** Nonpriority creditor's name and mailing address

Triangle Pond Management, LLC
Attn: Manager, Agent, Officer
PO Box 61207
Raleigh, NC 27661

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.504** Nonpriority creditor's name and mailing address

Triple AAA Portable Toilets
Attn: Manager, Agent, Officer
5779 Manlley Smith Road
Nakina, NC 28455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.505** Nonpriority creditor's name and mailing address

Tripp Auto and Cycle Sales, Inc.
Attn: Manager, Agent, Officer
5823 NC 33E
Grimesland, NC 27837

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.506** Nonpriority creditor's name and mailing address

Tripp Bro's Inc.
Attn: Manager, Agent, Officer
PO Box 128
Ayden, NC 28513

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$88,948.48**

---

| Debtor | JSmith Civil, LLC | | Case number (if known) | 23-02734-5 |
|---|---|---|---|---|
| | Name | | | |

---

**3.507**

**Nonpriority creditor's name and mailing address**

**Truist Bank**
**Attn: Manager, Agent, Officer**
**PO Box 896024**
**Charlotte, NC 28289-6024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.508**

**Nonpriority creditor's name and mailing address**

**Turf Services, LLC**
**Attn: Manager, Agent, Officer**
**403 Pickens Drive**
**Goldsboro, NC 27530**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.509**

**Nonpriority creditor's name and mailing address**

**Unifirst Corporation**
**Attn: Manager, Agent, Officer**
**PO Box 650481**
**Dallas, TX 75265-0481**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,903.89**

---

**3.510**

**Nonpriority creditor's name and mailing address**

**United Rentals**
**Attn: Manager, Agent, Officer**
**PO Box 100711**
**Atlanta, GA 30384-0711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.511**

**Nonpriority creditor's name and mailing address**

**Universal Search Group Limited**
**2nd Floor, 21 York Place**
**Leeds LS1 2EX**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$27,500.00**

---

**3.512**

**Nonpriority creditor's name and mailing address**

**US Standard Products**
**Attn: Manager, Agent, Officer**
**PO Box 5509**
**Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$699.40**

---

**3.513**

**Nonpriority creditor's name and mailing address**

**Utilities Conservation Company**
**Attn: Manager, Agent, Officer**
**PO Box C**
**North East, MD 21901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,872.40**

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.514** | **Nonpriority creditor's name and mailing address**
Vance-Granville Community College
Attn: Manager, Agent, Officer
210 W. Ridgeway Street
Warrenton, NC 27589

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.515** | **Nonpriority creditor's name and mailing address**
Vermeer All Roads
Attn: Manager, Agent, Officer
925 Merritt Blvd
Dundalk, MD 21222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.516** | **Nonpriority creditor's name and mailing address**
Vernon Stapleton
549 Siloam Lane
South Shore, KY 41175

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.517** | **Nonpriority creditor's name and mailing address**
Vertical Walls, Inc.
Attn: Manager, Agent, Officer
710 W. Lane Street
Raleigh, NC 27603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$331,887.80**

---

**3.518** | **Nonpriority creditor's name and mailing address**
Vision NC
Attn: Manager, Agent, Officer
7424 ACC Blvd., Ste. 106
Raleigh, NC 27617

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.519** | **Nonpriority creditor's name and mailing address**
Vortex Drainage Systems, LLC
Attn: Manager, Agent, Officer
1113 Fairview Street
Durham, NC 27707

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$727,490.32**

---

**3.520** | **Nonpriority creditor's name and mailing address**
Vulcan Construction Materials, LLC
Attn: Manager, Agent, Officer
PO Box 75219
Charlotte, NC 28275

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,894.24**

---

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

---

**3.521** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,128.58**

**W W Landscaping Inc**
Attn: Manager, Agent, Officer
4403 NC 122 S
Macclesfield, NC 27852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Wade Moore Equipment Co**
Attn: Manager, Agent, Officer
9712 Dorval Avenue
Upper Marlboro, MD 20772

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Wake County Tax Collector**
Attn: Manager, Agent, Officer
P.O. Box 2331
Raleigh, NC 27602

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.524** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,743.31**

**Wake Stone Corporation**
Attn: Manager, Agent, Officer
PO Box 190
Knightdale, NC 27545

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.525** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,523.65**

**Wall Recycling, LLC**
Attn: Manager, Agent, Officer
PO Box 749566
Atlanta, GA 30374-9566

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.526** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Walter Heilig Trucking**
Attn: Manager, Agent, Officer
12815 Old Beatty Ford Road
Rockwell, NC 28138

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.527** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,400.90**

**Ward and Smith, P.A.**
Attn: Manager, Agent, Officer
PO Box 867
New Bern, NC 28563-0867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **JSmith Civil, LLC**                                Case number (if known)   **23-02734-5**
_____
Name

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70,402.80** |
|---|---|---|---|

**Water & Waste Systems Construction**
**Attn: Manager, Agent, Officer**
**14 Apothecary Court**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Water Works, Inc.**
**Kennedy Culvert & Supply**
**125 Sixth Avenue, Ste. 100**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Waterproofing Specialities, Inc.**
**Attn: Manager, Agent, Officer**
**8086 Waterford Drive**
**Stanley, NC 28164**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,237.35** |
|---|---|---|---|

**Watson Electrical Construction Co**
**Attn: Manager, Agent, Officer**
**1500 Charleston St SE**
**Wilson, NC 27893**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wayne Grissett**
**1001 Russtown Road NW**
**Ocean Isle Beach, NC 28469**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Weaver Trucking LLC**
**Attn: Manager, Agent, Officer**
**PO Box 985**
**Angier, NC 27501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,863.65** |
|---|---|---|---|

**Wells Fargo Bank, NA**
**Equipment & Vendor Finance**
**PO Box 77101**
**Minneapolis, MN 55480-7101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

**3.535**

Nonpriority creditor's name and mailing address

Wells Fargo Dealer Services
Attn: Manager, Agent, Officer
PO Box 17900
Denver, CO 80217-0900

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,965.72**

---

**3.536**

Nonpriority creditor's name and mailing address

West Lawn & Landscaping LLC
Attn: Manager, Agent, Officer
284 Reedy Creek Road
Four Oaks, NC 27524

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.537**

Nonpriority creditor's name and mailing address

Wex Bank
Attn: Manager, Agent, Officer
PO Box 6293
Carol Stream, IL 60197-6293

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.538**

Nonpriority creditor's name and mailing address

WG Lewis Trucking, Inc.
Attn: Manager, Agent, Officer
PO Box 7081
High Point, NC 27264

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,872.00**

---

**3.539**

Nonpriority creditor's name and mailing address

White Cap, L.P.
Attn: Manager, Agent, Officer
PO Box 4852
Orlando, FL 32802-4852

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,652.80**

---

**3.540**

Nonpriority creditor's name and mailing address

White's International
White/Herring Tractor & Truck
PO Box 3817
Wilson, NC 27895

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$873.89**

---

**3.541**

Nonpriority creditor's name and mailing address

White's Tractor & Truck
Attn: Manager, Agent, Officer
PO Box 3817
Wilson, NC 27895

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,022.97**

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

---

**3.542**

**Nonpriority creditor's name and mailing address**
**Whitehurst Sand Company**
Attn: Manager, Agent, Officer
233 Woodville Road
Hertford, NC 27944

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$350.00

---

**3.543**

**Nonpriority creditor's name and mailing address**
**Wiarcom, Inc.**
Attn: Manager, Agent, Officer
6001 Savoy Drive, Ste. 202
Houston, TX 77036

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.544**

**Nonpriority creditor's name and mailing address**
**William Parrish Plumbing Inc**
Attn: Manager, Agent, Officer
504 Lewis Drive
Carolina Beach, NC 28428

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.545**

**Nonpriority creditor's name and mailing address**
**Williams Land Clearing Grading**
Attn: Manager, Agent, Officer
PO Box 41671
Raleigh, NC 27629

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.546**

**Nonpriority creditor's name and mailing address**
**Williams Mullen**
Attn: Manager, Agent, Officer
PO Box 800
Richmond, VA 23218-0800

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.547**

**Nonpriority creditor's name and mailing address**
**Williams Scotsman, Inc.**
Attn: Manager, Agent, Officer
901 S Bond Street, Ste. 600
Baltimore, MD 21231

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,461.81

---

**3.548**

**Nonpriority creditor's name and mailing address**
**Willoughby 2000, PLLC**
Attn: Manager, Agent, Officer
PO Box 2255
Davidson, NC 28036

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | JSmith Civil, LLC | Case number (if known) | 23-02734-5 |
|---|---|---|---|
| | Name | | |

**3.549** Nonpriority creditor's name and mailing address
Wilson Clearing & Mulching
Attn: Manager, Agent, Officer
5948 New Hope Church Road
Wade, NC 28395

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.550** Nonpriority creditor's name and mailing address
Xylem Dewatering Solutions, Inc.
Attn: Manager, Agent, Officer
26717 Network Place
Chicago, IL 60673-1267

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,040.39**

---

**3.551** Nonpriority creditor's name and mailing address
Young Construction Company, Inc.
Attn: Manager, Agent, Officer
2808 Connector Drive
Wake Forest, NC 27587

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.552** Nonpriority creditor's name and mailing address
Zachary Construction
Attn: Manager, Agent, Officer
8870 Westgate Drive
Raleigh, NC 27617

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.553** Nonpriority creditor's name and mailing address
Zachary Industrial
Attn: Manager, Agent, Officer
200 Regency Forest Drive
Cary, NC 27518

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Matthew K. Lilly<br>Bradley Arant Boult Cummings LLP<br>214 North Tryon Street 3700<br>Charlotte, NC 28202-1078 | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Matthew K. Lilly<br>Bradley Arant Boult Cummings LLP<br>214 North Tryon Street 3700<br>Charlotte, NC 28202-1078 | Line **3.54**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **JSmith Civil, LLC** | Case number (if known) | **23-02734-5** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Matthew K. Lilly**<br>**Bradley Arant Boult Cummings LLP**<br>**214 North Tryon Street 3700**<br>**Charlotte, NC 28202-1078** | Line **3.417**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Matthew K. Lilly**<br>**Bradley Arant Boult Cummings LLP**<br>**214 North Tryon Street 3700**<br>**Charlotte, NC 28202-1078** | Line **3.141**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **R. Lee Robertson, Jr.**<br>**Robertson & Associates, PA**<br>**2730 East W T Harris Blvd #101**<br>**Charlotte, NC 28213** | Line **3.422**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 10,504,727.14 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,504,727.14 |

**Fill in this information to identify the case:**

Debtor name    **JSmith Civil, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-02734-5**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Master Lease Agreement and Option to Purchase**<br>**Term: 60 months** | **Civil Contracting, LLC**<br>**Attn: Matthew P. Jones, Reg. Agent**<br>**101 Preston Road**<br>**Smithfield, NC 27577** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Office Lease of 3733 U.S. Highway 117 N., Goldsboro NC 27530** | **JSC Holdings, LLC**<br>**Attn: HLG Agent, LLC, Reg. Agent**<br>**701 Corporate Center Dr Ste 250**<br>**Raleigh, NC 27607** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Letter Agreement - Accounting services** | **Markham, Mitchell & Stroud, PLLC**<br>**Attn: Ralph D. Stroud, Jr.**<br>**PO Box 10788**<br>**Goldsboro, NC 27532** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Master Lease Agreement and Option to Purchase**<br>**Term: 48 months** | **Marks Clearing and Grading, Inc**<br>**Attn: Tyler Marks, Reg. Agent**<br>**5537 Watkins Road**<br>**Wendell, NC 27591** |

Debtor 1    **JSmith Civil, LLC**

First Name    Middle Name    Last Name

Case number *(if known)*    23-02734-5

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Letter - Legal services** | |
|---|---|---|---|
| | State the term remaining | | **Windel Terry Bimbo Construction Law** |
| | | | **Attn: Don Terry** |
| | List the contract number of any government contract | | **150 Milestone Way, Suite C** |
| | | | **Greenville, SC 29615** |

**Fill in this information to identify the case:**

Debtor name      **JSmith Civil, LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)      **23-02734-5**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank & Trust Co | ■ D   **2.36**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank & Trust Co | ■ D   **2.37**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank & Trust Co | ■ D   **2.38**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank & Trust Co | ■ D   **2.39**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank & Trust Co | ■ D   **2.40**<br>☐ E/F _____<br>☐ G _____ |

Debtor     **JSmith Civil, LLC**                                          Case number *(if known)*   **23-02734-5**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| 2.6 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank &<br>Trust Co | ■ D __2.41__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank &<br>Trust Co | ■ D __2.42__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank &<br>Trust Co | ■ D __2.43__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank &<br>Trust Co | ■ D __2.44__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank &<br>Trust Co | ■ D __2.45__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank &<br>Trust Co | ■ D __2.46__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank &<br>Trust Co | ■ D __2.47__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Jeremy Smith | 118 Crosswinds Drive<br>Goldsboro, NC 27530 | First Citizens Bank &<br>Trust Co | ■ D __2.48__<br>☐ E/F ____<br>☐ G ____ |

Official Form 206H                     Schedule H: Your Codebtors                     Page 2 of 8

| Debtor | **JSmith Civil, LLC** | Case number *(if known)* | **23-02734-5** |

---

| ■ | **Additional Page to List More Codebtors** |

| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.14 | **Jeremy Smith** | **118 Crosswinds Drive**<br>**Goldsboro, NC 27530** | **First Citizens Bank &**<br>**Trust Co** | ■ D ____ **2.49**<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Jeremy Smith** | **118 Crosswinds Drive**<br>**Goldsboro, NC 27530** | **First Citizens Bank &**<br>**Trust Co** | ■ D ____ **2.50**<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Jeremy Smith** | **118 Crosswinds Drive**<br>**Goldsboro, NC 27530** | **First Citizens Bank &**<br>**Trust Co** | ■ D ____ **2.51**<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Jeremy Smith** | **118 Crosswinds Drive**<br>**Goldsboro, NC 27530** | **First Citizens Bank &**<br>**Trust Co** | ■ D ____ **2.52**<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **JSC Enterprises,**<br>**LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank &**<br>**Trust Co** | ■ D ____ **2.36**<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **JSC Enterprises,**<br>**LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank &**<br>**Trust Co** | ■ D ____ **2.37**<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | **JSC Enterprises,**<br>**LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank &**<br>**Trust Co** | ■ D ____ **2.38**<br>☐ E/F ____<br>☐ G ____ |

| Debtor | JSmith Civil, LLC | Case number *(if known)* | 23-02734-5 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.21 | JSC Enterprises, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.39__<br>☐ E/F ____<br>☐ G ____ |
| 2.22 | JSC Enterprises, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.40__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | JSC Enterprises, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.41__<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | JSC Enterprises, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.42__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | JSC Enterprises, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.43__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | JSC Enterprises, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.44__<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | JSC Enterprises, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.45__<br>☐ E/F ____<br>☐ G ____ |

Debtor   **JSmith Civil, LLC**                                        Case number *(if known)*   **23-02734-5**

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.28 | **JSC Enterprises, LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank & Trust Co** | ■ D  __2.46__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.29 | **JSC Enterprises, LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank & Trust Co** | ■ D  __2.47__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.30 | **JSC Enterprises, LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank & Trust Co** | ■ D  __2.48__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.31 | **JSC Enterprises, LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank & Trust Co** | ■ D  __2.49__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.32 | **JSC Enterprises, LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank & Trust Co** | ■ D  __2.50__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.33 | **JSC Enterprises, LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank & Trust Co** | ■ D  __2.51__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.34 | **JSC Enterprises, LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank & Trust Co** | ■ D  __2.52__<br>☐ E/F  _____<br>☐ G  _____ |

---

| Debtor | **JSmith Civil, LLC** | | Case number *(if known)* | **23-02734-5** |

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.35 | **JSC Holdings, LLC** | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | **First Citizens Bank & Trust Co** | ■ D ___**2.36**___<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **JSC Holdings, LLC** | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | **First Citizens Bank & Trust Co** | ■ D ___**2.37**___<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **JSC Holdings, LLC** | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | **First Citizens Bank & Trust Co** | ■ D ___**2.38**___<br>☐ E/F _____<br>☐ G _____ |
| 2.38 | **JSC Holdings, LLC** | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | **First Citizens Bank & Trust Co** | ■ D ___**2.39**___<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | **JSC Holdings, LLC** | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | **First Citizens Bank & Trust Co** | ■ D ___**2.40**___<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | **JSC Holdings, LLC** | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | **First Citizens Bank & Trust Co** | ■ D ___**2.41**___<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | **JSC Holdings, LLC** | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | **First Citizens Bank & Trust Co** | ■ D ___**2.42**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **JSmith Civil, LLC** | Case number *(if known)* | **23-02734-5** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.42 | JSC Holdings, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.43__<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | JSC Holdings, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.44__<br>☐ E/F _____<br>☐ G _____ |
| 2.44 | JSC Holdings, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.45__<br>☐ E/F _____<br>☐ G _____ |
| 2.45 | JSC Holdings, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.46__<br>☐ E/F _____<br>☐ G _____ |
| 2.46 | JSC Holdings, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.47__<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | JSC Holdings, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.48__<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | JSC Holdings, LLC | Attn: Manager, Agent, Officer<br>PO Box 857<br>Goldsboro, NC 27533 | First Citizens Bank & Trust Co | ■ D __2.49__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **JSmith Civil, LLC** | Case number *(if known)* | **23-02734-5** |

| | **Additional Page to List More Codebtors** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.49 | **JSC Holdings, LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank & Trust Co** | ■ D __2.50__<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | **JSC Holdings, LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank & Trust Co** | ■ D __2.51__<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | **JSC Holdings, LLC** | **Attn: Manager, Agent, Officer**<br>**PO Box 857**<br>**Goldsboro, NC 27533** | **First Citizens Bank & Trust Co** | ■ D __2.52__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **JSmith Civil, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-02734-5**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $15,557,702.00 |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $60,231,702.88 |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $56,800,257.00 |
| **For the fiscal year:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $34,787,683.00 |
| **For the fiscal year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $19,372,312.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

Debtor    **JSmith Civil, LLC**                                                                    Case number (if known)  **23-02734-5**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | **See Exhibit 1 for Itemized Accounting of Income generated from Construction Projects and Paid Directly to Westfield Insurance Company per Indemnity Agreement** | **$6,746,909.56** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.  **See Attached Exhibit 2.1 for Transfers made by JSmith Civil, LLC** | | --- | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2.  **See Attached Exhibit 2.2 for Transfers Made by Westfield Insurance for Benefit of JSmith Civil, LLC** | | --- | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Exhibits 2.1, 2.2 and 3 Attached** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **See Attached Exhibit 4** | | | **Unknown** |

6. **Setoffs**

| Debtor | JSmith Civil, LLC | Case number *(if known)* | 23-02734-5 |
|---|---|---|---|

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Black's Tire Service, Inc. v. JSmith Civil, LLC 23 CVD 1294 | Collection | Wayne County District Court | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | First-Citizens Bank & Trust Company v. JSmith Civil, LLC, Jeremy A. Smith, JSC Holdings, LLC, and JSC Enterprises, LLC 23 CVS 1398 | Collection; Claim & Delivery | Wayne County Superior Court | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Mack Industries, Inc. v. JSmith Civil, LLC and Westfield Insurance Company 23CV018474-910 | Collection; Breach of Contract | Wake County Superior Court | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | SiteOne Landscape Supply, LLC v. JSmith Civil, LLC and Westfield Insurance Company 23CVS16617-910 | Collection; Breach of Contract | Wake County Superior Court | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | TGA TCA Durham Logistics Center, LLC d/b/a TCA Durham Logistics Center, LLC v. JSmith Civil, LLC 23 CVS 3443 | Collection | Durham County Superior Court | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. | JSmith Civil, LLC v. Barnhill Contracting Company and Travelers Casualty and Surety Company of America 22CV015003 | Collection | Wake County Superior Court | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. | JSmith Civil, LLC v. Montieth Construction Corp., Moore County Board of Education, and LKC Engineering, PLLC 22 CVS 693 | Collection; Breach of Contract; Negligence | Moore County Superior Court | ■ Pending ☐ On appeal ☐ Concluded |
| 7.8. | JSmith Civil, LLC v. Caliber Builders, LLC and Adair Place, LP 22 CVS 1312 | Collection; Breach of Contract | Wayne County Superior Court | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | **JSmith Civil, LLC** | Case number *(if known)* | **23-02734-5** |

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<hr>

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<hr>

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Yanmar SV100-2B Exvacator (Theft)** | **N/A** | **August 2023** | **$35,000.00** |

<hr>

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Buckmiller, Boyette & Frost, PLLC**<br>**Attn: Manager, Agent, Officer**<br>**4700 Six Forks Road, Ste. 150**<br>**Raleigh, NC 27609** | **\*See additional information contained in the Affidavit attached to the Application for Employment of Attorney for the Debtor** | **05/12/2023** | **$50,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

<hr>

Debtor   **JSmith Civil, LLC**                                    Case number *(if known)*  **23-02734-5**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Second Wind Consultants Attn: Manager, Agent, Officer 136 West Street Northampton, MA 01060** | | **Various Dates** | **$287,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **See Attached Exhibits 2.1, 2.2 & 3.** | | | |
| | Relationship to debtor | | | |

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1202 Parkway Drive Goldsboro, NC 27534** | |
| 14.2. | **3109 Poplarwood Court Suite 300 Raleigh, NC 27604** | |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | JSmith Civil, LLC | Case number *(if known)* | 23-02734-5 |

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| John Hancock | EIN: |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | JSmith Civil, LLC | Case number *(if known)* 23-02734-5 |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

| Debtor | JSmith Civil, LLC | Case number *(if known)* | 23-02734-5 |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1. **Markham, Mitchell & Stroud, PLLC**<br>**Attn: Ralph D. Stroud, Jr.**<br>**206-B Malloy Street**<br>**Goldsboro, NC 27534** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. **First Citizens Bank & Trust Co**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 25187**<br>**Raleigh, NC 27611-5187** |
| 26d.2. **Truist Equipment Finance Corp**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 4418**<br>**Atlanta, GA 30302** |
| 26d.3. **First Financial Holdings, LLC**<br>**Attn: Manager, Agent, Officer**<br>**750 The City Drive S., Ste. 300**<br>**Orange, CA 92868** |
| 26d.4. **Fifth Third Bank**<br>**Attn: Manager, Agent, Officer**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Debtor | JSmith Civil, LLC | Case number *(if known)* | 23-02734-5 |
|---|---|---|---|

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Jeremy Smith | 09/19/2023 | |
| | **Name and address of the person who has possession of inventory records** | | |
| | Jeremy Smith | | |
| 27.2. | Karol Kwiklinski | January 2023 | |
| | **Name and address of the person who has possession of inventory records** | | |
| | Karol Kwiklinski | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremy Smith | 118 Crosswinds Drive Goldsboro, NC 27530 | Manager | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jeremy Smith 118 Crosswinds Drive Goldsboro, NC 27530 | $264,120 | 2022-2023 | Salary and Compensation |
| | **Relationship to debtor** Manager/President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    JSmith Civil, LLC _____    Case number *(if known)* 23-02734-5 _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    16/17/2023 _____

_____    **Jeremy Smith**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☒ Yes

EXHIBIT

SOFA 1

JSMITH CIVIL, LLC
BK CASE NO. 23-02734-5-JNC
EXHIBIT 1 TO STATEMENT OF FINANCIAL AFFAIRS

**ITEMIZED ACCOUNTING OF RECEIPTS FROM CONSTRUCTION PROJECTS**
**PAID DIRECTLY TO WESTFILED INSURANCE COMPANY**
*[REFERENCE: PART I -- INCOME / ITEM NOS. 1-2]*

| Construction Project | Total Receipts as of Petition Date |
|---|---|
| 20.108 - NC DOT Hwy 117 Widening | $ 636,394.70 |
| 20.114 - West Millbrook Middle Sch | |
| 21.100 - Carolina Springs Pump Sta | |
| 21.102 - Magnolia MHP Sanitary Sewer | |
| 21.109 - Hank's Branch | |
| 21.115 - Town of Windsor Wastewater | |
| 21.117 - EPA-RTP Entrance Gate Imp | |
| 21.119 - Apex Western Transmission | |
| 21.123 - Woods Creek - Site Work | |
| 21.125 - Pleasant Grove Ch Rd Industrial | |
| 21.126 - On Site Utilities Wood's Creek | |
| 21.127 - Off Site Utilities Wood's Creek | |
| 21.128 - Atlantic Ave Widening-Raleigh | $ 79,135.20 |
| 21.132 - Montlieu Ave Roadway & Utility | $ 990,904.53 |
| 22.102 - UPS Mebane - Samet | $ 2,941,786.96 |
| 22.104 - NCDOT Brunswick County | $ 319,983.64 |
| 22.105 - NCDOT Pitt County C204070 | $ 1,294,456.17 |
| 22.106 - Cumberland C204404 | $ 395,001.45 |
| Job Costs | |
| NC DOT - New Hanover | $ 89,246.91 |
| Overhead | |
| **Grand Total** | **6,746,909.56** |

EXHIBIT

SOFA 2.1

exhibitsticker.com

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23      CM Accounts:  8 - 8      All CM Refs**

**Print Deduct Recap? Y      Print Pay Type Recap? Y**

| CMRef | Paid Date | Vendor | | Supplier | | | |
|---|---|---|---|---|---|---|---|
| Trans | AP Ref | Inv Date | Description | Gross | Discount | Deducts | Net |

**CM Company: 1      CM Account: 8**

**Checks**

| 53 | | 06/23/23 | 10066 - Belfast Patetown Sanitary District | | | | |
|---|---|---|---|---|---|---|---|
| 94 | 45373 June 23 | 05/24/23 | 45373 June 2023 | 38.32 | 0.00 | 0.00 | 38.32 |
| 95 | 56843 June 23 | 05/24/23 | 56843 June 2023 | 59.43 | 0.00 | 0.00 | 59.43 |
| | | | | | **Total For CMRef  53:** | | 97.75 |

| 54 | | 06/23/23 | 11088 - Kimberley Radford | | | | |
|---|---|---|---|---|---|---|---|
| 184 | 062323 | 06/23/23 | Pymt 10 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| | | | | | **Total For CMRef  54:** | | 1,000.00 |

| 56 | | 06/29/23 | 10213 - Eastern Emergency Equipment | | | | |
|---|---|---|---|---|---|---|---|
| 1539 | 5796 | 10/25/22 | Equipment/Parts | 234.85 | 0.00 | 0.00 | 234.85 |
| 160 | 5809 | 11/02/22 | Equipment/Parts | 960.75 | 0.00 | 0.00 | 960.75 |
| 986 | 5912 | 01/11/23 | Equipment/Parts | 960.75 | 0.00 | 0.00 | 960.75 |
| 987 | 5900 | 01/16/23 | Equipment/Parts | 85.40 | 0.00 | 0.00 | 85.40 |
| 1285 | 5939 | 01/31/23 | Equipment/Parts | 57.59 | 0.00 | 0.00 | 57.59 |
| 1524 | 5933 | 01/27/23 | Equipment/Parts | 717.32 | 0.00 | 0.00 | 717.32 |
| 187 | 5946 | 02/03/23 | Equipment/Parts | 875.35 | 0.00 | 0.00 | 875.35 |
| 645 | 5960 | 02/23/23 | Equipment/Parts | 1,567.09 | 0.00 | 0.00 | 1,567.09 |
| 646 | 5961 | 02/23/23 | Equipment/Parts | 581.74 | 0.00 | 0.00 | 581.74 |
| 106 | 6014 | 04/05/23 | Equipment/Parts | 811.30 | 0.00 | 0.00 | 811.30 |
| 515 | 6050 | 04/25/23 | Equipment/Parts | 1,521.19 | 0.00 | 0.00 | 1,521.19 |
| | | | | | **Total For CMRef  56:** | | 8,373.33 |

| 57 | | 07/05/23 | 10773 - Jeremy Smith | | | | |
|---|---|---|---|---|---|---|---|
| 2 | 063023 | 07/01/23 | Monthly Distribution-July 2023 | 12,000.00 | 0.00 | 0.00 | 12,000.00 |
| | | | | | **Total For CMRef  57:** | | 12,000.00 |

| 58 | | 07/05/23 | 10491 - PNC Commercial Loan | | | | |
|---|---|---|---|---|---|---|---|
| 134 | 051523 | 05/05/23 | 35245677 JSC Holdings May 2023 | 3,039.81 | 0.00 | 0.00 | 3,039.81 |
| 139 | 608466341June | 06/20/23 | June 2023 | 752.32 | 0.00 | 0.00 | 752.32 |
| 140 | 607691142June | 06/20/23 | June-JSC Holdings | 3,039.81 | 0.00 | 0.00 | 3,039.81 |
| | | | | | **Total For CMRef  58:** | | 6,831.94 |

| 59 | | 07/03/23 | 11088 - Kimberley Radford | | | | |
|---|---|---|---|---|---|---|---|
| 3 | 070323 | 07/03/23 | Pymt 11 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| | | | | | **Total For CMRef  59:** | | 1,000.00 |

| 60 | | 07/05/23 | 10644 - Turf Services, LLC | | | | |
|---|---|---|---|---|---|---|---|
| 357 | 053123 | 05/31/23 | Office | 735.00 | 0.00 | 0.00 | 735.00 |
| 294 | 63023 | 06/30/23 | Office | 555.00 | 0.00 | 0.00 | 555.00 |
| | | | | | **Total For CMRef  60:** | | 1,290.00 |

| 61 | | 07/07/23 | 11088 - Kimberley Radford | | | | |
|---|---|---|---|---|---|---|---|
| 32 | 070723 | 07/07/23 | Pymt 12 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| | | | | | **Total For CMRef  61:** | | 1,000.00 |

| 62 | | 06/28/23 | 10696 - Wex Bank | | | | |
|---|---|---|---|---|---|---|---|
| 303 | 89316017 | 06/14/23 | May 2023 | 52,153.29 | 0.00 | 47,504.52 | 4,648.77 |
| **Deducts Recap** | | PrevPaid: | 47,504.52 | | | | |
| | | | | | **Total For CMRef  62:** | | 4,648.77 |

| 63 | | 07/07/23 | 10176 - Datagroup Technologies, Inc | | | | |
|---|---|---|---|---|---|---|---|
| 170 | DTI-25189 | 05/03/23 | Office | 1,112.00 | 0.00 | 0.00 | 1,112.00 |

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**          **CM Accounts:  8 - 8**          **All CM Refs**

**Print Deduct Recap? Y**          **Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Supplier Gross | Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account: 8** | | | | | **- Continued** |
| **Checks** | | | | | | | **- Continued** |
| | | | | | Total For CMRef | 63: | 1,112.00 |
| 64 | 07/07/23 | 10176 - Datagroup Technologies, Inc | | | | | |
| 12 | SaaS-25753 | 07/01/23 | Office | 729.15 | 0.00 | 0.00 | 729.15 |
| | | | | | Total For CMRef | 64: | 729.15 |
| 65 | 07/14/23 | 11088 - Kimberley Radford | | | | | |
| 93 | 071423 | 07/14/23 | Pymt 13 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| | | | | | Total For CMRef | 65: | 1,000.00 |
| 66 | 07/20/23 | 11088 - Kimberley Radford | | | | | |
| 141 | 072023 | 07/20/23 | Pymt 14 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| | | | | | Total For CMRef | 66: | 1,000.00 |
| 67 | 07/24/23 | 10491 - PNC Commercial Loan | | | | | |
| 51 | 607691142July2 | 07/06/23 | July 2023 JSC Holdings | 3,039.81 | 0.00 | 0.00 | 3,039.81 |
| 140 | 608466341July2 | 07/07/23 | July 2023 JSC Holdings | 752.32 | 0.00 | 0.00 | 752.32 |
| | | | | | Total For CMRef | 67: | 3,792.13 |
| 68 | 07/24/23 | 10662 - Viewpoint, Inc | | | | | |
| 206 | VU426909 | 04/12/23 | OFFICE | 227.84 | 0.00 | 0.00 | 227.84 |
| 207 | VU426908 | 04/12/23 | OFFICE | 2,848.52 | 0.00 | 0.00 | 2,848.52 |
| 208 | VU426911 | 04/12/23 | OFFICE | 800.90 | 0.00 | 0.00 | 800.90 |
| 209 | VU426910 | 04/12/23 | OFFICE | 1,364.72 | 0.00 | 0.00 | 1,364.72 |
| | | | | | Total For CMRef | 68: | 5,241.98 |
| 69 | 07/24/23 | 11305 - Gaines Oil Company | | | | | |
| 211 | 139824 | 03/06/23 | SHOP | 1,146.07 | 0.00 | 0.00 | 1,146.07 |
| 212 | 139809 | 03/06/23 | SHOP | 3,520.01 | 0.00 | 3,419.00 | 101.01 |
| | Deducts Recap | | Balance: | 3,419.00 | | | |
| 885 | 152523 | 03/27/23 | SHOP | 1,795.85 | 0.00 | 0.00 | 1,795.85 |
| 187 | 152954 | 04/05/23 | SHOP | 1,273.66 | 0.00 | 0.00 | 1,273.66 |
| 519 | 153086 | 04/10/23 | SHOP | -1,198.65 | 0.00 | 0.00 | -1,198.65 |
| 265 | 143787C | 05/02/23 | SHOP | -1,873.42 | 0.00 | 0.00 | -1,873.42 |
| 306 | 144332 | 05/17/23 | SHOP | -1,244.52 | 0.00 | 0.00 | -1,244.52 |
| | | | | | Total For CMRef | 69: | 0.00 |
| 70 | 07/25/23 | 10818 - Intragrade | | | | | |
| 806 | 22450 | 11/30/22 | Northlake | 15,800.00 | 0.00 | 0.00 | 15,800.00 |
| 208 | 44589 | 04/21/23 | Joint Check Carolina Multi Fam | -15,800.00 | 0.00 | 0.00 | -15,800.00 |
| | | | | | Total For CMRef | 70: | 0.00 |
| 71 | 07/25/23 | 10729 - Ruston Paving Company, Inc. | | | | | |
| 1120 | 36360REV | 09/20/21 | Woods Creek | -104,349.00 | 0.00 | -99,131.55 | -5,217.45 |
| | Deducts Recap | | PrevPaid: | -99,131.55 | | | |
| 1121 | 36360COR | 09/20/21 | Woods Creek | 104,349.00 | 0.00 | 99,131.55 | 5,217.45 |
| | Deducts Recap | | PrevPaid: | 99,131.55 | | | |
| | | | | | Total For CMRef | 71: | 0.00 |
| 72 | 07/25/23 | 10104 - Capital City Curb & Gutter, LLC | | | | | |
| 192 | 14488 | 11/03/21 | Northlake | 12,353.95 | 0.00 | 11,118.55 | 1,235.40 |
| | Deducts Recap | | PrevPaid: | 11,118.55 | | | |
| 401 | 14544 | 11/17/21 | Northlake | 48,402.65 | 0.00 | 43,562.38 | 4,840.27 |
| | Deducts Recap | | PrevPaid: | 43,562.38 | | | |

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**       **CM Accounts:  8 - 8**       **All CM Refs**

**Print Deduct Recap? Y**       **Print Pay Type Recap? Y**

| CMRef Trans | AP Ref | Paid Date Inv Date | Vendor Description | Gross | Supplier Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | | **CM Account: 8** | | | | - Continued |
| **Checks** | | | | | | | - Continued |
| 72 | | 07/25/23 | 10104 - Capital City Curb & Gutter, LLC | | | | - Continued |
| 267 | 14653 | 12/09/21 | Northlake | 38,090.15 | 0.00 | 34,281.13 | 3,809.02 |
| Deducts Recap | | | PrevPaid: 34,281.13 | | | | |
| 617 | 14687 | 12/14/21 | Northlake | 25,013.75 | 0.00 | 22,512.37 | 2,501.38 |
| Deducts Recap | | | PrevPaid: 22,512.37 | | | | |
| 686 | 14736 | 12/22/21 | Northlake | 12,963.55 | 0.00 | 11,667.19 | 1,296.36 |
| Deducts Recap | | | PrevPaid: 11,667.19 | | | | |
| 209 | 44519 | 04/07/23 | Joint Check Carolina Multi Fam | -13,682.43 | 0.00 | 0.00 | -13,682.43 |
| | | | | | **Total For CMRef 72:** | | **0.00** |
| 73 | | 07/25/23 | 10746 - ProClean Property Management | | | | |
| 1326 | 10704 | 01/20/23 | 21.103 Gresham | 22,200.00 | 0.00 | 7,237.50 | 14,962.50 |
| Deducts Recap | | | Balance: 7,237.50 | | | | |
| 210 | 44548 | 04/14/23 | Joint Check Carolina Multi Fam | -14,962.50 | 0.00 | 0.00 | -14,962.50 |
| | | | | | **Total For CMRef 73:** | | **0.00** |
| 74 | | 07/25/23 | 10746 - ProClean Property Management | | | | |
| 1326 | 10704 | 01/20/23 | 21.103 Gresham | 22,200.00 | 0.00 | 14,962.50 | 7,237.50 |
| Deducts Recap | | | PrevPaid: 14,962.50 | | | | |
| 211 | 44583 | 04/14/23 | Joint CHeck Carolina Multi Fam | -7,237.50 | 0.00 | 0.00 | -7,237.50 |
| | | | | | **Total For CMRef 74:** | | **0.00** |
| 75 | | 07/25/23 | 10104 - Capital City Curb & Gutter, LLC | | | | |
| 145 | 13882 | 06/07/21 | Gresham Apartments | 37,762.50 | 0.00 | 33,986.25 | 3,776.25 |
| Deducts Recap | | | PrevPaid: 33,986.25 | | | | |
| 398 | 13938 | 06/16/21 | Gresham Apts | 10,505.65 | 0.00 | 9,455.08 | 1,050.57 |
| Deducts Recap | | | PrevPaid: 9,455.08 | | | | |
| 197 | 13998 | 07/08/21 | Gresham Apartments | 118,256.10 | 0.00 | 106,430.49 | 11,825.61 |
| Deducts Recap | | | PrevPaid: 106,430.49 | | | | |
| 209 | 14130 | 08/13/21 | Gresham Apts | 19,540.55 | 0.00 | 17,586.49 | 1,954.06 |
| Deducts Recap | | | PrevPaid: 17,586.49 | | | | |
| 649 | 16474 | 12/12/22 | Gresham | 823.25 | 0.00 | 0.00 | 823.25 |
| 650 | 16475 | 12/12/22 | Gresham | 4,696.00 | 0.00 | 0.00 | 4,696.00 |
| 760 | 16604 | 01/17/23 | Gresham Apartments | 6,847.50 | 0.00 | 0.00 | 6,847.50 |
| 902 | 16603 | 01/17/23 | GRESHAM APARTMENTS | 19,985.00 | 0.00 | 0.00 | 19,985.00 |
| 212 | 44518 | 04/07/23 | Joint Check Carolina Multi Fam | -50,958.24 | 0.00 | 0.00 | -50,958.24 |
| | | | | | **Total For CMRef 75:** | | **0.00** |
| 76 | | 07/25/23 | 10049 - B&K Grading and Paving, LLC | | | | |
| 1024 | 21.103.1 | 08/31/21 | Gresham | 403,723.28 | 0.00 | 383,537.12 | 20,186.16 |
| Deducts Recap | | | PrevPaid: 383,537.12 | | | | |
| 757 | 21.103.2 | 01/12/23 | Gresham | 48,318.36 | 0.00 | 0.00 | 48,318.36 |
| 213 | 44584 | 04/14/23 | Joint Check Carolina Multi Fam | -68,504.52 | 0.00 | 0.00 | -68,504.52 |
| | | | | | **Total For CMRef 76:** | | **0.00** |
| 77 | | 07/26/23 | 10431 - NC Quick Pass | | | | |
| 358 | 17563925496 | 09/05/22 | Shop | 6.49 | 0.00 | 0.00 | 6.49 |
| 557 | 17616958972 | 09/19/22 | Shop | 141.65 | 0.00 | 0.00 | 141.65 |
| 836 | 17611573123 | 09/18/22 | Shop | 45.09 | 0.00 | 0.00 | 45.09 |
| 878 | 17639808559 | 09/25/22 | Shop | 32.00 | 0.00 | 0.00 | 32.00 |

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**          **CM Accounts:  8 - 8**          **All CM Refs**

**Print Deduct Recap? Y**          **Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Gross | Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account: 8** | | | | | - Continued |
| **Checks** | | | | | | | - Continued |
| 77 | 07/26/23 | 10431 - NC Quick Pass | | | | | - Continued |
| 1117 | 17658200749 | 09/29/22 | Shop | 90.70 | 0.00 | 0.00 | 90.70 |
| 207 | 17665308483 | 10/01/22 | Shop | 312.15 | 0.00 | 0.00 | 312.15 |
| 357 | 17676486714 | 10/04/22 | Shop | 160.98 | 0.00 | 0.00 | 160.98 |
| 388 | 17699617178 | 10/10/22 | Shop | 31.00 | 0.00 | 0.00 | 31.00 |
| 1275 | 17765932414 | 10/30/22 | Shop | 26.67 | 0.00 | 0.00 | 26.67 |
| 1324 | 17745427804 | 10/24/22 | Shop | 13.14 | 0.00 | 0.00 | 13.14 |
| 1325 | 17741468824 | 10/23/22 | Shop | 10.25 | 0.00 | 0.00 | 10.25 |
| 571 | 17789860455 | 11/05/22 | Shop | 325.11 | 0.00 | 0.00 | 325.11 |
| 572 | 17781759034 | 11/03/22 | Shop | 82.45 | 0.00 | 0.00 | 82.45 |
| 573 | 17797906753 | 11/07/22 | Shop | 281.39 | 0.00 | 0.00 | 281.39 |
| 574 | 18018955040 | 11/13/22 | Shop | 6.00 | 0.00 | 0.00 | 6.00 |
| 896 | 17870356022 | 11/27/22 | Shop | 62.75 | 0.00 | 0.00 | 62.75 |
| 1079 | 17866134192 | 11/26/22 | Shop | 9.92 | 0.00 | 0.00 | 9.92 |
| 1091 | 17888953477 | 12/03/22 | Shop | 18.12 | 0.00 | 0.00 | 18.12 |
| 1092 | 17934877331 | 12/11/22 | SHOP | 497.91 | 0.00 | 0.00 | 497.91 |
| 1093 | 17925876661 | 12/09/22 | SHOP | 123.69 | 0.00 | 0.00 | 123.69 |
| 1094 | 17913229384 | 12/09/22 | SHOP | 89.88 | 0.00 | 0.00 | 89.88 |
| 1095 | 17966871895 | 12/18/22 | Shop | 6.00 | 0.00 | 0.00 | 6.00 |
| 1457 | 18033841682 | 12/31/22 | SHOP | 12.83 | 0.00 | 0.00 | 12.83 |
| 756 | 18037637338 | 01/01/23 | SHOP | 29.92 | 0.00 | 0.00 | 29.92 |
| 943 | 18069046556 | 01/01/23 | SHOP | 56.35 | 0.00 | 0.00 | 56.35 |
| 951 | 18071456802 | 01/07/23 | SHOP | 38.03 | 0.00 | 0.00 | 38.03 |
| 952 | 18105650830 | 01/08/23 | SHOP | 10.42 | 0.00 | 0.00 | 10.42 |
| 1338 | 18113566438 | 01/16/23 | SHOP | 612.87 | 0.00 | 0.00 | 612.87 |
| 1339 | 18101387737 | 01/13/23 | SHOP | 246.98 | 0.00 | 0.00 | 246.98 |
| 389 | 18217405958 | 02/05/23 | Equipment | 61.35 | 0.00 | 0.00 | 61.35 |
| 405 | 18217448837 | 02/05/23 | Equipment | 41.02 | 0.00 | 0.00 | 41.02 |
| 406 | 18213179724 | 02/04/23 | Equipment | 24.24 | 0.00 | 0.00 | 24.24 |
| 672 | 18247835396 | 02/11/23 | SHOP | 44.96 | 0.00 | 0.00 | 44.96 |
| 676 | 18253605064 | 02/12/23 | SHOP | 12.80 | 0.00 | 0.00 | 12.80 |
| 751 | 35421713047 | 03/07/23 | SHOP | 196.19 | 0.00 | 0.00 | 196.19 |
| 775 | 35421940677 | 03/15/23 | OFFICE | 541.58 | 0.00 | 0.00 | 541.58 |
| 776 | 35421853187 | 03/13/23 | SHOP | 117.75 | 0.00 | 0.00 | 117.75 |
| 1080 | 18090875739 | 01/11/23 | SHOP | 100.24 | 0.00 | 0.00 | 100.24 |
| 527 | 35422975726 | 04/13/23 | SHOP | 451.58 | 0.00 | 0.00 | 451.58 |
| 528 | 35423006259 | 04/13/23 | SHOP | 33.87 | 0.00 | 0.00 | 33.87 |
| 529 | 35423005212 | 04/13/23 | SHOP | 202.86 | 0.00 | 0.00 | 202.86 |
| 530 | 35423005233 | 04/13/23 | SHOP | 25.80 | 0.00 | 0.00 | 25.80 |
| 531 | 35422979740 | 04/13/23 | SHOP | 91.20 | 0.00 | 0.00 | 91.20 |
| 532 | 35423106500 | 04/18/23 | SHOP | 32.00 | 0.00 | 0.00 | 32.00 |
| 539 | 35423164813 | 04/20/23 | SHOP | 31.00 | 0.00 | 0.00 | 31.00 |
| 541 | 35422603083 | 04/03/23 | SHOP | 57.90 | 0.00 | 0.00 | 57.90 |
| 543 | 35422590670 | 04/02/23 | SHOP | 58.62 | 0.00 | 0.00 | 58.62 |
| 544 | 35422570748 | 04/02/23 | SHOP | 6.00 | 0.00 | 0.00 | 6.00 |
| 546 | 35422846392 | 04/10/23 | SHOP | 58.06 | 0.00 | 0.00 | 58.06 |
| 547 | 35422837919 | 04/10/23 | SHOP | 36.92 | 0.00 | 0.00 | 36.92 |
| 264 | 35423313651 | 04/26/23 | SHOP | 24.32 | 0.00 | 0.00 | 24.32 |
| 273 | 35423630852 | 05/08/23 | SHOP | 31.00 | 0.00 | 0.00 | 31.00 |
| 274 | 35423640450 | 05/08/23 | SHOP | 20.22 | 0.00 | 0.00 | 20.22 |
| 312 | 35423653230 | 05/09/23 | SHOP | 25.56 | 0.00 | 0.00 | 25.56 |
| 366 | 35423931109 | 05/19/23 | Shop | 19.16 | 0.00 | 0.00 | 19.16 |
| 367 | 35423935025 | 05/19/23 | Shop | 8.46 | 0.00 | 0.00 | 8.46 |
| 373 | 35423861461 | 05/17/23 | Shop | 317.03 | 0.00 | 0.00 | 317.03 |
| 33 | 35424065088 | 05/24/23 | SHOP | 0.50 | 0.00 | 0.00 | 0.50 |

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**          **CM Accounts:  8 - 8**          **All CM Refs**

**Print Deduct Recap? Y**          **Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Supplier Gross | Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account: 8** | | | | | **- Continued** |
| **Checks** | | | | | | | **- Continued** |
| 77 | 07/26/23 | 10431 - NC Quick Pass | | | | | - Continued |
| 130 | 35424301871 | 06/01/23 | SHOP | 39.84 | 0.00 | 0.00 | 39.84 |
| 265 | 35424623191 | 06/13/23 | Shop | 6.00 | 0.00 | 0.00 | 6.00 |
| 266 | 35424636858 | 06/14/23 | Shop | 27.17 | 0.00 | 0.00 | 27.17 |
| 56 | 35424951024 | 06/24/23 | Shop | 38.72 | 0.00 | 0.00 | 38.72 |
| 57 | 35424953749 | 06/24/23 | Shop | 0.66 | 0.00 | 0.00 | 0.66 |
| 58 | 35424871004 | 06/22/23 | Shop | 60.50 | 0.00 | 0.00 | 60.50 |
| 63 | 35424826454 | 06/20/23 | Equipment | 95.40 | 0.00 | 0.00 | 95.40 |
| 69 | 35424967182 | 06/24/23 | Equipment | 31.00 | 0.00 | 0.00 | 31.00 |
| 73 | 35425095192 | 06/29/23 | Equipment | 6.00 | 0.00 | 0.00 | 6.00 |
| 84 | 35424206271 | 05/29/23 | Shop | -25.13 | 0.00 | 0.00 | -25.13 |
| 216 | 35425241776 | 07/04/23 | Equipment | 14.69 | 0.00 | 0.00 | 14.69 |
| 217 | 35425153403 | 07/01/23 | Equipment | 6.00 | 0.00 | 0.00 | 6.00 |
| 218 | 35425330880 | 07/03/23 | Equipment | 12.00 | 0.00 | 0.00 | 12.00 |
| | | | | | | **Total For CMRef    77:** | **6,365.78** |
| 78 | 07/26/23 | 10255 - Garrison Enterprise, Inc. | | | | | |
| 362 | NC04622 | 07/08/22 | NCCU School of Business | 1,560.00 | 0.00 | 1,482.00 | 78.00 |
| | **Deducts Recap** | | PrevPaid: | 1,482.00 | | | |
| 228 | 000463 | 06/21/23 | Joint Check Barnhill | -78.00 | 0.00 | 0.00 | -78.00 |
| | | | | | | **Total For CMRef    78:** | **0.00** |
| 79 | 07/26/23 | 10651 - United Rentals | | | | | |
| 460 | 215417242-002 | 03/07/23 | 21.116 NCCU SCHOOL OF BUSINESS | 526.32 | 0.00 | 0.00 | 526.32 |
| 229 | 000460 | 06/21/23 | Joint Check Barnhill | -526.32 | 0.00 | 0.00 | -526.32 |
| | | | | | | **Total For CMRef    79:** | **0.00** |
| 80 | 07/26/23 | 11316 - Thomas Concrete of Carolina, Inc. | | | | | |
| 671 | 194713 | 03/16/23 | 21.116 NCCU SCHOOL OF BUSINESS | 718.10 | 0.00 | 0.00 | 718.10 |
| 230 | 000461 | 06/21/23 | Joint Check Barnhill | -718.10 | 0.00 | 0.00 | -718.10 |
| | | | | | | **Total For CMRef    80:** | **0.00** |
| 81 | 07/26/23 | 10229 - Erosion Control Solutions, LLC | | | | | |
| 863 | 33778 | 05/24/21 | NCCU | 4,955.76 | 0.00 | 4,707.97 | 247.79 |
| | **Deducts Recap** | | PrevPaid: | 4,707.97 | | | |
| 1025 | 33819 | 06/21/21 | NCCU School of Business | 817.20 | 0.00 | 776.34 | 40.86 |
| | **Deducts Recap** | | PrevPaid: | 776.34 | | | |
| 245 | 33865 | 07/14/21 | NCCU School OF Business | 913.50 | 0.00 | 867.82 | 45.68 |
| | **Deducts Recap** | | PrevPaid: | 867.82 | | | |
| 1025 | 34337 | 04/22/22 | NCCU School of Business | 340.00 | 0.00 | 323.00 | 17.00 |
| | **Deducts Recap** | | PrevPaid: | 323.00 | | | |
| 231 | 000462 | 06/21/23 | Joint Check Barnhill | -351.33 | 0.00 | 0.00 | -351.33 |
| | | | | | | **Total For CMRef    81:** | **0.00** |
| 82 | 07/26/23 | 11131 - Erosion Supply Company | | | | | |
| 363 | 434335 | 11/11/22 | NCCU School of Business | 96.24 | 0.00 | 0.00 | 96.24 |
| 1147 | 434680 | 12/23/22 | NCCU School of Business | 157.15 | 0.00 | 0.00 | 157.15 |
| 78 | 434723 | 01/04/23 | NCCU School of Business | 5,442.19 | 0.00 | 0.00 | 5,442.19 |
| 461 | 435103 | 02/16/23 | 21.116 NCCU SCHOOL OF BUSINESS | 132.78 | 0.00 | 0.00 | 132.78 |
| 989 | 435236 | 03/01/23 | 21.116 NCCU School of Business | 196.84 | 0.00 | 0.00 | 196.84 |
| 661 | 435480 | 03/24/23 | 21.116 NCCU SOB | 71.86 | 0.00 | 0.00 | 71.86 |

# AP Check Register by Date

Paid Dates: 06/21/23 - 09/19/23          CM Accounts:  8 - 8                    All CM Refs

Print Deduct Recap? Y          Print Pay Type Recap? Y

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Gross | Supplier Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account: 8** | | | | | **- Continued** |
| **Checks** | | | | | | | - Continued |
| 82 | 07/26/23 | 11131 - Erosion Supply Company | | | | | - Continued |
| 232 | 000465 | 06/21/23 | Joint Check Barnhill | -6,097.06 | 0.00 | 0.00 | -6,097.06 |
| | | | | | **Total For CMRef** | **82:** | **0.00** |
| 83 | 07/26/23 | 10358 - Land Levelers LLC | | | | | |
| 824 | 984 | 11/28/22 | NCCU School of Business | 598.12 | 0.00 | 0.00 | 598.12 |
| 233 | 000464 | 06/21/23 | Joint Check Barnhill | -598.12 | 0.00 | 0.00 | -598.12 |
| | | | | | **Total For CMRef** | **83:** | **0.00** |
| 84 | 07/26/23 | 11469 - Denton Contracting | | | | | |
| 341 | 21.105.1 | 06/29/23 | 21.105 Downtown Cary Park | 18,415.00 | 0.00 | 8,415.00 | 10,000.00 |
| | Deducts Recap | | Balance: 8,415.00 | | | | |
| 234 | 0052975 | 06/23/23 | Joint Check Balfour Beatty | -10,000.00 | 0.00 | 0.00 | -10,000.00 |
| | | | | | **Total For CMRef** | **84:** | **0.00** |
| 85 | 07/26/23 | 11238 - Secure Traffic Control Inc | | | | | |
| 271 | 1220 | 04/28/23 | 21.105 Downtown Cary Park | 1,800.00 | 0.00 | 0.00 | 1,800.00 |
| 272 | 1231 | 05/05/23 | 21.105 Downtown Cary Park | 1,800.00 | 0.00 | 0.00 | 1,800.00 |
| 273 | 1237 | 05/15/23 | 21.105 Downtown Cary Park | 7,200.00 | 0.00 | 1,420.91 | 5,779.09 |
| | Deducts Recap | | Balance: 1,420.91 | | | | |
| 235 | 529758 | 06/23/23 | Joint Check Balfour Beatty | -9,379.09 | 0.00 | 0.00 | -9,379.09 |
| | | | | | **Total For CMRef** | **85:** | **0.00** |
| 86 | 07/26/23 | 11429 - Eastern NC Underground Inc | | | | | |
| 270 | 1183 | 04/28/23 | 21.105 Downtown Cary Park | 37,450.00 | 0.00 | 0.00 | 37,450.00 |
| 236 | 529759 | 06/23/23 | Joint Check Balfour Beatty | -37,450.00 | 0.00 | 0.00 | -37,450.00 |
| | | | | | **Total For CMRef** | **86:** | **0.00** |
| 87 | 07/26/23 | 11430 - Heidelberg Materials Southeast Agg LLC | | | | | |
| 427 | 42014817 | 02/15/23 | 21.105 DOWNTOWN CARY PARK | 892.68 | 0.00 | 0.00 | 892.68 |
| 431 | 42017259 | 02/16/23 | 21.105 DOWNTOWN CARY PARK | 291.33 | 0.00 | 0.00 | 291.33 |
| 725 | 42024768 | 02/20/23 | 21.105 DOWNTOWN CARY PARK | 418.19 | 0.00 | 0.00 | 418.19 |
| 730 | 42032807 | 02/23/23 | 21.105 DOWNTOWN CARY PARK | 908.60 | 0.00 | 0.00 | 908.60 |
| 739 | 42035939 | 02/24/23 | 21.105 DOWNTOWN CARY PARK | 2,692.00 | 0.00 | 0.00 | 2,692.00 |
| 782 | 42027860 | 02/21/23 | 21.105 DOWNTOWN CARY PARK | 889.68 | 0.00 | 0.00 | 889.68 |
| 790 | 42030025 | 02/22/23 | 21.105 DOWNTOWN CARY PARK | 444.39 | 0.00 | 0.00 | 444.39 |
| 1004 | 42042191 | 02/28/23 | 21.122 21.105 22.108 | 2,743.63 | 0.00 | 2,527.56 | 216.07 |
| | Deducts Recap | | Balance: 2,527.56 | | | | |
| 316 | 42047244 | 03/01/23 | 21.105 DOWNTOWN CARY PARK | 789.13 | 0.00 | 0.00 | 789.13 |
| 320 | 42055864 | 03/06/23 | 21.105 DOWNTOWN CARY PARK | 293.26 | 0.00 | 0.00 | 293.26 |
| 326 | 42058791 | 03/07/23 | 21.105 DOWNTOWN CARY PARK | 703.54 | 0.00 | 0.00 | 703.54 |
| 337 | 42061714 | 03/08/23 | 21.105 DOWNTOWN CARY PARK | 604.00 | 0.00 | 0.00 | 604.00 |

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**          **CM Accounts: 8 - 8**          **All CM Refs**

**Print Deduct Recap? Y**          **Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Supplier Gross | Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| CM Company: 1 | | CM Account: 8 | | | | | - Continued |
| **Checks** | | | | | | | - Continued |
| 87 | 07/26/23 | 11430 - Heidelberg Materials Southeast Agg LLC | | | | | - Continued |
| 338 | 42061715 | 03/08/23 | 21.105 DOWNTOWN CARY PARK | 504.34 | 0.00 | 0.00 | 504.34 |
| 348 | 42064683 | 03/09/23 | 21.105 DOWNTOWN CARY PARK | 813.78 | 0.00 | 0.00 | 813.78 |
| 456 | 42074535 | 03/14/23 | 21.105 DOWNTOWN CARY PARK | 369.41 | 0.00 | 0.00 | 369.41 |
| 457 | 42074534 | 03/14/23 | 21.105 DOWNTOWN CARY PARK | 288.96 | 0.00 | 0.00 | 288.96 |
| 583 | 42080250 | 03/16/23 | 21.105 DOWNTOWN CARY PARK | 219.02 | 0.00 | 0.00 | 219.02 |
| 596 | 42087645 | 03/20/23 | 21.105 Downtown Cary Park | 435.25 | 0.00 | 0.00 | 435.25 |
| 605 | 42090612 | 03/21/23 | 21.105 DOWNTOWN CARY PARK | 420.06 | 0.00 | 0.00 | 420.06 |
| 611 | 42093635 | 03/22/23 | 21.105 DOWNTOWN CARY PARK | 307.02 | 0.00 | 0.00 | 307.02 |
| 951 | 42114527 | 03/30/23 | 21.105 DOWNTOWN CARY PARK | 411.37 | 0.00 | 0.00 | 411.37 |
| 968 | 42096368 | 03/23/23 | 21.105 DOWNTOWN CARY PARK | 292.62 | 0.00 | 0.00 | 292.62 |
| 969 | 42104115 | 03/27/23 | 21.105 DOWNTOWN CARY PARK | 287.03 | 0.00 | 0.00 | 287.03 |
| 973 | 42110668 | 03/23/23 | 21.105 DOWNTOWN CARY PARK | 599.85 | 0.00 | 0.00 | 599.85 |
| 199 | 42128942 | 04/03/23 | 21.105 DOWNTOWN CARY PARK | 309.17 | 0.00 | 0.00 | 309.17 |
| 201 | 42128944 | 04/06/23 | 21.105 DOWNTOWN CARY PARK | 142.91 | 0.00 | 0.00 | 142.91 |
| 237 | 529756 | 06/23/23 | Joint Check Balfour Beatty | -14,543.66 | 0.00 | 0.00 | -14,543.66 |
| | | | | | **Total For CMRef** | **87:** | **0.00** |
| 88 | 07/26/23 | 10651 - United Rentals | | | | | |
| 710 | 212698017-004 | 01/13/23 | Equipment/Rentals | 1,996.43 | 0.00 | 0.00 | 1,996.43 |
| 712 | 207444599-008 | 01/13/23 | Equipment/Rentals | 3,584.76 | 0.00 | 0.00 | 3,584.76 |
| 351 | 212698017-006 | 03/10/23 | Equipment/Rentals | 1,996.43 | 0.00 | 0.00 | 1,996.43 |
| 377 | 212698017-007 | 04/07/23 | Equipment/Rentals | 1,996.43 | 0.00 | 0.00 | 1,996.43 |
| 378 | 213709015-005 | 04/08/23 | Equipment/Rentals | 363.80 | 0.00 | 0.00 | 363.80 |
| 580 | 218195886-001 | 04/28/23 | Equipment/Rentals | 3,715.77 | 0.00 | 1,907.62 | 1,808.15 |
| **Deducts Recap** | | **Balance:** | 1,907.62 | | | | |
| 238 | 529755 | 06/23/23 | Joint Check Balfour Beatty | -11,746.00 | 0.00 | 0.00 | -11,746.00 |
| | | | | | **Total For CMRef** | **88:** | **0.00** |
| 89 | 07/27/23 | 10286 - Gregory Poole Equipment Company | | | | | |
| 114 | SCN105759 | 03/01/23 | Credit 1448603 | -929.57 | 0.00 | 0.00 | -929.57 |
| 200 | IN1452441 | 03/06/23 | Equipment/Parts | 124.04 | 0.00 | 0.00 | 124.04 |
| 281 | IN1453382 | 03/07/23 | Equipment/parts | 218.90 | 0.00 | 0.00 | 218.90 |
| 282 | SCN105946 | 03/07/23 | Equipment/Parts | -225.51 | 0.00 | 0.00 | -225.51 |
| 674 | IN1450779 | 03/02/23 | Equipment/Parts | 845.35 | 0.00 | 0.00 | 845.35 |
| 239 | IN1452441-Cred | 03/06/23 | Posting Issue | -33.21 | 0.00 | 0.00 | -33.21 |
| | | | | | **Total For CMRef** | **89:** | **0.00** |
| 90 | 07/28/23 | 11088 - Kimberley Radford | | | | | |
| 253 | 072823 | 07/28/23 | Pymt 15 & 16 FINAL | 1,750.00 | 0.00 | 0.00 | 1,750.00 |
| | | | | | **Total For CMRef** | **90:** | **1,750.00** |
| 91 | 07/31/23 | 10644 - Turf Services, LLC | | | | | |
| 255 | 07312023 | 07/31/23 | Office | 900.00 | 0.00 | 0.00 | 900.00 |

## AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**     **CM Accounts: 8 - 8**        **All CM Refs**

**Print Deduct Recap? Y**      **Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Gross | Supplier Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account: 8** | | | | | - Continued |
| **Checks** | | | | | | | - Continued |
| | | | | | **Total For CMRef** | **91:** | 900.00 |
| 92 | 07/31/23 | 10682 - Wayne Opportunity Center | | | | | |
| 411 | 975473 | 02/15/23 | OFFICE | 40.00 | 0.00 | 0.00 | 40.00 |
| 412 | 975472 | 02/15/23 | OFFICE | 40.00 | 0.00 | 0.00 | 40.00 |
| 795 | 975639 | 03/24/23 | OFFICE | 40.00 | 0.00 | 0.00 | 40.00 |
| 121 | 975663 | 04/04/23 | OFFICE | 40.00 | 0.00 | 0.00 | 40.00 |
| 265 | 975701 | 04/12/23 | OFFICE | 40.00 | 0.00 | 0.00 | 40.00 |
| 354 | 975939 | 05/24/23 | Office | 80.00 | 0.00 | 0.00 | 80.00 |
| 33 | 976094 | 06/27/23 | Office | 40.00 | 0.00 | 0.00 | 40.00 |
| | | | | | **Total For CMRef** | **92:** | 320.00 |
| 93 | 07/31/23 | 11345 - Mangum's Fleet Maintenance, Inc. | | | | | |
| 256 | 07312023 | 07/31/23 | Equipment | 514.01 | 0.00 | 0.00 | 514.01 |
| | | | | | **Total For CMRef** | **93:** | 514.01 |
| 94 | 08/01/23 | 11468 - Spectrum Business | | | | | |
| 259 | 0033431072223 | 07/22/23 | Office | 124.98 | 0.00 | 0.00 | 124.98 |
| | | | | | **Total For CMRef** | **94:** | 124.98 |
| 95 | 08/01/23 | 10203 - Duke Energy Progress | | | | | |
| 263 | 9182315384Jul2 | 07/17/23 | 3735 US HWY 117 | 205.62 | 0.00 | 0.00 | 205.62 |
| 264 | 9182315631Jul2 | 07/17/23 | 3733 HWY 117 | 358.44 | 0.00 | 0.00 | 358.44 |
| 265 | 9194329101Jul2 | 07/17/23 | 3757 US HWY 117 | 217.93 | 0.00 | 0.00 | 217.93 |
| | | | | | **Total For CMRef** | **95:** | 781.99 |
| 96 | 08/01/23 | 10965 - Ashley Henderson | | | | | |
| 2 | 080123 | 08/01/23 | Reimbursements | 266.53 | 0.00 | 0.00 | 266.53 |
| | | | | | **Total For CMRef** | **96:** | 266.53 |
| 97 | 08/01/23 | 10773 - Jeremy Smith | | | | | |
| 3 | 080123 | 08/01/23 | August | 12,000.00 | 0.00 | 0.00 | 12,000.00 |
| | | | | | **Total For CMRef** | **97:** | 12,000.00 |
| 98 | 08/03/23 | 10659 - Verizon Wireless | | | | | |
| 217 | 9937065589 | 06/11/23 | Office | 3,827.19 | 0.00 | 1,630.84 | 2,196.35 |
| | Deducts Recap | | Balance: 1,630.84 | | | | |
| 218 | 9937065590 | 06/11/23 | Office | -196.35 | 0.00 | 0.00 | -196.35 |
| | | | | | **Total For CMRef** | **98:** | 2,000.00 |
| 99 | 08/04/23 | 10821 - Peggy Person-Waddell | | | | | |
| 17 | PR080823a | 08/03/23 | PR WE 073023 | 201.64 | 0.00 | 0.00 | 201.64 |
| | | | | | **Total For CMRef** | **99:** | 201.64 |
| 014 | 07/28/23 | 10426 - NC Child Support Centralized Collections | | | | | |
| 244 | 07/23/23-0 | 07/28/23 | Rowe 0007059195 | 110.31 | 0.00 | 0.00 | 110.31 |
| 245 | 07/23/23-1 | 07/28/23 | Avila Torres 0008210224 | 74.31 | 0.00 | 0.00 | 74.31 |
| | | | | | **Total For CMRef** | **014:** | 184.62 |
| 015 | 09/01/23 | 10427 - NC Dept of Revenue | | | | | |
| 15 | 08/27/23-1 | 09/01/23 | North Carolina SIT | 1,012.00 | 0.00 | 0.00 | 1,012.00 |
| | | | | | **Total For CMRef** | **015:** | 1,012.00 |
| 017 | 09/01/23 | 10655 - US Treasury | | | | | |
| 16 | 08/27/23-5 | 09/01/23 | Federal Withholding | 1,974.34 | 0.00 | 0.00 | 1,974.34 |

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**　　　**CM Accounts:  8 - 8**　　　　　**All CM Refs**

**Print Deduct Recap? Y**　　　　**Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Gross | Supplier Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account: 8** | | | | | - Continued |
| **Checks** | | | | | | | - Continued |
| 017 | 09/01/23 | 10655 - US Treasury | | | | | - Continued |
| 17 | 08/27/23-6 | 09/01/23 | FICA SS - Employee | 1,759.53 | 0.00 | 0.00 | 1,759.53 |
| 18 | 08/27/23-7 | 09/01/23 | FICA Medicare - Employee | 411.49 | 0.00 | 0.00 | 411.49 |
| 19 | 08/27/23-8 | 09/01/23 | FICA SS - Employer | 1,759.53 | 0.00 | 0.00 | 1,759.53 |
| 20 | 08/27/23-9 | 09/01/23 | FICA Medicare- Employer | 411.49 | 0.00 | 0.00 | 411.49 |
| | | | **Total For CMRef     017:** | | | | **6,316.38** |
| 100 | 08/04/23 | 11506 - Samantha Sollars | | | | | |
| 18 | PR080823b | 08/03/23 | PR WE 073023 | 759.94 | 0.00 | 0.00 | 759.94 |
| | | | **Total For CMRef     100:** | | | | **759.94** |
| 101 | 08/04/23 | 11508 - Alec Pyburn | | | | | |
| 21 | 080423 | 08/04/23 | Reimb for NCDOT permit | 30.00 | 0.00 | 0.00 | 30.00 |
| | | | **Total For CMRef     101:** | | | | **30.00** |
| 102 | 08/11/23 | 11506 - Samantha Sollars | | | | | |
| 22 | 081123a | 08/11/23 | PRWE 080623 | 759.94 | 0.00 | 0.00 | 759.94 |
| | | | **Total For CMRef     102:** | | | | **759.94** |
| 103 | 08/15/23 | 11510 - Mozingo Transmission Center | | | | | |
| 64 | 081523 | 08/15/23 | | 76.93 | 0.00 | 0.00 | 76.93 |
| | | | **Total For CMRef     103:** | | | | **76.93** |
| 104 | 08/16/23 | 10238 - First Citizens Bank** | | | | | |
| 71 | 910009247753A | 08/02/23 | Aug | 4,699.21 | 0.00 | 0.00 | 4,699.21 |
| | | | **Total For CMRef     104:** | | | | **4,699.21** |
| 105 | 08/17/23 | 10659 - Verizon Wireless | | | | | |
| 217 | 9937065589 | 06/11/23 | Office | 3,827.19 | 0.00 | 2,196.35 | 1,630.84 |
| | **Deducts Recap** | | **PrevPaid:**　　2,196.35 | | | | |
| 156 | 9939432342 | 07/11/23 | Office | 4,569.52 | 0.00 | 0.00 | 4,569.52 |
| | | | **Total For CMRef     105:** | | | | **6,200.36** |
| 106 | 08/21/23 | 10491 - PNC Commercial Loan | | | | | |
| 90 | 607691142Aug | 08/04/23 | Aug - Holdings | 3,039.81 | 0.00 | 0.00 | 3,039.81 |
| 91 | 608466341Aug | 08/07/23 | Aug - Holdings | 752.32 | 0.00 | 0.00 | 752.32 |
| | | | **Total For CMRef     106:** | | | | **3,792.13** |
| 107 | 08/21/23 | 10569 - Southern Farm Bureau | | | | | |
| 92 | 014392833L | 07/31/23 | June & July | 985.21 | 0.00 | 0.00 | 985.21 |
| | | | **Total For CMRef     107:** | | | | **985.21** |
| 108 | 08/23/23 | 11512 - Earth Improvement Technologies, Inc. | | | | | |
| 95 | 2393 | 08/18/23 | Slope erosion eval - Moore Co. | 11,913.60 | 0.00 | 0.00 | 11,913.60 |
| | | | **Total For CMRef     108:** | | | | **11,913.60** |
| 109 | 08/23/23 | 11513 - Safelite Auto Glass | | | | | |
| 96 | 082223 | 08/22/23 | glass repair | 533.71 | 0.00 | 0.00 | 533.71 |
| | | | **Total For CMRef     109:** | | | | **533.71** |
| 110 | 08/23/23 | 11513 - Safelite Auto Glass | | | | | |
| 97 | 082323 | 08/23/23 | glass repair | 555.06 | 0.00 | 0.00 | 555.06 |
| | | | **Total For CMRef     110:** | | | | **555.06** |

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**       **CM Accounts:  8 - 8**       **All CM Refs**

**Print Deduct Recap? Y**       **Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Supplier Gross | Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account: 8** | | | | | - Continued |
| **Checks** | | | | | | | - Continued |
| 111 | 08/25/23 | 10035 - Antony Rowe | | | | | |
| 98 | 082423-11 | 08/24/23 | PR WE 08.20.23 | 977.78 | 0.00 | 0.00 | 977.78 |
| | | | | | **Total For CMRef** | **111:** | **977.78** |
| 112 | 08/24/23 | 11514 - Rodrigo Castaneda-Garica | | | | | |
| 99 | 082523-310 | 08/25/23 | PR WE 08.20.23 | 1,283.62 | 0.00 | 0.00 | 1,283.62 |
| | | | | | **Total For CMRef** | **112:** | **1,283.62** |
| 113 | 08/24/23 | 10821 - Peggy Person-Waddell | | | | | |
| 101 | 082523-67 | 08/25/23 | PR WE 08.20.23 | 952.24 | 0.00 | 0.00 | 952.24 |
| | | | | | **Total For CMRef** | **113:** | **952.24** |
| 114 | 08/24/23 | 11221 - Eric Torres | | | | | |
| 102 | 082523-153 | 08/25/23 | PR WE 08.20.23 | 1,211.29 | 0.00 | 0.00 | 1,211.29 |
| | | | | | **Total For CMRef** | **114:** | **1,211.29** |
| 115 | 08/24/23 | 11516 - Fredy Valencia Guzman | | | | | |
| 103 | 082523-259 | 08/25/23 | PR WE 08.20.23 | 875.62 | 0.00 | 0.00 | 875.62 |
| | | | | | **Total For CMRef** | **115:** | **875.62** |
| 116 | 08/24/23 | 11517 - Antonio Vega Avila | | | | | |
| 104 | 082523-324 | 08/25/23 | PR WE 08.20.23 | 938.24 | 0.00 | 0.00 | 938.24 |
| | | | | | **Total For CMRef** | **116:** | **938.24** |
| 117 | 08/24/23 | 11515 - Larry Parker | | | | | |
| 100 | 082523-256 | 08/25/23 | PR WE 08.20.23 | 1,161.10 | 0.00 | 0.00 | 1,161.10 |
| | | | | | **Total For CMRef** | **117:** | **1,161.10** |
| 118 | 08/24/23 | 10965 - Ashley Henderson | | | | | |
| 106 | 082423 | 08/24/23 | Reimbursement for tires | 400.00 | 0.00 | 0.00 | 400.00 |
| | | | | | **Total For CMRef** | **118:** | **400.00** |
| 119 | 08/24/23 | 11405 - Efrain Herrera | | | | | |
| 105 | 082523-294 | 08/25/23 | PR WE 08.20.23 | 872.70 | 0.00 | 0.00 | 872.70 |
| | | | | | **Total For CMRef** | **119:** | **872.70** |
| 120 | 08/30/23 | 11494 - Trimble Inc | | | | | |
| 70 | INV-26585 | 08/12/23 | Office | 5,608.83 | 0.00 | 0.00 | 5,608.83 |
| | | | | | **Total For CMRef** | **120:** | **5,608.83** |
| 121 | 09/01/23 | 11518 - Cristian Acosta | | | | | |
| 121 | 090123-258 | 09/01/23 | PR WE 08.27.23 | 1,171.99 | 0.00 | 0.00 | 1,171.99 |
| | | | | | **Total For CMRef** | **121:** | **1,171.99** |
| 122 | 09/01/23 | 11306 - Servando Castenada Herrera | | | | | |
| 122 | 090123-42 | 09/01/23 | PR WE 08.27.23 | 1,594.21 | 0.00 | 0.00 | 1,594.21 |
| | | | | | **Total For CMRef** | **122:** | **1,594.21** |
| 123 | 09/01/23 | 11514 - Rodrigo Castaneda-Garica | | | | | |
| 123 | 090123-310 | 09/01/23 | PR WE 08.27.23 | 1,283.61 | 0.00 | 0.00 | 1,283.61 |
| | | | | | **Total For CMRef** | **123:** | **1,283.61** |
| 124 | 09/01/23 | 11519 - Guadalupe Gonzalez Pineda | | | | | |
| 124 | 090123-17 | 09/01/23 | PR WE 08.27.23 | 1,845.95 | 0.00 | 0.00 | 1,845.95 |
| | | | | | **Total For CMRef** | **124:** | **1,845.95** |

# AP Check Register by Date

Paid Dates: 06/21/23 - 09/19/23          CM Accounts:  8 - 8                    All CM Refs

Print Deduct Recap? Y          Print Pay Type Recap? Y

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Gross | Supplier Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | **CM Account: 8** | | | | | | - Continued |
| **Checks** | | | | | | | - Continued |
| 125 | 09/01/23 | 11405 - Efrain Herrera | | | | | |
| 125 | 090123-294 | 09/01/23 | PR WE 08.27.23 | 1,023.49 | 0.00 | 0.00 | 1,023.49 |
| | | | | | **Total For CMRef** | **125:** | **1,023.49** |
| 126 | 09/01/23 | 11485 - Roberto Lopez Avila | | | | | |
| 126 | 090123-154 | 09/01/23 | PR WE 08.27.23 | 969.24 | 0.00 | 0.00 | 969.24 |
| | | | | | **Total For CMRef** | **126:** | **969.24** |
| 127 | 09/01/23 | 11479 - Marco Lopez Perez | | | | | |
| 127 | 090123-8 | 09/01/23 | PR WE 08.27.23 | 1,183.19 | 0.00 | 0.00 | 1,183.19 |
| | | | | | **Total For CMRef** | **127:** | **1,183.19** |
| 128 | 09/01/23 | 10887 - Margarito Maldonado Morales | | | | | |
| 128 | 090123-343 | 09/01/23 | PR WE 08.27.23 | 1,060.92 | 0.00 | 0.00 | 1,060.92 |
| | | | | | **Total For CMRef** | **128:** | **1,060.92** |
| 129 | 09/01/23 | 11515 - Larry Parker | | | | | |
| 129 | 090123-256 | 09/01/23 | PR 08.27.23 | 1,161.10 | 0.00 | 0.00 | 1,161.10 |
| | | | | | **Total For CMRef** | **129:** | **1,161.10** |
| 130 | 09/01/23 | 10821 - Peggy Person-Waddell | | | | | |
| 130 | 090123-67 | 09/01/23 | PR WE 08.27..23 | 952.24 | 0.00 | 0.00 | 952.24 |
| | | | | | **Total For CMRef** | **130:** | **952.24** |
| 131 | 09/01/23 | 11520 - Juan Rodriguez Sanchez | | | | | |
| 131 | 090123-345 | 09/01/23 | PR WE 08.27.23 | 1,279.61 | 0.00 | 0.00 | 1,279.61 |
| | | | | | **Total For CMRef** | **131:** | **1,279.61** |
| 132 | 09/01/23 | 10871 - Jose E Sanchez | | | | | |
| 132 | 090123-36 | 09/01/23 | PR WE 08.27.23 | 1,136.48 | 0.00 | 0.00 | 1,136.48 |
| | | | | | **Total For CMRef** | **132:** | **1,136.48** |
| 133 | 09/01/23 | 10831 - Juan Sandoval Carrasco | | | | | |
| 133 | 090123-92 | 09/01/23 | PR WE 08.27.23 | 1,050.42 | 0.00 | 0.00 | 1,050.42 |
| | | | | | **Total For CMRef** | **133:** | **1,050.42** |
| 134 | 09/01/23 | 11080 - Raul Tolentino Andres | | | | | |
| 134 | 090123-339 | 09/01/23 | PR WE 08.27.23 | 1,133.50 | 0.00 | 0.00 | 1,133.50 |
| | | | | | **Total For CMRef** | **134:** | **1,133.50** |
| 135 | 09/01/23 | 11221 - Eric Torres | | | | | |
| 135 | 090123-153 | 09/01/23 | PR WE 08.27.23 | 1,211.30 | 0.00 | 0.00 | 1,211.30 |
| | | | | | **Total For CMRef** | **135:** | **1,211.30** |
| 136 | 09/01/23 | 11516 - Fredy Valencia Guzman | | | | | |
| 136 | 090123-259 | 09/01/23 | PR WE 08.27.23 | 1,028.34 | 0.00 | 0.00 | 1,028.34 |
| | | | | | **Total For CMRef** | **136:** | **1,028.34** |
| 137 | 09/01/23 | 11517 - Antonio Vega Avila | | | | | |
| 137 | 090123-324 | 09/01/23 | PR WE 08.27.23 | 1,135.30 | 0.00 | 0.00 | 1,135.30 |
| | | | | | **Total For CMRef** | **137:** | **1,135.30** |
| 138 | 09/01/23 | 11521 - Orlando Villapando | | | | | |
| 138 | 090123-346 | 09/01/23 | PR WE 08.27.23 | 1,201.35 | 0.00 | 0.00 | 1,201.35 |
| | | | | | **Total For CMRef** | **138:** | **1,201.35** |

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**        **CM Accounts:  8 - 8**                **All CM Refs**

**Print Deduct Recap? Y**        **Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Gross | Supplier Discount | Deducts | Net | |
|---|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account:  8** | | | | | - Continued | |
| **Checks** | | | | | | | - Continued | |
| 139 | 09/01/23 | 10869 - Daniel Zepeda Cossio | | | | | | |
| 139 | 090123-342 | 09/01/23 | PR WE 08.27.23 | 1,377.42 | 0.00 | 0.00 | 1,377.42 | |
| | | | | | **Total For CMRef** | **139:** | **1,377.42** | |
| 325 | 08/13/23 | 11507 - Baxter Protective Coatings, LLC | | | | | | |
| 296 | 22.102.1 | 06/26/23 | 22.102.1 UPS | 64,492.50 | 0.00 | 0.00 | 64,492.50 | |
| | | | | | **Total For CMRef** | **325:** | **64,492.50** | |
| 345 | 08/13/23 | 10578 - Stay Alert | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | Void |
| | | | | | **Total For CMRef** | **345:** | **0.00** | |
| | | | | | | **Total For Checks:** | **213,734.65** | |
| | | | | | | **Total For CM Account 8:** | **213,734.65** | |
| | | | | | | **Grand Total:** | **213,734.65** | |

| | | | *Pay Type Recap* | | | | |
|---|---|---|---|---|---|---|---|
| **Pay Type** | **Description** | **GLCo GLAcct** | **Description** | **Amount** | **Disc Taken** | **Net** | |
| **Paid Month:  06/23** | | | | | | | |
| 1 | AP Payable | 1  20100.10 | Accounts Payable | **14,119.85** | **0.00** | **14,119.85** | |
| | | | **Total For Paid Month 06/23:** | **14,119.85** | **0.00** | **14,119.85** | |
| **Paid Month:  07/23** | | | | | | | |
| 1 | AP Payable | 1  20100.10 | Accounts Payable | **-209,151.67** | **0.00** | **-209,151.67** | |
| 2 | Job Payable | 1  20100.10 | Accounts Payable | **83,349.68** | **0.00** | **83,349.68** | |
| 3 | Subcontractor Payal | 1  20100.10 | Accounts Payable | **111,612.14** | **0.00** | **111,612.14** | |
| 5 | Retainage Payable | 1  20200.10 | Retainage Payable | **59,221.46** | **0.00** | **59,221.46** | |
| | | | **Total For Paid Month 07/23:** | **45,031.61** | **0.00** | **45,031.61** | |
| **Paid Month:  08/23** | | | | | | | |
| 1 | AP Payable | 1  20100.10 | Accounts Payable | **59,962.65** | **0.00** | **59,962.65** | |
| 2 | Job Payable | 1  20100.10 | Accounts Payable | **64,492.50** | **0.00** | **64,492.50** | |
| | | | **Total For Paid Month 08/23:** | **124,455.15** | **0.00** | **124,455.15** | |
| **Paid Month:  09/23** | | | | | | | |
| 1 | AP Payable | 1  20100.10 | Accounts Payable | **30,128.04** | **0.00** | **30,128.04** | |
| | | | **Total For Paid Month 09/23:** | **30,128.04** | **0.00** | **30,128.04** | |
| | | | **Grand Total:** | **213,734.65** | **0.00** | **213,734.65** | |

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**      **CM Accounts: 7 - 7**      **All CM Refs**

**Print Deduct Recap? Y**      **Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Gross | Supplier Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account: 7** | | | | | |
| **Checks** | | | | | | | |
| 09 | 07/19/23 | 11468 - Spectrum Business | | | | | |
| 363 | 0033431052223 | 05/22/23 | OFFICE | 293.91 | 0.00 | 0.00 | 293.91 |
| 67 | 0033431062223 | 06/22/23 | Office | 424.95 | 0.00 | 0.00 | 424.95 |
| | | | | | **Total For CMRef** | **09:** | **718.86** |
| 008 | 07/06/23 | 11350 - Flores & Associates, LLC | | | | | |
| 56 | 435937 | 05/05/23 | Cobra Admin Fee - May 2023 | 106.60 | 0.00 | 0.00 | 106.60 |
| 300 | 06052023 | 06/05/23 | Cobra Payment | 106.60 | 0.00 | 0.00 | 106.60 |
| 11 | 452791 | 07/05/23 | Cobra | 106.60 | 0.00 | 0.00 | 106.60 |
| | | | | | **Total For CMRef** | **008:** | **319.80** |
| 1031 | 07/12/23 | 11498 - Purdee's Diesel Wrecker & Service | | | | | |
| 53 | 71223 | 07/12/23 | Equipment | 1,294.98 | 0.00 | 0.00 | 1,294.98 |
| | | | | | **Total For CMRef** | **1031:** | **1,294.98** |
| 1032 | 07/14/23 | 11499 - RNS Automotive | | | | | |
| 92 | 071423 | 07/14/23 | Alignment | 82.00 | 0.00 | 0.00 | 82.00 |
| | | | | | **Total For CMRef** | **1032:** | **82.00** |
| 1033 | 07/17/23 | 10438 - NCDMV | | | | | |
| 101 | 1 | 07/17/23 | Equipment | 234.30 | 0.00 | 0.00 | 234.30 |
| | | | | | **Total For CMRef** | **1033:** | **234.30** |
| 1034 | 07/18/23 | 10471 - Ormond Energy | | | | | |
| 118 | 71823 | 07/18/23 | Equipment | 32.00 | 0.00 | 0.00 | 32.00 |
| | | | | | **Total For CMRef** | **1034:** | **32.00** |
| 1035 | 07/18/23 | 11301 - Quinn Heating and Cooling LLC | | | | | |
| 125 | 2023-104 | 07/18/23 | 122 Parkway | 3,398.40 | 0.00 | 0.00 | 3,398.40 |
| | | | | | **Total For CMRef** | **1035:** | **3,398.40** |
| 1036 | 07/21/23 | 11503 - Goldsboro Starter & Alternator | | | | | |
| 175 | 72123 | 07/21/23 | Equipment | 362.95 | 0.00 | 0.00 | 362.95 |
| | | | | | **Total For CMRef** | **1036:** | **362.95** |
| 1037 | 07/21/23 | 10066 - Belfast Patetown Sanitary District | | | | | |
| 159 | 71323 | 07/13/23 | Office | 74.31 | 0.00 | 0.00 | 74.31 |
| | | | | | **Total For CMRef** | **1037:** | **74.31** |
| 1038 | 07/21/23 | 10438 - NCDMV | | | | | |
| 183 | 07212023 | 07/21/23 | Equipment | 129.42 | 0.00 | 0.00 | 129.42 |
| | | | | | **Total For CMRef** | **1038:** | **129.42** |
| 1039 | 07/21/23 | 10676 - Wayne Auto Salvage | | | | | |
| 184 | 07212023 | 07/21/23 | Equipment | 133.75 | 0.00 | 0.00 | 133.75 |
| | | | | | **Total For CMRef** | **1039:** | **133.75** |
| 1040 | 07/24/23 | 11505 - Adobe | | | | | |
| 204 | 71123 | 07/11/23 | Office | 51.22 | 0.00 | 0.00 | 51.22 |
| | | | | | **Total For CMRef** | **1040:** | **51.22** |
| 1041 | 07/24/23 | 10057 - Banner Life Insurance | | | | | |
| 203 | 181307084-202: | 06/15/23 | 181307084-2023 | 459.96 | 0.00 | 0.00 | 459.96 |
| | | | | | **Total For CMRef** | **1041:** | **459.96** |

# AP Check Register by Date

**Paid Dates: 06/21/23 - 09/19/23**  **CM Accounts: 7 - 7**  **All CM Refs**

**Print Deduct Recap? Y**  **Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Gross | Supplier Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account: 7** | | | | | - Continued |
| **Checks** | | | | | | | - Continued |
| 1042 | 07/28/23 | 10238 - First Citizens Bank** | | | | | |
| 342 | 910009247753J | 07/02/23 | June | 4,518.47 | 0.00 | 0.00 | 4,518.47 |
| 49 | 247753 July 23 | 07/02/23 | 910009247753 July 2023 | 4,518.47 | 0.00 | 0.00 | 4,518.47 |
| | | | | | **Total For CMRef** | **1042:** | **9,036.94** |
| 1043 | 08/01/23 | 10066 - Belfast Patetown Sanitary District | | | | | |
| 257 | 73123 | 07/31/23 | 3733 US HWY 117 | 74.31 | 0.00 | 0.00 | 74.31 |
| | | | | | **Total For CMRef** | **1043:** | **74.31** |
| 1044 | 08/03/23 | 10432 - NC Secretary of State | | | | | |
| 20 | 20342024 | 08/02/23 | Office | 52.00 | 0.00 | 0.00 | 52.00 |
| | | | | | **Total For CMRef** | **1044:** | **52.00** |
| 1045 | 08/29/23 | 11515 - Larry Parker | | | | | |
| 120 | 082923 | 08/29/23 | Cash for tires | 505.00 | 0.00 | 0.00 | 505.00 |
| | | | | | **Total For CMRef** | **1045:** | **505.00** |
| | | | | | **Total For Checks:** | | **16,960.20** |
| | | | | | **Total For CM Account 7:** | | **16,960.20** |
| | | | | | **Grand Total:** | | **16,960.20** |

| | *Pay Type Recap* | | | | | | |
|---|---|---|---|---|---|---|---|
| Pay Type | Description | GLCo | GLAcct | Description | Amount | Disc Taken | Net |
| **Paid Month: 07/23** | | | | | | | |
| 1 | AP Payable | 1 | 20100.10 | Accounts Payable | **16,328.89** | **0.00** | **16,328.89** |
| | | | | **Total For Paid Month 07/23:** | **16,328.89** | **0.00** | **16,328.89** |
| **Paid Month: 08/23** | | | | | | | |
| 1 | AP Payable | 1 | 20100.10 | Accounts Payable | **631.31** | **0.00** | **631.31** |
| | | | | **Total For Paid Month 08/23:** | **631.31** | **0.00** | **631.31** |
| | | | | **Grand Total:** | **16,960.20** | **0.00** | **16,960.20** |

# AP Check Register by Date

**Paid Dates: 06/29/23 - 06/29/23**           **CM Accounts:  4 - 4**                    **All CM Refs**

**Print Deduct Recap? Y**           **Print Pay Type Recap? Y**

| CMRef Trans | Paid Date AP Ref | Vendor Inv Date | Description | Supplier Gross | Discount | Deducts | Net | |
|---|---|---|---|---|---|---|---|---|
| **CM Company: 1** | | **CM Account: 4** | | | | | | |
| **Checks** | | | | | | | | |
| 853 | 06/29/23 | 10631 - Travelers Insurance | | | | | | |
| 344 | 5418C4214Ju | 06/30/23 | June | 70,632.53 | 0.00 | 0.00 | 70,632.53 | |
| | | | | | **Total For CMRef** 853: | | **70,632.53** | |
| 6422 | 06/29/23 | 10906 - JSmith Civil, LLC | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | Void |
| | | | | | **Total For CMRef** 6422: | | **0.00** | |
| 6423 | 06/29/23 | 10906 - JSmith Civil, LLC | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | Void |
| | | | | | **Total For CMRef** 6423: | | **0.00** | |
| | | | | | **Total For Checks:** | | **70,632.53** | |
| | | | | | **Total For CM Account 4:** | | **70,632.53** | |
| | | | | | **Grand Total:** | | **70,632.53** | |

| | *Pay Type Recap* | | | | | |
|---|---|---|---|---|---|---|
| **Pay Type Description** | | **GLCo GLAcct** | **Description** | **Amount** | **Disc Taken** | **Net** |
| **Paid Month:  06/23** | | | | | | |
| 1 AP Payable | | 1 20100.10 | Accounts Payable | **70,632.53** | **0.00** | **70,632.53** |
| | | | **Total For Paid Month 06/23:** | **70,632.53** | **0.00** | **70,632.53** |
| | | | **Grand Total:** | **70,632.53** | **0.00** | **70,632.53** |

**EXHIBIT**

**SOFA 2.2**

JSmith Civil, LLC
BK Case No. 23-02734-5-JNC
EXHIBIT 2.2 TO STATEMENT OF FINANCIAL AFFAIRS
References: Part 2, Item 3 & Part 6, Item 13

**Payments Made by Westfiled Insurance Company on behalf of Debtor (JSmith Civil, LLC)**
Date Range-Period: 4/10/2023 -- 9/18/2023

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Job Costs | 6/23/2023 | J Smith Civil 3032 | 19149 | | WEX Bank | Inv #89316017 | (47,504.52) |
| 20.108 - NC DOT Hwy 117 Widening | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (11,429.68) |
| 20.108 - NC DOT Hwy 117 Widening | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (2,054.43) |
| 20.108 - NC DOT Hwy 117 Widening | 5/5/2023 | J Smith Civil 3032 | 19010 | | Cruz Brothers Concrete, Inc | Pay App #16 thru 3/22/23 | (12,141.38) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #73401 | (11,704.30) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #73402 | (13,213.88) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #73403 | (16,259.08) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #73404 | (9,422.71) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #75452 | (24,266.02) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #75453 | (29,691.73) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #76041 | (33,644.61) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #78177 | (9,922.89) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #78179 | (41,919.70) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #78572 | (43,329.00) |
| 20.108 - NC DOT Hwy 117 Widening | 5/8/2023 | J Smith Civil 3032 | wire | S | S T Wooten Corporation | Inv #79348 | (10,434.52) |
| 20.108 - NC DOT Hwy 117 Widening | 5/9/2023 | J Smith Civil 3032 | 19013 | S | Tripp Bro's Inc. | Inv #245780 | (2,682.45) |
| 20.108 - NC DOT Hwy 117 Widening | 5/9/2023 | J Smith Civil 3032 | 19013 | S | Tripp Bro's Inc. | Inv #245791 | (12,705.75) |
| 20.108 - NC DOT Hwy 117 Widening | 5/9/2023 | J Smith Civil 3032 | 19013 | S | Tripp Bro's Inc. | Inv #245792 | (6,088.53) |
| 20.108 - NC DOT Hwy 117 Widening | 5/9/2023 | J Smith Civil 3032 | 19013 | S | Tripp Bro's Inc. | Inv #245793 | (7,760.38) |
| 20.108 - NC DOT Hwy 117 Widening | 5/9/2023 | J Smith Civil 3032 | 19013 | S | Tripp Bro's Inc. | Inv #245809 | (11,434.12) |
| 20.108 - NC DOT Hwy 117 Widening | 5/9/2023 | J Smith Civil 3032 | 19013 | S | Tripp Bro's Inc. | Inv #245813 | (1,344.28) |
| 20.108 - NC DOT Hwy 117 Widening | 5/9/2023 | J Smith Civil 3032 | 19013 | S | Tripp Bro's Inc. | Inv #245814 | (1,923.03) |
| 20.108 - NC DOT Hwy 117 Widening | 5/9/2023 | J Smith Civil 3032 | 19013 | S | Tripp Bro's Inc. | Inv #245815 | (15,565.11) |
| 20.108 - NC DOT Hwy 117 Widening | 5/9/2023 | J Smith Civil 3032 | 19013 | S | Tripp Bro's Inc. | Inv #245824 | (16,088.42) |
| 20.108 - NC DOT Hwy 117 Widening | 5/9/2023 | J Smith Civil 3032 | 19013 | S | Tripp Bro's Inc. | Inv #245845 | (3,874.42) |
| 20.108 - NC DOT Hwy 117 Widening | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | (10,958.23) |
| 20.108 - NC DOT Hwy 117 Widening | 5/12/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #619830 | (2,125.82) |
| 20.108 - NC DOT Hwy 117 Widening | 5/12/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #622775 | (916.28) |
| 20.108 - NC DOT Hwy 117 Widening | 5/12/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #624461 | (1,377.17) |
| 20.108 - NC DOT Hwy 117 Widening | 5/12/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #629690 | (1,493.48) |
| 20.108 - NC DOT Hwy 117 Widening | 5/17/2023 | J Smith Civil 3032 | 19024 | | WEX Bank | | (4,023.87) |
| 20.108 - NC DOT Hwy 117 Widening | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (13,462.07) |
| 20.108 - NC DOT Hwy 117 Widening | 5/19/2023 | J Smith Civil 3032 | wire | | Watson Electrical Construction Co | Estimate #13 | (66,300.00) |
| 20.108 - NC DOT Hwy 117 Widening | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (2,699.52) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19030 | | The John R. McAdams Company, Inc. | Invoice 136212, 3/13/23 | (1,000.00) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19038 | S | GFL Environmental | Invoice 0060060582, 2/28/23 | (118.94) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19038 | S | GFL Environmental | Invoice 0060209350, 3/20/23 | (516.10) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19038 | S | GFL Environmental | Invoice 0060481539, 3/31/23 | (118.94) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19039 | S | City of Goldsboro | Hydrant ME, 3/24/23, Acct 4173 | (25.00) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19039 | S | City of Goldsboro | Hydrant ME, 4/24/23, Acct 4173 | (25.00) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19040 | S | Parks Portable Toilets, Inc. | Invoice A-118685, 12/2/22 | (274.44) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19040 | S | Parks Portable Toilets, Inc. | Invoice A-119528, 12/31/22 | (284.25) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19040 | S | Parks Portable Toilets, Inc. | Invoice A-120367, 1/28/23 | (130.68) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19040 | S | Parks Portable Toilets, Inc. | Invoice A-121217, 2/25/23 | (91.48) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19040 | S | Parks Portable Toilets, Inc. | Invoice A-122119, 3/25/23 | (91.48) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | 19040 | S | Parks Portable Toilets, Inc. | Invoice A-123006, 4/22/23 | (91.48) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | Wire | S | Heidelberg Materials Southeast Agg LLC | Invoice 42030026 | (228.36) |
| 20.108 - NC DOT Hwy 117 Widening | 5/24/2023 | J Smith Civil 3032 | Wire | S | Heidelberg Materials Southeast Agg LLC | Invoice 42080249 | (957.50) |
| 20.108 - NC DOT Hwy 117 Widening | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/21/23 | (12,818.97) |
| 20.108 - NC DOT Hwy 117 Widening | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | (24,124.93) |
| 20.108 - NC DOT Hwy 117 Widening | 6/6/2023 | J Smith Civil 3032 | 19078 | | Cruz Brothers Concrete, Inc | Pay App #17 thru 4/22/23 | (50,252.23) |
| 20.108 - NC DOT Hwy 117 Widening | 6/6/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #634534 | (1,458.15) |
| 20.108 - NC DOT Hwy 117 Widening | 6/6/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #638167 | (1,221.07) |
| 20.108 - NC DOT Hwy 117 Widening | 6/6/2023 | J Smith Civil 3032 | 19091 | S | Joseph Beaman | Inv #1112 | (65.00) |
| 20.108 - NC DOT Hwy 117 Widening | 6/6/2023 | J Smith Civil 3032 | 19091 | S | Joseph Beaman | Inv #0031 | (75.00) |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 20.108 - NC DOT Hwy 117 Widening | 6/6/2023 | J Smith Civil 3032 | 19091 | S | Joseph Beaman | Inv #0030 | (375.00) |
| 20.108 - NC DOT Hwy 117 Widening | 6/7/2023 | J Smith Civil 3032 | 19096 | | Triangle Area Earth Corporation | Inv #5411 | (3,134.10) |
| 20.108 - NC DOT Hwy 117 Widening | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | (14,290.17) |
| 20.108 - NC DOT Hwy 117 Widening | 6/14/2023 | J Smith Civil 3032 | 19124 | S | Stay Alert Safety Services, LLC | Inv #120957 | (1,056.83) |
| 20.108 - NC DOT Hwy 117 Widening | 6/14/2023 | J Smith Civil 3032 | 19124 | S | Stay Alert Safety Services, LLC | Inv #121307 | (941.80) |
| 20.108 - NC DOT Hwy 117 Widening | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (18,985.20) |
| 20.108 - NC DOT Hwy 117 Widening | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (4,793.25) |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 2378 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 2426 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 3088 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 3599 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 3880 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 3947 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 3893 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 4157 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 4185 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 4193 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 4248 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 4512 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 4897 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 5431 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 5448 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 5605 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 5695 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | 19138 | S | **VOID**Ram Rent-All, Inc. | 13031 | - |
| 20.108 - NC DOT Hwy 117 Widening | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (25,154.65) |
| 20.108 - NC DOT Hwy 117 Widening | 6/26/2023 | J Smith Civil 3032 | 19154 | S | Super Cast, Inc. | Inv #1066 | (79.68) |
| 20.108 - NC DOT Hwy 117 Widening | 6/26/2023 | J Smith Civil 3032 | 19154 | S | Super Cast, Inc. | Inv #1233 | (582.86) |
| 20.108 - NC DOT Hwy 117 Widening | 6/26/2023 | J Smith Civil 3032 | 19154 | S | Super Cast, Inc. | Inv #1424 | (1,196.24) |
| 20.108 - NC DOT Hwy 117 Widening | 6/26/2023 | J Smith Civil 3032 | 19154 | S | Super Cast, Inc. | Inv #1449 | (530.16) |
| 20.108 - NC DOT Hwy 117 Widening | 6/26/2023 | J Smith Civil 3032 | 19154 | S | Super Cast, Inc. | Inv #1544 | (210.08) |
| 20.108 - NC DOT Hwy 117 Widening | 6/26/2023 | J Smith Civil 3032 | 19154 | S | Super Cast, Inc. | Inv #1597 | (299.27) |
| 20.108 - NC DOT Hwy 117 Widening | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (8,749.43) |
| 20.108 - NC DOT Hwy 117 Widening | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (33,208.38) |
| 20.108 - NC DOT Hwy 117 Widening | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/2/23 | (22,405.15) |
| 20.108 - NC DOT Hwy 117 Widening | 7/6/2023 | J Smith Civil 3032 | 19178 | | Michael Biggins | 5/26/23 Traffic Control | (225.00) |
| 20.108 - NC DOT Hwy 117 Widening | 7/6/2023 | J Smith Civil 3032 | 19179 | | Alexander Brogden | 5/26/23 Traffic Control | (225.00) |
| 20.108 - NC DOT Hwy 117 Widening | 7/6/2023 | J Smith Civil 3032 | 19180 | | Kyree Nye'l Williams | 5/26/23 Traffic Control | (225.00) |
| 20.108 - NC DOT Hwy 117 Widening | 7/6/2023 | J Smith Civil 3032 | 19181 | | Zachary Kinlaw | 5/26/23 Traffic Control | (225.00) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19189 | S | WEX Bank | Account #0496-00-743624-9 | (7,467.02) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19193 | S | GETSCo, Inc. | Inv #0157620 | (2,003.06) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19193 | S | GETSCo, Inc. | Inv #0158692 | (5,778.17) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19193 | S | GETSCo, Inc. | Inv #0158815 | 3,701.88 |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 2378 | (250.86) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 2426 | (81.13) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 3088 | (58.71) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 3599 | (217.77) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 3880 | (117.43) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 3947 | (117.43) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 3893 | (176.14) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 4157 | (217.77) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 4185 | (64.05) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 4193 | (52.31) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 4248 | (52.31) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 4512 | (117.43) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 4897 | (496.39) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 5431 | (117.43) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 5448 | (170.80) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 5605 | (117.43) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 5695 | (117.43) |
| 20.108 - NC DOT Hwy 117 Widening | 7/10/2023 | J Smith Civil 3032 | 19199 | S | Ram Rent-All, Inc. | 13031 | (101.41) |
| 20.108 - NC DOT Hwy 117 Widening | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (13,758.26) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 20.108 - NC DOT Hwy 117 Widening | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | (22,610.56) |
| 20.108 - NC DOT Hwy 117 Widening | 7/14/2023 | J Smith Civil 3032 | 19204 | | Heidelberg Materials Southeast Agg LLC | Invoice 42360648 | (612.87) |
| 20.108 - NC DOT Hwy 117 Widening | 7/18/2023 | J Smith Civil 3032 | 19208 | | Burtch Trucking Inc. | 6/22/23 Invoice | (2,590.00) |
| 20.108 - NC DOT Hwy 117 Widening | 7/19/2023 | J Smith Civil 3032 | 19217 | S | Tripp Bro's Inc. | Invoice 245943 | (14,982.28) |
| 20.108 - NC DOT Hwy 117 Widening | 7/19/2023 | J Smith Civil 3032 | 19217 | S | Tripp Bro's Inc. | Invoice 245950 | (291.00) |
| 20.108 - NC DOT Hwy 117 Widening | 7/19/2023 | J Smith Civil 3032 | 19220 | S | Adams Products Company by and through its attorneys Tha | Invoice 302728638 | (362.95) |
| 20.108 - NC DOT Hwy 117 Widening | 7/19/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/16/23 | (22,829.86) |
| 20.108 - NC DOT Hwy 117 Widening | 7/24/2023 | J Smith Civil 3032 | 19232 | S | Core & Main, LP | S369638 | (911.36) |
| 20.108 - NC DOT Hwy 117 Widening | 7/24/2023 | J Smith Civil 3032 | 19232 | S | Core & Main, LP | S375503 | (479.44) |
| 20.108 - NC DOT Hwy 117 Widening | 7/24/2023 | J Smith Civil 3032 | 19234 | S | GFL Environmental | Inv #0060845890 | (123.94) |
| 20.108 - NC DOT Hwy 117 Widening | 7/24/2023 | J Smith Civil 3032 | 19234 | S | GFL Environmental | Inv #0061410557 | (118.94) |
| 20.108 - NC DOT Hwy 117 Widening | 7/24/2023 | J Smith Civil 3032 | 19234 | S | GFL Environmental | Inv #0061821399 | (123.94) |
| 20.108 - NC DOT Hwy 117 Widening | 7/24/2023 | J Smith Civil 3032 | 19244 | S | Tripp Bro's Inc. | Invoice 245962 | (2,910.00) |
| 20.108 - NC DOT Hwy 117 Widening | 7/24/2023 | J Smith Civil 3032 | 19244 | S | Tripp Bro's Inc. | Invoice 245963 | (582.00) |
| 20.108 - NC DOT Hwy 117 Widening | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (11,024.84) |
| 20.108 - NC DOT Hwy 117 Widening | 7/26/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/23/23 | (24,199.54) |
| 20.108 - NC DOT Hwy 117 Widening | 7/27/2023 | J Smith Civil 3032 | 19255 | | Cruz Brothers Concrete, Inc. | Pay App #18 thru 5/22/23 | (36,942.10) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P30314 | (484.79) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P32016 | (1,322.24) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P32825 | (904.32) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P31639 | (88.12) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P34119 | (126.10) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P34922 | (28.38) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P34761 | (358.15) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P30599 | (660.31) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P38015 | (196.52) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P38173 | (289.25) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P38627 | (415.98) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P40002 | (18.75) |
| 20.108 - NC DOT Hwy 117 Widening | 7/31/2023 | J Smith Civil 3032 | 19267 | S | James River Equipment | P40119 | (52.70) |
| 20.108 - NC DOT Hwy 117 Widening | 8/2/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/30/23 | (18,546.04) |
| 20.108 - NC DOT Hwy 117 Widening | 8/7/2023 | J Smith Civil 3032 | wire | | Watson Electrical Construction Co | Estimate #35 | (23,237.60) |
| 20.108 - NC DOT Hwy 117 Widening | 8/9/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/6/23 | (25,592.80) |
| 20.108 - NC DOT Hwy 117 Widening | 8/9/2023 | J Smith Civil 3032 | 19284 | | Lane Farms, Inc. | Inv #8123 | (6,878.97) |
| 20.108 - NC DOT Hwy 117 Widening | 8/10/2023 | J Smith Civil 3032 | 19286 | S | Tripp Bro's Inc. | Invoice 245969 | (40,157.10) |
| 20.108 - NC DOT Hwy 117 Widening | 8/10/2023 | J Smith Civil 3032 | 19286 | S | Tripp Bro's Inc. | Invoice 245978 | (5,570.23) |
| 20.108 - NC DOT Hwy 117 Widening | 8/10/2023 | J Smith Civil 3032 | 19286 | S | Tripp Bro's Inc. | Invoice 245979 | (42,371.57) |
| 20.108 - NC DOT Hwy 117 Widening | 8/10/2023 | J Smith Civil 3032 | 19286 | S | Tripp Bro's Inc. | Invoice 245989 | (13,121.03) |
| 20.108 - NC DOT Hwy 117 Widening | 8/10/2023 | J Smith Civil 3032 | 19288 | | Heidelberg Materials Southeast Agg LLC | Invoice 42407737 | (1,499.20) |
| 20.108 - NC DOT Hwy 117 Widening | 8/11/2023 | J Smith Civil 3032 | 19294 | | Dan T. Rhodes Trucking LLC | Inv #4903 | (561.48) |
| 20.108 - NC DOT Hwy 117 Widening | 8/11/2023 | J Smith Civil 3032 | 19295 | S | Burtch Trucking Inc. | 45113 | (1,417.50) |
| 20.108 - NC DOT Hwy 117 Widening | 8/11/2023 | J Smith Civil 3032 | 19295 | S | Burtch Trucking Inc. | 45120 | (495.00) |
| 20.108 - NC DOT Hwy 117 Widening | 8/11/2023 | J Smith Civil 3032 | 19295 | S | Burtch Trucking Inc. | 45134 | (720.00) |
| 20.108 - NC DOT Hwy 117 Widening | 8/11/2023 | J Smith Civil 3032 | 19295 | S | Burtch Trucking Inc. | 45135 | (675.00) |
| 20.108 - NC DOT Hwy 117 Widening | 8/15/2023 | J Smith Civil 3032 | 19303 | S | Couch Oil Company of Durham, Inc | Inv #674487 | (1,016.70) |
| 20.108 - NC DOT Hwy 117 Widening | 8/15/2023 | J Smith Civil 3032 | 19303 | S | Couch Oil Company of Durham, Inc | Inv #674488 | (2,248.15) |
| 20.108 - NC DOT Hwy 117 Widening | 8/16/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/13/23 | (12,042.27) |
| 20.108 - NC DOT Hwy 117 Widening | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | - |
| 20.108 - NC DOT Hwy 117 Widening | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (16,866.52) |
| 20.108 - NC DOT Hwy 117 Widening | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (18,805.07) |
| 20.108 - NC DOT Hwy 117 Widening | 8/23/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/20/23 | (12,034.50) |
| 20.108 - NC DOT Hwy 117 Widening | 8/30/2023 | J Smith Civil 3032 | 19330 | S | Cruz Brothers Concrete, Inc | Inv #14186 | (92,064.06) |
| 20.108 - NC DOT Hwy 117 Widening | 8/30/2023 | J Smith Civil 3032 | 19330 | S | Cruz Brothers Concrete, Inc | Inv #14187 | (6,017.98) |
| 20.108 - NC DOT Hwy 117 Widening | 9/6/2023 | J Smith Civil 3032 | 19332 | | Heidelberg Materials Southeast Agg LLC | Invoice 42425023 | (343.91) |
| 20.108 - NC DOT Hwy 117 Widening | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (17,109.26) |
| 20.108 - NC DOT Hwy 117 Widening | 9/14/2023 | J Smith Civil 3032 | 19336 | S | The John R. McAdams Company, Inc. | Invoice 139294 | (807.50) |
| 20.108 - NC DOT Hwy 117 Widening | 9/14/2023 | J Smith Civil 3032 | 19336 | S | The John R. McAdams Company, Inc. | Invoice 140402 | (2,850.00) |
| 20.108 - NC DOT Hwy 117 Widening | 9/14/2023 | J Smith Civil 3032 | 19340 | S | Couch Oil Company of Durham, Inc | Inv #682528 | (1,489.80) |
| 20.108 - NC DOT Hwy 117 Widening | 9/14/2023 | J Smith Civil 3032 | 19340 | S | Couch Oil Company of Durham, Inc | Inv #682530 | (1,069.48) |
| 20.108 - NC DOT Hwy 117 Widening | 9/14/2023 | J Smith Civil 3032 | 19342 | S | Cruz Brothers Concrete Inc. | Invoice 14235 | (77,198.66) |
| 20.108 - NC DOT Hwy 117 Widening | 9/14/2023 | J Smith Civil 3032 | 19342 | S | Cruz Brothers Concrete Inc. | Invoice 14236 | (8,069.76) |
| 20.108 - NC DOT Hwy 117 Widening | 4/21/2023 | Westfield Direct Receipts & Pmts | 2576187 | | Cruz Brothers Concrete, Inc | | (23,785.64) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 20.114 - West Millbrook Middle Sch | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (6,310.35) |
| 20.114 - West Millbrook Middle Sch | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (4,108.86) |
| 20.114 - West Millbrook Middle Sch | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | (3,908.86) |
| 20.114 - West Millbrook Middle Sch | 5/15/2023 | J Smith Civil 3032 | 19020 | S | Gulley's Backhoe Service | Inv #22477 | (17,991.50) |
| 20.114 - West Millbrook Middle Sch | 5/15/2023 | J Smith Civil 3032 | 19020 | S | Gulley's Backhoe Service | Inv #22478 | (8,496.00) |
| 20.114 - West Millbrook Middle Sch | 5/15/2023 | J Smith Civil 3032 | 19020 | S | Gulley's Backhoe Service | Inv #22480 | (6,937.50) |
| 20.114 - West Millbrook Middle Sch | 5/15/2023 | J Smith Civil 3032 | 19020 | S | Gulley's Backhoe Service | Inv #22475 | (1,165.50) |
| 20.114 - West Millbrook Middle Sch | 5/15/2023 | J Smith Civil 3032 | 19020 | S | Gulley's Backhoe Service | Inv #22481 | (14,136.00) |
| 20.114 - West Millbrook Middle Sch | 5/15/2023 | J Smith Civil 3032 | 19020 | S | Gulley's Backhoe Service | Inv #22441 | (1,026.75) |
| 20.114 - West Millbrook Middle Sch | 5/15/2023 | J Smith Civil 3032 | 19020 | S | Gulley's Backhoe Service | Inv #22479 | (21,776.00) |
| 20.114 - West Millbrook Middle Sch | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | | (1,013.19) |
| 20.114 - West Millbrook Middle Sch | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (809.93) |
| 20.114 - West Millbrook Middle Sch | 5/18/2023 | J Smith Civil 3032 | 19025 | S | Thomas Concrete, Inc | Inv #194305 | (3,702.27) |
| 20.114 - West Millbrook Middle Sch | 5/18/2023 | J Smith Civil 3032 | 19025 | S | Thomas Concrete, Inc | Inv #194326 | (952.38) |
| 20.114 - West Millbrook Middle Sch | 5/18/2023 | J Smith Civil 3032 | 19025 | S | Thomas Concrete, Inc | Inv #194611 | (950.24) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K96925 | (122.71) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K97044 | (677.14) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K97403 | (118.11) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K97515 | (309.82) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K97611 | (1,949.72) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K99916 | (1,484.49) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K00121 | (593.25) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K00216 | (1,590.39) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K00305 | (1,499.61) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K00417 | (1,244.46) |
| 20.114 - West Millbrook Middle Sch | 5/19/2023 | J Smith Civil 3032 | 19026 | S | Wake Stone Corporation | K00529 | (739.10) |
| 20.114 - West Millbrook Middle Sch | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (3,293.67) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 12989, 11/14/22 | (5,902.30) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 13139, 12/12/22 | (8,045.70) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 13156, 12/19/22 | (1,703.00) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 13227, 12/26/22 | (8,664.40) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 13246, 12/31/22 | (1,336.00) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 13368, 1/16/23 | (13,321.14) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 13372, 1/23/23 | (11,700.56) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 13433, 2/13/23 | (9,701.44) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 13911, 3/13/23 | (340.00) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 13093, 11/21/22 | (11,049.40) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | 19037 | S | Wade Moore Equipment Company | Invoice 13297, 1/9/23 | (354.28) |
| 20.114 - West Millbrook Middle Sch | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (3,957.23) |
| 20.114 - West Millbrook Middle Sch | 5/25/2023 | J Smith Civil 3032 | 19051 | S | LMJ Pavement Marking, LLC | Invoice 1546 | (2,510.37) |
| 20.114 - West Millbrook Middle Sch | 5/25/2023 | J Smith Civil 3032 | 19051 | S | LMJ Pavement Marking, LLC | Invoice 1715 | (188.54) |
| 20.114 - West Millbrook Middle Sch | 5/25/2023 | J Smith Civil 3032 | 19051 | S | LMJ Pavement Marking, LLC | Invoice 1865 | (3,186.00) |
| 20.114 - West Millbrook Middle Sch | 5/25/2023 | J Smith Civil 3032 | 19051 | S | LMJ Pavement Marking, LLC | Invoice 1930 | (16,972.82) |
| 20.114 - West Millbrook Middle Sch | 5/31/2023 | J Smith Civil 3032 | 19056 | | E.S. Chachi Concrete LLC | Inv #405 | (15,260.00) |
| 20.114 - West Millbrook Middle Sch | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | (6,849.58) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19063 | S | United Rentals (North America), Inc. | 214510956-002 | (3,305.05) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19063 | S | United Rentals (North America), Inc. | 213792192-002 | (3,054.02) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19063 | S | United Rentals (North America), Inc. | 214510956-003 | (2,524.80) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19063 | S | United Rentals (North America), Inc. | 213792192-003 | (3,054.02) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19063 | S | United Rentals (North America), Inc. | 213792192-004 | (3,054.02) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19063 | S | United Rentals (North America), Inc. | 213792192-005 | (205.02) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19063 | S | United Rentals (North America), Inc. | 197123062-022 | (3,017.69) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19063 | S | United Rentals (North America), Inc. | 197123062-023 | 108.59 |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19063 | S | United Rentals (North America), Inc. | 218038498-001 | (3,576.48) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19063 | S | United Rentals (North America), Inc. | 218038498-002 | (3,117.76) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19070 | S | Gregory Poole Equipment Company | IN1398329 | (189.90) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19070 | S | Gregory Poole Equipment Company | IN1399725 | (31.15) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19070 | S | Gregory Poole Equipment Company | IN1421323 | (228.33) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19070 | S | Gregory Poole Equipment Company | IN1423419 | (268.95) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19070 | S | Gregory Poole Equipment Company | IN1423885 | (555.99) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19070 | S | Gregory Poole Equipment Company | IN1423887 | (889.77) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19070 | S | Gregory Poole Equipment Company | IN1423901 | (125.69) |

 Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19070 | S | Gregory Poole Equipment Company | IN1437541 | (1,128.26) |
| 20.114 - West Millbrook Middle Sch | 6/2/2023 | J Smith Civil 3032 | 19070 | S | Gregory Poole Equipment Company | IN1447338 | (948.00) |
| 20.114 - West Millbrook Middle Sch | 6/6/2023 | J Smith Civil 3032 | 19079 | | Gulley's Backhoe Service | Inv #22540 | (696.00) |
| 20.114 - West Millbrook Middle Sch | 6/6/2023 | J Smith Civil 3032 | 19089 | S | Mecklenburg Restoration, LLC | Pay App #2 | (12,825.00) |
| 20.114 - West Millbrook Middle Sch | 6/6/2023 | J Smith Civil 3032 | 19089 | S | Mecklenburg Restoration, LLC | Pay App #3 - retainage | (3,950.00) |
| 20.114 - West Millbrook Middle Sch | 6/6/2023 | J Smith Civil 3032 | 19093 | S | Dean's Inc | 22-8551 | (550.00) |
| 20.114 - West Millbrook Middle Sch | 6/6/2023 | J Smith Civil 3032 | 19093 | S | Dean's Inc | 22-8552 | (825.00) |
| 20.114 - West Millbrook Middle Sch | 6/6/2023 | J Smith Civil 3032 | 19093 | S | Dean's Inc | 22-8754 | (550.00) |
| 20.114 - West Millbrook Middle Sch | 6/6/2023 | J Smith Civil 3032 | 19093 | S | Dean's Inc | 22-8755 | (550.00) |
| 20.114 - West Millbrook Middle Sch | 6/6/2023 | J Smith Civil 3032 | 19094 | S | National Equipment Dealers | 3040116 | (3,159.06) |
| 20.114 - West Millbrook Middle Sch | 6/6/2023 | J Smith Civil 3032 | 19094 | S | National Equipment Dealers | 3040539 | (318.98) |
| 20.114 - West Millbrook Middle Sch | 6/7/2023 | J Smith Civil 3032 | 19097 | | **VOID**Trew Backflow Testesting And Irrigation, Inc. | Inv #1852 | - |
| 20.114 - West Millbrook Middle Sch | 6/7/2023 | J Smith Civil 3032 | 19104 | | Trew Backflow Testing And Irrigation, Inc. | Inv #1852 | (150.00) |
| 20.114 - West Millbrook Middle Sch | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | (1,932.16) |
| 20.114 - West Millbrook Middle Sch | 6/8/2023 | J Smith Civil 3032 | 19109 | S | Bolton & Menk, Inc. | 50555.02 - 2 | (13,875.00) |
| 20.114 - West Millbrook Middle Sch | 6/8/2023 | J Smith Civil 3032 | 19109 | S | Bolton & Menk, Inc. | 50555.00 - 3 | (9,480.50) |
| 20.114 - West Millbrook Middle Sch | 6/8/2023 | J Smith Civil 3032 | 19109 | S | Bolton & Menk, Inc. | 50555.00 - 4 | (6,885.50) |
| 20.114 - West Millbrook Middle Sch | 6/8/2023 | J Smith Civil 3032 | 19109 | S | Bolton & Menk, Inc. | 50555.01 - 5 | (3,927.50) |
| 20.114 - West Millbrook Middle Sch | 6/13/2023 | J Smith Civil 3032 | 19116 | | S&S Contracting And Landscaping, Inc | Inv #2023-14 | (48,750.00) |
| 20.114 - West Millbrook Middle Sch | 6/14/2023 | J Smith Civil 3032 | 19123 | S | D&J Sand And Gravel, Inc. | Inv #2316 | (11,386.09) |
| 20.114 - West Millbrook Middle Sch | 6/14/2023 | J Smith Civil 3032 | 19123 | S | D&J Sand And Gravel, Inc. | Inv #2420 | (803.52) |
| 20.114 - West Millbrook Middle Sch | 6/14/2023 | J Smith Civil 3032 | 19126 | S | Wall Recycling, LLC | 973171 | (3,068.58) |
| 20.114 - West Millbrook Middle Sch | 6/14/2023 | J Smith Civil 3032 | 19126 | S | Wall Recycling, LLC | 1011319 | (1,965.60) |
| 20.114 - West Millbrook Middle Sch | 6/14/2023 | J Smith Civil 3032 | 19126 | S | Wall Recycling, LLC | 1014886 | (436.80) |
| 20.114 - West Millbrook Middle Sch | 6/14/2023 | J Smith Civil 3032 | 19126 | S | Wall Recycling, LLC | 1015949 | (1,092.00) |
| 20.114 - West Millbrook Middle Sch | 6/14/2023 | J Smith Civil 3032 | 19126 | S | Wall Recycling, LLC | 1039093 | (218.40) |
| 20.114 - West Millbrook Middle Sch | 6/14/2023 | J Smith Civil 3032 | 19126 | S | Wall Recycling, LLC | 1038582 | (850.43) |
| 20.114 - West Millbrook Middle Sch | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (1,932.17) |
| 20.114 - West Millbrook Middle Sch | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (3,560.27) |
| 20.114 - West Millbrook Middle Sch | 6/16/2023 | J Smith Civil 3032 | 19136 | | Pinion Grading And Clearing, LLC | Inv #1329 | (1,140.00) |
| 20.114 - West Millbrook Middle Sch | 6/21/2023 | J Smith Civil 3032 | 19139 | | Ram Rent-All, Inc. | 3032 | (378.09) |
| 20.114 - West Millbrook Middle Sch | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (1,438.93) |
| 20.114 - West Millbrook Middle Sch | 6/26/2023 | J Smith Civil 3032 | 19151 | S | Capital City Curb And Gutter | Inv #16502 | (36,052.38) |
| 20.114 - West Millbrook Middle Sch | 6/26/2023 | J Smith Civil 3032 | 19151 | S | Capital City Curb And Gutter | Inv #16632 | (6,158.93) |
| 20.114 - West Millbrook Middle Sch | 6/26/2023 | J Smith Civil 3032 | 19151 | S | Capital City Curb And Gutter | Inv #16758 | (6,058.65) |
| 20.114 - West Millbrook Middle Sch | 6/28/2023 | J Smith Civil 3032 | 19164 | S | Colony Hardware Corporation Dba Jarco Supply | 337474 | (1,142.75) |
| 20.114 - West Millbrook Middle Sch | 6/28/2023 | J Smith Civil 3032 | 19164 | S | Colony Hardware Corporation Dba Jarco Supply | 340281 | (1,378.16) |
| 20.114 - West Millbrook Middle Sch | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (1,640.10) |
| 20.114 - West Millbrook Middle Sch | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (772.84) |
| 20.114 - West Millbrook Middle Sch | 6/29/2023 | J Smith Civil 3032 | 19175 | S | Ferguson Waterworks | Inv #2143133 | (697.13) |
| 20.114 - West Millbrook Middle Sch | 6/29/2023 | J Smith Civil 3032 | 19175 | S | Ferguson Waterworks | Inv #2146016 | (2,166.45) |
| 20.114 - West Millbrook Middle Sch | 6/29/2023 | J Smith Civil 3032 | 19175 | S | Ferguson Waterworks | Inv #2152321 | (540.99) |
| 20.114 - West Millbrook Middle Sch | 6/29/2023 | J Smith Civil 3032 | 19175 | S | Ferguson Waterworks | Inv #2157917 | (625.90) |
| 20.114 - West Millbrook Middle Sch | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (1,159.26) |
| 20.114 - West Millbrook Middle Sch | 7/6/2023 | J Smith Civil 3032 | 19183 | S | Wade Moore Equipment Company | Invoice 14044 | (2,855.60) |
| 20.114 - West Millbrook Middle Sch | 7/10/2023 | J Smith Civil 3032 | 19184 | S | B&K Grading And Paving, LLC | Inv #90279 | (20,155.92) |
| 20.114 - West Millbrook Middle Sch | 7/10/2023 | J Smith Civil 3032 | 19184 | S | B&K Grading And Paving, LLC | Inv #93284 | (32,089.27) |
| 20.114 - West Millbrook Middle Sch | 7/10/2023 | J Smith Civil 3032 | 19189 | S | WEX Bank | Account #0496-00-743624-9 | (447.08) |
| 20.114 - West Millbrook Middle Sch | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | - |
| 20.114 - West Millbrook Middle Sch | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | - |
| 20.114 - West Millbrook Middle Sch | 7/25/2023 | J Smith Civil 3032 | wire | | Richard L Robertson, PA Trust Account | SiteOne Landscape Settlement | (61,976.98) |
| 20.114 - West Millbrook Middle Sch | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 20.114 - West Millbrook Middle Sch | 7/31/2023 | J Smith Civil 3032 | 19270 | S | James River Equipment | P46530 | (540.69) |
| 20.114 - West Millbrook Middle Sch | 7/31/2023 | J Smith Civil 3032 | 19270 | S | James River Equipment | P53193 | (461.05) |
| 20.114 - West Millbrook Middle Sch | 8/15/2023 | J Smith Civil 3032 | 19297 | S | Bolton & Menk, Inc. | Inv #50555.00-5 | (10,560.00) |
| 20.114 - West Millbrook Middle Sch | 8/15/2023 | J Smith Civil 3032 | 19297 | S | Bolton & Menk, Inc. | Inv #50555.02-3 | (1,537.50) |
| 20.114 - West Millbrook Middle Sch | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 20.114 - West Millbrook Middle Sch | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | - |
| 20.114 - West Millbrook Middle Sch | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | - |
| 20.114 - West Millbrook Middle Sch | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (278.73) |
| 21.100 - Carolina Springs Pump Sta | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (2,054.43) |
| 21.100 - Carolina Springs Pump Sta | 5/5/2023 | J Smith Civil 3032 | 19005 | S | Forever Clean Portable Toilets, Inc. | A-1029828 | (306.33) |

    Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.100 - Carolina Springs Pump Sta | 5/5/2023 | J Smith Civil 3032 | 19005 | S | Forever Clean Portable Toilets, Inc. | A-1037448 | (306.33) |
| 21.100 - Carolina Springs Pump Sta | 5/5/2023 | J Smith Civil 3032 | 19005 | S | Forever Clean Portable Toilets, Inc. | A-1040920 | (85.66) |
| 21.100 - Carolina Springs Pump Sta | 5/5/2023 | J Smith Civil 3032 | 19005 | S | Forever Clean Portable Toilets, Inc. | A-1044766 | (102.11) |
| 21.100 - Carolina Springs Pump Sta | 5/5/2023 | J Smith Civil 3032 | 19005 | S | Forever Clean Portable Toilets, Inc. | A-1052285 | (102.11) |
| 21.100 - Carolina Springs Pump Sta | 5/5/2023 | J Smith Civil 3032 | 19005 | S | Forever Clean Portable Toilets, Inc. | A-1060009 | (102.11) |
| 21.100 - Carolina Springs Pump Sta | 5/5/2023 | J Smith Civil 3032 | 19005 | S | Forever Clean Portable Toilets, Inc. | A-1064570 | (62.57) |
| 21.100 - Carolina Springs Pump Sta | 5/12/2023 | J Smith Civil 3032 | 19017 | S | Marshall's Construction | Inv #1427 | (28,006.87) |
| 21.100 - Carolina Springs Pump Sta | 5/12/2023 | J Smith Civil 3032 | 19017 | S | Marshall's Construction | Inv #1431 | (9,506.25) |
| 21.100 - Carolina Springs Pump Sta | 5/15/2023 | J Smith Civil 3032 | 19023 | S | S T Wooten Corporation | Inv #73321 | (1,942.06) |
| 21.100 - Carolina Springs Pump Sta | 5/15/2023 | J Smith Civil 3032 | 19023 | S | S T Wooten Corporation | Inv #73732 | (3,490.89) |
| 21.100 - Carolina Springs Pump Sta | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | | (788.66) |
| 21.100 - Carolina Springs Pump Sta | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (4,480.75) |
| 21.100 - Carolina Springs Pump Sta | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (1,257.19) |
| 21.100 - Carolina Springs Pump Sta | 5/24/2023 | J Smith Civil 3032 | 19032 | | Samson Storm and Sewer, LLC | Invoice 1740, 2/15/23 | (38,205.00) |
| 21.100 - Carolina Springs Pump Sta | 5/24/2023 | J Smith Civil 3032 | 19033 | S | Triangle Pond Management, LLC | Invoice 41720, 3/17/23 | (32,450.00) |
| 21.100 - Carolina Springs Pump Sta | 5/24/2023 | J Smith Civil 3032 | 19033 | S | Triangle Pond Management, LLC | Invoice 41774, 3/22/23 | (52,000.00) |
| 21.100 - Carolina Springs Pump Sta | 5/24/2023 | J Smith Civil 3032 | 19036 | S | Atlantic Surveying, P.A. | Invoice 21060-6, 3/21/23 | (3,920.00) |
| 21.100 - Carolina Springs Pump Sta | 5/24/2023 | J Smith Civil 3032 | 19036 | S | Atlantic Surveying, P.A. | Invoice 21060-7, 3/29/23 | (1,200.00) |
| 21.100 - Carolina Springs Pump Sta | 5/24/2023 | J Smith Civil 3032 | Wire | S | Heidelberg Materials Southeast Agg LLC | Invoice 42035938 | (217.30) |
| 21.100 - Carolina Springs Pump Sta | 5/24/2023 | J Smith Civil 3032 | Wire | S | Heidelberg Materials Southeast Agg LLC | Invoice 42035940 | (221.70) |
| 21.100 - Carolina Springs Pump Sta | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (972.36) |
| 21.100 - Carolina Springs Pump Sta | 5/25/2023 | J Smith Civil 3032 | 19048 | S | Ellington Contractors, Inc. | Invoice 23038 | (13,400.00) |
| 21.100 - Carolina Springs Pump Sta | 5/25/2023 | J Smith Civil 3032 | 19048 | S | Ellington Contractors, Inc. | Invoice 23096 | (2,600.00) |
| 21.100 - Carolina Springs Pump Sta | 5/31/2023 | J Smith Civil 3032 | 19059 | S | Frye Fence Co, Inc. | Inv #16165 - retainage | (111.00) |
| 21.100 - Carolina Springs Pump Sta | 5/31/2023 | J Smith Civil 3032 | 19059 | S | Frye Fence Co, Inc. | Inv #16625 - retainage | (687.50) |
| 21.100 - Carolina Springs Pump Sta | 5/31/2023 | J Smith Civil 3032 | 19062 | S | Ferguson Waterworks | Inv #2137761 | (598.23) |
| 21.100 - Carolina Springs Pump Sta | 5/31/2023 | J Smith Civil 3032 | 19062 | S | Ferguson Waterworks | Inv #2142196 | (1,685.89) |
| 21.100 - Carolina Springs Pump Sta | 5/31/2023 | J Smith Civil 3032 | 19062 | S | Ferguson Waterworks | Inv #2142355 | (9,361.19) |
| 21.100 - Carolina Springs Pump Sta | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | - |
| 21.100 - Carolina Springs Pump Sta | 6/6/2023 | J Smith Civil 3032 | 19086 | S | Barnes Hauling Company LLC | 230125-03 | (1,673.75) |
| 21.100 - Carolina Springs Pump Sta | 6/6/2023 | J Smith Civil 3032 | 19086 | S | Barnes Hauling Company LLC | 230202-03 | (824.00) |
| 21.100 - Carolina Springs Pump Sta | 6/6/2023 | J Smith Civil 3032 | 19086 | S | Barnes Hauling Company LLC | 230215-03 | (816.00) |
| 21.100 - Carolina Springs Pump Sta | 6/6/2023 | J Smith Civil 3032 | 19086 | S | Barnes Hauling Company LLC | 230223-03 | (1,616.00) |
| 21.100 - Carolina Springs Pump Sta | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | - |
| 21.100 - Carolina Springs Pump Sta | 6/8/2023 | J Smith Civil 3032 | 19106 | | Evoqua Water Technologies LLC | Inv #9054456798 | (158.97) |
| 21.100 - Carolina Springs Pump Sta | 6/14/2023 | J Smith Civil 3032 | 19127 | S | Wall Recycling, LLC | 995336 | (694.40) |
| 21.100 - Carolina Springs Pump Sta | 6/14/2023 | J Smith Civil 3032 | 19127 | S | Wall Recycling, LLC | 1002060 | (4,944.80) |
| 21.100 - Carolina Springs Pump Sta | 6/14/2023 | J Smith Civil 3032 | 19127 | S | Wall Recycling, LLC | 1001961 | (1,028.70) |
| 21.100 - Carolina Springs Pump Sta | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | - |
| 21.100 - Carolina Springs Pump Sta | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (562.15) |
| 21.100 - Carolina Springs Pump Sta | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | - |
| 21.100 - Carolina Springs Pump Sta | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | - |
| 21.100 - Carolina Springs Pump Sta | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | - |
| 21.100 - Carolina Springs Pump Sta | 6/29/2023 | J Smith Civil 3032 | 19167 | | Carolina Sunrock, LLC | Inv #792412 | (690.52) |
| 21.100 - Carolina Springs Pump Sta | 6/29/2023 | J Smith Civil 3032 | 19171 | S | Global Crane Services, Inc. | 20160-02 | (7,380.00) |
| 21.100 - Carolina Springs Pump Sta | 6/29/2023 | J Smith Civil 3032 | 19171 | S | Global Crane Services, Inc. | 20160-03 | (5,380.00) |
| 21.100 - Carolina Springs Pump Sta | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (1,656.12) |
| 21.100 - Carolina Springs Pump Sta | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (746.51) |
| 21.100 - Carolina Springs Pump Sta | 7/11/2023 | J Smith Civil 3032 | 19201 | | Eddie Morton, LLC | Inv #6619 | (405.00) |
| 21.100 - Carolina Springs Pump Sta | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | - |
| 21.100 - Carolina Springs Pump Sta | 7/18/2023 | J Smith Civil 3032 | 19209 | S | Eagle Rock Concrete LLC | Invoice 124013 | (854.79) |
| 21.100 - Carolina Springs Pump Sta | 7/19/2023 | J Smith Civil 3032 | 19218 | S | ALP Industries, LLC | Invoice 06067723 | (191.68) |
| 21.100 - Carolina Springs Pump Sta | 7/19/2023 | J Smith Civil 3032 | 19220 | S | Adams Products Company by and through its attorneys Thar | Invoice 302707785 | (312.44) |
| 21.100 - Carolina Springs Pump Sta | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (634.86) |
| 21.100 - Carolina Springs Pump Sta | 7/31/2023 | J Smith Civil 3032 | 19263 | S | Barnes Hauling Company LLC | 220818-01 | (829.50) |
| 21.100 - Carolina Springs Pump Sta | 7/31/2023 | J Smith Civil 3032 | 19263 | S | Barnes Hauling Company LLC | 220818-02 | (829.50) |
| 21.100 - Carolina Springs Pump Sta | 8/2/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/30/23 | (705.00) |
| 21.100 - Carolina Springs Pump Sta | 8/9/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/6/23 | (704.99) |
| 21.100 - Carolina Springs Pump Sta | 8/16/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/13/23 | - |
| 21.100 - Carolina Springs Pump Sta | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.100 - Carolina Springs Pump Sta | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (2,865.52) |
| 21.100 - Carolina Springs Pump Sta | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (10,700.90) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.100 - Carolina Springs Pump Sta | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (4,816.33) |
| 21.102 - Magnolia MHP Sanitary Sewer | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (2,054.43) |
| 21.102 - Magnolia MHP Sanitary Sewer | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (923.52) |
| 21.102 - Magnolia MHP Sanitary Sewer | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (3,874.90) |
| 21.102 - Magnolia MHP Sanitary Sewer | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (8,198.06) |
| 21.102 - Magnolia MHP Sanitary Sewer | 5/31/2023 | J Smith Civil 3032 | 19058 | | Frye Fence Co, Inc. | Inv #16723 - retainage | (623.20) |
| 21.102 - Magnolia MHP Sanitary Sewer | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | (7,676.75) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/2/2023 | J Smith Civil 3032 | 19064 | | United Rentals (North America), Inc. | 217344362-001 | (1,291.41) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/6/2023 | J Smith Civil 3032 | 19076 | | Tarheel Concrete | Inv #10742 | (1,264.80) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | (10,134.38) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/9/2023 | J Smith Civil 3032 | 19115 | S | Carolina Containers & Transport | 49048 | (86.87) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/9/2023 | J Smith Civil 3032 | 19115 | S | Carolina Containers & Transport | 50448 | (86.47) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (4,856.39) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/14/2023 | J Smith Civil 3032 | 19128 | S | GFL Environmental | Invoice 0059433351 | (323.75) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/14/2023 | J Smith Civil 3032 | 19128 | S | GFL Environmental | Invoice 0059999918 | (318.75) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/14/2023 | J Smith Civil 3032 | 19128 | S | GFL Environmental | Invoice 0060420577 | (318.75) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (7,682.69) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (171.83) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/23/2023 | J Smith Civil 3032 | 19148 | | Samson Storm and Sewer, LLC | Invoice 1748, 3/16/23 | (26,856.50) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (6,694.28) |
| 21.102 - Magnolia MHP Sanitary Sewer | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (1,016.68) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | - |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/10/2023 | J Smith Civil 3032 | 19186 | | Bryan Kennedy dba Tarheel Concrete | Invoice 10965 | (1,350.00) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/10/2023 | J Smith Civil 3032 | 19189 | S | WEX Bank | Account #0496-00-743624-9 | (1,621.73) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/10/2023 | J Smith Civil 3032 | 19191 | S | Heidelberg Materials Southeast Agg LLC | Invoice 42317174 | (670.41) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/10/2023 | J Smith Civil 3032 | 19191 | S | Heidelberg Materials Southeast Agg LLC | Invoice 42320251 | (698.20) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/10/2023 | J Smith Civil 3032 | 19196 | | Ellington Contractors, Inc. | Inv #23037 | (2,975.00) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (7,446.48) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | (1,603.22) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/19/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/16/23 | (999.96) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/24/2023 | J Smith Civil 3032 | 19233 | | Core & Main, LP | S548151 | (6,130.44) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/24/2023 | J Smith Civil 3032 | 19238 | S | GFL Environmental | Inv #0060784120 | (349.76) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/24/2023 | J Smith Civil 3032 | 19238 | S | GFL Environmental | Inv #0061758192 | (1,482.74) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/24/2023 | J Smith Civil 3032 | 19238 | S | GFL Environmental | Inv #0061346609 | (350.23) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (4,951.93) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/26/2023 | J Smith Civil 3032 | 19254 | S | Duke Energy Payment Processing | Acct 910134747052, 4/6/23 | (104.58) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/26/2023 | J Smith Civil 3032 | 19254 | S | Duke Energy Payment Processing | Acct 910134747052, 5/5/23 | (96.41) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/26/2023 | J Smith Civil 3032 | 19254 | S | Duke Energy Payment Processing | Acct 910134747052, 6/8/23 | (100.35) |
| 21.102 - Magnolia MHP Sanitary Sewer | 7/26/2023 | J Smith Civil 3032 | 19254 | S | Duke Energy Payment Processing | Acct 910134747052, 7/7/23 | (51.55) |
| 21.102 - Magnolia MHP Sanitary Sewer | 8/22/2023 | J Smith Civil 3032 | 19311 | S | McDavid Associates, Inc. | Inv #144060 | (5,110.00) |
| 21.102 - Magnolia MHP Sanitary Sewer | 8/22/2023 | J Smith Civil 3032 | 19311 | S | McDavid Associates, Inc. | Inv #144061 | (2,620.00) |
| 21.102 - Magnolia MHP Sanitary Sewer | 8/22/2023 | J Smith Civil 3032 | 19311 | S | McDavid Associates, Inc. | Inv #144062 | (3,065.00) |
| 21.102 - Magnolia MHP Sanitary Sewer | 8/22/2023 | J Smith Civil 3032 | 19311 | S | McDavid Associates, Inc. | Inv #144063 | (2,081.25) |
| 21.102 - Magnolia MHP Sanitary Sewer | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.102 - Magnolia MHP Sanitary Sewer | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (3,222.62) |
| 21.102 - Magnolia MHP Sanitary Sewer | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (3,224.70) |
| 21.102 - Magnolia MHP Sanitary Sewer | 8/23/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/20/23 | (288.73) |
| 21.102 - Magnolia MHP Sanitary Sewer | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (4,959.80) |
| 21.109 - Hank's Branch | 8/29/2023 | J Smith Civil 3032 | 19319 | S | Dun-Right Services | Inv #4962 | (1,274.66) |
| 21.109 - Hank's Branch | 8/29/2023 | J Smith Civil 3032 | 19319 | S | Dun-Right Services | Inv #4995 | (2,995.63) |
| 21.115 - Town of Windsor Wastewater | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (2,054.43) |
| 21.115 - Town of Windsor Wastewater | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (5,235.43) |
| 21.115 - Town of Windsor Wastewater | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (8,353.52) |
| 21.115 - Town of Windsor Wastewater | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (2,945.48) |
| 21.115 - Town of Windsor Wastewater | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (1,362.39) |
| 21.115 - Town of Windsor Wastewater | 7/18/2023 | J Smith Civil 3032 | 19211 | | Phelps Tree Service, Inc. | Invoice 4173, 3/13/23 | (5,500.00) |
| 21.115 - Town of Windsor Wastewater | 7/19/2023 | J Smith Civil 3032 | 19218 | S | ALP Industries, LLC | Invoice 06067724 | (306.57) |
| 21.115 - Town of Windsor Wastewater | 7/24/2023 | J Smith Civil 3032 | 19240 | S | GFL Environmental | Inv #0059493433 | (81.70) |
| 21.115 - Town of Windsor Wastewater | 7/24/2023 | J Smith Civil 3032 | 19240 | S | GFL Environmental | Inv #0060060790 | (76.70) |
| 21.115 - Town of Windsor Wastewater | 7/24/2023 | J Smith Civil 3032 | 19240 | S | GFL Environmental | Inv #0060481736 | (875.30) |
| 21.115 - Town of Windsor Wastewater | 7/24/2023 | J Smith Civil 3032 | 19240 | S | GFL Environmental | Inv #0061823369 | (15.21) |
| 21.115 - Town of Windsor Wastewater | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (2,412.48) |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.115 - Town of Windsor Wastewater | 8/11/2023 | J Smith Civil 3032 | 19290 | | Frye Fence Co, Inc. | Inv #16970 | (5,909.00) |
| 21.115 - Town of Windsor Wastewater | 8/15/2023 | J Smith Civil 3032 | 19299 | S | Boyd Copeland Contracting, Inc. | Inv #6105 | (4,200.00) |
| 21.115 - Town of Windsor Wastewater | 8/15/2023 | J Smith Civil 3032 | 19299 | S | Boyd Copeland Contracting, Inc. | Inv #6141 | (800.00) |
| 21.115 - Town of Windsor Wastewater | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.115 - Town of Windsor Wastewater | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (2,003.25) |
| 21.115 - Town of Windsor Wastewater | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (2,588.24) |
| 21.115 - Town of Windsor Wastewater | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (1,516.63) |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (871.93) |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (4,108.86) |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/9/2023 | J Smith Civil 3032 | 19011 | | Vertical Walls, LLC | Inv #5007 final payment | (34,442.00) |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/11/2023 | J Smith Civil 3032 | 19016 | | Capital City Curb And Gutter | Inv #16856 | (4,570.45) |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (950.11) |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (139.98) |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/31/2023 | J Smith Civil 3032 | 19057 | | Frye Fence Co, Inc. | Inv #16898 | (950.00) |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (279.96) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/16/2023 | J Smith Civil 3032 | 19137 | | Pinion Grading And Clearing, LLC | Inv #1348 | (936.00) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #781725 | (1,991.89) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #781591 | (2,092.36) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #783436 | (840.95) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #783437 | (780.33) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #782012 | (2,088.68) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #782013 | (3,295.01) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #782338 | (2,543.52) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #782533 | (5,774.89) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #790545 | (414.92) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #7896084 | (596.97) |
| 21.117 - EPA-RTP Entrance Gate Imp | 6/30/2023 | J Smith Civil 3032 | 19177 | S | Carolina Sunrock, LLC | Inv #796251 | (213.40) |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/6/2023 | J Smith Civil 3032 | 19183 | S | Wade Moore Equipment Company | Invoice 13739 | (1,575.37) |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/10/2023 | J Smith Civil 3032 | 19195 | | Gomez & Son's Construction, LLC | Full & Final Retainage | (2,107.31) |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/24/2023 | J Smith Civil 3032 | 19226 | S | Core & Main, LP | S233376 | (91.18) |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/24/2023 | J Smith Civil 3032 | 19226 | S | Core & Main, LP | S609686 | (377.05) |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/24/2023 | J Smith Civil 3032 | 19226 | S | Core & Main, LP | S607269 | (163.01) |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/24/2023 | J Smith Civil 3032 | 19226 | S | Core & Main, LP | S622538 | (162.61) |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/24/2023 | J Smith Civil 3032 | 19226 | S | Core & Main, LP | S665804 | 156.68 |
| 21.117 - EPA-RTP Entrance Gate Imp | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | - |
| 21.117 - EPA-RTP Entrance Gate Imp | 4/27/2023 | Westfield Direct Receipts & Pmts | 2576207 | | ECLS Global Inc. | | (3,295.00) |
| 21.117 - EPA-RTP Entrance Gate Imp | 5/3/2023 | Westfield Direct Receipts & Pmts | 2576235 | | Driven Contractors LLC | | (298,250.09) |
| 21.119 - Apex Western Transmission | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (271.23) |
| 21.119 - Apex Western Transmission | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (4,108.86) |
| 21.119 - Apex Western Transmission | 5/5/2023 | J Smith Civil 3032 | 19006 | S | Forever Clean Portable Toilets, Inc. | A-1034718 | (84.09) |
| 21.119 - Apex Western Transmission | 5/5/2023 | J Smith Civil 3032 | 19006 | S | Forever Clean Portable Toilets, Inc. | A-1042058 | (84.09) |
| 21.119 - Apex Western Transmission | 5/5/2023 | J Smith Civil 3032 | 19006 | S | Forever Clean Portable Toilets, Inc. | A-1049633 | (84.09) |
| 21.119 - Apex Western Transmission | 5/5/2023 | J Smith Civil 3032 | 19006 | S | Forever Clean Portable Toilets, Inc. | D-1053923 | (358.40) |
| 21.119 - Apex Western Transmission | 5/5/2023 | J Smith Civil 3032 | 19006 | S | Forever Clean Portable Toilets, Inc. | A-1056874 | (84.09) |
| 21.119 - Apex Western Transmission | 5/5/2023 | J Smith Civil 3032 | 19006 | S | Forever Clean Portable Toilets, Inc. | D-1059932 | (358.40) |
| 21.119 - Apex Western Transmission | 5/5/2023 | J Smith Civil 3032 | 19006 | S | Forever Clean Portable Toilets, Inc. | D-1063538 | (416.10) |
| 21.119 - Apex Western Transmission | 5/5/2023 | J Smith Civil 3032 | 19006 | S | Forever Clean Portable Toilets, Inc. | A-1064709 | (84.09) |

     Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.119 - Apex Western Transmission | 5/5/2023 | J Smith Civil 3032 | 19006 | S | Forever Clean Portable Toilets, Inc. | D10661447 | (437.23) |
| 21.119 - Apex Western Transmission | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | - |
| 21.119 - Apex Western Transmission | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (2,742.41) |
| 21.119 - Apex Western Transmission | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (1,130.33) |
| 21.119 - Apex Western Transmission | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (5,601.39) |
| 21.119 - Apex Western Transmission | 5/24/2023 | J Smith Civil 3032 | Wire | S | Heidelberg Materials Southeast Agg LLC | Invoice 42017260 | (179.10) |
| 21.119 - Apex Western Transmission | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (4,344.13) |
| 21.119 - Apex Western Transmission | 5/26/2023 | J Smith Civil 3032 | 19052 | S | Gutierrez Asphalt | Invoice INV042 | (18,525.00) |
| 21.119 - Apex Western Transmission | 5/26/2023 | J Smith Civil 3032 | 19052 | S | Gutierrez Asphalt | Invoice INV043 | (12,349.99) |
| 21.119 - Apex Western Transmission | 5/31/2023 | J Smith Civil 3032 | 19060 | S | Ferguson Waterworks | Inv #2143241 | (140.64) |
| 21.119 - Apex Western Transmission | 5/31/2023 | J Smith Civil 3032 | 19060 | S | Ferguson Waterworks | Inv #2149391 | (422.42) |
| 21.119 - Apex Western Transmission | 5/31/2023 | J Smith Civil 3032 | 19060 | S | Ferguson Waterworks | Inv #2152705 | (954.06) |
| 21.119 - Apex Western Transmission | 5/31/2023 | J Smith Civil 3032 | 19060 | S | Ferguson Waterworks | Inv #2157638 | (2,275.04) |
| 21.119 - Apex Western Transmission | 5/31/2023 | J Smith Civil 3032 | 19060 | S | Ferguson Waterworks | Inv #2158164 | (318.64) |
| 21.119 - Apex Western Transmission | 5/31/2023 | J Smith Civil 3032 | 19060 | S | Ferguson Waterworks | Inv #2157638-1 | (1,474.69) |
| 21.119 - Apex Western Transmission | 5/31/2023 | J Smith Civil 3032 | 19060 | S | Ferguson Waterworks | Inv #2159828 | (3,127.24) |
| 21.119 - Apex Western Transmission | 5/31/2023 | J Smith Civil 3032 | 19060 | S | Ferguson Waterworks | Inv #2163701 | (292.30) |
| 21.119 - Apex Western Transmission | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | (8,367.14) |
| 21.119 - Apex Western Transmission | 6/2/2023 | J Smith Civil 3032 | 19072 | S | Gutierrez Asphalt | Invoice INV021 | (12,400.00) |
| 21.119 - Apex Western Transmission | 6/2/2023 | J Smith Civil 3032 | 19072 | S | Gutierrez Asphalt | Invoice INV023 | (6,825.00) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19085 | S | Barnes Hauling Company LLC | 221229-05 | (1,808.80) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19085 | S | Barnes Hauling Company LLC | 230117-05 | (4,205.86) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19085 | S | Barnes Hauling Company LLC | 230202-05 | (709.13) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19085 | S | Barnes Hauling Company LLC | 230322-03 | (2,208.75) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19092 | S | Wall Recycling, LLC | 981007 | (1,120.00) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19092 | S | Wall Recycling, LLC | 1002762 | (436.80) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19092 | S | Wall Recycling, LLC | 998453 | (655.20) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19092 | S | Wall Recycling, LLC | 1021253 | (347.20) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19092 | S | Wall Recycling, LLC | 1021323 | (873.60) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19092 | S | Wall Recycling, LLC | 1023112 | (884.80) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19092 | S | Wall Recycling, LLC | 1022234 | (1,310.40) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19092 | S | Wall Recycling, LLC | 1024401 | (214.65) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19092 | S | Wall Recycling, LLC | 1027599 | (1,092.00) |
| 21.119 - Apex Western Transmission | 6/6/2023 | J Smith Civil 3032 | 19092 | S | Wall Recycling, LLC | 1030313 | (218.40) |
| 21.119 - Apex Western Transmission | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | (7,935.46) |
| 21.119 - Apex Western Transmission | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (4,446.92) |
| 21.119 - Apex Western Transmission | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (7,068.08) |
| 21.119 - Apex Western Transmission | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (280.87) |
| 21.119 - Apex Western Transmission | 6/27/2023 | J Smith Civil 3032 | 19161 | | John Bruce Sears | Full & Final | (3,430.00) |
| 21.119 - Apex Western Transmission | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (6,175.48) |
| 21.119 - Apex Western Transmission | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (1,193.95) |
| 21.119 - Apex Western Transmission | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (982.75) |
| 21.119 - Apex Western Transmission | 7/10/2023 | J Smith Civil 3032 | 19189 | S | WEX Bank | Account #0496-00-743624-9 | (1,547.60) |
| 21.119 - Apex Western Transmission | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (3,639.26) |
| 21.119 - Apex Western Transmission | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | (347.17) |
| 21.119 - Apex Western Transmission | 7/18/2023 | J Smith Civil 3032 | 19209 | S | Eagle Rock Concrete LLC | Invoice 123816 | (344.28) |
| 21.119 - Apex Western Transmission | 7/18/2023 | J Smith Civil 3032 | 19209 | S | Eagle Rock Concrete LLC | Invoice 123817 | (644.58) |
| 21.119 - Apex Western Transmission | 7/18/2023 | J Smith Civil 3032 | 19209 | S | Eagle Rock Concrete LLC | Invoice 123818 | (644.58) |
| 21.119 - Apex Western Transmission | 7/19/2023 | J Smith Civil 3032 | 19218 | S | ALP Industries, LLC | Invoice 06069052 | (94.03) |
| 21.119 - Apex Western Transmission | 7/24/2023 | J Smith Civil 3032 | 19235 | S | GFL Environmental | Inv #0060021101 | (675.00) |
| 21.119 - Apex Western Transmission | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (435.33) |
| 21.119 - Apex Western Transmission | 7/31/2023 | J Smith Civil 3032 | 19262 | | Barnes Hauling Company LLC | 221108-53 | (884.00) |
| 21.119 - Apex Western Transmission | 8/2/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/30/23 | (705.00) |
| 21.119 - Apex Western Transmission | 8/3/2023 | J Smith Civil 3032 | 19277 | | **VOID**Gutierrez Asphalt | INV004 | - |
| 21.119 - Apex Western Transmission | 8/3/2023 | J Smith Civil 3032 | 19281 | | Gutierrez Asphalt | INV006 | (12,500.00) |
| 21.119 - Apex Western Transmission | 8/9/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/6/23 | (1,804.14) |
| 21.119 - Apex Western Transmission | 8/11/2023 | J Smith Civil 3032 | 19292 | S | Stay Safe Traffic Control, LLC | Inv #10601 | (2,840.60) |
| 21.119 - Apex Western Transmission | 8/11/2023 | J Smith Civil 3032 | 19296 | S | Bullington Construction, Inc. | Inv #153534 | (2,450.00) |
| 21.119 - Apex Western Transmission | 8/16/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/13/23 | (705.00) |
| 21.119 - Apex Western Transmission | 8/22/2023 | J Smith Civil 3032 | 19312 | | LMJ Pavement Marking, LLC | Invoice 2130 | (3,500.00) |
| 21.119 - Apex Western Transmission | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.119 - Apex Western Transmission | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (1,611.31) |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.119 - Apex Western Transmission | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (7,399.83) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207901334-008 | (2,067.78) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 213133010-002 | (2,362.72) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 213353531-002 | (934.15) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207388037-009 | (545.90) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207405454-010 | (507.29) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 204518831-011 | (398.97) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207428028-011 | (1,338.48) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 211829745-004 | (1,888.68) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207901334-009 | (2,067.78) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 213133010-003 | (2,362.72) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 213353531-003 | (934.15) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207428028-012 | (883.74) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 215822022-001 | (120.34) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207388037-010 | (545.90) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207405454-011 | (507.29) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 204518831-012 | (398.97) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 211829745-005 | (1,888.68) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207405454-012 | (57.92) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207901334-010 | (1,617.33) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 215866664-001 | (729.30) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 216153163-002 | (525.10) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 215866664-002 | (1,338.48) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 216326390-001 | (970.34) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207388037-011 | (545.90) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 216582083-001 | (1,957.36) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 207388037-012 | (61.13) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 215866664-003 | (1,030.67) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 217098801-003 | (525.10) |
| 21.119 - Apex Western Transmission | 8/29/2023 | J Smith Civil 3032 | 19324 | S | United Rentals (North America), Inc. | 217098801-004 | (311.77) |
| 21.119 - Apex Western Transmission | 8/30/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/27/23 | (111.55) |
| 21.119 - Apex Western Transmission | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (3,484.16) |
| 21.119 - Apex Western Transmission | 4/27/2023 | Westfield Direct Receipts & Pmts | 2576205 | | LMJ Pavement Marking, LLC | | (3,200.00) |
| 21.123 - Woods Creek - Site Work | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (1,419.46) |
| 21.123 - Woods Creek - Site Work | 5/4/2023 | J Smith Civil 3032 | 19003 | S | Bolton & Menk, Inc. | Inv #50575.00-3 | (11,313.00) |
| 21.123 - Woods Creek - Site Work | 5/4/2023 | J Smith Civil 3032 | 19003 | S | Bolton & Menk, Inc. | Inv #50575.01-4 | (5,737.50) |
| 21.123 - Woods Creek - Site Work | 5/4/2023 | J Smith Civil 3032 | 19003 | S | Bolton & Menk, Inc. | Inv #50575.04-5 | (6,138.75) |
| 21.123 - Woods Creek - Site Work | 5/4/2023 | J Smith Civil 3032 | 19003 | S | Bolton & Menk, Inc. | Inv #50575.05-1 | (3,951.25) |
| 21.123 - Woods Creek - Site Work | 5/4/2023 | J Smith Civil 3032 | 19003 | S | Bolton & Menk, Inc. | Inv #50575.04-6 | (6,138.75) |
| 21.123 - Woods Creek - Site Work | 5/4/2023 | J Smith Civil 3032 | 19003 | S | Bolton & Menk, Inc. | Inv #50575.05-2 | (3,490.00) |
| 21.123 - Woods Creek - Site Work | 5/4/2023 | J Smith Civil 3032 | 19003 | S | Bolton & Menk, Inc. | Inv #50575.01-5 | (12,432.50) |
| 21.123 - Woods Creek - Site Work | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (8,217.71) |
| 21.123 - Woods Creek - Site Work | 5/5/2023 | J Smith Civil 3032 | 19007 | S | Forever Clean Portable Toilets, Inc. | A-1029868 | (102.11) |
| 21.123 - Woods Creek - Site Work | 5/5/2023 | J Smith Civil 3032 | 19007 | S | Forever Clean Portable Toilets, Inc. | A-1037485 | (102.11) |
| 21.123 - Woods Creek - Site Work | 5/5/2023 | J Smith Civil 3032 | 19007 | S | Forever Clean Portable Toilets, Inc. | A-1052318 | (102.11) |
| 21.123 - Woods Creek - Site Work | 5/5/2023 | J Smith Civil 3032 | 19007 | S | Forever Clean Portable Toilets, Inc. | A-1060038 | (102.11) |
| 21.123 - Woods Creek - Site Work | 5/5/2023 | J Smith Civil 3032 | 19007 | S | Forever Clean Portable Toilets, Inc. | B-1060541 | (1,200.00) |
| 21.123 - Woods Creek - Site Work | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | (1,945.24) |
| 21.123 - Woods Creek - Site Work | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (988.20) |
| 21.123 - Woods Creek - Site Work | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (590.75) |
| 21.123 - Woods Creek - Site Work | 5/19/2023 | J Smith Civil 3032 | 19028 | S | Gulley's Backhoe Service | Inv #22483 | (14,563.75) |
| 21.123 - Woods Creek - Site Work | 5/19/2023 | J Smith Civil 3032 | 19028 | S | Gulley's Backhoe Service | Inv #22468 | (2,640.00) |
| 21.123 - Woods Creek - Site Work | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (9,859.48) |
| 21.123 - Woods Creek - Site Work | 5/24/2023 | J Smith Civil 3032 | Wire | S | Heidelberg Materials Southeast Agg LLC | Invoice 42050364 | (1,030.96) |
| 21.123 - Woods Creek - Site Work | 5/24/2023 | J Smith Civil 3032 | Wire | S | Heidelberg Materials Southeast Agg LLC | Invoice 42050365 | (2,008.72) |
| 21.123 - Woods Creek - Site Work | 5/24/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/21/23 | (668.98) |
| 21.123 - Woods Creek - Site Work | 5/25/2023 | J Smith Civil 3032 | 19049 | S | Ellington Contractors, Inc. | Invoice 22399 | (22,775.00) |
| 21.123 - Woods Creek - Site Work | 5/25/2023 | J Smith Civil 3032 | 19049 | S | Ellington Contractors, Inc. | Invoice 23011 | (12,662.50) |
| 21.123 - Woods Creek - Site Work | 5/25/2023 | J Smith Civil 3032 | 19049 | S | Ellington Contractors, Inc. | Invoice 23060 | (7,643.75) |
| 21.123 - Woods Creek - Site Work | 5/25/2023 | J Smith Civil 3032 | 19049 | S | Ellington Contractors, Inc. | Invoice 23097 | (2,497.50) |
| 21.123 - Woods Creek - Site Work | 5/26/2023 | J Smith Civil 3032 | 19053 | | Wake Stone Corporation | Invoice M65272 | (2,253.36) |
| 21.123 - Woods Creek - Site Work | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | - |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.123 - Woods Creek - Site Work | 6/2/2023 | J Smith Civil 3032 | 19069 | | J.R. Hoe, Inc. | Inv #178214 | (1,318.63) |
| 21.123 - Woods Creek - Site Work | 6/2/2023 | J Smith Civil 3032 | 19071 | | Tarheel Tooling & Precision Machining, Inc. | Inv #072118 | (8,000.00) |
| 21.123 - Woods Creek - Site Work | 6/2/2023 | J Smith Civil 3032 | 19074 | S | G Civil Erosion Control | JSC0000003 | (76.50) |
| 21.123 - Woods Creek - Site Work | 6/2/2023 | J Smith Civil 3032 | 19074 | S | G Civil Erosion Control | JSC0000008 | (6,870.00) |
| 21.123 - Woods Creek - Site Work | 6/2/2023 | J Smith Civil 3032 | 19074 | S | G Civil Erosion Control | JSC0000011 | (9,515.00) |
| 21.123 - Woods Creek - Site Work | 6/2/2023 | J Smith Civil 3032 | 19074 | S | G Civil Erosion Control | JSC0000012 | (11,825.00) |
| 21.123 - Woods Creek - Site Work | 6/2/2023 | J Smith Civil 3032 | 19074 | S | G Civil Erosion Control | JSC0000014 | (11,543.00) |
| 21.123 - Woods Creek - Site Work | 6/2/2023 | J Smith Civil 3032 | 19074 | S | G Civil Erosion Control | JSC0000017 | (3,030.00) |
| 21.123 - Woods Creek - Site Work | 6/2/2023 | J Smith Civil 3032 | 19074 | S | G Civil Erosion Control | JSC0000018 | (2,837.85) |
| 21.123 - Woods Creek - Site Work | 6/6/2023 | J Smith Civil 3032 | 19088 | | Barnes Hauling Company LLC | 230301-04 | (553.96) |
| 21.123 - Woods Creek - Site Work | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | - |
| 21.123 - Woods Creek - Site Work | 6/9/2023 | J Smith Civil 3032 | 19113 | S | Carolina Containers & Transport | 49188 | (268.13) |
| 21.123 - Woods Creek - Site Work | 6/9/2023 | J Smith Civil 3032 | 19113 | S | Carolina Containers & Transport | 49189 | (86.87) |
| 21.123 - Woods Creek - Site Work | 6/9/2023 | J Smith Civil 3032 | 19113 | S | Carolina Containers & Transport | 50585 | (86.87) |
| 21.123 - Woods Creek - Site Work | 6/9/2023 | J Smith Civil 3032 | 19113 | S | Carolina Containers & Transport | 50575 | (268.13) |
| 21.123 - Woods Creek - Site Work | 6/9/2023 | J Smith Civil 3032 | 19113 | S | Carolina Containers & Transport | 51933 | (86.87) |
| 21.123 - Woods Creek - Site Work | 6/9/2023 | J Smith Civil 3032 | 19113 | S | Carolina Containers & Transport | 51934 | (268.13) |
| 21.123 - Woods Creek - Site Work | 6/9/2023 | J Smith Civil 3032 | 19113 | S | Carolina Containers & Transport | 53316 | (86.87) |
| 21.123 - Woods Creek - Site Work | 6/9/2023 | J Smith Civil 3032 | 19113 | S | Carolina Containers & Transport | 53317 | (268.13) |
| 21.123 - Woods Creek - Site Work | 6/13/2023 | J Smith Civil 3032 | 19119 | | Gregory Poole Equipment Company | IN1391678 | (372.73) |
| 21.123 - Woods Creek - Site Work | 6/14/2023 | J Smith Civil 3032 | 19125 | S | Wall Recycling, LLC | 986716 | (686.88) |
| 21.123 - Woods Creek - Site Work | 6/14/2023 | J Smith Civil 3032 | 19125 | S | Wall Recycling, LLC | 997577 | (772.74) |
| 21.123 - Woods Creek - Site Work | 6/14/2023 | J Smith Civil 3032 | 19125 | S | Wall Recycling, LLC | 1024401 | (643.95) |
| 21.123 - Woods Creek - Site Work | 6/14/2023 | J Smith Civil 3032 | 19125 | S | Wall Recycling, LLC | 1026770 | (2,947.86) |
| 21.123 - Woods Creek - Site Work | 6/14/2023 | J Smith Civil | wire | S | J Smith Civil | Payroll funding we 6/11/23 | - |
| 21.123 - Woods Creek - Site Work | 6/16/2023 | J Smith Civil 3032 | 19134 | | Stay Safe Traffic Control, LLC | Inv #8621 | (753.43) |
| 21.123 - Woods Creek - Site Work | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (1,128.04) |
| 21.123 - Woods Creek - Site Work | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (5,773.82) |
| 21.123 - Woods Creek - Site Work | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (386.42) |
| 21.123 - Woods Creek - Site Work | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (772.89) |
| 21.123 - Woods Creek - Site Work | 7/6/2023 | J Smith Civil 3032 | 19182 | | Carolina Containers & Transport | Invoice 24718, 5/19/23 | (86.87) |
| 21.123 - Woods Creek - Site Work | 7/10/2023 | J Smith Civil 3032 | 19198 | | Carolina Containers & Transport | Invoice 53407, 4/20/23 | (268.13) |
| 21.123 - Woods Creek - Site Work | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (7,495.01) |
| 21.123 - Woods Creek - Site Work | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | (1,932.17) |
| 21.123 - Woods Creek - Site Work | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (14,692.53) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2108233 | (36,341.13) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2115853 | (23,562.83) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2145736 | (331.10) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2147215 | (392.27) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2143155 | (11,559.89) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2148407 | (608.75) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2148827 | (489.17) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2148946 | (791.15) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2149152 | (2,284.57) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2149293 | (632.41) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2149471 | (824.69) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2144928 | (1,934.98) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2144272 | (69.44) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2152329 | (854.18) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2153150 | (123.34) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2153299 | (319.99) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | CM207929 | 201.73 |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2154455 | (402.30) |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | CM209038 | 1,119.92 |
| 21.123 - Woods Creek - Site Work | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2142018 | (4,659.80) |
| 21.123 - Woods Creek - Site Work | 7/31/2023 | J Smith Civil 3032 | 19272 | S | James River Equipment | P30006 | (20.87) |
| 21.123 - Woods Creek - Site Work | 7/31/2023 | J Smith Civil 3032 | 19272 | S | James River Equipment | P23054 | (154.61) |
| 21.123 - Woods Creek - Site Work | 7/31/2023 | J Smith Civil 3032 | 19272 | S | James River Equipment | P24938 | (103.23) |
| 21.123 - Woods Creek - Site Work | 7/31/2023 | J Smith Civil 3032 | 19272 | S | James River Equipment | P24941 | (205.62) |
| 21.123 - Woods Creek - Site Work | 7/31/2023 | J Smith Civil 3032 | 19272 | S | James River Equipment | P25433 | (264.69) |
| 21.123 - Woods Creek - Site Work | 7/31/2023 | J Smith Civil 3032 | 19272 | S | James River Equipment | W37443 | (990.09) |
| 21.123 - Woods Creek - Site Work | 8/3/2023 | J Smith Civil 3032 | 19278 | S | **VOID**Gutierrez Asphalt | INV003 | - |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.123 - Woods Creek - Site Work | 8/3/2023 | J Smith Civil 3032 | 19278 | S | **VOID**Gutierrez Asphalt | INV005 | - |
| 21.123 - Woods Creek - Site Work | 8/3/2023 | J Smith Civil 3032 | 19282 | S | Gutierrez Asphalt | INV004 | (19,000.00) |
| 21.123 - Woods Creek - Site Work | 8/3/2023 | J Smith Civil 3032 | 19282 | S | Gutierrez Asphalt | INV005 | (9,000.00) |
| 21.123 - Woods Creek - Site Work | 8/15/2023 | J Smith Civil 3032 | 19302 | | Gutierrez Asphalt | INV007 | (9,000.00) |
| 21.123 - Woods Creek - Site Work | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.123 - Woods Creek - Site Work | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (8,844.80) |
| 21.123 - Woods Creek - Site Work | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (12,559.34) |
| 21.123 - Woods Creek - Site Work | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (11,682.17) |
| 21.123 - Woods Creek - Site Work | 9/13/2023 | J Smith Civil 3032 | 19334 | S | LMJ Pavement Marking LLC | Invoice 1862 | (2,059.64) |
| 21.123 - Woods Creek - Site Work | 9/13/2023 | J Smith Civil 3032 | 19334 | S | LMJ Pavement Marking LLC | Invoice 2132 | (16,146.40) |
| 21.123 - Woods Creek - Site Work | 9/13/2023 | J Smith Civil 3032 | 19335 | | Gutierrez Asphalt | INV008 | (7,000.00) |
| 21.123 - Woods Creek - Site Work | 9/14/2023 | J Smith Civil 3032 | 19339 | | White Cap, L.P. | Invoice 10017493546 | (60.06) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (2,054.43) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 15166 | (983.70) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 15167 | (67.38) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 15220 | (836.25) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 15221 | (28.88) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 15503 | (181.87) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 15640 | (68.04) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 15689 | (178.78) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 15743 | (129.74) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16188 | (16,199.63) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16228 | (454.97) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16359 | (3,078.56) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16517 | (6,315.08) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16518 | (979.88) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16627 | (2,135.69) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16628 | (23,869.41) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16629 | (2,404.59) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16759 | (2,637.86) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16760 | (10,019.73) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/11/2023 | J Smith Civil 3032 | 19015 | S | Capital City Curb And Gutter | 16761 | (10,788.13) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (532.32) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (1,937.45) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 5/25/2023 | J Smith Civil 3032 | 19050 | S | Concrete Pipe & Precast, LLC | Invoice 693788 | (1,583.60) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/6/2023 | J Smith Civil 3032 | 19082 | S | Martin Marietta Materials | 38154947 | (262.34) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/6/2023 | J Smith Civil 3032 | 19082 | S | Martin Marietta Materials | 38243537 | (260.78) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/6/2023 | J Smith Civil 3032 | 19084 | S | Barnes Hauling Company LLC | 221222-02 | (5,165.51) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/6/2023 | J Smith Civil 3032 | 19084 | S | Barnes Hauling Company LLC | 230117-02 | (1,019.61) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/6/2023 | J Smith Civil 3032 | 19084 | S | Barnes Hauling Company LLC | 230125-02 | (462.88) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/6/2023 | J Smith Civil 3032 | 19084 | S | Barnes Hauling Company LLC | 230202-02 | (909.17) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/6/2023 | J Smith Civil 3032 | 19084 | S | Barnes Hauling Company LLC | 230208-01 | (918.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/6/2023 | J Smith Civil 3032 | 19084 | S | Barnes Hauling Company LLC | 230223-02 | (2,561.87) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/7/2023 | J Smith Civil 3032 | 19101 | S | Erosion Supply Company | 434692 | (236.36) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/7/2023 | J Smith Civil 3032 | 19101 | S | Erosion Supply Company | 434711 | (157.15) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/7/2023 | J Smith Civil 3032 | 19101 | S | Erosion Supply Company | 435104 | (132.78) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/7/2023 | J Smith Civil 3032 | 19101 | S | Erosion Supply Company | 435105 | (104.03) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/7/2023 | J Smith Civil 3032 | 19103 | S | Digiacomo Land Surveying, PLLC | 120722c | (545.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/7/2023 | J Smith Civil 3032 | 19103 | S | Digiacomo Land Surveying, PLLC | 121922 | (575.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/7/2023 | J Smith Civil 3032 | 19103 | S | Digiacomo Land Surveying, PLLC | 010523b | (605.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/7/2023 | J Smith Civil 3032 | 19103 | S | Digiacomo Land Surveying, PLLC | 011723c | (525.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/7/2023 | J Smith Civil 3032 | 19103 | S | Digiacomo Land Surveying, PLLC | 22023 | (615.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/13/2023 | J Smith Civil 3032 | 19117 | | B&K Grading And Paving, LLC | Inv #91729 | (90,000.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/15/2023 | J Smith Civil 3032 | 19130 | | EJ USA, Inc. | Inv #110230002620 | (347.04) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19132 | S | Stay Safe Traffic Control, LLC | Inv #8909 | (4,668.44) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19132 | S | Stay Safe Traffic Control, LLC | Inv #8982 | (1,876.10) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19132 | S | Stay Safe Traffic Control, LLC | Inv #9038 | (7,048.60) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19132 | S | Stay Safe Traffic Control, LLC | Inv #9101 | (5,628.30) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19132 | S | Stay Safe Traffic Control, LLC | Inv #9258 | (1,876.10) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19132 | S | Stay Safe Traffic Control, LLC | Inv #9203 | (8,040.40) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19132 | S | Stay Safe Traffic Control, LLC | Inv #9145 | (9,380.50) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19132 | S | Stay Safe Traffic Control, LLC | Inv #9314 | (710.15) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19132 | S | Stay Safe Traffic Control, LLC | Inv #9430 | (4,269.60) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19132 | S | Stay Safe Traffic Control, LLC | Inv #9611 | (811.60) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (2,687.07) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/23/2023 | J Smith Civil 3032 | 19147 | S | Ellington Contractors, Inc. | Inv #22204 | (1,137.50) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/23/2023 | J Smith Civil 3032 | 19147 | S | Ellington Contractors, Inc. | Inv #22414 | (568.75) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/23/2023 | J Smith Civil 3032 | 19147 | S | Ellington Contractors, Inc. | Inv #23109 | (41,127.85) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 6/11/23 | (5,405.63) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19168 | | Carolina Sunrock, LLC | Inv #787653 | (418.61) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19173 | S | B&K Grading And Paving, LLC | Inv #93165 | (27,023.10) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19173 | S | B&K Grading And Paving, LLC | Inv #93276 | (81,564.46) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19174 | S | National Trench Safety | 10032194 | (2,457.85) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19174 | S | National Trench Safety | 10035891 | (2,457.85) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19174 | S | National Trench Safety | 10039660 | (2,457.85) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19174 | S | National Trench Safety | 10043124 | (2,457.85) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19174 | S | National Trench Safety | 10046641 | (2,457.85) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19174 | S | National Trench Safety | 10047343 | (516.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19174 | S | National Trench Safety | 10048037 | (618.14) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 6/29/2023 | J Smith Civil 3032 | 19174 | S | National Trench Safety | 10050567 | (1,604.92) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (1,165.64) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/10/2023 | J Smith Civil 3032 | 19188 | S | Stay Alert Safety Services, LLC | Invoice 120278 | (2,643.71) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/10/2023 | J Smith Civil 3032 | 19188 | S | Stay Alert Safety Services, LLC | Invoice 120474 | (686.40) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (4,367.11) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19214 | S | Ferguson Waterworks | Inv #2143347 | (774.58) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19214 | S | Ferguson Waterworks | Inv #2144650 | (34.38) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19214 | S | Ferguson Waterworks | Inv #2147211 | (60.06) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19214 | S | Ferguson Waterworks | Inv #2147504 | (3,334.65) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19214 | S | Ferguson Waterworks | Inv #2148148 | (453.92) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19214 | S | Ferguson Waterworks | Inv #CM207928 | 390.03 |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19214 | S | Ferguson Waterworks | Inv #2159070 | (315.55) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19214 | S | Ferguson Waterworks | Inv #2159399 | (66.42) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19215 | S | Jarco Supply, a Division of Colony Hardware | Invoice 335140 IN | (496.39) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19215 | S | Jarco Supply, a Division of Colony Hardware | Invoice 335862 IN | (1,991.53) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19215 | S | Jarco Supply, a Division of Colony Hardware | Invoice 336610 IN | (170.80) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19215 | S | Jarco Supply, a Division of Colony Hardware | Invoice 337455 IN | (903.80) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19215 | S | Jarco Supply, a Division of Colony Hardware | Invoice 338468 IN | (1,245.17) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/18/2023 | J Smith Civil 3032 | 19215 | S | Jarco Supply, a Division of Colony Hardware | Invoice 340289 IN | (536.53) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19227 | | Core & Main, LP | S644512 | (52.65) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19245 | S | Concrete Supply Co, LLC | 5166727 | (900.37) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19245 | S | Concrete Supply Co, LLC | 5168167 | (982.94) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19245 | S | Concrete Supply Co, LLC | 5168637 | (999.57) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19245 | S | Concrete Supply Co, LLC | 5174390 | (693.91) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19245 | S | Concrete Supply Co, LLC | 5176054 | (940.59) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19246 | | Double R Vending | Inv #23-0191 | (45.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19247 | S | Fogleman Landfill | 44926 | (1,011.50) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19247 | S | Fogleman Landfill | 44957 | (1,105.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19248 | | National Equipment Dealers | Inv #03041774 | (76.51) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19249 | | ProClean Property Maintenance | Inv #10725 | (3,610.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/24/2023 | J Smith Civil 3032 | 19250 | | United Rentals (North America), Inc. | 215065644-001 | (346.49) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (1,650.64) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/31/2023 | J Smith Civil 3032 | 19261 | | Barnes Hauling Company LLC | 221108-51 | (872.00) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 7/31/2023 | J Smith Civil 3032 | 19273 | | LMJ Pavement Marking, LLC | Pay App #2, March | (18,288.11) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 8/3/2023 | J Smith Civil 3032 | 19279 | | Capital City Curb And Gutter | Full & Final retainage | (4,637.30) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 8/3/2023 | J Smith Civil 3032 | 19280 | | Vertical Walls, Inc. | Full & Final retainage | (10,794.60) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.125 - Pleasant Grove Ch Rd Industrial | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (1,589.54) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (1,527.49) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 8/29/2023 | J Smith Civil 3032 | 19323 | S | United Rentals (North America), Inc. | 200825281-015 | (2,950.38) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 8/29/2023 | J Smith Civil 3032 | 19323 | S | United Rentals (North America), Inc. | 215295096-001 | (763.63) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 8/29/2023 | J Smith Civil 3032 | 19323 | S | United Rentals (North America), Inc. | 200825281-016 | (2,997.74) |
| 21.125 - Pleasant Grove Ch Rd Industrial | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (368.91) |
| 21.126 - On Site Utilities Wood's Creek | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (641.33) |
| 21.126 - On Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | - |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.126 - On Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19008 | S | Forever Clean Portable Toilets, Inc. | B-1055524 | (1,600.00) |
| 21.126 - On Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19008 | S | Forever Clean Portable Toilets, Inc. | B-1056451 | (800.00) |
| 21.126 - On Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19008 | S | Forever Clean Portable Toilets, Inc. | B-1058834 | (800.00) |
| 21.126 - On Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19008 | S | Forever Clean Portable Toilets, Inc. | B-1059753 | (800.00) |
| 21.126 - On Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19008 | S | Forever Clean Portable Toilets, Inc. | B-1060878 | (2,000.00) |
| 21.126 - On Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19008 | S | Forever Clean Portable Toilets, Inc. | B-1061732 | (1,600.00) |
| 21.126 - On Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19008 | S | Forever Clean Portable Toilets, Inc. | B-1062390 | (2,000.00) |
| 21.126 - On Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19008 | S | Forever Clean Portable Toilets, Inc. | B-1063436 | (1,200.00) |
| 21.126 - On Site Utilities Wood's Creek | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | - |
| 21.126 - On Site Utilities Wood's Creek | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (778.13) |
| 21.126 - On Site Utilities Wood's Creek | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | - |
| 21.126 - On Site Utilities Wood's Creek | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (139.98) |
| 21.126 - On Site Utilities Wood's Creek | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | - |
| 21.126 - On Site Utilities Wood's Creek | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | - |
| 21.126 - On Site Utilities Wood's Creek | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (386.49) |
| 21.126 - On Site Utilities Wood's Creek | 6/29/2023 | J Smith Civil 3032 | 19169 | | Carolina Sunrock, LLC | Inv #789460 | (1,100.30) |
| 21.126 - On Site Utilities Wood's Creek | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/2/23 | (277.75) |
| 21.126 - On Site Utilities Wood's Creek | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | - |
| 21.126 - On Site Utilities Wood's Creek | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.126 - On Site Utilities Wood's Creek | 7/31/2023 | J Smith Civil 3032 | 19265 | | Consolidated Pipe & Supply Co, Inc. | Inv #7323640-00-002 | (34,481.32) |
| 21.126 - On Site Utilities Wood's Creek | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.126 - On Site Utilities Wood's Creek | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | - |
| 21.126 - On Site Utilities Wood's Creek | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | - |
| 21.126 - On Site Utilities Wood's Creek | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | - |
| 21.127 - Off Site Utilities Wood's Creek | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (1,971.45) |
| 21.127 - Off Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | - |
| 21.127 - Off Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19009 | S | Forever Clean Portable Toilets, Inc. | B-1039821 | (1,120.00) |
| 21.127 - Off Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19009 | S | Forever Clean Portable Toilets, Inc. | A-1044805 | (102.11) |
| 21.127 - Off Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19009 | S | Forever Clean Portable Toilets, Inc. | B-1050893 | (2,400.00) |
| 21.127 - Off Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19009 | S | Forever Clean Portable Toilets, Inc. | B-1055756 | (1,600.00) |
| 21.127 - Off Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19009 | S | Forever Clean Portable Toilets, Inc. | B-1054000 | (1,600.00) |
| 21.127 - Off Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19009 | S | Forever Clean Portable Toilets, Inc. | B-1054837 | (1,600.00) |
| 21.127 - Off Site Utilities Wood's Creek | 5/5/2023 | J Smith Civil 3032 | 19009 | S | Forever Clean Portable Toilets, Inc. | B-1058449 | (2,000.00) |
| 21.127 - Off Site Utilities Wood's Creek | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | - |
| 21.127 - Off Site Utilities Wood's Creek | 5/15/2023 | J Smith Civil 3032 | 19021 | S | S T Wooten Corporation | Inv #72526 | (781.10) |
| 21.127 - Off Site Utilities Wood's Creek | 5/15/2023 | J Smith Civil 3032 | 19021 | S | S T Wooten Corporation | Inv #72801 | (465.45) |
| 21.127 - Off Site Utilities Wood's Creek | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (841.76) |
| 21.127 - Off Site Utilities Wood's Creek | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (389.04) |
| 21.127 - Off Site Utilities Wood's Creek | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (512.35) |
| 21.127 - Off Site Utilities Wood's Creek | 6/8/2023 | J Smith Civil 3032 | 19107 | | Evoqua Water Technologies LLC | Inv #905714956 | (14,168.80) |
| 21.127 - Off Site Utilities Wood's Creek | 6/9/2023 | J Smith Civil 3032 | 19111 | | JWC Environmental | Inv #113952 | (7,904.33) |
| 21.127 - Off Site Utilities Wood's Creek | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | - |
| 21.127 - Off Site Utilities Wood's Creek | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (772.84) |
| 21.127 - Off Site Utilities Wood's Creek | 6/23/2023 | J Smith Civil 3032 | 19142 | | Water & Waste Systems Construction, Inc. | Pay app #4 | (95,000.00) |
| 21.127 - Off Site Utilities Wood's Creek | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | - |
| 21.127 - Off Site Utilities Wood's Creek | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (386.42) |
| 21.127 - Off Site Utilities Wood's Creek | 6/30/2023 | J Smith Civil 3032 | 19176 | | Vortex Drainage Systems | Pay app 17 thru 1/31/23 - partial | (150,000.00) |
| 21.127 - Off Site Utilities Wood's Creek | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | - |
| 21.127 - Off Site Utilities Wood's Creek | 7/11/2023 | J Smith Civil 3032 | 19202 | S | Global Crane Services, Inc. | 21128-01 | (35,714.25) |
| 21.127 - Off Site Utilities Wood's Creek | 7/11/2023 | J Smith Civil 3032 | 19202 | S | Global Crane Services, Inc. | 21128-02 | (4,000.00) |
| 21.127 - Off Site Utilities Wood's Creek | 7/11/2023 | J Smith Civil 3032 | 19202 | S | Global Crane Services, Inc. | 21128-03 | (4,100.00) |
| 21.127 - Off Site Utilities Wood's Creek | 7/24/2023 | J Smith Civil 3032 | 19228 | S | Core & Main, LP | S252332 | (3,868.48) |
| 21.127 - Off Site Utilities Wood's Creek | 7/24/2023 | J Smith Civil 3032 | 19228 | S | Core & Main, LP | S599912 | (257.41) |
| 21.127 - Off Site Utilities Wood's Creek | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.127 - Off Site Utilities Wood's Creek | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.127 - Off Site Utilities Wood's Creek | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | - |
| 21.127 - Off Site Utilities Wood's Creek | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | - |
| 21.127 - Off Site Utilities Wood's Creek | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | - |
| 21.128 - Atlantic Ave Widening-Raleigh | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (2,066.21) |
| 21.128 - Atlantic Ave Widening-Raleigh | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (10,272.14) |
| 21.128 - Atlantic Ave Widening-Raleigh | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | (2,201.69) |
| 21.128 - Atlantic Ave Widening-Raleigh | 5/15/2023 | J Smith Civil 3032 | 19018 | | Certified Concrete Construction | Inv #21811 | (8,497.00) |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.128 - Atlantic Ave Widening-Raleigh | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (733.76) |
| 21.128 - Atlantic Ave Widening-Raleigh | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (1,102.50) |
| 21.128 - Atlantic Ave Widening-Raleigh | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (1,420.80) |
| 21.128 - Atlantic Ave Widening-Raleigh | 5/24/2023 | J Smith Civil 3032 | 19035 | | Atlantic Surveying, P.A. | Invoice 22108, 12/21/22 | (3,910.00) |
| 21.128 - Atlantic Ave Widening-Raleigh | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | (268.95) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/2/2023 | J Smith Civil 3032 | 19065 | S | United Rentals (North America), Inc. | 215023435-001 | (1,038.40) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/2/2023 | J Smith Civil 3032 | 19065 | S | United Rentals (North America), Inc. | 215038944-001 | (558.77) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/2/2023 | J Smith Civil 3032 | 19065 | S | United Rentals (North America), Inc. | 215038944-002 | (1,521.88) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/2/2023 | J Smith Civil 3032 | 19065 | S | United Rentals (North America), Inc. | 215038944-003 | (1,521.88) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/2/2023 | J Smith Civil 3032 | 19065 | S | United Rentals (North America), Inc. | 215038944-004 | (1,029.60) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/6/2023 | J Smith Civil 3032 | 19095 | S | Pacific Trucking Inc. | 8918 | (42.50) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/6/2023 | J Smith Civil 3032 | 19095 | S | Pacific Trucking Inc. | 9292 | (2,437.93) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/6/2023 | J Smith Civil 3032 | 19095 | S | Pacific Trucking Inc. | 9346 | (1,560.00) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/6/2023 | J Smith Civil 3032 | 19095 | S | Pacific Trucking Inc. | 9389 | (350.00) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/6/2023 | J Smith Civil 3032 | 19095 | S | Pacific Trucking Inc. | 9428 | (2,640.11) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/6/2023 | J Smith Civil 3032 | 19095 | S | Pacific Trucking Inc. | 9460 | (4,323.85) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/6/2023 | J Smith Civil 3032 | 19095 | S | Pacific Trucking Inc. | 9498 | (765.00) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | (1,538.39) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (442.22) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (8,938.16) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (704.99) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (7,042.39) |
| 21.128 - Atlantic Ave Widening-Raleigh | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (705.00) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (4,659.23) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/10/2023 | J Smith Civil 3032 | 19189 | S | WEX Bank | Account #0496-00-743624-9 | (60.00) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (1,821.50) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | (15,206.94) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/18/2023 | J Smith Civil 3032 | 19213 | | Curtin Co. | Invoice 238609 | (92,660.05) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/19/2023 | J Smith Civil 3032 | 19218 | S | ALP Industries, LLC | Invoice 06067722 | (257.40) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/19/2023 | J Smith Civil 3032 | 19218 | S | ALP Industries, LLC | Invoice 06067761 | (164.63) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/19/2023 | J Smith Civil 3032 | 19218 | S | ALP Industries, LLC | Invoice 06067799 | (2,120.44) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/19/2023 | J Smith Civil 3032 | 19218 | S | ALP Industries, LLC | Invoice 06068255 | (182.12) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/19/2023 | J Smith Civil 3032 | 19220 | S | Adams Products Company by and through its attorneys Thar | Invoice 302699466 | (619.11) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/19/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/16/23 | (8,441.04) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (1,904.59) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/26/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/23/23 | (7,745.84) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/28/2023 | J Smith Civil 3032 | 19257 | | Curtin Co. | Full & Final Retainage | (3,812.75) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/31/2023 | J Smith Civil 3032 | 19266 | S | James River Equipment | R03008 | (4,803.75) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/31/2023 | J Smith Civil 3032 | 19266 | S | James River Equipment | R03053 | (4,803.75) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/31/2023 | J Smith Civil 3032 | 19266 | S | James River Equipment | R03065 | (6,298.25) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/31/2023 | J Smith Civil 3032 | 19266 | S | James River Equipment | R02884 | (9,927.75) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/31/2023 | J Smith Civil 3032 | 19266 | S | James River Equipment | R03040 | (13,343.75) |
| 21.128 - Atlantic Ave Widening-Raleigh | 7/31/2023 | J Smith Civil 3032 | 19275 | | LMJ Pavement Marking, LLC | Inv #1843 - Full & Final | (180.00) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/2/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/30/23 | (5,178.20) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/2/2023 | J Smith Civil 3032 | wire | | Richard L Robertson, PA Trust Account | Mack Industries Settlement | (27,724.13) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/9/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/6/23 | (704.99) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/16/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/13/23 | (1,410.00) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/22/2023 | J Smith Civil 3032 | 19308 | | Jones And Associates | 8/15/23 Invoice | (3,479.00) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/22/2023 | J Smith Civil 3032 | 19309 | | Mark Salmon | Inv #0037 | (1,600.00) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (2,351.64) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (3,521.71) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/23/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/20/23 | (1,410.05) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 204065456-013 | (3,379.26) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 214064446-001 | (945.95) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 213540257-003 | (1,036.04) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 204259421-012 | (247.76) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 214839170-001 | (1,640.93) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 204065456-014 | (3,379.26) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 204065456-015 | (24.82) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 213540257-005 | (66.50) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 204259421-013 | (247.76) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 214839170-002 | (1,158.31) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 213540257-006 | (66.50) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 204259421-014 | (247.76) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 214839170-003 | (459.03) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 214839170-004 | (651.01) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 214839170-005 | 64.35 |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 214839170-006 | 64.35 |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 214839170-007 | 64.35 |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 204259421-015 | (247.76) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 214839170-008 | (586.66) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 204259421-016 | (247.76) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 214839170-009 | (586.66) |
| 21.128 - Atlantic Ave Widening-Raleigh | 8/29/2023 | J Smith Civil 3032 | 19326 | S | United Rentals (North America), Inc. | 204259421-017 | (247.76) |
| 21.128 - Atlantic Ave Widening-Raleigh | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (3,562.04) |
| 21.128 - Atlantic Ave Widening-Raleigh | 4/27/2023 | Westfield Direct Receipts & Pmts | 2576206 | | LMJ Pavement Marking, LLC | | (28,988.55) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (7,254.80) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/5/2023 | J Smith Civil 3032 | wire | S | Cruz Brothers Concrete, Inc | Inv #14019 | (8,474.56) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/5/2023 | J Smith Civil 3032 | wire | S | Cruz Brothers Concrete, Inc | Inv #14020 | (4,897.01) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/5/2023 | J Smith Civil 3032 | wire | S | Cruz Brothers Concrete, Inc | Inv #14021 | (3,182.03) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/5/2023 | J Smith Civil 3032 | wire | S | Cruz Brothers Concrete, Inc | Inv #14043 | (50,962.56) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (4,108.86) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | (21,091.48) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (2,575.24) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (17,289.04) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (11,749.57) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (12,457.58) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/30/2023 | J Smith Civil 3032 | 19054 | S | LMJ Pavement Marking, LLC | Invoice 1899 | (8,886.77) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/30/2023 | J Smith Civil 3032 | 19054 | S | LMJ Pavement Marking, LLC | Invoice 1939 | (8,152.42) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/31/2023 | J Smith Civil 3032 | 19061 | S | Ferguson Waterworks | Inv #2147043 | (335.96) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/31/2023 | J Smith Civil 3032 | 19061 | S | Ferguson Waterworks | Inv #2152170 | (108.43) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/31/2023 | J Smith Civil 3032 | 19061 | S | Ferguson Waterworks | Inv #2154409 | (544.94) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/31/2023 | J Smith Civil 3032 | 19061 | S | Ferguson Waterworks | Inv #2158089 | (128.09) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/31/2023 | J Smith Civil 3032 | 19061 | S | Ferguson Waterworks | Inv #2158765 | (559.65) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/31/2023 | J Smith Civil 3032 | 19061 | S | Ferguson Waterworks | Inv #2159918 | (202.69) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/31/2023 | J Smith Civil 3032 | 19061 | S | Ferguson Waterworks | Inv #2160147 | (215.26) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | (3,874.94) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/2/2023 | J Smith Civil 3032 | 19075 | S | ALS Of North Carolina, LLC | Inv #0228C23 | (15,004.30) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/6/2023 | J Smith Civil 3032 | 19081 | S | Martin Marietta Materials | 38243782 | (225.75) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/6/2023 | J Smith Civil 3032 | 19081 | S | Martin Marietta Materials | 38332538 | (183.24) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/6/2023 | J Smith Civil 3032 | 19090 | S | Advance Concrete LLC | Inv #807926 - retainage | (240.21) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/7/2023 | J Smith Civil 3032 | 19100 | S | Stay Alert Safety Services, LLC | Inv #121896 | (16,253.93) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | (3,525.02) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19105 | S | Cruz Brothers Concrete, Inc | Pay App #7 thru 3/31/23 | (32,624.53) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10597 | (1,257.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10608 | (13,035.75) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10628 | (11,372.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10651 | (6,942.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10663 | (4,301.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10673 | (13,629.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10700 | (1,189.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10701 | (25,357.50) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10723 | (17,243.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10750 | (2,516.50) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10773 | (2,400.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10803 | (2,004.50) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/8/2023 | J Smith Civil 3032 | 19108 | S | Tom Cat Trucking, Inc. | 10834 | (2,673.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/9/2023 | J Smith Civil 3032 | 19114 | S | Carolina Containers & Transport | 50238 | (86.47) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/9/2023 | J Smith Civil 3032 | 19114 | S | Carolina Containers & Transport | 51630 | (86.47) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/9/2023 | J Smith Civil 3032 | 19114 | S | Carolina Containers & Transport | 53642 | (2,091.38) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (8,665.74) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/16/2023 | J Smith Civil 3032 | 19131 | S | Metalcrafters Of Wayne County, Inc. | Inv #1000000576 | (11,271.75) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (7,270.45) |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.132 - Montlieu Ave Roadway & Utility | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (2,394.58) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/23/2023 | J Smith Civil 3032 | 19143 | | Atlantic Contracting Company, Inc | Inv #3534 | (23,450.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/23/2023 | J Smith Civil 3032 | 19145 | | Delta Contracting, Inc. | Final Settlement - Case No. 23 CVS 4657 | (47,707.87) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/26/2023 | J Smith Civil 3032 | 19157 | S | GFL Environmental | Inv #0061532445 | (454.57) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/26/2023 | J Smith Civil 3032 | 19157 | S | GFL Environmental | Inv #0061410847 | (93.50) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/28/2023 | J Smith Civil 3032 | 19166 | | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (870.26) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (1,768.45) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/29/2023 | J Smith Civil 3032 | 19172 | S | APAC Atlantic, Inc. | 628205-01 | (33,321.53) |
| 21.132 - Montlieu Ave Roadway & Utility | 6/29/2023 | J Smith Civil 3032 | 19172 | S | APAC Atlantic, Inc. | 628205-02 | (36,306.53) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (982.83) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/10/2023 | J Smith Civil 3032 | 19189 | S | WEX Bank | Account #0496-00-743624-9 | (960.82) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/10/2023 | J Smith Civil 3032 | 19197 | S | A-1 Sandrock, Inc. | Inv #44476 | (666.08) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/10/2023 | J Smith Civil 3032 | 19197 | S | A-1 Sandrock, Inc. | Inv #44866 | (2,156.25) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 6/25/23 | (522.56) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | - |
| 21.132 - Montlieu Ave Roadway & Utility | 7/18/2023 | J Smith Civil 3032 | 19205 | | G.W. Underwood Paving & Grading, Inc. | Invoice 5706, 5/8/23 | (4,000.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/18/2023 | J Smith Civil 3032 | 19207 | | Brandon's Excavating & Landscaping | 5/23/23 Invoice | (200.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/19/2023 | J Smith Civil 3032 | 19220 | S | Adams Products Company by and through its attorneys Thar | Invoice 302736939 | (324.16) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/19/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/16/23 | (1,410.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/24/2023 | J Smith Civil 3032 | 19229 | S | Core & Main, LP | S333748 | (678.78) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/24/2023 | J Smith Civil 3032 | 19229 | S | Core & Main, LP | S374029 | (936.62) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/24/2023 | J Smith Civil 3032 | 19229 | S | Core & Main, LP | S401511 | (250.41) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/24/2023 | J Smith Civil 3032 | 19236 | S | GFL Environmental | Inv #0060846190 | (254.30) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/24/2023 | J Smith Civil 3032 | 19236 | S | GFL Environmental | Inv #0060901490 | (701.96) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/24/2023 | J Smith Civil 3032 | 19236 | S | GFL Environmental | Inv #0061821670 | (26.82) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.132 - Montlieu Ave Roadway & Utility | 7/26/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/23/23 | (1,409.98) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/28/2023 | J Smith Civil 3032 | 19258 | | JRT Asphalt LLC | Inv #0000090 | (14,077.48) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/31/2023 | J Smith Civil 3032 | 19268 | S | James River Equipment | P29429 | (150.93) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/31/2023 | J Smith Civil 3032 | 19268 | S | James River Equipment | P50926 | (196.84) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/31/2023 | J Smith Civil 3032 | 19268 | S | James River Equipment | P23055 | (736.48) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/31/2023 | J Smith Civil 3032 | 19268 | S | James River Equipment | P14912 | (197.27) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/31/2023 | J Smith Civil 3032 | 19268 | S | James River Equipment | P14925 | (83.76) |
| 21.132 - Montlieu Ave Roadway & Utility | 7/31/2023 | J Smith Civil 3032 | 19268 | S | James River Equipment | P14926 | (2.32) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/2/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/30/23 | (705.00) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/9/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/6/23 | (705.05) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/9/2023 | J Smith Civil 3032 | 19283 | | Paveway Systems, Inc. | Pay app #1 thru 5/31/23 | (132,608.05) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/10/2023 | J Smith Civil 3032 | 19287 | | GFL Environmental | Inv #0060481858 | (93.50) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/11/2023 | J Smith Civil 3032 | 19291 | | Precast Solutions | Inv #14201 | (1,622.60) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/15/2023 | J Smith Civil 3032 | 19305 | | RoadSafe Traffic Systems, Inc. | Inv #167365 | (2,037.76) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/16/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/13/23 | (705.03) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/22/2023 | J Smith Civil 3032 | 19306 | S | Cruz Brothers Concrete, Inc | Inv #14122 | (5,716.71) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/22/2023 | J Smith Civil 3032 | 19306 | S | Cruz Brothers Concrete, Inc | Inv #14123 | (1,923.75) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 21.132 - Montlieu Ave Roadway & Utility | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | - |
| 21.132 - Montlieu Ave Roadway & Utility | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (297.01) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/23/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/20/23 | (1,409.98) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19321 | | APAC Atlantic, Inc. | Invoice 628205-003 | (190,147.98) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19325 | S | United Rentals (North America), Inc. | 210017558-005 | (9,847.69) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19325 | S | United Rentals (North America), Inc. | 214716542-001 | (2,679.35) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19325 | S | United Rentals (North America), Inc. | 211500991-004 | (2,428.14) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19325 | S | United Rentals (North America), Inc. | 210017558-006 | (9,847.69) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19325 | S | United Rentals (North America), Inc. | 211500991-005 | (2,428.14) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19325 | S | United Rentals (North America), Inc. | 215903529-001 | (2,275.70) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19325 | S | United Rentals (North America), Inc. | 216502464-001 | (1,107.69) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19325 | S | United Rentals (North America), Inc. | 211500991-006 | (2,428.14) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19325 | S | United Rentals (North America), Inc. | 215903529-002 | (2,275.70) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/29/2023 | J Smith Civil 3032 | 19325 | S | United Rentals (North America), Inc. | 211500991-007 | (2,428.14) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/30/2023 | J Smith Civil 3032 | 19329 | S | 64 Portables, Inc. | Inv #62836 | (106.75) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/30/2023 | J Smith Civil 3032 | 19329 | S | 64 Portables, Inc. | Inv #63132 | (213.50) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/30/2023 | J Smith Civil 3032 | 19329 | S | 64 Portables, Inc. | Inv #63411 | (106.75) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/30/2023 | J Smith Civil 3032 | 19329 | S | 64 Portables, Inc. | Inv #63726 | (213.50) |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 21.132 - Montlieu Ave Roadway & Utility | 8/30/2023 | J Smith Civil 3032 | 19329 | S | 64 Portables, Inc. | Inv #64007 | (106.75) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/30/2023 | J Smith Civil 3032 | 19329 | S | 64 Portables, Inc. | Inv #64315 | (213.50) |
| 21.132 - Montlieu Ave Roadway & Utility | 8/30/2023 | J Smith Civil 3032 | 19329 | S | 64 Portables, Inc. | Inv #64618 | (106.75) |
| 21.132 - Montlieu Ave Roadway & Utility | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | - |
| 21.132 - Montlieu Ave Roadway & Utility | 9/14/2023 | J Smith Civil 3032 | 19338 | S | White Cap, L.P. | Invoice 10017602564 | (336.20) |
| 21.132 - Montlieu Ave Roadway & Utility | 9/14/2023 | J Smith Civil 3032 | 19338 | S | White Cap, L.P. | Invoice 10017627441 | (1,225.90) |
| 21.132 - Montlieu Ave Roadway & Utility | 9/14/2023 | J Smith Civil 3032 | 19338 | S | White Cap, L.P. | Invoice 10017639740 | (1,030.64) |
| 21.132 - Montlieu Ave Roadway & Utility | 4/18/2023 | Westfield Direct Receipts & Pmts | 2576178 | | Thompson-Arthur Paving & Construction | | (79,073.55) |
| 21.132 - Montlieu Ave Roadway & Utility | 4/27/2023 | Westfield Direct Receipts & Pmts | 2576197 | | Thompson-Arthur Paving & Construction | | (24,624.64) |
| 21.132 - Montlieu Ave Roadway & Utility | 4/28/2023 | Westfield Direct Receipts & Pmts | 2576209 | | Blue Stream Environmental | | (10,402.50) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/1/2023 | Westfield Direct Receipts & Pmts | 2576227 | | GFL Environmental | | (1,072.53) |
| 21.132 - Montlieu Ave Roadway & Utility | 5/3/2023 | Westfield Direct Receipts & Pmts | 2576236 | | LMJ Pavement Marking, LLC | | (11,386.78) |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #607692 | (1,071.03) |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #610991 | (4,596.52) |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #611852 | (720.56) |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #611976 | (1,382.95) |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #613228 | (781.11) |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #613691 | (3,893.86) |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #616928 | (3,709.43) |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #617829 | (2,296.73) |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (67,535.61) |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | DEP | S | Couch Oil Company, Inc | Inv #607692 | 1,071.03 |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | DEP | S | Couch Oil Company, Inc | Inv #610991 | 4,596.52 |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | DEP | S | Couch Oil Company, Inc | Inv #611852 | 720.56 |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | DEP | S | Couch Oil Company, Inc | Inv #611976 | 1,382.95 |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | DEP | S | Couch Oil Company, Inc | Inv #613228 | 781.11 |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | DEP | S | Couch Oil Company, Inc | Inv #613691 | 3,893.86 |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | DEP | S | Couch Oil Company, Inc | Inv #616928 | 3,709.43 |
| 22.102 - UPS Mebane - Samet | 5/3/2023 | J Smith Civil 3032 | DEP | S | Couch Oil Company, Inc | Inv #617829 | 2,296.73 |
| 22.102 - UPS Mebane - Samet | 5/4/2023 | J Smith Civil 3032 | 19001 | S | Highland Tank, LLC | Inv #300468 | (8,738.59) |
| 22.102 - UPS Mebane - Samet | 5/4/2023 | J Smith Civil 3032 | 19001 | S | Highland Tank, LLC | Inv #300623 | (1,079.69) |
| 22.102 - UPS Mebane - Samet | 5/4/2023 | J Smith Civil 3032 | 19002 | | Ruston Paving Company, Inc. | JB App #22, Inv #39231 | (13,089.60) |
| 22.102 - UPS Mebane - Samet | 5/5/2023 | J Smith Civil 3032 | wire | | Razorback Boring, Inc. | Inv #513-02 | (118,293.09) |
| 22.102 - UPS Mebane - Samet | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (20,544.26) |
| 22.102 - UPS Mebane - Samet | 5/9/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #607692 | (1,071.03) |
| 22.102 - UPS Mebane - Samet | 5/9/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #610991 | (4,596.52) |
| 22.102 - UPS Mebane - Samet | 5/9/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #611852 | (720.56) |
| 22.102 - UPS Mebane - Samet | 5/9/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #611976 | (1,382.95) |
| 22.102 - UPS Mebane - Samet | 5/9/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #613228 | (781.11) |
| 22.102 - UPS Mebane - Samet | 5/9/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #613691 | (3,893.86) |
| 22.102 - UPS Mebane - Samet | 5/9/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #616928 | (3,709.43) |
| 22.102 - UPS Mebane - Samet | 5/9/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #617829 | (2,296.73) |
| 22.102 - UPS Mebane - Samet | 5/9/2023 | J Smith Civil 3032 | 19012 | S | B&K Grading And Paving, LLC | Inv #92209 | (191,199.38) |
| 22.102 - UPS Mebane - Samet | 5/9/2023 | J Smith Civil 3032 | 19012 | S | B&K Grading And Paving, LLC | Inv #92375 | (70,247.70) |
| 22.102 - UPS Mebane - Samet | 5/11/2023 | J Smith Civil 3032 | 19014 | | Capital City Curb And Gutter | Inv #16757 | (4,725.18) |
| 22.102 - UPS Mebane - Samet | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | (64,064.73) |
| 22.102 - UPS Mebane - Samet | 5/12/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #621859 | (2,855.41) |
| 22.102 - UPS Mebane - Samet | 5/12/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #625176 | (3,708.65) |
| 22.102 - UPS Mebane - Samet | 5/12/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #626510 | (2,412.56) |
| 22.102 - UPS Mebane - Samet | 5/12/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #627996 | (2,563.85) |
| 22.102 - UPS Mebane - Samet | 5/12/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #631096 | (3,658.65) |
| 22.102 - UPS Mebane - Samet | 5/12/2023 | J Smith Civil 3032 | wire | | Ruston Paving Company, Inc. | JB App #24, Inv #39340 | (54,818.96) |
| 22.102 - UPS Mebane - Samet | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (17,096.47) |
| 22.102 - UPS Mebane - Samet | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (88,977.17) |
| 22.102 - UPS Mebane - Samet | 5/18/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | JSC203 | (24,384.64) |
| 22.102 - UPS Mebane - Samet | 5/18/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | JSC210 | (16,549.85) |
| 22.102 - UPS Mebane - Samet | 5/18/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | JSC303 | (14,154.96) |
| 22.102 - UPS Mebane - Samet | 5/19/2023 | J Smith Civil 3032 | wire | | Ruston Paving Company, Inc. | JB App #25, Inv #39368 | (46,743.97) |
| 22.102 - UPS Mebane - Samet | 5/19/2023 | J Smith Civil 3032 | 19027 | S | United Rentals (North America), Inc. | 209239900-006 | (4,206.15) |
| 22.102 - UPS Mebane - Samet | 5/19/2023 | J Smith Civil 3032 | 19027 | S | United Rentals (North America), Inc. | 209239900-007 | (4,206.15) |
| 22.102 - UPS Mebane - Samet | 5/19/2023 | J Smith Civil 3032 | 19027 | S | United Rentals (North America), Inc. | 209239900-008 | (4,206.15) |
| 22.102 - UPS Mebane - Samet | 5/19/2023 | J Smith Civil 3032 | 19027 | S | United Rentals (North America), Inc. | 209239900-009 | (4,206.15) |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 22.102 - UPS Mebane - Samet | 5/19/2023 | J Smith Civil 3032 | 19027 | S | United Rentals (North America), Inc. | 209239900-010 | (4,206.15) |
| 22.102 - UPS Mebane - Samet | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (29,651.62) |
| 22.102 - UPS Mebane - Samet | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (62,961.46) |
| 22.102 - UPS Mebane - Samet | 5/26/2023 | J Smith Civil 3032 | wire | S | Ruston Paving Company, Inc. | JB App #16, Inv #39166 | (98,132.21) |
| 22.102 - UPS Mebane - Samet | 5/26/2023 | J Smith Civil 3032 | wire | S | Ruston Paving Company, Inc. | JB App #26, Inv #39412 | (40,186.57) |
| 22.102 - UPS Mebane - Samet | 5/31/2023 | J Smith Civil 3032 | 19055 | S | Chandler Concrete Co, Inc. | Inv #202708 | (8,545.34) |
| 22.102 - UPS Mebane - Samet | 5/31/2023 | J Smith Civil 3032 | 19055 | S | Chandler Concrete Co, Inc. | Inv #203099 | (1,051.49) |
| 22.102 - UPS Mebane - Samet | 5/31/2023 | J Smith Civil 3032 | 19055 | S | Chandler Concrete Co, Inc. | Inv #203676 | (5,127.20) |
| 22.102 - UPS Mebane - Samet | 5/31/2023 | J Smith Civil 3032 | 19055 | S | Chandler Concrete Co, Inc. | Inv #204809 | (887.09) |
| 22.102 - UPS Mebane - Samet | 5/31/2023 | J Smith Civil 3032 | 19055 | S | Chandler Concrete Co, Inc. | Inv #209302 | (2,586.55) |
| 22.102 - UPS Mebane - Samet | 5/31/2023 | J Smith Civil 3032 | 19055 | S | Chandler Concrete Co, Inc. | Inv #214817 | (1,041.88) |
| 22.102 - UPS Mebane - Samet | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | (55,758.49) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | 19077 | S | Martin Marietta Materials | 38101963 | (2,800.98) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | 19077 | S | Martin Marietta Materials | 38145717 | (628.43) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | 19077 | S | Martin Marietta Materials | 38221014 | (920.16) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | 19077 | S | Martin Marietta Materials | 38244034 | (638.00) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | 19077 | S | Martin Marietta Materials | 38306080 | (634.17) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | 19077 | S | Martin Marietta Materials | 38332879 | (409.65) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | 19077 | S | Martin Marietta Materials | 38541526 | (3,097.09) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | 19077 | S | Martin Marietta Materials | 38848563 | (1,193.12) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | 19077 | S | Martin Marietta Materials | 38941378 | (905.36) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #633884 | (2,490.06) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #636691 | (2,919.68) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #637553 | (1,111.91) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #638006 | (3,246.63) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #639252 | (2,212.06) |
| 22.102 - UPS Mebane - Samet | 6/6/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #640458 | (1,929.83) |
| 22.102 - UPS Mebane - Samet | 6/7/2023 | J Smith Civil 3032 | 19099 | S | Secure Traffic Control Inc. | 1124 | (3,675.00) |
| 22.102 - UPS Mebane - Samet | 6/7/2023 | J Smith Civil 3032 | 19099 | S | Secure Traffic Control Inc. | 1170 | (25,725.00) |
| 22.102 - UPS Mebane - Samet | 6/7/2023 | J Smith Civil 3032 | 19099 | S | Secure Traffic Control Inc. | 1186 | (2,502.50) |
| 22.102 - UPS Mebane - Samet | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | (38,647.55) |
| 22.102 - UPS Mebane - Samet | 6/9/2023 | J Smith Civil 3032 | wire | S | Ruston Paving Company, Inc. | JB App #28, Inv #39519 | (36,345.85) |
| 22.102 - UPS Mebane - Samet | 6/9/2023 | J Smith Civil 3032 | 19110 | S | Ferguson Waterworks | Inv #2184179 | (446.34) |
| 22.102 - UPS Mebane - Samet | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (45,210.19) |
| 22.102 - UPS Mebane - Samet | 6/15/2023 | J Smith Civil 3032 | 19129 | S | Ferguson Waterworks | Inv #2186644 | (1,467.58) |
| 22.102 - UPS Mebane - Samet | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (29,321.66) |
| 22.102 - UPS Mebane - Samet | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (51,422.89) |
| 22.102 - UPS Mebane - Samet | 6/23/2023 | J Smith Civil 3032 | 19140 | S | East Coast Drilling & Blasting | Inv #114306 | (23,829.20) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 329315 | (501.73) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 329581 | (2,707.18) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 331577 | (1,494.50) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 332517 | (1,242.57) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 332518 | (986.37) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 333015 | (3,090.41) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 333214 | (4,094.40) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 333246 | (2,076.29) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 333518 | (2,485.14) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 334425 | (3,795.50) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 335262 | (2,622.85) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 335337 | (1,239.63) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 335081 | (904.17) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 336273 | (1,335.44) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 337465 | (2,693.30) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 337603 | (2,238.55) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 339507 | (234.85) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 340937 | (418.98) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19163 | S | Colony Hardware Corporation Dba Jarco Supply | 342303 | (180.94) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (21,545.54) |
| 22.102 - UPS Mebane - Samet | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (29,471.77) |
| 22.102 - UPS Mebane - Samet | 6/29/2023 | J Smith Civil 3032 | 19170 | S | Digiacomo Land Surveying, PLLC | DLS042523 | (1,000.00) |
| 22.102 - UPS Mebane - Samet | 6/29/2023 | J Smith Civil 3032 | 19170 | S | Digiacomo Land Surveying, PLLC | DLS051223 | (1,500.00) |
| 22.102 - UPS Mebane - Samet | 6/29/2023 | J Smith Civil 3032 | 19170 | S | Digiacomo Land Surveying, PLLC | DLS060623 | (2,600.00) |

| Exhibit 2-2 to SOFA |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---------|------|---------|-----|---|-------------|------|--------|
| 22.102 - UPS Mebane - Samet | 6/29/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #651970 | (4,944.97) |
| 22.102 - UPS Mebane - Samet | 6/29/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #648671 | (2,688.67) |
| 22.102 - UPS Mebane - Samet | 6/29/2023 | J Smith Civil 3032 | wire | S | Couch Oil Company, Inc | Inv #644953 | (5,705.80) |
| 22.102 - UPS Mebane - Samet | 6/30/2023 | J Smith Civil 3032 | wire | S | Ruston Paving Company, Inc. | JB App #23, Inv #39234 | (124,439.76) |
| 22.102 - UPS Mebane - Samet | 6/30/2023 | J Smith Civil 3032 | wire | S | Ruston Paving Company, Inc. | JB App #29, Inv #39608 | (21,532.14) |
| 22.102 - UPS Mebane - Samet | 7/5/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | CO2 | (8,800.00) |
| 22.102 - UPS Mebane - Samet | 7/5/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | CO3 | (12,665.52) |
| 22.102 - UPS Mebane - Samet | 7/5/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | CO5 | (2,400.00) |
| 22.102 - UPS Mebane - Samet | 7/6/2023 | J Smith Civil 3032 | wire | | Copperhead Cove Marine, Inc | Inv #JSC601 | (60,013.55) |
| 22.102 - UPS Mebane - Samet | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (33,773.24) |
| 22.102 - UPS Mebane - Samet | 7/10/2023 | J Smith Civil 3032 | 19187 | S | Capital City Curb & Gutter, LLC | Invoice 16857 | (10,768.14) |
| 22.102 - UPS Mebane - Samet | 7/10/2023 | J Smith Civil 3032 | 19187 | S | Capital City Curb & Gutter, LLC | Invoice 17056 | (25,614.45) |
| 22.102 - UPS Mebane - Samet | 7/10/2023 | J Smith Civil 3032 | 19187 | S | Capital City Curb & Gutter, LLC | Invoice 17217 | (40,722.66) |
| 22.102 - UPS Mebane - Samet | 7/10/2023 | J Smith Civil 3032 | 19189 | S | WEX Bank | Account #0496-00-743624-9 | (13,543.32) |
| 22.102 - UPS Mebane - Samet | 7/10/2023 | J Smith Civil 3032 | 19192 | | Couch Oil Company of Durham, Inc | Inv #660106 | (2,998.61) |
| 22.102 - UPS Mebane - Samet | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (23,164.35) |
| 22.102 - UPS Mebane - Samet | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | (21,285.98) |
| 22.102 - UPS Mebane - Samet | 7/13/2023 | J Smith Civil 3032 | 19203 | S | B&K Grading And Paving, LLC | Inv #92626 | (165,204.81) |
| 22.102 - UPS Mebane - Samet | 7/13/2023 | J Smith Civil 3032 | 19203 | S | B&K Grading And Paving, LLC | Inv #92786 | (36,987.52) |
| 22.102 - UPS Mebane - Samet | 7/18/2023 | J Smith Civil 3032 | wire | | Ruston Paving Company, Inc. | JB App #30, Inv #39696 | (34,581.42) |
| 22.102 - UPS Mebane - Samet | 7/18/2023 | J Smith Civil 3032 | 19206 | | Digiacomo Land Surveying PLLC | Invoice DLS062023, 6/20/23 | (16,900.00) |
| 22.102 - UPS Mebane - Samet | 7/19/2023 | J Smith Civil 3032 | 19220 | S | Adams Products Company by and through its attorneys Thar | Invoice 302705644 | (4,021.06) |
| 22.102 - UPS Mebane - Samet | 7/19/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/16/23 | (16,854.94) |
| 22.102 - UPS Mebane - Samet | 7/20/2023 | J Smith Civil 3032 | wire | | Ruston Paving Company, Inc. | JB App #27, Inv #39417 | (93,317.40) |
| 22.102 - UPS Mebane - Samet | 7/21/2023 | J Smith Civil 3032 | 19223 | S | Ferguson Waterworks | Inv #2144056 | (27,829.50) |
| 22.102 - UPS Mebane - Samet | 7/21/2023 | J Smith Civil 3032 | 19223 | S | Ferguson Waterworks | Inv #2136429-1 | (775.09) |
| 22.102 - UPS Mebane - Samet | 7/21/2023 | J Smith Civil 3032 | 19223 | S | Ferguson Waterworks | Inv #2145975 | (933.04) |
| 22.102 - UPS Mebane - Samet | 7/21/2023 | J Smith Civil 3032 | 19223 | S | Ferguson Waterworks | Inv #2146709 | (6,564.45) |
| 22.102 - UPS Mebane - Samet | 7/21/2023 | J Smith Civil 3032 | 19223 | S | Ferguson Waterworks | Inv #CM207751 | 4,798.41 |
| 22.102 - UPS Mebane - Samet | 7/21/2023 | J Smith Civil 3032 | 19223 | S | Ferguson Waterworks | Inv #2150885 | (1,904.63) |
| 22.102 - UPS Mebane - Samet | 7/21/2023 | J Smith Civil 3032 | 19223 | S | Ferguson Waterworks | Inv #2150715 | (3,829.00) |
| 22.102 - UPS Mebane - Samet | 7/21/2023 | J Smith Civil 3032 | 19223 | S | Ferguson Waterworks | Inv #2151955 | (4,353.73) |
| 22.102 - UPS Mebane - Samet | 7/24/2023 | J Smith Civil 3032 | 19242 | S | Eddie Morton, LLC | Inv #7091 | (450.00) |
| 22.102 - UPS Mebane - Samet | 7/24/2023 | J Smith Civil 3032 | 19242 | S | Eddie Morton, LLC | Inv #7113 | (510.00) |
| 22.102 - UPS Mebane - Samet | 7/25/2023 | J Smith Civil 3032 | wire | | Ruston Paving Co. Inc. | JB App #30, Inv #39696 | (32,623.56) |
| 22.102 - UPS Mebane - Samet | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (23,399.21) |
| 22.102 - UPS Mebane - Samet | 7/26/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/23/23 | (14,213.03) |
| 22.102 - UPS Mebane - Samet | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2185092 | (6,472.51) |
| 22.102 - UPS Mebane - Samet | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2187904 | (7,384.58) |
| 22.102 - UPS Mebane - Samet | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2184648 | (36,723.61) |
| 22.102 - UPS Mebane - Samet | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2186507 | (4,532.18) |
| 22.102 - UPS Mebane - Samet | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2184648-1 | (6,575.95) |
| 22.102 - UPS Mebane - Samet | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2184070 | (11,968.33) |
| 22.102 - UPS Mebane - Samet | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2192064 | (1,342.84) |
| 22.102 - UPS Mebane - Samet | 7/28/2023 | J Smith Civil 3032 | wire | | Ferguson Waterworks | Full & Final - JSmith Civil Acct | (79,260.17) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19259 | S | B&K Grading And Paving, LLC | Inv #93278 | (62,415.00) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19259 | S | B&K Grading And Paving, LLC | Inv #93283 | (14,459.48) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19269 | S | James River Equipment | P46529 | (153.12) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19269 | S | James River Equipment | P30432 | (434.96) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19269 | S | James River Equipment | P34203 | (177.93) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19269 | S | James River Equipment | P34204 | 102.41 |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19269 | S | James River Equipment | P50981 | (294.91) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19269 | S | James River Equipment | P53552 | (299.72) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19269 | S | James River Equipment | P36992 | (51.06) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19269 | S | James River Equipment | P53929 | (1,241.42) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19269 | S | James River Equipment | P21544 | (1,349.56) |
| 22.102 - UPS Mebane - Samet | 7/31/2023 | J Smith Civil 3032 | 19269 | S | James River Equipment | P41574 | (827.22) |
| 22.102 - UPS Mebane - Samet | 8/2/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/30/23 | (14,355.30) |
| 22.102 - UPS Mebane - Samet | 8/3/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSER721 | (8,000.00) |
| 22.102 - UPS Mebane - Samet | 8/3/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSS714 | (9,440.19) |
| 22.102 - UPS Mebane - Samet | 8/3/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSS707 | (1,391.40) |
| 22.102 - UPS Mebane - Samet | 8/3/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSS721 | (7,160.49) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 22.102 - UPS Mebane - Samet | 8/3/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSER728 | (6,400.00) |
| 22.102 - UPS Mebane - Samet | 8/3/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSS728 | (9,440.19) |
| 22.102 - UPS Mebane - Samet | 8/3/2023 | J Smith Civil 3032 | 19276 | | Baxter Protective Coatings, LLC | Pay app #1 through 6/25/23 | (64,492.50) |
| 22.102 - UPS Mebane - Samet | 8/9/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/6/23 | (13,444.48) |
| 22.102 - UPS Mebane - Samet | 8/11/2023 | J Smith Civil 3032 | 19293 | | Digiacomo Land Surveying PLLC | Invoice DLS071323 | (3,435.00) |
| 22.102 - UPS Mebane - Samet | 8/11/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSER804 | (2,200.00) |
| 22.102 - UPS Mebane - Samet | 8/11/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSS804 | (8,996.50) |
| 22.102 - UPS Mebane - Samet | 8/15/2023 | J Smith Civil 3032 | 19301 | | Capital City Curb And Gutter | Inv #17518, 7/25/23 | (27,165.60) |
| 22.102 - UPS Mebane - Samet | 8/15/2023 | J Smith Civil 3032 | 19304 | | Couch Oil Company of Durham, Inc | Inv #674486 | (1,606.05) |
| 22.102 - UPS Mebane - Samet | 8/16/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/13/23 | (1,710.19) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19307 | S | B&K Grading And Paving, LLC | Inv #93683 | (298,662.00) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19307 | S | B&K Grading And Paving, LLC | Inv #94456 | (434,812.08) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19310 | | Digiacomo Land Surveying PLLC | Invoice DLS081523, 8/15/23 | (1,435.00) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSER811 | (9,600.00) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSS811 | (4,297.47) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSS812 | (5,779.75) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19313 | S | Fortiline, Inc. | 5705562 | (19,059.37) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19313 | S | Fortiline, Inc. | 6021802 | (418.52) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19313 | S | Fortiline, Inc. | 6028901 | (1,710.99) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19313 | S | Fortiline, Inc. | 5685539 | (5,932.73) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19314 | S | Bullington Construction, Inc. | Inv #151732 | (23,265.50) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19314 | S | Bullington Construction, Inc. | Inv #152101 | (33,543.91) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (27,893.12) |
| 22.102 - UPS Mebane - Samet | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (16,131.97) |
| 22.102 - UPS Mebane - Samet | 8/23/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/20/23 | (1,733.28) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSER818 | (11,800.00) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSER825 | (12,200.00) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSS818 | (15,997.14) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | WSS825 | (13,307.14) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | JSC604 | (64,536.26) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | wire | S | Copperhead Cove Marine, Inc | JSC606 | (50,770.76) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | 19318 | S | Baxter Protective Coatings, LLC | Pay app #2 Bridge Pipe thru 8/24/23 | (64,492.50) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | 19318 | S | Baxter Protective Coatings, LLC | Pay app #1 Site Work thru 8/20/23 | (72,800.00) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | 19318 | S | Baxter Protective Coatings, LLC | Pay app #1 Utility Work thru 8/20/23 | (49,375.00) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | 19320 | | Lake County Sewer Co, Inc. | Inv #15728 | (43,384.00) |
| 22.102 - UPS Mebane - Samet | 8/29/2023 | J Smith Civil 3032 | 19322 | | LMJ Pavement Marking, LLC | Invoice 2101, pay app 1 thru 7/31/23 | (44,965.22) |
| 22.102 - UPS Mebane - Samet | 8/30/2023 | J Smith Civil 3032 | wire | | Ferguson Enterprises | Westfield account | (36,217.98) |
| 22.102 - UPS Mebane - Samet | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (23,921.80) |
| 22.102 - UPS Mebane - Samet | 9/14/2023 | J Smith Civil 3032 | 19337 | | LMJ Pavement Marking LLC | Pay app #2 less retainage | (75,273.43) |
| 22.102 - UPS Mebane - Samet | 9/14/2023 | J Smith Civil 3032 | 19341 | S | Couch Oil Company of Durham, Inc | Inv #682529 | (1,494.07) |
| 22.102 - UPS Mebane - Samet | 9/14/2023 | J Smith Civil 3032 | 19341 | S | Couch Oil Company of Durham, Inc | Inv #686959 | (1,846.24) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19343 | S | C3 Builders And Tom Cat Trucking, Inc. | Tom Cat Inv #11292 | (3,632.50) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19343 | S | C3 Builders And Tom Cat Trucking, Inc. | Tom Cat Inv #11307 | (8,692.50) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19343 | S | C3 Builders And Tom Cat Trucking, Inc. | Tom Cat Inv #11361 | (210.00) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19343 | S | C3 Builders And Tom Cat Trucking, Inc. | Tom Cat Inv #11514 | (467.50) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19344 | S | C3 Builders And Bird Dog Traffic Control, LLC | Bird Dog Inv #292765 | (600.00) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19344 | S | C3 Builders And Bird Dog Traffic Control, LLC | Bird Dog Inv #292766 | (5,228.00) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19344 | S | C3 Builders And Bird Dog Traffic Control, LLC | Bird Dog Inv #292783 | (3,164.00) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19344 | S | C3 Builders And Bird Dog Traffic Control, LLC | Bird Dog Inv #292792 | (3,164.00) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19344 | S | C3 Builders And Bird Dog Traffic Control, LLC | Bird Dog Inv #292799 | (2,736.00) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19344 | S | C3 Builders And Bird Dog Traffic Control, LLC | Bird Dog Inv #292806 | (3,726.50) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19344 | S | C3 Builders And Bird Dog Traffic Control, LLC | Bird Dog Inv #292834 | (8,890.50) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19344 | S | C3 Builders And Bird Dog Traffic Control, LLC | Bird Dog Inv #292884 | (2,577.00) |
| 22.102 - UPS Mebane - Samet | 9/18/2023 | J Smith Civil 3032 | 19344 | S | C3 Builders And Bird Dog Traffic Control, LLC | Bird Dog Inv #292897 | (1,986.00) |
| 22.102 - UPS Mebane - Samet | 4/19/2023 | Westfield Direct Receipts & Pmts | 2576182 | | Digiacomo Land Surveying PLLC | | (22,384.00) |
| 22.102 - UPS Mebane - Samet | 4/20/2023 | Westfield Direct Receipts & Pmts | 2576185 | | Ruston Paving Company, Inc. | | (377,058.20) |
| 22.102 - UPS Mebane - Samet | 4/25/2023 | Westfield Direct Receipts & Pmts | 2576191 | | Capital City Curb & Gutter, LLC | | (19,105.25) |
| 22.102 - UPS Mebane - Samet | 4/25/2023 | Westfield Direct Receipts & Pmts | 2576195 | | Ruston Paving Company, Inc. | JB App #12, Inv #39077 | (204,720.93) |
| 22.102 - UPS Mebane - Samet | 4/27/2023 | Westfield Direct Receipts & Pmts | 2576201 | | Fortiline Waterworks | | (32,351.94) |
| 22.104 - NCDOT Brunswick County | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (5,858.58) |
| 22.104 - NCDOT Brunswick County | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (4,108.86) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 22.104 - NCDOT Brunswick County | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | (4,533.71) |
| 22.104 - NCDOT Brunswick County | 5/15/2023 | J Smith Civil 3032 | 19019 | | Colonial Oil Industries, Inc. | Inv # IN-913265 / Acct ID 1323646 | (2,916.89) |
| 22.104 - NCDOT Brunswick County | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (3,733.36) |
| 22.104 - NCDOT Brunswick County | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (764.19) |
| 22.104 - NCDOT Brunswick County | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (5,881.24) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19034 | S | Joseph Beaman | Invoice JSC 0010, 4/11/23 | (1,790.00) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19034 | S | Joseph Beaman | Invoice JSC 0020, 4/11/23 | (2,290.00) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19034 | S | Joseph Beaman | Invoice 1113, 2/27/23 | (2,190.00) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19041 | S | GFL Environmental | Invoice 0059487668, 1/31/23 | (118.54) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19041 | S | GFL Environmental | Invoice 0060054899, 2/28/23 | (164.11) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19041 | S | GFL Environmental | Invoice 0060475738, 3/31/23 | (108.00) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19042 | S | Triple AAA Portable Toilets | Invoice 13449, 12/14/22 | (400.31) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19042 | S | Triple AAA Portable Toilets | Invoice 13580, 1/4/23 | (90.74) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19042 | S | Triple AAA Portable Toilets | Invoice 13929, 2/6/23 | (90.74) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19042 | S | Triple AAA Portable Toilets | Invoice 14166, 3/6/23 | (90.74) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | 19042 | S | Triple AAA Portable Toilets | Invoice 14404, 4/3/23 | (90.74) |
| 22.104 - NCDOT Brunswick County | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (1,023.43) |
| 22.104 - NCDOT Brunswick County | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | - |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19066 | S | **VOID**United Rentals (North America), Inc. | 212522771-003 | - |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19066 | S | **VOID**United Rentals (North America), Inc. | 214922513-001 | - |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19066 | S | **VOID**United Rentals (North America), Inc. | 212522771-004 | - |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19066 | S | **VOID**United Rentals (North America), Inc. | 214922513-002 | - |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19066 | S | **VOID**United Rentals (North America), Inc. | 212522771-005 | - |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19066 | S | **VOID**United Rentals (North America), Inc. | 214922513-003 | - |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19073 | S | United Rentals (North America), Inc. | 212522771-003 | (3,466.04) |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19073 | S | United Rentals (North America), Inc. | 214922513-001 | (3,538.77) |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19073 | S | United Rentals (North America), Inc. | 212522771-004 | (3,466.04) |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19073 | S | United Rentals (North America), Inc. | 214922513-002 | (3,538.77) |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19073 | S | United Rentals (North America), Inc. | 212522771-005 | (3,466.04) |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19073 | S | United Rentals (North America), Inc. | 214922513-003 | (3,538.77) |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19073 | S | United Rentals (North America), Inc. | 212522771-006 | (3,848.42) |
| 22.104 - NCDOT Brunswick County | 6/2/2023 | J Smith Civil 3032 | 19073 | S | United Rentals (North America), Inc. | 214922513-004 | (3,520.38) |
| 22.104 - NCDOT Brunswick County | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | - |
| 22.104 - NCDOT Brunswick County | 6/9/2023 | J Smith Civil 3032 | 19112 | | LMJ Pavement Marking, LLC | Pay App #11 thru 4/22/23 | (34,751.80) |
| 22.104 - NCDOT Brunswick County | 6/13/2023 | J Smith Civil 3032 | 19120 | | Gregory Poole Equipment Company | IN1445605 | (108.14) |
| 22.104 - NCDOT Brunswick County | 6/13/2023 | J Smith Civil 3032 | 19122 | S | Tom Chestnut & Son LLC | Inv #2457 | (80.00) |
| 22.104 - NCDOT Brunswick County | 6/13/2023 | J Smith Civil 3032 | 19122 | S | Tom Chestnut & Son LLC | Inv #2477 | (1,152.00) |
| 22.104 - NCDOT Brunswick County | 6/13/2023 | J Smith Civil 3032 | 19122 | S | Tom Chestnut & Son LLC | Inv #2478 | (2,040.00) |
| 22.104 - NCDOT Brunswick County | 6/13/2023 | J Smith Civil 3032 | 19122 | S | Tom Chestnut & Son LLC | Inv #2484 | (216.00) |
| 22.104 - NCDOT Brunswick County | 6/13/2023 | J Smith Civil 3032 | 19122 | S | Tom Chestnut & Son LLC | Inv #2486 | (504.00) |
| 22.104 - NCDOT Brunswick County | 6/13/2023 | J Smith Civil 3032 | 19122 | S | Tom Chestnut & Son LLC | Inv #2487 | (216.00) |
| 22.104 - NCDOT Brunswick County | 6/13/2023 | J Smith Civil 3032 | 19122 | S | Tom Chestnut & Son LLC | Inv #2493 | (144.00) |
| 22.104 - NCDOT Brunswick County | 6/13/2023 | J Smith Civil 3032 | 19122 | S | Tom Chestnut & Son LLC | Inv #2494 | (360.00) |
| 22.104 - NCDOT Brunswick County | 6/13/2023 | J Smith Civil 3032 | 19122 | S | Tom Chestnut & Son LLC | Inv #2510 | (40.00) |
| 22.104 - NCDOT Brunswick County | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | - |
| 22.104 - NCDOT Brunswick County | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (3,114.30) |
| 22.104 - NCDOT Brunswick County | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | - |
| 22.104 - NCDOT Brunswick County | 6/23/2023 | J Smith Civil 3032 | 19144 | | Delta Contracting, Inc. | Final Settlement - Case No. 23 CVS 654 | (80,344.23) |
| 22.104 - NCDOT Brunswick County | 6/26/2023 | J Smith Civil 3032 | 19156 | S | Super Cast, Inc. | Inv #1329 | (1,082.45) |
| 22.104 - NCDOT Brunswick County | 6/26/2023 | J Smith Civil 3032 | 19156 | S | Super Cast, Inc. | Inv #1356 | (360.82) |
| 22.104 - NCDOT Brunswick County | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (1,707.04) |
| 22.104 - NCDOT Brunswick County | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | - |
| 22.104 - NCDOT Brunswick County | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | - |
| 22.104 - NCDOT Brunswick County | 7/10/2023 | J Smith Civil 3032 | 19185 | S | Stay Alert Safety Services, LLC | Inv #120882 | (3,449.69) |
| 22.104 - NCDOT Brunswick County | 7/10/2023 | J Smith Civil 3032 | 19185 | S | Stay Alert Safety Services, LLC | Inv #121538 | (4,590.94) |
| 22.104 - NCDOT Brunswick County | 7/10/2023 | J Smith Civil 3032 | 19185 | S | Stay Alert Safety Services, LLC | Inv #122166 | (4,590.94) |
| 22.104 - NCDOT Brunswick County | 7/10/2023 | J Smith Civil 3032 | 19194 | | GETSCo, Inc. | Inv #0158279 | (710.48) |
| 22.104 - NCDOT Brunswick County | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (1,194.02) |
| 22.104 - NCDOT Brunswick County | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | (347.21) |
| 22.104 - NCDOT Brunswick County | 7/18/2023 | J Smith Civil 3032 | 19212 | S | GeoInnovation, PC | Invoice 22043.06 | (8,148.00) |
| 22.104 - NCDOT Brunswick County | 7/18/2023 | J Smith Civil 3032 | 19212 | S | GeoInnovation, PC | Invoice 22043.07 | (4,074.00) |
| 22.104 - NCDOT Brunswick County | 7/20/2023 | J Smith Civil 3032 | 19222 | | North Carolina Department of Transportation | Previous Overpayment | (2,656.85) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 22.104 - NCDOT Brunswick County | 7/24/2023 | J Smith Civil 3032 | 19230 | S | Core & Main, LP | S288750 | 164.65 |
| 22.104 - NCDOT Brunswick County | 7/24/2023 | J Smith Civil 3032 | 19230 | S | Core & Main, LP | S355234 | 3,310.17 |
| 22.104 - NCDOT Brunswick County | 7/24/2023 | J Smith Civil 3032 | 19230 | S | Core & Main, LP | R867306 | (2,577.79) |
| 22.104 - NCDOT Brunswick County | 7/24/2023 | J Smith Civil 3032 | 19230 | S | Core & Main, LP | S243607 | (14,343.91) |
| 22.104 - NCDOT Brunswick County | 7/24/2023 | J Smith Civil 3032 | 19239 | S | GFL Environmental | Inv #0060839899 | (646.32) |
| 22.104 - NCDOT Brunswick County | 7/24/2023 | J Smith Civil 3032 | 19239 | S | GFL Environmental | Inv #0061817665 | (9.79) |
| 22.104 - NCDOT Brunswick County | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (3,736.62) |
| 22.104 - NCDOT Brunswick County | 7/31/2023 | J Smith Civil 3032 | 19271 | S | James River Equipment | P29430 | (138.21) |
| 22.104 - NCDOT Brunswick County | 7/31/2023 | J Smith Civil 3032 | 19271 | S | James River Equipment | P34916 | (297.84) |
| 22.104 - NCDOT Brunswick County | 7/31/2023 | J Smith Civil 3032 | 19271 | S | James River Equipment | P23449 | (1,957.88) |
| 22.104 - NCDOT Brunswick County | 7/31/2023 | J Smith Civil 3032 | 19271 | S | James River Equipment | P37668 | (871.16) |
| 22.104 - NCDOT Brunswick County | 7/31/2023 | J Smith Civil 3032 | 19271 | S | James River Equipment | P37669 | (852.55) |
| 22.104 - NCDOT Brunswick County | 7/31/2023 | J Smith Civil 3032 | 19274 | | LMJ Pavement Marking, LLC | Pay App #11 thru 4/22/23 - balance | (2,117.64) |
| 22.104 - NCDOT Brunswick County | 8/15/2023 | J Smith Civil 3032 | 19300 | | LMJ Pavement Marking, LLC | Pay App #12 thru 6/22/23 | (4,995.50) |
| 22.104 - NCDOT Brunswick County | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 22.104 - NCDOT Brunswick County | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (5,247.65) |
| 22.104 - NCDOT Brunswick County | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (1,145.62) |
| 22.104 - NCDOT Brunswick County | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | - |
| 22.104 - NCDOT Brunswick County | 9/18/2023 | J Smith Civil 3032 | 19345 | | Highland Paving Co. LLC | Estimate #1 thru 8/14/23 | (218,801.90) |
| 22.104 - NCDOT Brunswick County | 4/21/2023 | Westfield Direct Receipts & Pmts | 2576186 | | Highland Paving Co. LLC | | (658,020.31) |
| 22.104 - NCDOT Brunswick County | 4/27/2023 | Westfield Direct Receipts & Pmts | 2576203 | | 1st & Goal Hauling Inc. | | (27,438.65) |
| 22.104 - NCDOT Brunswick County | 4/27/2023 | Westfield Direct Receipts & Pmts | 2576200 | | Freeman Concrete Company | | (112,109.40) |
| 22.104 - NCDOT Brunswick County | 4/27/2023 | Westfield Direct Receipts & Pmts | 2576199 | | Highland Paving Co. LLC | | (31,457.96) |
| 22.104 - NCDOT Brunswick County | 4/27/2023 | Westfield Direct Receipts & Pmts | 2576204 | | LMJ Pavement Marking, LLC | | (62,307.77) |
| 22.105 - NCDOT Pitt County C204070 | 5/3/2023 | J Smith Civil | wire | | J Smith Civil | Payroll funding we 4/30/23 | (2,835.17) |
| 22.105 - NCDOT Pitt County C204070 | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | - |
| 22.105 - NCDOT Pitt County C204070 | 5/11/2023 | J Smith Civil | wire | | J Smith Civil | Payroll funding we 5/7/23 | - |
| 22.105 - NCDOT Pitt County C204070 | 5/15/2023 | J Smith Civil 3032 | 19022 | S | S T Wooten Corporation | Inv #71709 | (754.35) |
| 22.105 - NCDOT Pitt County C204070 | 5/15/2023 | J Smith Civil 3032 | 19022 | S | S T Wooten Corporation | Inv #72253 | (321.01) |
| 22.105 - NCDOT Pitt County C204070 | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (2,292.96) |
| 22.105 - NCDOT Pitt County C204070 | 5/17/2023 | J Smith Civil | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (5,911.11) |
| 22.105 - NCDOT Pitt County C204070 | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (3,254.92) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19043 | S | GFL Environmental | Invoice 0060008893, 2/28/23 | (430.33) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19043 | S | GFL Environmental | Invoice 0060429404, 3/31/23 | (426.89) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19043 | S | GFL Environmental | Invoice 0060792680, 4/30/23 | (430.70) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9016580067, 1/18/23 | (1,296.79) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9016591345, 1/19/23 | (1,710.32) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9016787546, 2/8/23 | 141.35 |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9016787545, 2/8/23 | 96.32 |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9016857123, 2/15/23 | (1,555.04) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9016860874, 2/16/23 | (2,032.57) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9017070936, 3/8/23 | 54.45 |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9017070937, 3/8/23 | 60.65 |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9017136602, 3/15/23 | (1,578.37) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9017148361, 3/16/23 | (2,052.36) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9017401110, 4/12/23 | (1,578.37) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9017412172, 4/13/23 | (2,052.36) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9017663847, 5/10/23 | (1,602.04) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19044 | S | Williams Scotsman, Inc. | Invoice 9017674461, 5/11/23 | (2,083.15) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19045 | S | Greenville Utilities Commission | 3/29/23 Billing, Acct 5662113246 | (230.48) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19045 | S | Greenville Utilities Commission | 3/29/23 Billing, Acct 2142500290 | (189.75) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19045 | S | Greenville Utilities Commission | 4/27/23 Billing, Acct 5662113246 | (133.23) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19045 | S | Greenville Utilities Commission | 4/27/23 Billing, Acct 2142500290 | (86.92) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19046 | S | Advanced Portable Toilets | Invoice 84186H-5, 2/21/23 | (80.06) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19046 | S | Advanced Portable Toilets | Invoice 84186I-5, 3/21/23 | (80.06) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19046 | S | Advanced Portable Toilets | Invoice 84186J-5, 4/18/23 | (80.06) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19047 | S | Parks Portable Toilets, Inc. | Invoice A-120665, 1/28/23 | (460.87) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19047 | S | Parks Portable Toilets, Inc. | Invoice A-121478, 2/25/23 | (460.87) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19047 | S | Parks Portable Toilets, Inc. | Invoice A-122346, 3/25/23 | (460.87) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | 19047 | S | Parks Portable Toilets, Inc. | Invoice A-123220, 4/22/23 | (460.87) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | Wire | S | Heidelberg Materials Southeast Agg LLC | Invoice 42114528 | (1,998.25) |
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | Wire | S | Heidelberg Materials Southeast Agg LLC | Invoice 42128943 | (2,028.75) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 22.105 - NCDOT Pitt County C204070 | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (9,348.88) |
| 22.105 - NCDOT Pitt County C204070 | 5/25/2023 | J Smith Civil 3032 | 19050 | S | Concrete Pipe & Precast, LLC | Invoice 686674 | (7,537.46) |
| 22.105 - NCDOT Pitt County C204070 | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | (6,526.12) |
| 22.105 - NCDOT Pitt County C204070 | 6/2/2023 | J Smith Civil 3032 | 19067 | S | United Rentals (North America), Inc. | 213076513-002 | (2,149.63) |
| 22.105 - NCDOT Pitt County C204070 | 6/2/2023 | J Smith Civil 3032 | 19067 | S | United Rentals (North America), Inc. | 213216071-002 | (1,029.34) |
| 22.105 - NCDOT Pitt County C204070 | 6/2/2023 | J Smith Civil 3032 | 19067 | S | United Rentals (North America), Inc. | 214138384-001 | (1,869.29) |
| 22.105 - NCDOT Pitt County C204070 | 6/2/2023 | J Smith Civil 3032 | 19067 | S | United Rentals (North America), Inc. | 214762909-001 | (168.20) |
| 22.105 - NCDOT Pitt County C204070 | 6/2/2023 | J Smith Civil 3032 | 19067 | S | United Rentals (North America), Inc. | 213512591-002 | (984.40) |
| 22.105 - NCDOT Pitt County C204070 | 6/2/2023 | J Smith Civil 3032 | 19067 | S | United Rentals (North America), Inc. | 213076513-003 | (642.00) |
| 22.105 - NCDOT Pitt County C204070 | 6/2/2023 | J Smith Civil 3032 | 19067 | S | United Rentals (North America), Inc. | 213216071-003 | (135.89) |
| 22.105 - NCDOT Pitt County C204070 | 6/2/2023 | J Smith Civil 3032 | 19067 | S | United Rentals (North America), Inc. | 213076513-004 | (1,211.24) |
| 22.105 - NCDOT Pitt County C204070 | 6/2/2023 | J Smith Civil 3032 | 19067 | S | United Rentals (North America), Inc. | 215064793-001 | (569.65) |
| 22.105 - NCDOT Pitt County C204070 | 6/2/2023 | J Smith Civil 3032 | 19067 | S | United Rentals (North America), Inc. | 216976630-003 | (569.65) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 221222-06 | (8,501.50) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 221229-04 | (10,566.37) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 230111-05 | (19,925.40) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 230117-09 | (43,576.59) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 230125-08 | (63,889.37) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 230201-03 | (1,870.36) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 230202-09 | (37,122.34) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 230208-05 | (2,654.65) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 230301-12 | (800.00) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 230315-05 | (2,524.50) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 230322-06 | (784.00) |
| 22.105 - NCDOT Pitt County C204070 | 6/6/2023 | J Smith Civil 3032 | 19087 | S | Barnes Hauling Company LLC | 230330-07 | (744.00) |
| 22.105 - NCDOT Pitt County C204070 | 6/7/2023 | J Smith Civil 3032 | 19098 | S | Alcrete Industries LLC | 40650 | (347.75) |
| 22.105 - NCDOT Pitt County C204070 | 6/7/2023 | J Smith Civil 3032 | 19098 | S | Alcrete Industries LLC | 40773 | (556.40) |
| 22.105 - NCDOT Pitt County C204070 | 6/7/2023 | J Smith Civil 3032 | 19098 | S | Alcrete Industries LLC | 40775 | (5,226.95) |
| 22.105 - NCDOT Pitt County C204070 | 6/7/2023 | J Smith Civil 3032 | 19102 | S | Old Castle Infrastructure, Inc. | 450495379 | (4,307.83) |
| 22.105 - NCDOT Pitt County C204070 | 6/7/2023 | J Smith Civil 3032 | 19102 | S | Old Castle Infrastructure, Inc. | 450496299 | (13,383.56) |
| 22.105 - NCDOT Pitt County C204070 | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | (8,710.98) |
| 22.105 - NCDOT Pitt County C204070 | 6/13/2023 | J Smith Civil 3032 | 19118 | S | Gregory Poole Equipment Company | PIN1390681 | (10,120.54) |
| 22.105 - NCDOT Pitt County C204070 | 6/13/2023 | J Smith Civil 3032 | 19118 | S | Gregory Poole Equipment Company | PIN1407769 | (3,030.45) |
| 22.105 - NCDOT Pitt County C204070 | 6/13/2023 | J Smith Civil 3032 | 19118 | S | Gregory Poole Equipment Company | IN1429120 | (276.94) |
| 22.105 - NCDOT Pitt County C204070 | 6/13/2023 | J Smith Civil 3032 | 19121 | S | Busbee Concrete Services, Inc. | Inv #19488 | (1,212.00) |
| 22.105 - NCDOT Pitt County C204070 | 6/13/2023 | J Smith Civil 3032 | 19121 | S | Busbee Concrete Services, Inc. | Inv #19535 | (735.00) |
| 22.105 - NCDOT Pitt County C204070 | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (3,684.15) |
| 22.105 - NCDOT Pitt County C204070 | 6/16/2023 | J Smith Civil 3032 | 19133 | S | Stay Safe Traffic Control, LLC | Inv #8857 | (986.49) |
| 22.105 - NCDOT Pitt County C204070 | 6/16/2023 | J Smith Civil 3032 | 19133 | S | Stay Safe Traffic Control, LLC | Inv #8897 | (776.34) |
| 22.105 - NCDOT Pitt County C204070 | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (1,817.61) |
| 22.105 - NCDOT Pitt County C204070 | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (4,522.73) |
| 22.105 - NCDOT Pitt County C204070 | 6/23/2023 | J Smith Civil 3032 | 19146 | S | Extra Duty Solutions And SBF | Inv #403113 | (191.09) |
| 22.105 - NCDOT Pitt County C204070 | 6/26/2023 | J Smith Civil 3032 | 19152 | S | Garris Grading & Paving, Inc. | Invoice #10532, pay app #3 thru 5/31/23 | (157,318.10) |
| 22.105 - NCDOT Pitt County C204070 | 6/26/2023 | J Smith Civil 3032 | 19153 | S | Bullington Construction, Inc. | Inv #152643, pay app #3 thru 5/31/23 | (7,003.40) |
| 22.105 - NCDOT Pitt County C204070 | 6/26/2023 | J Smith Civil 3032 | 19155 | S | Super Cast, Inc. | Inv #1308 | (943.67) |
| 22.105 - NCDOT Pitt County C204070 | 6/26/2023 | J Smith Civil 3032 | 19155 | S | Super Cast, Inc. | Inv #1527 | (1,919.58) |
| 22.105 - NCDOT Pitt County C204070 | 6/27/2023 | J Smith Civil 3032 | 19162 | S | Stay Safe Traffic Control, LLC | Inv #8837 | (1,625.60) |
| 22.105 - NCDOT Pitt County C204070 | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (5,388.90) |
| 22.105 - NCDOT Pitt County C204070 | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (4,173.05) |
| 22.105 - NCDOT Pitt County C204070 | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (2,193.00) |
| 22.105 - NCDOT Pitt County C204070 | 7/10/2023 | J Smith Civil 3032 | 19189 | S | WEX Bank | Account #0496-00-743624-9 | (624.10) |
| 22.105 - NCDOT Pitt County C204070 | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (261.28) |
| 22.105 - NCDOT Pitt County C204070 | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | (2,161.07) |
| 22.105 - NCDOT Pitt County C204070 | 7/18/2023 | J Smith Civil 3032 | 19210 | S | Old Castle Infrastructure, Inc. | Invoice 450497427 | (7,701.01) |
| 22.105 - NCDOT Pitt County C204070 | 7/19/2023 | J Smith Civil 3032 | 19216 | S | Luna's Welding & Construction LLC | Invoice 0441 | (1,375.00) |
| 22.105 - NCDOT Pitt County C204070 | 7/19/2023 | J Smith Civil 3032 | 19218 | S | ALP Industries, LLC | Invoice 06067840 | (687.23) |
| 22.105 - NCDOT Pitt County C204070 | 7/19/2023 | J Smith Civil 3032 | 19219 | S | Williams Scotsman, Inc. | Invoice 9017920539, 6/7/23 | (1,500.59) |
| 22.105 - NCDOT Pitt County C204070 | 7/19/2023 | J Smith Civil 3032 | 19219 | S | Williams Scotsman, Inc. | Invoice 9017932847, 6/8/23 | (1,961.22) |
| 22.105 - NCDOT Pitt County C204070 | 7/19/2023 | J Smith Civil 3032 | 19219 | S | Williams Scotsman, Inc. | Invoice 9018177021, 7/5/23 | (1,500.59) |
| 22.105 - NCDOT Pitt County C204070 | 7/19/2023 | J Smith Civil 3032 | 19219 | S | Williams Scotsman, Inc. | Invoice 9018189304, 7/6/23 | (1,961.22) |
| 22.105 - NCDOT Pitt County C204070 | 7/19/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/16/23 | (705.00) |
| 22.105 - NCDOT Pitt County C204070 | 7/21/2023 | J Smith Civil 3032 | 19224 | S | Ferguson Waterworks | Inv #2157796 | (8,257.42) |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 22.105 - NCDOT Pitt County C204070 | 7/21/2023 | J Smith Civil 3032 | 19224 | S | Ferguson Waterworks | Inv #2174181 | (4,899.36) |
| 22.105 - NCDOT Pitt County C204070 | 7/21/2023 | J Smith Civil 3032 | 19224 | S | Ferguson Waterworks | Inv #2080199-7 | (48,531.12) |
| 22.105 - NCDOT Pitt County C204070 | 7/21/2023 | J Smith Civil 3032 | 19224 | S | Ferguson Waterworks | Inv #2101118 | (12,366.85) |
| 22.105 - NCDOT Pitt County C204070 | 7/21/2023 | J Smith Civil 3032 | 19224 | S | Ferguson Waterworks | Inv #2157796-1 | (6,143.36) |
| 22.105 - NCDOT Pitt County C204070 | 7/21/2023 | J Smith Civil 3032 | 19224 | S | Ferguson Waterworks | Inv #2157796-2 | (6,436.35) |
| 22.105 - NCDOT Pitt County C204070 | 7/21/2023 | J Smith Civil 3032 | 19224 | S | Ferguson Waterworks | Inv #2157796-3 | (1,389.57) |
| 22.105 - NCDOT Pitt County C204070 | 7/21/2023 | J Smith Civil 3032 | 19224 | S | Ferguson Waterworks | Inv #2178964 | (238.51) |
| 22.105 - NCDOT Pitt County C204070 | 7/24/2023 | J Smith Civil 3032 | 19237 | S | GFL Environmental | Inv #0061354940 | (457.88) |
| 22.105 - NCDOT Pitt County C204070 | 7/24/2023 | J Smith Civil 3032 | 19237 | S | GFL Environmental | Inv #0061765862 | (838.42) |
| 22.105 - NCDOT Pitt County C204070 | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (1,516.41) |
| 22.105 - NCDOT Pitt County C204070 | 7/26/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/23/23 | (705.05) |
| 22.105 - NCDOT Pitt County C204070 | 7/27/2023 | J Smith Civil 3032 | 19256 | | Sadler Landscaping, LLC | Inv #2803 | (7,467.26) |
| 22.105 - NCDOT Pitt County C204070 | 7/31/2023 | J Smith Civil 3032 | 19260 | S | Watson Electrical Construction Co | Application 16724-2 | (14,611.93) |
| 22.105 - NCDOT Pitt County C204070 | 7/31/2023 | J Smith Civil 3032 | 19260 | S | Watson Electrical Construction Co | Application 16724-3 | (8,118.03) |
| 22.105 - NCDOT Pitt County C204070 | 7/31/2023 | J Smith Civil 3032 | 19260 | S | Watson Electrical Construction Co | Application 16724-4 | (31,026.83) |
| 22.105 - NCDOT Pitt County C204070 | 7/31/2023 | J Smith Civil 3032 | 19264 | | Barnes Hauling Company LLC | 221108-58 | (3,558.00) |
| 22.105 - NCDOT Pitt County C204070 | 8/2/2023 | J Smith Civil 3032 | wire | | J Smith Civil | Payroll funding we 7/30/23 | (705.03) |
| 22.105 - NCDOT Pitt County C204070 | 8/9/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/6/23 | (704.99) |
| 22.105 - NCDOT Pitt County C204070 | 8/10/2023 | J Smith Civil 3032 | 19289 | S | Stay Alert Safety Services, LLC | Invoice 121328 | (4,047.81) |
| 22.105 - NCDOT Pitt County C204070 | 8/10/2023 | J Smith Civil 3032 | 19289 | S | Stay Alert Safety Services, LLC | Invoice 121670 | (3,893.16) |
| 22.105 - NCDOT Pitt County C204070 | 8/10/2023 | J Smith Civil 3032 | 19289 | S | Stay Alert Safety Services, LLC | Invoice 121812 | (883.86) |
| 22.105 - NCDOT Pitt County C204070 | 8/10/2023 | J Smith Civil 3032 | 19289 | S | Stay Alert Safety Services, LLC | Invoice 121813 | (457.74) |
| 22.105 - NCDOT Pitt County C204070 | 8/16/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/13/23 | (705.00) |
| 22.105 - NCDOT Pitt County C204070 | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 22.105 - NCDOT Pitt County C204070 | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (304.84) |
| 22.105 - NCDOT Pitt County C204070 | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (636.45) |
| 22.105 - NCDOT Pitt County C204070 | 8/23/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/20/23 | (704.99) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 210253966-005 | (2,385.15) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 212475858-003 | (3,058.75) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 211640169-005 | (2,848.94) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 211775905-005 | (1,369.60) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 211795498-004 | (342.40) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 207024785-010 | (3,345.14) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 215037880-001 | (495.61) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 210253966-006 | (2,385.15) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 212475858-004 | (3,058.75) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 215368199-001 | (3,126.68) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 211640169-006 | (2,848.94) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 207024785-012 | (1,478.85) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 210253966-007 | (814.93) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 207024785-013 | (347.07) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 212475858-005 | (3,058.75) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 216403814-001 | (3,196.43) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 211640169-007 | (2,848.94) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 216403814-003 | (10.70) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 207024785-014 | (351.16) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 211640169-008 | (1,456.57) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 207024785-015 | (351.16) |
| 22.105 - NCDOT Pitt County C204070 | 8/29/2023 | J Smith Civil 3032 | 19328 | S | United Rentals (North America), Inc. | 207024785-016 | (351.16) |
| 22.105 - NCDOT Pitt County C204070 | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (143.47) |
| 22.105 - NCDOT Pitt County C204070 | 4/19/2023 | Westfield Direct Receipts & Pmts | 2576184 | | Garris Grading & Paving Inc. | | (192,666.72) |
| 22.105 - NCDOT Pitt County C204070 | 4/21/2023 | Westfield Direct Receipts & Pmts | 2576188 | | Cruz Brothers Concrete, Inc | | (107,278.78) |
| 22.105 - NCDOT Pitt County C204070 | 4/21/2023 | Westfield Direct Receipts & Pmts | 2576189 | | Ferguson Waterworks | | (555,569.36) |
| 22.105 - NCDOT Pitt County C204070 | 4/24/2023 | Westfield Direct Receipts & Pmts | 2576190 | | WEX Bank | | (68,343.35) |
| 22.105 - NCDOT Pitt County C204070 | 4/25/2023 | Westfield Direct Receipts & Pmts | 2576196 | | J Smith Civil | Payroll funding we 4/27/23 | (185,000.00) |
| 22.105 - NCDOT Pitt County C204070 | 4/25/2023 | Westfield Direct Receipts & Pmts | 2576194 | | Cruz Brothers Concrete, Inc | | (189,110.63) |
| 22.105 - NCDOT Pitt County C204070 | 4/25/2023 | Westfield Direct Receipts & Pmts | 2576193 | | Garris Grading & Paving Inc. | | (138,006.95) |
| 22.105 - NCDOT Pitt County C204070 | 4/27/2023 | Westfield Direct Receipts & Pmts | 2576202 | | Bullington Construction Inc. | | (3,753.90) |
| 22.105 - NCDOT Pitt County C204070 | 4/28/2023 | Westfield Direct Receipts & Pmts | 2576208 | | The East Group, PA | | (31,040.00) |
| 22.105 - NCDOT Pitt County C204070 | 5/1/2023 | Westfield Direct Receipts & Pmts | 2576228 | | Jenns Hardscape Construction | | (34,509.17) |
| 22.105 - NCDOT Pitt County C204070 | 5/4/2023 | Westfield Direct Receipts & Pmts | 2576239 | | J Smith Civil | Payroll funding we 5/4/23 | (169,573.39) |
| 22.106 - Cumberland C204404 | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (12,990.53) |

| Project | Date | Account | Num | | Description | Memo | Amount |
|---------|------|---------|-----|---|-------------|------|--------|
| 22.106 - Cumberland C204404 | 5/5/2023 | J Smith Civil 3032 | 19004 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 4/30/23 | (20,544.26) |
| 22.106 - Cumberland C204404 | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | (7,953.34) |
| 22.106 - Cumberland C204404 | 5/15/2023 | J Smith Civil 3032 | wire | S | Williams Mullen For S&W Ready Mix Concrete | 3001040173 | (5,776.93) |
| 22.106 - Cumberland C204404 | 5/15/2023 | J Smith Civil 3032 | wire | S | Williams Mullen For S&W Ready Mix Concrete | 3001042436 | (2,386.10) |
| 22.106 - Cumberland C204404 | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (2,391.58) |
| 22.106 - Cumberland C204404 | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (6,524.72) |
| 22.106 - Cumberland C204404 | 5/22/2023 | J Smith Civil 3032 | 19029 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/14/23 | (18,044.13) |
| 22.106 - Cumberland C204404 | 5/24/2023 | J Smith Civil 3032 | 19031 | | Borco, Inc. | Invoice 032523, 3/23/23 | (12,150.00) |
| 22.106 - Cumberland C204404 | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (3,526.69) |
| 22.106 - Cumberland C204404 | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | (3,395.02) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 206984708-008 | (2,998.08) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 207024785-009 | (3,345.14) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 206565422-011 | (5,337.70) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 214980791-001 | (829.46) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 206984708-009 | (2,998.08) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 206565422-012 | (2,088.13) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 210017558-008 | 422.65 |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 215861144-001 | (1,607.85) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 206984708-010 | (2,998.08) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 215861144-002 | (736.78) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 206984708-011 | (2,998.08) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 206984708-012 | (2,998.08) |
| 22.106 - Cumberland C204404 | 6/2/2023 | J Smith Civil 3032 | 19068 | S | United Rentals (North America), Inc. | 206984708-013 | (2,998.08) |
| 22.106 - Cumberland C204404 | 6/6/2023 | J Smith Civil 3032 | 19080 | S | Ferguson Waterworks | Inv #2155733-1 | (138.31) |
| 22.106 - Cumberland C204404 | 6/6/2023 | J Smith Civil 3032 | 19080 | S | Ferguson Waterworks | Inv #2157775-1 | (63,596.74) |
| 22.106 - Cumberland C204404 | 6/6/2023 | J Smith Civil 3032 | 19080 | S | Ferguson Waterworks | Inv #2157826-2 | (3,598.97) |
| 22.106 - Cumberland C204404 | 6/6/2023 | J Smith Civil 3032 | 19080 | S | Ferguson Waterworks | Inv #2177423 | (7,963.78) |
| 22.106 - Cumberland C204404 | 6/6/2023 | J Smith Civil 3032 | 19080 | S | Ferguson Waterworks | Inv #2177837 | (5,831.22) |
| 22.106 - Cumberland C204404 | 6/6/2023 | J Smith Civil 3032 | 19080 | S | Ferguson Waterworks | Inv #2179607 | (12,305.00) |
| 22.106 - Cumberland C204404 | 6/6/2023 | J Smith Civil 3032 | 19080 | S | Ferguson Waterworks | Inv #2176195 | (31,434.24) |
| 22.106 - Cumberland C204404 | 6/6/2023 | J Smith Civil 3032 | 19080 | S | Ferguson Waterworks | Inv #2177883 | (13,136.51) |
| 22.106 - Cumberland C204404 | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | (6,599.43) |
| 22.106 - Cumberland C204404 | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (6,306.04) |
| 22.106 - Cumberland C204404 | 6/16/2023 | J Smith Civil 3032 | 19135 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 5/28/23 | (15,429.09) |
| 22.106 - Cumberland C204404 | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (16,524.32) |
| 22.106 - Cumberland C204404 | 6/23/2023 | J Smith Civil 3032 | 19141 | | **VOID**Heidelberg Materials Southeast Agg LLC | Inv #42289274 | - |
| 22.106 - Cumberland C204404 | 6/26/2023 | J Smith Civil 3032 | 19150 | S | Heidelberg Materials Southeast Agg LLC | Inv #42289274 | (1,727.18) |
| 22.106 - Cumberland C204404 | 6/27/2023 | J Smith Civil 3032 | 19159 | | Kennedy Water Works | Inv #3001578 | (10,663.58) |
| 22.106 - Cumberland C204404 | 6/27/2023 | J Smith Civil 3032 | 19160 | | Fill Er Up TruckN | Inv #ComCon1 | (1,395.42) |
| 22.106 - Cumberland C204404 | 6/28/2023 | J Smith Civil 3032 | 19166 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/11/23 | (11,547.64) |
| 22.106 - Cumberland C204404 | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (8,928.86) |
| 22.106 - Cumberland C204404 | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (18,051.79) |
| 22.106 - Cumberland C204404 | 7/10/2023 | J Smith Civil 3032 | 19189 | S | WEX Bank | Account #0496-00-743624-9 | (3,461.79) |
| 22.106 - Cumberland C204404 | 7/10/2023 | J Smith Civil 3032 | 19190 | S | Heidelberg Materials Southeast Agg LLC | Invoice 42328623 | (516.36) |
| 22.106 - Cumberland C204404 | 7/10/2023 | J Smith Civil 3032 | 19190 | S | Heidelberg Materials Southeast Agg LLC | Invoice 42331834 | (471.12) |
| 22.106 - Cumberland C204404 | 7/10/2023 | J Smith Civil 3032 | 19190 | S | Heidelberg Materials Southeast Agg LLC | Invoice 42335250 | (1,051.70) |
| 22.106 - Cumberland C204404 | 7/11/2023 | J Smith Civil 3032 | 19200 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 6/25/23 | (19,207.83) |
| 22.106 - Cumberland C204404 | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | (12,601.02) |
| 22.106 - Cumberland C204404 | 7/19/2023 | J Smith Civil 3032 | 19221 | S | Heidelberg Materials Southeast Agg LLC | Invoice 42366909 | (1,734.05) |
| 22.106 - Cumberland C204404 | 7/19/2023 | J Smith Civil 3032 | 19221 | S | Heidelberg Materials Southeast Agg LLC | Invoice 42305706 | (531.44) |
| 22.106 - Cumberland C204404 | 7/19/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/16/23 | (13,039.69) |
| 22.106 - Cumberland C204404 | 7/21/2023 | J Smith Civil 3032 | 19225 | S | Ferguson Waterworks | Inv #2176537 | (1,476.69) |
| 22.106 - Cumberland C204404 | 7/21/2023 | J Smith Civil 3032 | 19225 | S | Ferguson Waterworks | Inv #2177497 | (236,138.11) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19231 | S | Core & Main, LP | S351407 | (239.25) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19231 | S | Core & Main, LP | S333167 | (214.00) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19231 | S | Core & Main, LP | S360371 | (7,106.40) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19231 | S | Core & Main, LP | S380940 | (125.12) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19231 | S | Core & Main, LP | S489177 | (451.61) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19231 | S | Core & Main, LP | S547210 | (10,089.63) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19231 | S | Core & Main, LP | S579082 | (452.61) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19231 | S | Core & Main, LP | S597543 | (11,794.31) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19231 | S | Core & Main, LP | S610962 | (3,242.79) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19231 | S | Core & Main, LP | R334405 | (888.11) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19241 | | Old Castle Infrastructure, Inc. | Invoice 450500091 | (5,772.66) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19243 | S | Fill Er Up TruckN | Inv #gF7725 | (1,049.23) |
| 22.106 - Cumberland C204404 | 7/24/2023 | J Smith Civil 3032 | 19243 | S | Fill Er Up TruckN | Inv #SS62825 | (1,019.59) |
| 22.106 - Cumberland C204404 | 7/25/2023 | J Smith Civil 3032 | 19251 | | Garrison Enterprise, Inc. | Inv # NC04972 | (675.00) |
| 22.106 - Cumberland C204404 | 7/25/2023 | J Smith Civil 3032 | 19252 | | Heidelberg Materials Southeast Agg LLC | Invoice 42302155 | (532.22) |
| 22.106 - Cumberland C204404 | 7/25/2023 | J Smith Civil 3032 | 19253 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | (14,260.82) |
| 22.106 - Cumberland C204404 | 7/26/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/23/23 | (18,968.11) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2184769 | (26,322.00) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2184786 | (509.13) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2187729 | (4,732.91) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2188128 | (174.16) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2188828 | (44.94) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2189380 | (5.68) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2184809 | (5,992.68) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2187909 | (1,052.09) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2184325 | (314,797.28) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2190326 | (635.17) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2184318 | (100,643.04) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2190952 | (486.88) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2190720 | (18,327.54) |
| 22.106 - Cumberland C204404 | 7/28/2023 | J Smith Civil 3032 | wire | S | Ferguson Waterworks | 2190468 | (6,972.39) |
| 22.106 - Cumberland C204404 | 8/2/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/30/23 | (21,494.14) |
| 22.106 - Cumberland C204404 | 8/9/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/6/23 | (17,514.20) |
| 22.106 - Cumberland C204404 | 8/9/2023 | J Smith Civil 3032 | 19285 | | Old Castle Infrastructure, Inc. | Invoice 450500926 | (112.35) |
| 22.106 - Cumberland C204404 | 8/15/2023 | J Smith Civil 3032 | 19298 | S | Fill Er Up TruckN | Inv #cc72823 | (270.66) |
| 22.106 - Cumberland C204404 | 8/15/2023 | J Smith Civil 3032 | 19298 | S | Fill Er Up TruckN | Inv #CC8223 | (788.84) |
| 22.106 - Cumberland C204404 | 8/16/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/13/23 | (13,512.75) |
| 22.106 - Cumberland C204404 | 8/22/2023 | J Smith Civil 3032 | 19315 | S | **VOID**Complete Construction Site Management Co, LLC | Job #23-13 thru 7/9/23 | - |
| 22.106 - Cumberland C204404 | 8/22/2023 | J Smith Civil 3032 | 19316 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 7/23/23 | (21,051.58) |
| 22.106 - Cumberland C204404 | 8/22/2023 | J Smith Civil 3032 | 19317 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/6/23 | (19,080.87) |
| 22.106 - Cumberland C204404 | 8/23/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/20/23 | (26,404.07) |
| 22.106 - Cumberland C204404 | 8/23/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Marty Waters we 8/13 adj | (653.70) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 214695371-001 | (136.68) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 214695371-002 | (350.23) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 214541685-001 | (3,121.73) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 214683202-001 | (1,169.51) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 214669481-001 | (3,201.06) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 214669481-002 | (87.63) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 216609292-001 | (109.03) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 216337020-001 | (2,758.72) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 216440608-001 | (2,392.78) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 217147578-001 | (451.54) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 217245100-001 | (298.94) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 216337020-002 | (2,062.96) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 217501038-001 | (3,619.00) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 216440608-002 | (1,697.02) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 217501038-002 | (1,208.03) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 218476462-001 | (948.28) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 216337020-003 | (457.96) |
| 22.106 - Cumberland C204404 | 8/29/2023 | J Smith Civil 3032 | 19327 | S | United Rentals (North America), Inc. | 218476462-002 | (826.04) |
| 22.106 - Cumberland C204404 | 8/30/2023 | J Smith Civil 3032 | wire | | Ferguson Enterprises | Westfield account | (472,119.38) |
| 22.106 - Cumberland C204404 | 8/30/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/27/23 | (3,969.28) |
| 22.106 - Cumberland C204404 | 9/6/2023 | J Smith Civil 3032 | 19331 | S | Heidelberg Materials Southeast Agg LLC | Invoice 42411194 | (541.32) |
| 22.106 - Cumberland C204404 | 9/6/2023 | J Smith Civil 3032 | 19331 | S | Heidelberg Materials Southeast Agg LLC | Invoice 42411195 | (1,051.70) |
| 22.106 - Cumberland C204404 | 9/7/2023 | J Smith Civil 3032 | 19333 | S | Complete Construction Site Management Co, LLC | Job #23-13 thru 8/20/23 | (15,826.27) |
| 22.106 - Cumberland C204404 | 4/19/2023 | Westfield Direct Receipts & Pmts | 2576181 | | Ferguson Waterworks | | (1,187,096.84) |
| NC DOT - New Hanover | 7/7/2023 | Westfield Direct Receipts & Pmts | 2576394 | | Bullington Construction Inc. | | (89,246.91) |
| Overhead | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 4/30/23 | (37,964.09) |
| Overhead | 5/3/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Credit to be applied to we 5/7/23 | (8,631.00) |
| Overhead | 5/3/2023 | J Smith Civil 3032 | DEP | S | Couch Oil Company, Inc | Returned wire fee | (20.00) |
| Overhead | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/7/23 | (34,186.90) |

Exhibit 2-2 to SOFA

| Project | Date | Account | Num | | Description | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Overhead | 5/11/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Credit to be applied to we 5/7/23 | 8,631.00 |
| Overhead | 5/17/2023 | J Smith Civil 3032 | 19024 | S | WEX Bank | Account #0496-00-743624-9 | (18,028.54) |
| Overhead | 5/17/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/14/23 | (18,343.73) |
| Overhead | 5/24/2023 | J Smith Civil 3032 | Wire | S | J Smith Civil | Payroll funding we 5/21/23 | (18,366.92) |
| Overhead | 5/31/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 5/28/23 | (17,738.86) |
| Overhead | 6/6/2023 | J Smith Civil 3032 | 19083 | | Verizon | Acct #0542092782-00001 | (5,746.45) |
| Overhead | 6/7/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/4/23 | (40,652.73) |
| Overhead | 6/13/2023 | J Smith Civil 3032 | wire | | J Smith Civil | Funding for Builders Mutual insurance | (17,407.46) |
| Overhead | 6/14/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/11/23 | (18,297.05) |
| Overhead | 6/21/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/18/23 | (16,632.43) |
| Overhead | 6/26/2023 | J Smith Civil 3032 | wire | | J Smith Civil | Funding for GCL, Umbrella, Auto insurance | (70,632.52) |
| Overhead | 6/27/2023 | J Smith Civil 3032 | 19158 | S | Builders Mutual Insurance Company | Audit installment | (9,732.50) |
| Overhead | 6/27/2023 | J Smith Civil 3032 | 19158 | S | Builders Mutual Insurance Company | Installment Premium 6/16/23 | (8,703.76) |
| Overhead | 6/28/2023 | J Smith Civil 3032 | 19165 | | Verizon | Acct #0542092782-00001 | (5,225.70) |
| Overhead | 6/28/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (19,160.31) |
| Overhead | 7/6/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 6/25/23 | (19,930.89) |
| Overhead | 7/10/2023 | J Smith Civil 3032 | 19189 | S | WEX Bank | Account #0496-00-743624-9 | (8,439.62) |
| Overhead | 7/12/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/9/23 | (81,135.42) |
| Overhead | 7/19/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/16/23 | (14,165.12) |
| Overhead | 7/26/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Funding for GCL, Umbrella, Auto insurance | (70,632.53) |
| Overhead | 7/26/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Funding for WC insurance | (8,703.76) |
| Overhead | 7/26/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Funding for WC Audit premium | (9,732.49) |
| Overhead | 7/26/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/23/23 | (13,567.50) |
| Overhead | 8/2/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 7/30/23 | (13,544.50) |
| Overhead | 8/9/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/6/23 | (13,495.65) |
| Overhead | 8/16/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/13/23 | (63,894.36) |
| Overhead | 8/23/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/20/23 | (34,051.44) |
| Overhead | 8/30/2023 | J Smith Civil 3032 | wire | S | J Smith Civil | Payroll funding we 8/27/23 | (7,557.19) |
| Overhead | 5/31/2023 | J Smith Civil 3032 | Fee | | PNC Bank Fee | Corporate Account Analaysis Charge | (105.00) |
| Overhead | 6/30/2023 | J Smith Civil 3032 | Fee | | PNC Bank Fee | Corporate Account Analaysis Charge | (411.46) |
| Overhead | 7/31/2023 | J Smith Civil 3032 | Fee | | PNC Bank Fee | Corporate Account Analaysis Charge | (292.92) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **TOTAL PAYMENTS MADE BY WESTFIELD INSURANCE COMPANY** | (18,340,960.97) |

**JSMITH CIVIL, LLC**
**BK CASE NO. 23-02437-5-JNC**

**ITEMIZED LISTING OF SALES OF VEHICLES WITHIN 1 YEAR OF PETITION DATE**
[SOLD BY ENTERPRISE FLEET MANAGEMENT, INC. TO VARIOUS THIRD PARTIES]

| JSC Equip. Code | VIN | Year | Make | Model | Series | Mileage | Sale Date | Sale Price | Lienholder | Lien Amount | Gross Sale Proceeds | Sale Costs / Fees / Expenses | Credits | Net Settlement Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121.011 | 1C6RR6FG7MS574083 | 2021 | RAM | 1500 | Tradesman 4x2 Quad Cab 140.5 in. WB | 64442 | 7/6/2023 | $ 22,000.00 | Enterprise | $18,209.17 | $2,872.20 | $175.00 | $0.00 | $2,872.20 |
| 121.009 | 1C6RR6FG8MS574081 | 2021 | RAM | 1500 | Tradesman 4x2 Quad Cab 140.5 in. WB | 48971 | 4/11/2023 | $ 24,200.00 | Enterprise | $19,641.42 | $3,989.90 | $240.00 | $0.00 | $3,989.90 |
| 121.010 | 1C6RR6FG5MS574082 | 2021 | RAM | 1500 | Tradesman 4x2 Quad Cab 140.5 in. WB | 68126 | 5/24/2023 | $ 20,900.00 | Enterprise | $18,690.92 | $965.89 | $240.00 | $0.00 | $965.89 |
| 127.020 | 3C6UR5JJ1MG647723 | 2021 | RAM | 2500 | Big Horn 4x4 Crew Cab 8 ft. box 169 in. WB | 51781 | 4/11/2023 | $ 41,500.00 | Enterprise | $26,251.54 | $14,712.06 | $175.00 | $0.00 | $14,712.06 |
| 123.019 | 1C6SRFFT0MN764742 | 2021 | RAM | 1500 | Big Horn/Lone Star 4x4 Crew Cab 144.5 in. WB | 60806 | 7/28/2023 | $ 32,000.00 | Enterprise | $23,688.32 | $7,585.41 | $240.00 | $0.00 | $7,585.41 |
| 123.002 | 3GCUYAEF5KG100591 | 2019 | Chevrolet | Silverado 1500 | Work Truck 4x4 Crew Cab 5.75 ft. box 147.4 in. WB | | 7/3/2023 | $ 21,802.00 | N/A | $0.00 | $21,307.00 | $0.00 | $0.00 | $0.00 |
| 126.004 | 1GC1CUEG7FF673527 | 2015 | Chevrolet | Silverado 2500HD | WT 4x2 Crew Cab 6.6 ft. box 153.7 in. WB | | 5/8/2023 | $ 8,765.00 | N/A | $0.00 | $8,270.00 | $0.00 | $0.00 | $0.00 |
| 126.001 | 1GC1CUEG8FF677103 | 2015 | Chevrolet | Silverado 2500HD | WT 4x2 Crew Cab 6.6 ft. box 153.7 in. WB | | 5/1/2023 | $ 8,805.00 | N/A | $0.00 | $8,310.00 | $0.00 | $0.00 | $0.00 |
| 121.015 | 1C6SRECG9NN211610 | 2022 | RAM | 1500 | Tradesman 4x2 Quad Cab 140.5 in. WB | 38360 | 8/10/2023 | $ 28,500.00 | Enterprise | $21,689.88 | $6,570.12 | $240.00 | $0.00 | $6,570.12 |
| 121.013 | 1C6SRECG2NN211612 | 2022 | RAM | 1500 | Tradesman 4x2 Quad Cab 140.5 in. WB | 15540 | 4/13/2023 | $ 32,000.00 | Enterprise | $22,577.83 | $9,322.17 | $100.00 | $0.00 | $9,322.17 |
| 121.014 | 1C6SRECG4NN211613 | 2022 | RAM | 1500 | Tradesman 4x2 Quad Cab 140.5 in. WB | 43745 | 4/26/2023 | $ 30,000.00 | Enterprise | $22,577.83 | $6,853.63 | $100.00 | $0.00 | $6,853.63 |
| 121.012 | 1C6SRECG0NN211611 | 2022 | RAM | 1500 | Tradesman 4x2 Quad Cab 140.5 in. WB | 31468 | 5/23/2023 | $ 31,500.00 | Enterprise | $21,902.92 | $9,422.08 | $175.00 | $0.00 | $9,422.08 |
| 123.020 | 1C6SRFFT0NN215057 | 2022 | RAM | 1500 | Big Horn/Lone Star 4x4 Crew Cab 144.5 in. WB | 18439 | 4/13/2023 | $ 45,500.00 | Enterprise | $29,691.89 | $15,643.11 | $165.00 | $0.00 | $15,643.11 |
| 123.021 | 1C6SRFFT4NN215062 | 2022 | RAM | 1500 | Big Horn/Lone Star 4x4 Crew Cab 144.5 in. WB | 44632 | 4/13/2023 | $ 42,500.00 | Enterprise | $29,691.89 | $12,134.65 | $165.00 | $0.00 | $12,134.65 |
| 127.025 | 3C6UR5JL3NG272520 | 2022 | RAM | 2500 | Big Horn 4x4 Crew Cab 8 ft. box 169 in. WB | 32092 | 9/15/2023 | $ 49,000.00 | Enterprise | $38,434.28 | $10,100.31 | $240.00 | $0.00 | $10,100.31 |
| 128.004 | 3C63R3GL6NG206826 | 2022 | RAM | 3500 | Tradesman 4x4 Crew Cab 8 ft. box 169.5 in. WB | 56000 | 9/25/2023 | $ 56,000.00 | Enterprise | $40,903.13 | $13,867.69 | $1,190.03 | $0.00 | $13,867.69 |
| 113.006 | 1GKS2JKL6MR415491 | 2021 | GMC | Yukon XL | Denali 4x4 | 40212 | 5/26/2023 | $ 51,539.10 | Enterprise | $50,349.07 | $1,190.03 | $0.00 | $0.00 | $1,190.03 |
| 127.024 | 1FT8W2BT9NED10243 | 2022 | Ford | F-250 | Lariat 4x4 SD Crew Cab 6.75 ft. box 160 in. WB SRW | 23300 | 4/21/2023 | $ 68,000.00 | Enterprise | $52,797.23 | $15,202.77 | $0.00 | $0.00 | $15,202.77 |
| 113.007 | 1GNSKNKD9NR175082 | 2022 | Chevrolet | Tahoe | LT 4x4 | 31822 | 5/22/2023 | $ 63,000.00 | Enterprise | $40,585.80 | $22,074.20 | $340.00 | $0.00 | $22,074.20 |
| 123.023 | 3GTU9FEL0NG205205 | 2022 | GMC | Sierra 1500 Ltd | Denali 4x4 Crew Cab 5.75 ft. box 147.4 in. WB | 21301 | 5/5/2023 | $ 52,474.14 | Enterprise | $51,477.61 | $996.53 | $0.00 | $0.00 | $996.53 |
| 126.009 | 3C6UR4CJ1NG200785 | 2022 | RAM | 2500 | Tradesman 4x4 Crew Cab 6.75 ft. box 149 in. WB | 38269 | 8/15/2023 | $ 34,000.00 | Enterprise | $25,992.74 | $7,235.15 | $175.00 | $0.00 | $7,235.15 |
| 123.008 | 1C6SRFFT4LN370675 | 2020 | RAM | 1500 | Big Horn 4x4 Crew Cab 144.5 in. WB | | 5/13/2023 | $ 31,000.00 | N/A | $0.00 | $30,505.00 | $0.00 | $0.00 | $0.00 |
| 126.002 | 1GT11REG6GF115138 | 2016 | GMC | Sierra 2500HD | Base 4x2 Crew Cab 6.6 ft. box 153.7 in. WB | | 5/10/2023 | $ 7,765.00 | N/A | $0.00 | $7,270.00 | $0.00 | $0.00 | $0.00 |
| 127.004 | 1GC1KWE84GF243169 | 2016 | Chevrolet | Silverado 2500HD | LTZ 4x4 Crew Cab 6.6 ft. box 153.7 in. WB | | 5/10/2023 | $ 19,805.00 | N/A | $0.00 | $19,310.00 | $0.00 | $0.00 | $0.00 |
| | 5UX43DP0XN0N13974 | 2022 | BMW | X3 | sDrive30i (A8) 4dr 4x2 Sports Activity Vehicle | 11150 | 5/5/2023 | $ 36,424.09 | Enterprise | $35,878.57 | $545.52 | $0.00 | | $545.52 |
| 127.016 | 3C6UR5HJ0MG647640 | 2021 | RAM | 2500 | Tradesman 4x4 Crew Cab 8 ft. box 169 in. WB | 46401 | 9/6/2023 | $ 36,200.00 | Enterprise | $19,528.52 | $36,200.00 | $240.00 | $0.00 | $16,431.48 |
| 127.017 | 3C6UR5HJ9MG647717 | 2021 | RAM | 2500 | Tradesman 4x4 Crew Cab 8 ft. box 169 in. WB | 80170 | 9/6/2026 | $ 34,700.00 | Enterprise | $19,943.24 | $34,700.00 | $240.00 | $0.00 | $13,346.62 |
| 123.022 | 1C6SRFFT2NN215061 | 2021 | RAM | 2500 | Big Horn/Lone Star 4x4 Crew Cab 144.5 in. WB | 57966 | 9/1/2023 | 37000 | Enterprise | $28,703.00 | $37,000.00 | $240.00 | $0.00 | $7,135.81 |

**EXHIBIT**

**SOFA 3**

JSMITH CIVIL, LLC
BK CASE NO. 23-02734-5-JNC

EXHIBIT

SOFA 4

**Statement of Financial Affairs, Item No. 5 – Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Name of Creditor | Description of Property | Date | Value of Property |
|---|---|---|---|
| Caterpillar Financial Services Corporation | 2016 CAT336L Hydraulic Excavator (SN RKB01928) | 06/21/2023 | $125,000.00 |
| Caterpillar Financial Services Corporation | 2016 CAT336L Hydraulic Excavator (SN00260) | 06/21/2023 | $150,000.00 |
| Caterpillar Financial Services Corporation | 2016 CAT336L Hydraulic Excavator (SN00275) | 06/21/2023 | $90,000.00 |
| Caterpillar Financial Services Corporation | 2019 CAT D5K2LGP Track Type Tractor (SN KY207356) | 6/21/2023 | $125,000.00 |
| Caterpillar Financial Services Corporation | 2019 CAT D6K2LGP Dozer (SN EL700485) | 6/21/2023 | $200,000.00 |
| First Financial Holdings, LLC | Four (4) Bell B30E Articulated Dump Trucks (SN ***0102, 0188, 0184, & 0190) | 07/2023 | $1,000,000.00 |
| Komatsu Financial Limited Partnership[1] | Komatsu D39PXI-24 Crawler Dozer (SN 96851) | 06/2023 | Unknown |
| Komatsu Financial Limited Partnership | Komatsu D61PXI-24 Crawler Dozer (SN B61346) | 06/2023 | Unknown |
| Komatsu Financial Limited Partnership | Komatsu D51PXI-24 Crawler Dozer (SN B61346) | 06/2023 | Unknown |
| Komatsu Financial Limited Partnership | Komatsu D71PXI-24 Crawler Dozer (SN 70616) & Rear Ripper | 06/2023 | Unknown |
| Komatsu Financial Limited Partnership | Komatsu PC360LCi-11 Hydraulic Excavator (SN A38653) With 60" Bucket | 06/2023 | Unknown |
| CIT Bank, N.A. | 2020 Hyundai HX235 (SN HHKHK604CK0000481); 36" HD Bucket (SN 2943B); 2021 Hyundai HL940TM (SN HHKHW401HK0000346); 60" Forks (SN 293839); 3.0 CY Bucket (SN 5157B); 2022 Hyundai HX330L (SN HHKHK901VL0000417); Hydraulic Quick Coupler (SN ATTQC); 36" Digging Bucket (SN 280640); 2021 Hyundai HX330L (SN HHKHK901JK0000400); 36" Bucket (SN 24154-9-1); & Quick Coupler (SN H1-Y105); 2021 Hyundai HX330L (SN HHKHK901VK0000400); 36" Bucket (SN 24154-9-2) | 06/2023 | Unknown |

---

[1] With the exception of the Komatsu D71PXi-24 Crawler Dozer, all of the collateral that was repossessed by Komatsu Financial Limited Partnership from the Debtor JSmith Civil, LLC, due to default in payment of amounts owed, were transferred and all interest assigned therein to Civil Contracting, LLC, which cured the monetary defaults and paid the amounts due and owing to Komatsu Financial Limited Partnership in accordance with the Transfer of Equity and Assumption Agreements dated June 30, 2022.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    JSmith Civil, LLC _____    Case No.    23-02734-5 _____

_____ Debtor(s)    Chapter    11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  10-17-2023                    Signature _____
                                              **Jeremy Smith**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   JSmith Civil, LLC _____     Case No.   23-02734-5
_____ Debtor(s)     Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   10/17/2023 _____     _____
Jeremy Smith/President
Signer/Title

.

1st & Goal Hauling Inc.
Attn: Manager, Agent, Officer
1735 Chatham Ridge Cir Unit 307
Charlotte, NC 28273

64 Portables Inc.
Attn: Manager, Agent, Officer
280 Cunningham Brickyard Rd
Lexington, NC 27292

A & M Construction Services, Inc.
Attn: Manager, Agent, Officer
PO Box 4277
Asheboro, NC 27204

A&B Portable Toilets
Attn: Manager, Agent, Officer
2544 Alamance Church Road
Greensboro, NC 27406

A-1 Sandrock Inc.
Attn: Manager, Agent, Officer
PO Box 77077
Greensboro, NC 27417-7077

AA Grading Construction LLC
Attn: Manager, Agent, Officer
1930 Gurganus Rd
Snow Hill, NC 28580

AAA Paving of Winston-Salem
Attn: Manager, Agent, Officer
120 Peddycord Park Drive
Kernersville, NC 27284

Adams Products
Attn: Manager, Agent, Officer
PO Box 281479
Atlanta, GA 30384-1479

Advance Auto Parts
Attn: Manager, Agent, Officer
PO Box 742063
Atlanta, GA 30374-2063

Advance Concrete LLC
Attn: Manager, Agent, Officer
4500 Waterfield Drive
Garner, NC 27529

Advanced Portable Toilets
Attn: Manager, Agent, Officer
321 Jeffreys Road
Rocky Mount, NC 27804

Aero Photo
Attn: Manager, Agent, Officer
100 Cessna Lane
Spicewood, TX 78669

Aguila's Masonry Services
Attn: Manager, Agent, Officer
PO Box 837
Siler City, NC 27344

Ahern Rentals
Attn: Manager, Agent, Officer
PO Box 271390
Las Vegas, NV 89127-1390

Airflow Products Company, Inc.
Attn: Manager, Agent, Officer
100 Oak Tree Drive
Selma, NC 27576

Airgas USA, LLC
Attn: Manager, Agent, Officer
PO Box 734672
Dallas, TX 75373-4672

Alcrete Industries LLC
Attn: Manager, Agent, Officer
620 Mildred Thomas Court
Jacksonville, NC 28540

All Carolina Crane Rental
Attn: Manager, Agent, Officer
6108 Triangle Drive
Raleigh, NC 27617

Alliance Hose & Tube Works Inc.
Attn: Manager, Agent, Officer
6212-A West Gate Rd
Raleigh, NC 27617

Allied Fence Company of Raleigh
Attn: Manager, Agent, Officer
5840 Lease Lane
Raleigh, NC 27617

Allied Trailers - Raleigh
Attn: Manager, Agent, Officer
PO Box 427
Savage, MD 20763

Ally Bank
Attn: Payment Processing Center
PO Box 9001951
Louisville, KY 40290-1951

Ally Financial, Inc.
Attn: Manager, Agent, Officer
PO Box 380901
Minneapolis, MN 55438

Alonso's Construction Company
Attn: Manager, Agent, Officer
536 Madison Ave
Princeton, NC 27569

ALP Industries, Inc.
Attn: Manager, Agent, Officer
PO Box 781712
Philadelphia, PA 19178-1712

ALS of North Carolina, LLC
Attn: Manager, Agent, Officer
502 Klumac Road
Salisbury, NC 28144

American Materials Company, LLC
Attn: Manager, Agent, Officer
PO Box 745852
Atlanta, GA 30374-5258

Amezquita Construction LLC
Attn: Manager, Agent, Officer
201 Meadow Lane
Clayton, NC 27520

Antonio Vega Avila
3753 Arrington Bridge Rd
Seven Springs, NC 28578

Arborex Tree Services
Attn: Manager, Agent, Officer
4605 Windy Know Road
Raleigh, NC 27616

Ascendum Machinery Inc.
Attn: Manager, Agent, Officer
3561 Jones Sausage Road
Garner, NC 27529

Ashley Henderson
240 Sambo Road
Goldsboro, NC 27530

Asphalt Emulsion Industries, LLC
Attn: Manager, Agent, Officer
3617 Nine Mile Road
Richmond, VA 23223

Asphalt Services on Demand Inc
Attn: Manager, Agent, Officer
959 Short Journey Road
Smithfield, NC 27577

Atlantic Surveying PA
Attn: Manager, Agent, Officer
111 S. Queen Street
Kinston, NC 28501

Auto Value Parts Stores
Attn: Manager, Agent, Officer
PO Box 30170
Rochester, NY 14603-3170

B&K Grading and Paving, LLC
Attn: Manager, Agent, Officer
2929 Quality Drive
Petersburg, VA 23805

Balfour Beatty Construction
Attn: Manager, Agent, Officer
406 S. McDowell Street, Ste. 200
Raleigh, NC 27601

Bank of America
Attn: Equipment Finance
PO Box 7167
Pasadena, CA 91109-7167

Bank of the West
Attn: Equipment Finance
PO Box 7167
Pasadena, CA 91109-7167

Bank of the West
Attn: Manager, Agent, Officer
1625 West Fountainhead Parkway
Tempe, AZ 85282

Barbco Inc.
Attn: Manager, Agent, Officer
PO Box 30189
East Canton, OH 44730

Barnes Hauling Company, LLC
Attn: Manager, Agent, Officer
3640 Eagle Farm Drive N
Wilson, NC 27896

Barnes Transportation Services Inc.
Attn: Manager, Agent, Officer
2309 Whitley Road
Wilson, NC 27896

Barnhill Contracting Company
Attn: Manager, Agent, Officer
800 Tiffany Blvd, Ste. 200
Rocky Mount, NC 27804

Batteries of NC, LLC
Attn: Manager, Agent, Officer
PO Box 1969
Lillington, NC 27546

Bee Legend Grading and Construction
Attn: Manager, Agent, Officer
195 Eatmon Rd
Zebulon, NC 27597

Benchmark Tool & Supply, Inc.
Attn: Manager, Agent, Officer
2720 Discovery Drive
Raleigh, NC 27616

Best Logistics Group
Attn: Manager, Agent, Officer
829 Graves Street
Kernersville, NC 27284

Black's Tire Service
Attn: Manager, Agent, Officer
PO Box 919
Whiteville, NC 28472

Blackhawk Network, Inc.
c/o Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

Blackmon Companies
Attn: Manager, Agent, Officer
724 S. 3rd Street
Smithfield, NC 27577

Blackstock Consulting, Inc.
Attn: Manager, Agent, Officer
2228 Colony Road
Charlotte, NC 28209

Blue Stream Environmental LLC
Attn: Manager, Agent, Officer
2591 King William Drive
Kernersville, NC 27284

Booth Trucking
Attn: Manager, Agent, Officer
146 Slate Top Road
Clayton, NC 27520

Borco Inc.
Attn: Manager, Agent, Officer
216 Estuary Court
Winnabow, NC 28479

Branch Civil, Inc.
Attn: Manager, Agent, Officer
PO Box 40004
Roanoke, VA 24022

Bridgepoint Construction Services
Attn: Manager, Agent, Officer
600 N. Duke Street
Durham, NC 27701

BridgePoint General Contracting
Attn: Manager, Agent, Officer
600 N. Duke Street
Durham, NC 27701

Brightspeed
Attn: Manager, Agent, Officer
PO Box 6102
Carol Stream, IL 60197-6102

Brodie Contractors
Attn: Manager, Agent, Officer
3901 Computer Drive
Raleigh, NC 27609

Bruce Spears
7605 Jenks Road
Apex, NC 27523

Bullington Construction Inc
Attn: Manager, Agent, Officer
164 American Drive
Oakboro, NC 28129

Burtch Trucking Company
Attn: Manager, Agent, Officer
605 Indian Camp Rd
Smithfield, NC 27577

Busbee Concrete Services Inc.
Attn: Manager, Agent, Officer
PO Box 106
Benson, NC 27504

C & R Tree Service, Inc.
Attn: Manager, Agent, Officer
522 North 3rd Street
Saint Pauls, NC 28384

C&B Piping Inc
Attn: Manager, Agent, Officer
PO Box 942
Leeds, AL 35094

C&C Industrial Inc.
Attn: Manager, Agent, Officer
7991 Beasley Road
Whitakers, NC 27891

Caliber Builders, LLC
Attn: Manager, Agent, Officer
3924 Browning Place
Raleigh, NC 27609

Campbell Oil Company, Inc.
Attn: Manager, Agent, Officer
PO 637
Elizabethtown, NC 28337

Canady's Heavy Truck Parts, Inc.
Attn: Manager, Agent, Officer
5779 Hwy 70 West
La Grange, NC 28551

Cape Fear Precast, LLC
Attn: Manager, Agent, Officer
PO Box 98
Jacksonville, NC 28541

Capital City Curb & Gutter, LLC
Attn: Manager, Agent, Officer
2607 Leighton Ridge Drive
Wake Forest, NC 27587

Carolina Cat
Attn: Manager, Agent, Officer
PO Box 75054
Charlotte, NC 28275-0054

Carolina Containers & Transport
Attn: Manager, Agent, Officer
3608 S. Wilmington Street
Raleigh, NC 27603

Carolina Drilling Inc.
Attn: Manager, Agent, Officer
326 Railroad Street
Mocksville, NC 27028

Carolina Environmental Contracting
Attn: Manager, Agent, Officer
PO Box 1905
Mount Airy, NC 27030

Carolina Form & Shoring Supply
Attn: Manager, Agent, Officer
PO Box 155
Eola, IL 60519

Carolina Ice Co., Inc.
Attn: Manager, Agent, Officer
2466 Old Poole Road
Kinston, NC 28504

Carolina Multifamily Construction
Attn: Manager, Agent, Officer
403 Corporate Center Dr Ste 201
Stockbridge, GA 30281

Carolina Pavement Technology, Inc
Attn: Manager, Agent, Officer
930 West Chatham Street
Cary, NC 27511

Carolina Sunrock LLC
Attn: Manager, Agent, Officer
200 Horizon Drive, Ste. 100
Raleigh, NC 27615

Carquest Auto Parts
Attn: Manager, Agent, Officer
PO Box 404875
Atlanta, GA 30384-4875

Cat Financial Services
Attn: Manager, Agent, Officer
PO Box 730681
Dallas, TX 75373

Caterpillar Financial Services Corp
Attn: Manager, Agent, Officer
2120 West End Ave
Nashville, TN 37209

CCS
Attn: Manager, Agent, Officer
5428 NC Hwy 96 W
Youngsville, NC 27596

Central Carolina Seeding Inc.
Attn: Manager, Agent, Officer
7255 US Hwy 64E
Lexington, NC 27292

CenturyLink
Attn: Manager, Agent, Officer
PO Box 2348
Seattle, WA 98111-2348

Certified Concrete Construction Inc
Attn: Manager, Agent, Officer
PO Box 91298
Raleigh, NC 27675

Certified Laboratories Division
Attn: Manager, Agent, Officer
23261 Network Place
Chicago, IL 60673

Chandler Concrete Co., Inc.
Attn: Manager, Agent, Officer
PO Box 131
Burlington, NC 27216

Chase Ink
Card Member Services
PO Box 1423
Charlotte, NC 28201-1423

Chase Sapphire
Card Member Services
PO Box 1423
Charlotte, NC 28201-1423

Childers Concrete Company
Attn: Manager, Agent, Officer
200 Wise Avenue
High Point, NC 27260

Christian Acosta
4069 County Line Road
La Grange, NC 28551

CIT
Attn: Manager, Agent, Officer
21146 Network Place
Chicago, IL 60673-1211

CITI, LLC
Attn: Manager, Agent, Officer
PO Box 33758
Charlotte, NC 28233

Citizens One Auto Finance
Attn: Manager, Agent, Officer
PO Box 42113
Providence, RI 02940-2113

City of Durham
Attn: Manager, Agent, Officer
PO Box 30041
Durham, NC 27702-3041

City of Fayetteville
Safelite Program
PO Box 742503
Cincinnati, OH 45274-2503

City of Goldsboro
Attn: Manager, Agent, Officer
200 N Center Street
Goldsboro, NC 27530

City of Greenville
Attn: Manager, Agent, Officer
200 West Fifth Street
Greenville, NC 27858

City of High Point
Attn: Manager, Agent, Officer
PO Box 230
High Point, NC 27261

City of Jacksonville
Attn: Manager, Agent, Officer
PO Box 128
Jacksonville, NC 28541

City of Raleigh
Attn: Manager, Agent, Officer
PO Box 71081
Charlotte, NC 28272-1081

City of Thomasville
Attn: Manager, Agent, Officer
10 Salem Street
Thomasville, NC 27360

City of Winston-Salem
Attn: Manager, Agent, Officer
PO Box 2511
Winston Salem, NC 27102

Civil Contracting, LLC
Attn: Matthew P. Jones, Reg. Agen
101 Preston Road
Smithfield, NC 27577

Clancy & Theys Construction Co
Attn: Manager, Agent, Officer
516 West Cabarrus Street
Raleigh, NC 27603

Clark Pavement Marking, Inc.
Attn: Manager, Agent, Officer
PO Box 1029
Apex, NC 27502

Classic Chrysler Dodge Jeep Ram
Attn: Manager, Agent, Officer
306 N. Oak Forest Road
Goldsboro, NC 27534

Clear-Con, LLC
Attn: Manager, Agent, Officer
5423 US 70 Bus W
Clayton, NC 27520

ClearElectric
Attn: Manager, Agent, Officer
PO Box 2676
Hickory, NC 28603

Clearwater, Inc
Attn: Manager, Agent, Officer
PO Box 1469
Hickory, NC 28603

Coastal Carolina Pumping Inc.
Attn: Manager, Agent, Officer
PO Box 7767
Charlotte, NC 28241

Coastal Cleaning & Grading Inc
Attn: Manager, Agent, Officer
PO Box 412
Pantego, NC 27860

Coastal Lasers Inc.
Attn: Manager, Agent, Officer
1406-1 Castle Hayne Road
Wilmington, NC 28401

Colonial Oil Industries Inc.
Attn: Manager, Agent, Officer
PO Box 744934
Atlanta, GA 30374-4934

Commercial Ready Mix Products Inc
Attn: Manager, Agent, Officer
PO Box 189
Winton, NC 27986

Concrete Pipe & Precast
Attn: Manager, Agent, Officer
210 Stone Spring Road
Harrisonburg, VA 22801

Concrete Supply Co., LLC
Attn: Manager, Agent, Officer
PO Box 890568
Charlotte, NC 28289-0568

Conequip Parts & Equipment
Attn: Manager, Agent, Officer
2712 West Avenue
Newfane, NY 14108

Conner Gwyn Schenck PLLC
Attn: Manager, Agent, Officer
3141 John Humphries Wynd Ste 10
Raleigh, NC 27612

Consolidated Pipe & Supply Co., Inc
Attn: Manager, Agent, Officer
PO Box 2153
Birmingham, AL 35287-3147

Construction Software Solutions
Attn: Manager, Agent, Officer
4195 Douglas Ave Unit 570
Sedalia, CO 80135

Cooper Electrical Constuction Co
Attn: Manager, Agent, Officer
PO Box 20282
Greensboro, NC 27420-0282

Copperhead Cove Marine, Inc.
Attn: Manager, Agent, Officer
2971 Vicky Drive
Dillon, SC 29536

CopyPro
Attn: Manager, Agent, Officer
3103 Landmark Street
Greenville, NC 27834

Cor Supply and Rental
Attn: Manager, Agent, Officer
220 Airport Road
Greenville, NC 27834

Core & Main, LP
Attn: Manager, Agent, Officer
PO Box 28330
Saint Louis, MO 63146

County of Brunswick
Attn: Manager, Agent, Officer
PO Box 249
Bolivia, NC 28422

County of Montgomery
Attn: Manager, Agent, Officer
102 East Spring Street
Troy, NC 27371

Court One
Attn: Manager, Agent, Officer
59 Craftsman Drive
Youngsville, NC 27596

Covenant Crew Construction, LLC
Attn: Manager, Agent, Officer
245 Beckwith Ave
Clayton, NC 27527

Cozart Company, Inc.
Attn: Manager, Agent, Officer
7260 Schooner Road
Bailey, NC 27807

Creative Contrete Construction
Attn: Manager, Agent, Officer
608 White Oak Pond Rd
Apex, NC 27523

Crowder Trucking
Attn: Manager, Agent, Officer
6776 St. Julian Way
Fayetteville, NC 28314

Crown Screening
Attn: Manager, Agent, Officer
PO Box 10748
Goldsboro, NC 27532

Cruz Brothers Concrete, Inc.
Attn: Manager, Agent, Officer
1572 Payne Road, Lot 75
Graham, NC 27253

CS Tree Services, Inc.
Attn: Manager, Agent, Officer
1612 Burgess Hill Court
Apex, NC 27539

CSC Awnings, Inc
Attn: Manager, Agent, Officer
3950 N. Liberty Street
Winston Salem, NC 27105

CSX Transportation, Inc.
Attn: Manager, Agent, Officer
500 Water Street (C-115)
Jacksonville, FL 32202

Cumberland County Tax Collector
Attn: Manager, Agent, Officer
117 Dick Street, Rm 530
Fayetteville, NC 28301

Curtin Co
Attn: Manager, Agent, Officer
11900 Goodrich Drive
Charlotte, NC 28273

D&A Lincoln's Trucking
Attn: Manager, Agent, Officer
PO Box 48416
Cumberland, NC 28331

D&J Sand and Gravel Inc
Attn: Manager, Agent, Officer
226 Old Grantham Road
Goldsboro, NC 27530

Daigh Company, Inc.
Attn: Manager, Agent, Officer
84 Buford Dam Road
Cumming, GA 30040

Daniel Zepeda Cossio
131 Bridgers Road
Princeton, NC 27569

Datagroup Technologies, Inc.
Attn: Manager, Agent, Officer
100 Fox Haven Drive
Greenville, NC 27858

David McConnell White
1520 Crenshaw Point
Wake Forest, NC 27587

Davidson and Jones Construction
Attn: Manager, Agent, Officer
1207 Front Street, Ste. 200
Raleigh, NC 27609

De Lage Landen Financial Services
Attn: Manager, Agent, Officer
1111 Old Eagle School Rd
Wayne, PA 19087

Dean's Inc.
Attn: Manager, Agent, Officer
3200 Northside Drive
Raleigh, NC 27615

Dean's Wrecker Service, Inc.
Attn: Manager, Agent, Officer
6901 Old Wake Forest Road
Raleigh, NC 27616

DeLage Landen Financial
Attn: Manager, Agent, Officer
PO Box 41602
Philadelphia, PA 19101-1602

Dell Business Credit
Attn: Manager, Agent, Officer
PO Box 5275
Carol Stream, IL 60197-5275

Delta Contracting, Inc.
Attn: Manager, Agent, Officer
580 Trollingwood Road
Haw River, NC 27258

Denton Contracting
Attn: Manager, Agent, Officer
2916 Nahunta Rd
Pikeville, NC 27863

Digiacomo Land Surveying PLLC
Attn: Manager, Agent, Officer
4845 Frankie Road
Fuquay Varina, NC 27526

Dillard's Tree Service LLC
Attn: Manager, Agent, Officer
6862 Brookbank Rad
Summerfield, NC 27358

Dillon Supply Co
Attn: Manager, Agent, Officer
PO Box 896595
Charlotte, NC 28289-6595

Directional Services, Inc.
Attn: Manager, Agent, Officer
PO Box 385
Hope Mills, NC 28348

Dixon Paving and Milling, Inc.
Attn: Manager, Agent, Officer
PO Box 598
Zebulon, NC 27597

Double R Vending Inc.
Attn: Manager, Agent, Officer
2624 Hamlin Road
Durham, NC 27704

Draper Aden Associates
Attn: Manager, Agent, Officer
1030 Wilmer Ave
Richmond, VA 23227

Driven Contractors
Attn: Manager, Agent, Officer
701 W. Dr. Martin Luther King Jr Dr
Maxton, NC 28364

Duke Realty
Attn: Manager, Agent, Officer
8001 T W Alexander Drive
Raleigh, NC 27617

Dun-Right Services Inc.
Attn: Manager, Agent, Officer
1516 West Palmetto Street
Florence, SC 29501

DWB Speed & Custom, LLC
Attn: Manager, Agent, Officer
1176 Gibson Branch Road
Maysville, NC 28555

E R Lewis Construction Co Inc.
Attn: Manager, Agent, Officer
PO Box 565
Greenville, NC 27835

E S Chachi Concrete, LLC
Attn: Manager, Agent, Officer
4423 Pine Need Lane
Sophia, NC 27350

E. Zurdo Trucking, Inc.
Attn: Manager, Agent, Officer
302 Indian Trail
Wendell, NC 27591

Eagle Rock 50, LLC
2nd Floor 21 York Place
2900 Highwoods Blvd
Raleigh, NC 27604

Eagle Rock Concrete LLC
Attn: Manager, Agent, Officer
8311 Bandford Way Ste. 007
Raleigh, NC 27615

Earthtec of NC Inc.
Attn: Manager, Agent, Officer
PO Box 130
Sanford, NC 27331

East Coast Drilling & Blasting Inc.
Attn: Manager, Agent, Officer
481 Airport Rd
Louisburg, NC 27549

Eastern Access & Security LLC
Attn: Manager, Agent, Officer
5488 Gilbert School Rd
Grifton, NC 28530

Eastern Earthscapes & Construction
Attn: Manager, Agent, Officer
3109 NC Hwy 222 E
Stantonsburg, NC 27883

Eastern NC Underground Inc
Attn: Manager, Agent, Officer
96 Red Angus Drive
Smithfield, NC 27577

ECLS Global Inc.
Attn: Manager, Agent, Officer
PO Box 1029
Coats, NC 27521

EcoTurf Inc
Attn: Manager, Agent, Officer
PO Box 91505
Raleigh, NC 27675

Edwards Inc.
Attn: Manager, Agent, Officer
3530 US 421 North
Wilmington, NC 28401

Efrain Herrera
105 Spring Drive
Dudley, NC 28333

EJ USA, Inc.
Attn: Manager, Agent, Officer
PO Box 644873
Pittsburgh, PA 15264-4873

Electrical Contracting Svcs of NC
Attn: Manager, Agent, Officer
7630 US Hwy 117 N
Fremont, NC 27830

Ellington Contractors Inc.
Attn: Manager, Agent, Officer
4617 Zebulon Road
Zebulon, NC 27597

Ellington Digital Forensics, LLC
Attn: Manager, Agent, Officer
PO Box 1202
Wake Forest, NC 27587

Engs Commercial Finance Co.
Attn: Manager, Agent, Officer
PO Box 128
Itasca, IL 60143

Enhanced Protective Industrial Coa
Attn: Manager, Agent, Officer
PO Box 38338
Greensboro, NC 27438

Enterprise Fleet Management, Inc.
Attn: Manager, Agent, Officer
PO Box 800089
Kansas City, MO 64180

Environmental Conservation Lab
Attn: Manager, Agent, Officer
10775 Central Port Drive
Orlando, FL 32824

EPC Material Placement LLC
Attn: Manager, Agent, Officer
1000 Duncan Farm Rd
Siler City, NC 27344

EquipmentWatch
Attn: Manager, Agent, Officer
24653 Network Place
Chicago, IL 60673-1246

Eric Torres
9400 Triston Court
Kenly, NC 27542

Erosion Control Solutions LLC
Attn: Manager, Agent, Officer
10340 Globe Road
Morrisville, NC 27560

Erosion Supply Company
Attn: Manager, Agent, Officer
PO Box 125
Jensen Beach, FL 34958

Etowah Explosives LLC
Attn: Manager, Agent, Officer
PO Box 3081
Cartersville, GA 30120

Evelyn Baysden Trucking Inc.
Attn: Manager, Agent, Officer
PO Box 799
Gloucester, VA 23061

Evoqua Water Technologies LLC
Attn: Manager, Agent, Officer
2650 Tallevast Rd
Sarasota, FL 34243

Excel Concrete Cutting Inc.
Attn: Manager, Agent, Officer
8801 Durant Nixon Road
Linden, NC 28356

Excel Hose & Hydraulics
Attn: Manager, Agent, Officer
PO Box 848
Farmville, VA 23901

Extra Duty Solutions
Attn: Manager, Agent, Officer
1 Waterview Drive Ste 101
Shelton, CT 06484

Extra Space Management Inc.
Attn: Manager, Agent, Officer
2795 E. Cottonwood Pkwy #400
Salt Lake City, UT 84121

F and S Land Management, LLC
Attn: Manager, Agent, Officer
439 Eva James Road
Warsaw, NC 28398

F&S Grading Company, LLC
Attn: Manager, Agent, Officer
439 Eva James Road
Warsaw, NC 28398

Faidley Consulting and Investments
Attn: Manager, Agent, Officer
920 NW 132 Avenue
Sunrise, FL 33325

Falcon Engineering, Inc.
Attn: Manager, Agent, Officer
PO Box 4309
Cary, NC 27519

FastMed Urgent Care
Attn: Manager, Agent, Officer
935 Shotwell Rd., Ste. 108
Clayton, NC 27520-5598

Faulconer Construction Co
Attn: Manager, Agent, Officer
2496 Old Ivy Road
Charlottesville, VA 22903

Fayetteville PWC
Attn: Manager, Agent, Officer
955 Old Wilmington Rd
Fayetteville, NC 28302

FEI
Attn: Manager, Agent, Officer
PO Box 8774
Greensboro, NC 27419

Ferguson Enterprises
Attn: Manager, Agent, Officer
PO Box 100289
Atlanta, GA 30384-0286

Ferguson Enterprises, Inc.
Attn: Manager, Agent, Officer
190 North Oberlin Ave
Lakewood, NJ 08701

First Citizens Bank
Attn: Manager, Agent, Officer
Mail Code CLN82
Raleigh, NC 27603

First Citizens Bank
Attn: Manager, Agent, Officer
PO Box 63068
Charlotte, NC 28263-3068

First Citizens Bank & Trust Co
Attn: Manager, Agent, Officer
PO Box 25187
Raleigh, NC 27611-5187

First Citizens Credit Card
Attn: Manager, Agent, Officer
PO Box 63001
Charlotte, NC 28263-3001

First Financial Holdings, LLC
Attn: Manager, Agent, Officer
750 The City Drive S., Ste. 300
Orange, CA 92868

First Horizon
Attn: Manager, Agent, Officer
1 Corporate Drive, Ste. 360
Lake Zurich, IL 60047-8945

Fitzgerald Truck Parts
Attn: Manager, Agent, Officer
1225 Livingston Hwy
Byrdstown, TN 38549

Fogleman Landfill
Attn: Manager, Agent, Officer
4005 Intermere Road
Durham, NC 27704

Ford Companies, Inc.
Attn: Manager, Agent, Officer
35 Syphrona Circle
Clayton, NC 27527

Forever Clean Portable Toilets, Inc
Attn: Manager, Agent, Officer
116 West Academy Street
Fuquay Varina, NC 27526

Fortiline, Inc.
Attn: Manager, Agent, Officer
PO Box 744053
Atlanta, GA 30384-4053

Fourth Elm Construction LLC
Attn: Manager, Agent, Officer
408 E. Mountain Street
Kernersville, NC 27824

Fred Adams Paving Co., Inc.
Attn: Manager, Agent, Officer
PO Box 227
Morrisville, NC 27560

Fredy Valencia Guzman
439 Old Jason Rd
La Grange, NC 28551

Freeman Concrete Co Inc
Attn: Manager, Agent, Officer
PO Box 402
Rocky Point, NC 28457

Frye Fence Co., Inc.
Attn: Manager, Agent, Officer
3221 Durham Drive, Ste. 115
Raleigh, NC 27603

Fulcher Electric of Fayetteville
Attn: Manager, Agent, Officer
PO Box 2799
Fayetteville, NC 28302

G Civil Erosion Control LLC
Attn: Manager, Agent, Officer
703 Anson Street
Wilson, NC 27893

Gaines Oil Company
Attn: Manager, Agent, Officer
PO Box 421
Goldston, NC 27252

Garcia's Masonry
Attn: Manager, Agent, Officer
156 W. Shaw Mill Road
Saint Pauls, NC 28384

Garley Rebar, LLC
Attn: Manager, Agent, Officer
PO Box 836
Smithfield, NC 27577

Garris Grading & Paving, Inc.
Attn: Manager, Agent, Officer
5950 Gay Road
Farmville, NC 27828

Garrison Enterprises, Inc.
Attn: Manager, Agent, Officer
211 West Elmer Road
Vineland, NJ 08360

Gaskins Design Group Inc.
Attn: Manager, Agent, Officer
420 W. Hanrahan Road
Grifton, NC 28530

GATS Investments, LLC
Attn: Manager, Agent, Officer
135 Buckthorn Court
Mount Gilead, NC 27306

Geneva Capital
Attn: Manager, Agent, Officer
1311 Broadway Street
Alexandria, MN 56308

GeoInnovation, PC
Attn: Manager, Agent, Officer
402 Jewell Point
Wilmington, NC 28411

George's Body Shop
Attn: Manager, Agent, Officer
175 Claridge Nursery Road
Goldsboro, NC 27530

Geotechnics Inc.
Attn: Manager, Agent, Officer
544 Braddock Ave
East Pittsburgh, PA 15112

GETSCo, Inc.
Attn: Manager, Agent, Officer
PO Box 159
Middlesex, NC 27557

Global Crane Services
Attn: Manager, Agent, Officer
PO Box 18624
Greensboro, NC 27419

Global Industrial
Attn: Manager, Agent, Officer
29833 Network Place
Chicago, IL 60673-1298

GM Financial
Attn: Manager, Agent, Officer
PO Box 78143
Phoenix, AZ 85062-8143

Gomez & Son's Construction Inc.
Attn: Manager, Agent, Officer
147 Meghan Circle
Selma, NC 27576

Gomez & Sons Construction, LLC
Attn: Manager, Agent, Officer
375 Madison Avenue
Princeton, NC 27569

Gon & Clark Group, LLC
Attn: Manager, Agent, Officer
29 Reilly Court
Metuchen, NJ 08840

Goodall Brazier Ltd.
Attn: Manager, Agent, Officer
Leeds UK LS1 4BN
ENGLAND

Goshen Medical Center Inc
Attn: Manager, Agent, Officer
PO Box 187
Faison, NC 28341-0187

GPAC, LLC
Attn: Manager, Agent, Officer
116 W. 69 Street Ste 200
Sioux Falls, SD 57108

Grahams Construction Inc.
Attn: Manager, Agent, Officer
27278 Andrew Jackson Hwy E, Ste. D
Delco, NC 28436

GreatAmerica Financial Services
Attn: Manager, Agent, Officer
PO Box 660831
Dallas, TX 75266-0831

Green Resource LLC
Attn: Manager, Agent, Officer
PO Box 429
Colfax, NC 27235

Greenville Utilities Commission
Attn: Manager, Agent, Officer
PO Box 1432
Charlotte, NC 28201-1432

Gregory Poole Equipment Co.
Attn: Manager, Agent, Officer
PO Box 60457
Charlotte, NC 28260

Gregory Poole Equipment Co.
Attn: Manager, Agent, Officer
4807 Beryl Road
Raleigh, NC 27606

Griffeth Auto Glass Surfside Inc.
Attn: Manager, Agent, Officer
203 Cilmar Court
Hampstead, NC 28443

Guadalupe Gonzalez-Pineda
122 Nuggett Drive
Dudley, NC 28333

Gulley's Backhoe Service LLP
Attn: Manager, Agent, Officer
108 Rossell Park Circle
Garner, NC 27529

Gutierrez Asphalt Company
Attn: Manager, Agent, Officer
5041 Derry Down Lane
Apex, NC 27539

H&A Directional Boring, LLC
Attn: Manager, Agent, Officer
225 Sheep Rock Rd
Snow Camp, NC 27349

Hall's Tree Service
Attn: Manager, Agent, Officer
977 Ellis Road
Lumber Bridge, NC 28357

Hanes Geo Components
Attn: Manager, Agent, Officer
PO Box 60984
Charlotte, NC 28260

HCSS
Attn: Manager, Agent, Officer
PO Box 734695
Dallas, TX 75373-4695

HDR Engineering Inc of the Carol
Attn: Manager, Agent, Officer
PO Box 74008202
Chicago, IL 60674-8202

Heavy Equipment Leasing of NC
Attn: Manager, Agent, Officer
101 Preston Road
Smithfield, NC 27577

Heidelberg Materials Southeast
Attn: Manager, Agent, Officer
300 East John Carpenter Freeway
Irving, TX 75062

Herc Rentals, Inc.
Attn: Manager, Agent, Officer
PO Box 936257
Atlanta, GA 31193-6257

Heritage Transportation Company
Attn: Manager, Agent, Officer
PO Box 2115
Albemarle, NC 28002

Highland Paving Co LLC
Attn: Manager, Agent, Officer
PO Box 1843
Fayetteville, NC 28302

Highland Tank LLC
Attn: Manager, Agent, Officer
PO Box 645620
Pittsburgh, PA 15264-5620

Hilco Transport, Inc.
Attn: Manager, Agent, Officer
PO Box 6307
Hermitage, PA 16148-0923

Hinnant's Electrical Service LLC
Attn: Manager, Agent, Officer
313 Parkins Drive
Emerald Isle, NC 28594

Hoke Emergency Group PC
Attn: Manager, Agent, Officer
210 Medical Pavilion Drive
Raeford, NC 28376

Hurley Backhoe Services, Inc.
Attn: Manager, Agent, Officer
116 Rock Hill Drive
Star, NC 27356

HydroExcavators LLC
Attn: Manager, Agent, Officer
2095 Plunkett Rd
Conyers, GA 30012

Imperium Global Search Ltd
Sedulo, Ground Floor
St. Paul's House, 23 Park Square
Leeds UNITED KINGDOM

Insight Branding
Finance Department
4173 Raphael Street
Covington, GA 30014

Insightsoftware, LLC
Attn: Manager, Agent, Officer
8529 Six Forks Road, Ste. 400
Raleigh, NC 27615

Internal Revenue Service
Attn: Manager, Agent, Officer
PO Box 7346
Philadelphia, PA 19101-7346

Intragrade
Attn: Manager, Agent, Officer
4617 Zebulon Road
Zebulon, NC 27597

J & A Utilities LLC
Attn: Manager, Agent, Officer
169 Madison Avenue
Princeton, NC 27569

J & N Hauling, LLC
Attn: Manager, Agent, Officer
109 May Drive
Smithfield, NC 27577

J&M Executive Leasing LLC
Attn: Manager, Agent, Officer
PO Box 790448
Saint Louis, MO 63179-0448

J.R. Hoe & Sons, Inc.
Attn: Manager, Agent, Officer
PO Box1737
Middlesboro, KY 40965

James L. Morgan Trucking Inc.
Attn: Manager, Agent, Officer
2090 Turkey Trap Rd SW
Supply, NC 28462

James Rd Stump Dump
Attn: Manager, Agent, Officer
420 James Road
Clemmons, NC 27012

James River Equipment
Attn: Manager, Agent, Officer
PO Box 745475
Atlanta, GA 30374-5475

Jarco Supply LLC
Attn: Manager, Agent, Officer
PO Box 688
Youngsville, NC 27596

JENNS, LLC
Attn: Manager, Agent, Officer
1809 Colwell Ave
Wilmington, NC 28403

Jeremy Smith
118 Crosswinds Drive
Goldsboro, NC 27530

Jernigan Oil Company
Attn: Manager, Agent, Officer
PO Box 688
Ahoskie, NC 27910

John Deere Financial
Attn: Manager, Agent, Officer
PO Box 4450
Carol Stream, IL 60197

John R. Adams Co., Inc.
Attn: CT Corporation Sys, Reg Agent
160 Mine Lake Court, Ste 200
Raleigh, NC 27615

Jones and Associates
Attn: Manager, Agent, Officer
4966 Old Tar Road
Winterville, NC 28590

Jose E. Sanchez
203 Big Daddy's Rd
Pikeville, NC 27863

JRT Asphalt LLC
Attn: Manager, Agent, Officer
104 Harvest Lane
Goldsboro, NC 27530

JSC Enterprises, LLC
Attn: Manager, Agent, Officer
PO Box 857
Goldsboro, NC 27533

JSC Holdings, LLC
Attn: HLG Agent, LLC, Reg. Agent
701 Corporate Center Dr Ste 250
Raleigh, NC 27607

JSC Holdings, LLC
Attn: Manager, Agent, Officer
PO Box 857
Goldsboro, NC 27533

Juan Rodriguez Sanchez
109 Nuggett Drive
Dudley, NC 28333

Juan Sandoval Carrasco
1709 Harrell Street
Goldsboro, NC 27530

JWC Environmental Inc.
Attn: Manager, Agent, Officer
2850 S. Red Hill Ave, Ste. 125
Santa Ana, CA 92705

Jymco Construction Company
Attn: Manager, Agent, Officer
1586 Yelverton Grover Road
Smithfield, NC 27577

Kaufman Trailers of NC
Attn: Manager, Agent, Officer
702B N Silver Street
Lexington, NC 27292

KCI Associates of North Carolina
Attn: Manager, Agent, Officer
PO Box 791479
Baltimore, MD 21279-1479

Keith Grading and Hauling Inc.
Attn: Manager, Agent, Officer
51 Morning Chase Lane
Clayton, NC 27527

Kennedy Water Works
Attn: Manager, Agent, Officer
125 6th Street, Suite 100
Mount Laurel, NJ 08054

Kevin Battle Trucking
Attn: Manager, Agent, Officer
PO Box 801
Greenville, NC 27835

King Tutt Graphics
Attn: Manager, Agent, Officer
1113 Transport Drive
Raleigh, NC 27603

Knapheide Truck Equipment
Attn: Manager, Agent, Officer
3613 Jones Sausage Road
Garner, NC 27529

Komatsu Financial
Attn: Manager, Agent, Officer
PO Box 99303
Chicago, IL 60693

Komatsu Financial Limited Part
Attn: Manager, Agent, Officer
8770 West Bryn Mawr Ave Ste 100
Chicago, IL 60631

Komatsu Financial Limited Part
Attn: Manager, Agent, Officer
8771 West Bryn Mawr Ave Ste 100
Chicago, IL 60631

Komatsu Financial Limited Part
Attn: Manager, Agent, Officer
8772 West Bryn Mawr Ave Ste 100
Chicago, IL 60631

Komatsu Financial Limited Part
Attn: Manager, Agent, Officer
8773 West Bryn Mawr Ave Ste 100
Chicago, IL 60631

Komatsu Financial Limited Part
Attn: Manager, Agent, Officer
8774 West Bryn Mawr Ave Ste 100
Chicago, IL 60631

L.G. Jordan Oil Co., Inc.
Attn: Manager, Agent, Officer
PO Box 220
Apex, NC 27502

L.L. Vann Electric, Inc.
Attn: Manager, Agent, Officer
833 Purser Drive
Raleigh, NC 27603

LabCorp
Attn: Manager, Agent, Officer
PO Box 12140
Burlington, NC 27216-2140

Land Levelers LLC
Attn: Manager, Agent, Officer
PO Box 916
Morrisville, NC 27560

Larry C. Parker
106 Fort Street
Pikeville, NC 27863

Leaf
Attn: Manager, Agent, Officer
PO Box 5066
Hartford, CT 06102-5066

Lehigh Hanson
Attn: Manager, Agent, Officer
PO Box 412345
Boston, MA 02241-2345

Lemon's Backhoe & Loader Servic
Attn: Manager, Agent, Officer
PO Box 422
Troy, NC 27371

Lennar Companies
Attn: Manager, Agent, Officer
1100 Perimeter Park Dr Ste 112
Morrisville, NC 27560

Linder Industrial Machinery
Attn: Manager, Agent, Officer
PO Box 743637
Atlanta, GA 30374-3637

Lindsay Precast LLC
Attn: Manager, Agent, Officer
PO Box 580
Franklinton, NC 27525

LKC Engineering, PLLC
Attn: Adam P. Kiker, Reg. Agent
140 Aqua Shed Court
Aberdeen, NC 28315

LMJ Pavement Marking LLC
Attn: Manager, Agent, Officer
76 Oak Fern Lane
Willow Spring, NC 27592

Lucas Pavement Maintenance & C
Attn: Manager, Agent, Officer
1101 Diane Blvd
Kinston, NC 28504

Luna's Welding & Construction LLC
Attn: Manager, Agent, Officer
1429 W Hanrahan Rd
Ayden, NC 28513

Mac Jones Construction LLC
Attn: Manager, Agent, Officer
PO Box 610
Pine Level, NC 27568

Mac-Con Concrete Construction In
Attn: Manager, Agent, Officer
PO Box 1689
Clayton, NC 27528

Mack Industries
Attn: Manager, Agent, Officer
PO Box 936468
Atlanta, GA 31193-6468

Mainline Construction, LLC
Attn: Manager, Agent, Officer
332 Potters Hill Rd
Richlands, NC 28574

Mangum's
Attn: Manager, Agent, Officer
PO Box 7177
Wilson, NC 27895

Mangum's Towing and Road Service
Attn: Manager, Agent, Officer
2811 Yukon Road
Wilson, NC 27893

Marco Lopez Perez
1839 N. McCullen Road
Faison, NC 28341

Margarito Maldonado-Morales
425 Chelsea Drive
Snow Hill, NC 28580

Markham, Mitchell & Stroud, PLLC
Attn: Ralph D. Stroud, Jr.
PO Box 10788
Goldsboro, NC 27532

Marks Clearing and Grading, Inc
Attn: Tyler Marks, Reg. Agent
5537 Watkins Road
Wendell, NC 27591

Marshall's Construction Asphalt
Attn: Manager, Agent, Officer
3983 W. Old Spring Hope Road
Nashville, NC 27856

Martin Marietta
Attn: Manager, Agent, Officer
PO Box 935043
Atlanta, GA 31193-5043

Marvin Joseph Beaman, Jr.
1240 O'Berry Road
Mount Olive, NC 28365

Matthew K. Lilly
Bradley Arant Boult Cummings LLP
214 North Tryon Street 3700
Charlotte, NC 28202-1078

MC Turrone, Inc.
Attn: Manager, Agent, Officer
PO Box 403
Simpson, NC 27879

McDavid Associates, Inc.
Attn: Manager, Agent, Officer
PO Drawer 49
Farmville, NC 27828

McGriff Insurance Services Inc
Attn: Manager, Agent, Officer
214 N Tryon Street 46
Charlotte, NC 28202

McLamb Development, LLC
Attn: Manager, Agent, Officer
PO Box 105
Smithfield, NC 27577

Mecklenburg Restoration, LLC
Attn: Manager, Agent, Officer
4012 N. Graham Street
Charlotte, NC 28206

Mercer Transportation Co.
Attn: Manager, Agent, Officer
PO Box 644011
Pittsburgh, PA 15264-4011

Metalcrafters of Wayne Co Inc.
Attn: Manager, Agent, Officer
584 Isaac Smith Road
Goldsboro, NC 27530

METCON
Attn: Manager, Agent, Officer
3050 Hammond Business Place
Raleigh, NC 27603

MHC Kenworth-Clinton
Attn: Manager, Agent, Officer
PO Box 879269
Kansas City, MO 64187-9269

Michael Page International, Inc.
Attn: 392604
500 Ross Street 154-0460
Pittsburgh, PA 15262-0001

Micro-Comm Inc
Attn: Manager, Agent, Officer
15895 S. Pflumm Rd
Olathe, KS 66062

Mike Oehler Trucking, Inc.
Attn: Manager, Agent, Officer
12310 Jimmy Oehler Road
Charlotte, NC 28269

MKH Search Limited
71-75 Shelton Street
London, Greater London WC2H 9JQ
UNITED KINGDOM

Mobile Mini Inc
Attn: Manager, Agent, Officer
4646 E Van Buren St., Ste 400
Phoenix, AZ 85008

Monteith Construction Corp.
Attn: N. John Monteith, Reg. Agent
208 Princess Street
Wilmington, NC 28401

Mr. Rooter Plumbing of Pitt & Wake
Attn: Manager, Agent, Officer
4735 J Reedy Branch Rd
Winterville, NC 28590

Nash County Tax Collector
Attn: Manager, Agent, Officer
120 W Washington Street Ste 2058
Nashville, NC 27856

National Equipment Dealers LLC
Dept 720049
PO Box 1335
Charlotte, NC 28201-1335

National Trench Safety
Attn: Manager, Agent, Officer
PO Box 750963
Houston, TX 77275-0963

NAWIC
c/o Custom Building Co
PO Box 781
Greenville, NC 27835

NC Department of Revenue
Office Serv. Div, Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

NC Department of Transportation
Attn: Manager, Agent, Officer
1 S. Wilmington Street
Raleigh, NC 27601

NC Earthworks Inc
Attn: Manager, Agent, Officer
4221 NC 11 North
Greenville, NC 27834

NC Elite Contracting LLC
Attn: Manager, Agent, Officer
175 Batten Pond Rd
Selma, NC 27576

NCCU
Attn: Manager, Agent, Officer
616 E. Lawson Street
Durham, NC 27701

NCDPS Central Engineering
Attn: Manager, Agent, Officer
2020 Yonkers Road
Raleigh, NC 27699

Nehrenz Enterprises
Attn: Manager, Agent, Officer
7001 Cedric Drive
Raleigh, NC 27603

Neuse Colony Association Inc
Attn: Manager, Agent, Officer
112 Jasmine Drive
Clayton, NC 27527

New Atlantic Contracting Inc
Attn: Manager, Agent, Officer
2635 Reynolds Road
Winston Salem, NC 27106

New Field Inc
Attn: Manager, Agent, Officer
10451 Dow-Gil Road
Ashland, VA 23005

Next Level Cleaning Services
Attn: Manager, Agent, Officer
PO Box 30822
Greenville, NC 27833

NextCare North Carolina
Attn: Manager, Agent, Officer
PO Box 843833
Los Angeles, CA 90084-3833

Nickelston Industries, Inc.
Attn: Manager, Agent, Officer
PO Box 83
Lawsonville, NC 27022

Nixon Contracting
Attn: Manager, Agent, Officer
5072 Glendale Road
Kenly, NC 27542

Noble Oil Services
Attn: Manager, Agent, Officer
PO Box 4419
Sanford, NC 27331

Norman Retaining Walls
Attn: Manager, Agent, Officer
117 Trackside Road
Troutman, NC 28166

NWR Construction, LLC
Attn: Manager, Agent, Officer
127 Scaleybark Rd
Charlotte, NC 28209

NYC Underground Construction Inc.
Attn: Manager, Agent, Officer
106 East Health Ave
Smithfield, NC 27577

Oldcastle Precast Inc.
Attn: Manager, Agent, Officer
PO Box 402721
Atlanta, GA 30384-2721

On-Site Hose Inc.
2nd Floor 21 York Place
1001-102 Goodworth Road
Apex, NC 27539

Optum Bank
Attn: Manager, Agent, Officer
12921 S Vista Station Blvd
Draper, UT 84020

Orlando Villapando
109 Nuggett Drive
Dudley, NC 28333

Ormond Energy
Attn: Manager, Agent, Officer
9535 US 70
Princeton, NC 27569

PA Turnpike Toll By Plate
Attn: Manager, Agent, Officer
PO Box 645631
Pittsburgh, PA 15264-5254

PAB Logistics LLC
Attn: Manager, Agent, Officer
PO Box 536801
Pittsburgh, PA 15253-6800

Pacific Trucking Inc.
Attn: Manager, Agent, Officer
1110 Navaho Drive Ste 107
Raleigh, NC 27609

Paul D. Williams
PO Box 1385
Dunn, NC 28335

Paveway Systems Inc.
Attn: Manager, Agent, Officer
114 Indian Lakes Lane
Florahome, FL 32140

Peggy Person
3750 NC Highway 111 N
Pikeville, NC 27863

Penhall Company
Attn: Manager, Agent, Officer
PO Box 842911
Los Angeles, CA 90084-2911

Pete Duty & Associates
Attn: Manager, Agent, Officer
2219 Leah Drive
Hillsborough, NC 27278

Phelps Tree Service, Inc.
Attn: Manager, Agent, Officer
320 Furlough Road
Creswell, NC 27928

Piedmont Automation, Inc
Attn: Manager, Agent, Officer
154 Kapp Street
Winston Salem, NC 27105

Pineville West
Attn: Manager, Agent, Officer
23 Waltrus Drive
Clayton, NC 27527

Pinion Grading and Clearing Inc
Attn: Manager, Agent, Officer
1390 Langdon Road
Angier, NC 27501

Pipeline Restoration Services
Attn: Manager, Agent, Officer
1725 Corcus Ferry Road
Hampstead, NC 28443

Pirtek Sound End
Attn: Manager, Agent, Officer
3401 Saint Vardell Lane, Ste. K
Charlotte, NC 28217

PNC Bank
Attn: Manager, Agent, Officer
PO Box 3180
Pittsburgh, PA 15230-3180

PNC Commercial Loan
Attn: Manager, Agent, Officer
PO Box 340777
Pittsburgh, PA 15230-7777

PNC Credit Card
Attn: Manager, Agent, Officer
PO Box 3180
Pittsburgh, PA 15230-3180

PNC Equipment Finance
Attn: Manager, Agent, Officer
PO Box 94931
Cleveland, OH 44101-4931

PNC Equipment Finance, LLC
Attn: Manager, Agent, Officer
995 Dalton Avenue
Cincinnati, OH 45203

Powertrain Products
Attn: Manager, Agent, Officer
2501 Route 73 South
Cinnaminson, NJ 08077

Precast Solutions
Attn: Manager, Agent, Officer
PO Box 127
Browns Summit, NC 27214

Precision Earth & Pipe LLC
Attn: Manager, Agent, Officer
2000 Brentwood Rd Unit #9
Raleigh, NC 27604

Preston H. Roberts, Inc.
DBA CJGeo/Concrete Jack
3402 Acorn Street, Ste. 101
Williamsburg, VA 23188

ProClean Property Management
Attn: Manager, Agent, Officer
PO Box 617
Tarboro, NC 27886

Professional Touch
Attn: Manager, Agent, Officer
31 Brook Meadow
La Grange, NC 28551

ProSite, LLC
Attn: Manager, Agent, Officer
675 Ervin Farm Rd
Mooresville, NC 28115

Protecs
Attn: Manager, Agent, Officer
5110 Campus Drive
Plymouth Meeting, PA 19462

Public Works Commission
PWC Operations Complex
955 Old Wilmington Road
Fayetteville, NC 28301

Purpose Driven Seeding & Mulchin
Attn: Manager, Agent, Officer
1337 Brayboy Rd
Rowland, NC 28383

Quality Asphalt Service Inc
Attn: Manager, Agent, Officer
PO Box 1170
Coats, NC 27521

Quality Oil Company LLC
Attn: Manager, Agent, Officer
PO Box 2736
Winston Salem, NC 27102

Quality Pavement Repair
Attn: Manager, Agent, Officer
PO Box 930134
Atlanta, GA 31193-0134

R. Lee Robertson, Jr.
Robertson & Associates, PA
2730 East W T Harris Blvd #101
Charlotte, NC 28213

Ragland Productions
Attn: Manager, Agent, Officer
250 West Main Street
Clayton, NC 27520

Rah Trucking
Attn: Manager, Agent, Officer
2432 Impatien Drive
Charlotte, NC 28215

RailPros Field Services, Inc.
Attn: Manager, Agent, Officer
1320 Greenway Drive, Ste. 490
Irving, TX 75038

Rain for Rent
Attn: Manager, Agent, Officer
4350 Golf Acres Drive
Charlotte, NC 28208

Raleigh Office 1, LLC
Attn: Manager, Agent, Officer
150 Greenwich Street, FL 52
New York, NY 10007-2446

RamTool Construction Supply Co
Attn: Manager, Agent, Officer
PO Box 743487
Atlanta, GA 30374-3487

Ranger Engineering Consulting Inc
Attn: Manager, Agent, Officer
3111 N. Caden Ct., Ste. 200
Flagstaff, AZ 86004

Raul Tolentino Andres
102 Burl Drive
Princeton, NC 27569

Razorback Boring, Inc.
Attn: Manager, Agent, Officer
PO Box 1010
Morrisville, NC 27560

Ready Mix Concrete Company
Argos USA LLC
PO Box 733134
Dallas, TX 75373-3134

Ricasha, Inc.
Attn: Manager, Agent, Officer
PO Box 1771
Robbinsville, NC 28771

RoadSafe Traffic Systems, Inc.
Attn: Manager, Agent, Officer
8750 W Bryn Mawr Ave #400
Chicago, IL 60631

Roadworks Construction Company
Attn: Manager, Agent, Officer
5401 Buckwood Drive
Apex, NC 27539

Rob's Hydraulics, Inc.
Attn: Manager, Agent, Officer
PO Box 636
Grimesland, NC 27837

Roberto Lopez Avila
570 Bogue Road
Fremont, NC 27830

Robinsons Water Works
Attn: Manager, Agent, Officer
196 Johnnie Smith Road
Deep Run, NC 28525

Rodrigo Castaneda-Garcia
408 Lucky Oak Rd
Goldsboro, NC 27530

Rogers Tapping Service
Attn: Manager, Agent, Officer
2808 Connector Drive
Wake Forest, NC 27587

Ronald Moore
326 Crantock Road
Smithfield, NC 27577

Ruppert Companies
Attn: Manager, Agent, Officer
23601 Laytonsville Road
Laytonsville, MD 20882

Ruston Paving Company, Inc.
Attn: Manager, Agent, Officer
3874 South Alston Ave, Ste. 101
Durham, NC 27713

S & S Contracting and Landscaping
Attn: Manager, Agent, Officer
6349 River Road
Fuquay Varina, NC 27526

S & W Ready Mix Concrete Co
Attn: Manager, Agent, Officer
PO Box 930266
Atlanta, GA 31193-0266

S&ME, Inc.
Attn: Manager, Agent, Officer
PO Box 277523
Atlanta, GA 30384-7523

S.T. Wooten Corporation
Attn: Manager, Agent, Officer
PO Box 2408
Wilson, NC 27893

Sadler Landscaping, LLC
Attn: Manager, Agent, Officer
8122 NC Hwy 32 S
Plymouth, NC 27962

Saf-Cut Concrete Cutting, Inc.
Attn: Manager, Agent, Officer
1317-108 Kirkland Road
Raleigh, NC 27603

Samet Corporation
Attn: Manager, Agent, Officer
309 Gallimore Dairy Rd Ste 102
Greensboro, NC 27409

Samson Storm and Sewer
Attn: Manager, Agent, Officer
PO Box 1196
Benson, NC 27504

Second Wind Consultants
Attn: Manager, Agent, Officer
136 West Street
Northampton, MA 01060

Secure Traffic Control Inc.
Attn: Manager, Agent, Officer
102 E. Heath Ave
Smithfield, NC 27577

Seegars Fence Co of Raleigh
Attn: Manager, Agent, Officer
PO Box 98206
Raleigh, NC 27624

Seegars Fence Co. - Greensboro
Attn: Manager, Agent, Officer
PO Box 19406
Greensboro, NC 27419

Servando Castaneda-Herrera
2546 Indian Springs Rd
Dudley, NC 28333

Sharpe Business Systems
Attn: Manager, Agent, Officer
Dept AT 40322
Atlanta, GA 31192-0322

Sharpe Co.
Attn: Manager, Agent, Officer
PO Box 90028
Charlotte, NC 28290

Shaun Lakey Excavating LLC
Attn: Manager, Agent, Officer
309 Johnson Farm Rd
Hiddenite, NC 28636

Shawmine LLC
Attn: Manager, Agent, Officer
PO Box 3167
Wilmington, NC 28406

Shelco
Attn: Manager, Agent, Officer
3600 Glenwood Ave., Ste. 300
Raleigh, NC 27612

Shelley McPhatter
1520 Crenshaw Point
Wake Forest, NC 27587

Sherwin Williams
Attn: Manager, Agent, Officer
101 West Prospect Ave
Cleveland, OH 44115

Simmons Public Utility Site Work
Attn: Manager, Agent, Officer
6545 Dothan Road
Tabor City, NC 28463

Site Shots LLC
Attn: Manager, Agent, Officer
2515 Straford Crossing Rd
Winston Salem, NC 27103

Sitebox Storage
Attn: Manager, Agent, Officer
4340 S West Street
Wichita, KS 67217

SiteOne Landscape Supply Inc.
Attn: Manager, Agent, Officer
300 Colonial Center Parkway, #600
Roswell, GA 30076

SiteOne Landscape Supply LLC
Attn: Manager, Agent, Officer
24110 Network Place
Chicago, IL 60673-1241

Skyrock Construction LLC
Attn: Manager, Agent, Officer
1000 Olde Milburnie Rd., Ste. A
Raleigh, NC 27604

Slurry Pavers, Inc.
Attn: Manager, Agent, Officer
3617 Nine Mile Road
Richmond, VA 23223

Smelcer Contractor Inc.
Attn: Manager, Agent, Officer
3209 Boone Trail
Fayetteville, NC 28306

Smith Brothers Gas Co.
Attn: Manager, Agent, Officer
PO Box 219
Magnolia, NC 28453

Smith Terry Johnson & Windle
Attn: Manager, Agent, Officer
11525 N Community House Rd #425
Charlotte, NC 28277

Smith-Midland
Attn: Manager, Agent, Officer
654 Freeway
Reidsville, NC 27320

Smith-Rowe, LLC
Attn: Manager, Agent, Officer
639 Old US 52 South
Mount Airy, NC 27030

Smithfield Sign Design, Inc.
Attn: Manager, Agent, Officer
331 Peedin Road
Smithfield, NC 27577

Soilworks Inc.
Attn: Manager, Agent, Officer
1109 Sumter Court
Salisbury, NC 28144

Soule Law Firm PLLC
Attn: Manager, Agent, Officer
PO Box 97552
Raleigh, NC 27624

Southern Auto Parts
Attn: Manager, Agent, Officer
101 NW Railroad Street
Pikeville, NC 27863

Southern Sign of NC
Attn: Manager, Agent, Officer
119 Carriage Road
Goldsboro, NC 27534

Southern Stone and Block LLC
Attn: Manager, Agent, Officer
120 East Morehouse Ave
Mooresville, NC 28117

Spence Water Systems
Attn: Manager, Agent, Officer
1407 Rhem Street
Kinston, NC 28501

Square Solutions LLC
Attn: Manager, Agent, Officer
125 Sambar Deer Lane
Garner, NC 27529

Stafford Land Company, Inc.
Attn: Manager, Agent, Officer
246 Valleyvield Lane
Southern Pines, NC 28387

Stamford International LTD
Montacs, Intl House, Kingsfield Ct
Chester Business House, CH4 9RF
UNITED KINGDOM

State Electric Supply Company
Attn: Manager, Agent, Officer
2010 2nd Avenue
Huntington, WV 25703

Stay Alert
Attn: Manager, Agent, Officer
PO Box 467
Kernersville, NC 27285-0467

Stay Safe Traffic Control, LLC
Attn: Manager, Agent, Officer
2027 West Garner Road
Garner, NC 27529

Stone Throwers LLC
Attn: Manager, Agent, Officer
504 Olive Branch Road
Durham, NC 27703

Stormwater Concepts Inc
Attn: Manager, Agent, Officer
4441-106 Six Forks Road #278
Raleigh, NC 27609

Strickland Waterproofing Co., Inc.
Attn: Manager, Agent, Officer
500 North Hoskins Road
Charlotte, NC 28216

Subsurface Construction Company
Attn: Manager, Agent, Officer
1107 Fuller Street
Raleigh, NC 27603

Summit Design and Engineering
Attn: Manager, Agent, Officer
320 Executive Court
Hillsborough, NC 27278

Sunbelt Rentals, Inc.
Attn: Manager, Agent, Officer
PO Box 409211
Atlanta, GA 30384-9211

Super Cast Inc
Attn: Manager, Agent, Officer
PO Box 1894
Goldsboro, NC 27534

Superior Concrete
Attn: Manager, Agent, Officer
5351 Reedy Branch Rd
Winterville, NC 28590

Superior Plus Propane
Attn: Manager, Agent, Officer
1870 Winston Road South Ste200
Rochester, NY 14618

Surveying Solutions, P.C.
Attn: Manager, Agent, Officer
307 East Main Street
Youngsville, NC 27596

Suttles Surveying, P.A.
Attn: Manager, Agent, Officer
40 S. Main Street Ste 200
Marion, NC 28752

SW Promotions
Attn: Manager, Agent, Officer
601-A North James Street
Goldsboro, NC 27530

Synergi Partners Inc.
Attn: Manager, Agent, Officer
PO Box 5599
Florence, SC 29502-5599

T-Mobile
Attn: Manager, Agent, Officer
PO Box 37380
Albuquerque, NM 87176-4380

T.D. Goodwin Construction
Attn: Manager, Agent, Officer
PO Box 3462
Greenville, NC 27836

TA Loving Company
Attn: Manager, Agent, Officer
PO Drawer 919
Goldsboro, NC 27533

Takeuchi Financial Services
Bank of the West
PO Box 7167
Pasadena, CA 91109-7167

TamRon's Hauling, Grading/Landscape
Attn: Manager, Agent, Officer
51 Lou Court
Willow Spring, NC 27592

Tarheel Concrete
Attn: Manager, Agent, Officer
PO Box 67
Warsaw, NC 28398

Tarheel Tooling & Precision Mach
Attn: Manager, Agent, Officer
PO Box 1063
Smithfield, NC 27577

TBI Trucking
Attn: Manager, Agent, Officer
PO Box 128
Ayden, NC 28513

TCA Durham Logistics Center
Attn: Manager, Agent, Officer
440 S. Church Street Ste 800
Charlotte, NC 28202

Team Work Safety, LLC
Attn: Manager, Agent, Officer
1006B N Bragg Blvd Ste 194
Spring Lake, NC 28390

Tech USA LLC
Attn: Manager, Agent, Officer
8334 Veterans Highway
Millersville, MD 21108

Terracon
Attn: Manager, Agent, Officer
PO Box 959673
Saint Louis, MO 63195-9673

The Car Park
Attn: Manager, Agent, Officer
PO Box 781
Raleigh, NC 27602

The East Group, PA
Attn: Manager, Agent, Officer
324 Evans Street
Greenville, NC 27858

The Erosion Company, LLC
Attn: Manager, Agent, Officer
3207 South Cherokee Lane
Woodstock, GA 30188

The John R McAdams Company
Attn: Manager, Agent, Officer
621 Hillsborough Street Ste 500
Raleigh, NC 27603

The Wooten Company
Attn: Manager, Agent, Officer
300 S. Main Street
Winston Salem, NC 27101

Thomas Concrete of Carolina, Inc.
Attn: Manager, Agent, Officer
DEPT AT 952698
Atlanta, GA 31192-2698

Thomas Construction
Attn: Manager, Agent, Officer
1022 Ashes Drive Ste 200
Wilmington, NC 28405

Thompson-Arthur Division
Attn: Manager, Agent, Officer
PO Box 21088
Greensboro, NC 27420-1088

Tina Smith
118 Crosswinds Drive
Goldsboro, NC 27530

Tom Cat Trucking, Inc.
Attn: Manager, Agent, Officer
4162 Kivett Drive
Jamestown, NC 27282

Tom E. Chestnut & Son, LLC
Attn: Manager, Agent, Officer
PO Box 2972
Shallotte, NC 28459

Town of Apex
Attn: Manager, Agent, Officer
73 Hunter Street
Apex, NC 27502

Town of Cary
Attn: Manager, Agent, Officer
316 North Academy
Cary, NC 27513

Town of Faison
Attn: Manager, Agent, Officer
PO Box 365
Faison, NC 28341-0365

Town of Farmville
Attn: Manager, Agent, Officer
PO Box 86
Farmville, NC 27828

Town of Holly Springs
Attn: Manager, Agent, Officer
128 South Main Street
Holly Springs, NC 27540

Town of Knightdale
Attn: Manager, Agent, Officer
950 Steeple Square Court
Knightdale, NC 27545

Town of Magnolia
Attn: Manager, Agent, Officer
PO Box 459
Magnolia, NC 28453

Town of Middlesex
Attn: Manager, Agent, Officer
PO Box 69
Middlesex, NC 27557

Town of Mount Olive
Attn: Manager, Agent, Officer
114 East James Street
Mount Olive, NC 28365

Town of Pikeville
Attn: Manager, Agent, Officer
105 W School Street
Pikeville, NC 27863

Town of Princeton
Attn: Manager, Agent, Officer
503 Doctor Donnie H Jones Dr BlvW
Princeton, NC 27569

Town of Selma
Attn: Manager, Agent, Officer
114 N. Raiford Street
Selma, NC 27576

Town of Smithfield
Attn: Manager, Agent, Officer
PO Box 761
Smithfield, NC 27577

Town of St. Pauls
Attn: Manager, Agent, Officer
210 W Blue Street
Saint Pauls, NC 28384

Town of Windsor
Attn: Manager, Agent, Officer
PO Box 508
Windsor, NC 27983

Town of Zebulon
Attn: Manager, Agent, Officer
1003 N. Arendell Ave
Zebulon, NC 27597

Traffic Control Safety Services Inc
Attn: Manager, Agent, Officer
PO Box 24511
Winston Salem, NC 27114

Transaxle, LLC
Attn: Manager, Agent, Officer
PO Box 825382
Philadelphia, PA 19182-5382

Trejo Construction LLC
Attn: Manager, Agent, Officer
2130 Gurganus Road
Snow Hill, NC 28580

Trench Drain Supply
Attn: Manager, Agent, Officer
5621 Raby Road
Norfolk, VA 23502

Trew Backflow Testing & Irrigation
Attn: Manager, Agent, Officer
1531 Rains Crossroads
Princeton, NC 27569

Tri-State Utilities
Attn: Manager, Agent, Officer
2111 Smith Avenue
Chesapeake, VA 23320

Triangle Area Earth Corporation
Attn: Manager, Agent, Officer
336 Deton Lane
Zebulon, NC 27597

Triangle Pond Management, LLC
Attn: Manager, Agent, Officer
PO Box 61207
Raleigh, NC 27661

Triple AAA Portable Toilets
Attn: Manager, Agent, Officer
5779 Manlley Smith Road
Nakina, NC 28455

Tripp Auto and Cycle Sales, Inc.
Attn: Manager, Agent, Officer
5823 NC 33E
Grimesland, NC 27837

Tripp Bro's Inc.
Attn: Manager, Agent, Officer
PO Box 128
Ayden, NC 28513

Truist Bank
Attn: Manager, Agent, Officer
PO Box 896024
Charlotte, NC 28289-6024

Truist Equipment Finance Corp
Attn: Manager, Agent, Officer
PO Box 4418
Atlanta, GA 30302

Turf Services, LLC
Attn: Manager, Agent, Officer
403 Pickens Drive
Goldsboro, NC 27530

Unifirst Corporation
Attn: Manager, Agent, Officer
PO Box 650481
Dallas, TX 75265-0481

United Rentals
Attn: Manager, Agent, Officer
PO Box 100711
Atlanta, GA 30384-0711

Universal Search Group Limited
2nd Floor, 21 York Place
Leeds LS1 2EX
UNITED KINGDOM

US Standard Products
Attn: Manager, Agent, Officer
PO Box 5509
Englewood, NJ 07631

Utilities Conservation Company
Attn: Manager, Agent, Officer
PO Box C
North East, MD 21901

Vance-Granville Community College
Attn: Manager, Agent, Officer
210 W. Ridgeway Street
Warrenton, NC 27589

Vermeer All Roads
Attn: Manager, Agent, Officer
925 Merritt Blvd
Dundalk, MD 21222

Vernon Stapleton
549 Siloam Lane
South Shore, KY 41175

Vertical Walls, Inc.
Attn: Manager, Agent, Officer
710 W. Lane Street
Raleigh, NC 27603

Vision NC
Attn: Manager, Agent, Officer
7424 ACC Blvd., Ste. 106
Raleigh, NC 27617

Vortex Drainage Systems, LLC
Attn: Manager, Agent, Officer
1113 Fairview Street
Durham, NC 27707

Vulcan Construction Materials, LLC
Attn: Manager, Agent, Officer
PO Box 75219
Charlotte, NC 28275

W W Landscaping Inc
Attn: Manager, Agent, Officer
4403 NC 122 S
Macclesfield, NC 27852

Wade Moore Equipment Co
Attn: Manager, Agent, Officer
9712 Dorval Avenue
Upper Marlboro, MD 20772

Wake County Tax Collector
Attn: Manager, Agent, Officer
P.O. Box 2331
Raleigh, NC 27602

Wake Stone Corporation
Attn: Manager, Agent, Officer
PO Box 190
Knightdale, NC 27545

Wall Recycling, LLC
Attn: Manager, Agent, Officer
PO Box 749566
Atlanta, GA 30374-9566

Walter Heilig Trucking
Attn: Manager, Agent, Officer
12815 Old Beatty Ford Road
Rockwell, NC 28138

Ward and Smith, P.A.
Attn: Manager, Agent, Officer
PO Box 867
New Bern, NC 28563-0867

Water & Waste Systems Construc
Attn: Manager, Agent, Officer
14 Apothecary Court
Garner, NC 27529

Water Works, Inc.
Kennedy Culvert & Supply
125 Sixth Avenue, Ste. 100
Mount Laurel, NJ 08054

Waterproofing Specialities, Inc.
Attn: Manager, Agent, Officer
8086 Waterford Drive
Stanley, NC 28164

Watson Electrical Construction Co
Attn: Manager, Agent, Officer
1500 Charleston St SE
Wilson, NC 27893

Wayne County Tax Collector
Attn: Manager, Agent, Officer
224 E. Walnut Street
Goldsboro, NC 27530

Wayne Grissett
1001 Russtown Road NW
Ocean Isle Beach, NC 28469

Weaver Trucking LLC
Attn: Manager, Agent, Officer
PO Box 985
Angier, NC 27501

Wells Fargo Bank, N.A.
Attn: Manager, Agent, Officer
800 Walnut Street
Des Moines, IA 50309

Wells Fargo Bank, NA
Equipment & Vendor Finance
PO Box 77101
Minneapolis, MN 55480-7101

Wells Fargo Dealer Services
Attn: Manager, Agent, Officer
PO Box 17900
Denver, CO 80217-0900

West Lawn & Landscaping LLC
Attn: Manager, Agent, Officer
284 Reedy Creek Road
Four Oaks, NC 27524

Westfield Insurance Company
Attn: Manager, Agent, Officer
PO Box 5001
Westfield Center, OH 44251

Wex Bank
Attn: Manager, Agent, Officer
PO Box 6293
Carol Stream, IL 60197-6293

WG Lewis Trucking, Inc.
Attn: Manager, Agent, Officer
PO Box 7081
High Point, NC 27264

White Cap, L.P.
Attn: Manager, Agent, Officer
PO Box 4852
Orlando, FL 32802-4852

White's International
White/Herring Tractor & Truck
PO Box 3817
Wilson, NC 27895

White's Tractor & Truck
Attn: Manager, Agent, Officer
PO Box 3817
Wilson, NC 27895

Whitehurst Sand Company
Attn: Manager, Agent, Officer
233 Woodville Road
Hertford, NC 27944

Wiarcom, Inc.
Attn: Manager, Agent, Officer
6001 Savoy Drive, Ste. 202
Houston, TX 77036

William Parrish Plumbing Inc
Attn: Manager, Agent, Officer
504 Lewis Drive
Carolina Beach, NC 28428

Williams Land Clearing Grading
Attn: Manager, Agent, Officer
PO Box 41671
Raleigh, NC 27629

Williams Mullen
Attn: Manager, Agent, Officer
PO Box 800
Richmond, VA 23218-0800

Williams Scotsman, Inc.
Attn: Manager, Agent, Officer
901 S Bond Street, Ste. 600
Baltimore, MD 21231

Willoughby 2000, PLLC
Attn: Manager, Agent, Officer
PO Box 2255
Davidson, NC 28036

Wilson Clearing & Mulching
Attn: Manager, Agent, Officer
5948 New Hope Church Road
Wade, NC 28395

Windel Terry Bimbo Construction Law
Attn: Don Terry
150 Milestone Way, Suite C
Greenville, SC 29615

Xylem Dewatering Solutions, Inc.
Attn: Manager, Agent, Officer
26717 Network Place
Chicago, IL 60673-1267

Young Construction Company, Inc.
Attn: Manager, Agent, Officer
2808 Connector Drive
Wake Forest, NC 27587

Zachary Construction
Attn: Manager, Agent, Officer
8870 Westgate Drive
Raleigh, NC 27617

Zachary Industrial
Attn: Manager, Agent, Officer
200 Regency Forest Drive
Cary, NC 27518