**SO ORDERED.**

**SIGNED this 20 day of October, 2023.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION**

**IN RE:**

| | |
|---|---|
| **JSMITH CIVIL, LLC,** | **CASE NO. 23-02734-5-JNC** |
| | **CHAPTER 11** |
| **DEBTOR.** | |

**ORDER ALLOWING MOTION TO SHORTEN RESPONSE DEADLINE
AND REQUEST FOR EXPEDITED HEARING ON MOTION FOR APPROVAL
OF PUBLIC SALE OF PERSONAL PROPERTY FREE AND CLEAR
OF CLAIMS, LIENS, ENCUMBRANCES, AND INTERESTS**

**THIS MATTER** coming before the Court upon the Motion to Shorten Response Deadline and Request for Expedited Hearing on Motion for Approval of Public Sale of Personal Property Free and Clear of Claims, Liens, Encumbrances, and Interests [D.E. 75] (the "Motion") filed by the Debtor JSMITH CIVIL, LLC (the "Debtor") and, upon the grounds set forth therein, the Motion and the relief requested therein should be granted.

**IT IS THEREFORE ORDERED** that the time to file an objection or other response to the Motion for Confirmation and Approval of Lease, Use, and Occupancy of Property (the "Lease Motion") is shortened to **November 6, 2023, at 5:00 p.m. ET** (the "Response Deadline"). In the event a timely response to the Lease Motion is filed, a hearing to consider the matter will be held on **November 7, 2023, at 10:00 a.m. ET** (the "Hearing") at the United States Bankruptcy Court for the Eastern District of North Carolina, Randy D. Doub Courthouse, 150 Reade Circle, Greenville, North Carolina 27858. No further notice of the Hearing will be given. If no response is filed by the Response Deadline, the relief sought in the Lease Motion will be granted ex parte and the Hearing will be canceled.

**END OF DOCUMENT**