# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NEW BERN DIVISION

| | | |
|---|---|---|
| | ) | |
| In re | ) | **CHAPTER 11** |
| | ) | |
| **JSmith Civil LLC** | ) | **CASE NO. 23-02734-5-JNC** |
| | ) | |
| **DEBTOR.** | ) | |
| | ) | |

## CLIENT DISCLOSURE STATEMENT

**COMES NOW** Westfield Insurance Company ("Westfield"), by and through its undersigned counsel, and submits this *Client Disclosure Statement* as a supplement in support of the *Notice of Special Appearance* for S. Marc Buchman [Doc. No. 43]. Purusant to Local Rule 2090-1(c) and Fed. R. Bankr. P. 7007.1, Westfield makes the following disclosures:

- Westfield Parent Corporation(s): Ohio Farmers Insurance Company.

- Publicly Held Corporation(s) Owning 10% or More of Westfield Stock: N/A

Respectfully submitted,

**MANIER & HEROD, P.C.**

/s/ Jeffrey S. Price
Jeffrey S. Price (NC Bar No. 42590)

/s/ S. Marc Buchman
S. Marc Buchman (by special appearance)

1201 Demonbreun St., Suite 900
Nashville, TN 37203
T: (615) 742-0030
F: (615) 242-4203
jprice@manierherod.com
mbuchman@manierherod.com

*Counsel for Westfield Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, the foregoing document was served on all parties registered to receive electronic notice in this case via the Court's ECF system.

/s/ Jeffrey S. Price
Jeffrey S. Price