# Wake Superior Court

## Case Summary

### Case No. 22CVS015003-910

**JSMITH CIVIL LLC VS BARNHILL CONTRACTING CO** §        Location: **Wake Superior Court**
§        Filed on: **11/29/2022**

---

## Case Information

Case Type:    General Civil Action
Case Status:    **11/29/2022**    **Pending**

File Date    11/29/2022
**Filed By** JSMITH CIVIL LLC
           BARNHILL CONTRACTING CO
           TRAVELERS CASUALTY & SURETY CO OF AMERICA
    **Filed Against** ACEF-HSR 400H LLC
**Cause of Action**
CV - Claim of Lien
    **Description/Remedy**
    Action
    Action - 2022-11-29

File Date    11/29/2022
**Filed By** JSMITH CIVIL LLC
           BARNHILL CONTRACTING CO
           TRAVELERS CASUALTY & SURETY CO OF AMERICA
    **Filed Against** ACEF-HSR 400H LLC
**Cause of Action**
CV - Contract
    **Description/Remedy**
    Action
    Action - 2022-11-29

File Date    11/29/2022
**Filed By** JSMITH CIVIL LLC
           BARNHILL CONTRACTING CO
           TRAVELERS CASUALTY & SURETY CO OF AMERICA
    **Filed Against** ACEF-HSR 400H LLC
**Cause of Action**
CV - Money Owed
    **Description/Remedy**
    Action
    Action - 2022-11-29

File Date    11/29/2022
**Filed By** JSMITH CIVIL LLC
           BARNHILL CONTRACTING CO
           TRAVELERS CASUALTY & SURETY CO OF AMERICA
    **Filed Against** ACEF-HSR 400H LLC
**Cause of Action**
CV - Real Property / Title
    **Description/Remedy**
    Action
    Action - 2022-11-29

EXHIBIT 1

## Assignment Information

**Current Case Assignment**
Case Number   22CVS015003-910
Court         Wake Superior Court
Date Assigned 11/29/2022

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **JSMITH CIVIL LLC** | Terry, Don R.<br>*Retained* |
| | *Alias* BRIDGEPOINT CIVIL | |
| **Defendant** | **ACEF-HSR 400H LLC** | Pro Se |
| | C/O CORP SERVICE REG AGT<br>2626 GLENWOOD AVE STE 550<br>RALEIGH, NC 27608 | **COLTRAIN, KEITH E.**<br>*Retained* |
| | **BARNHILL CONTRACTING CO** | Pro Se |
| | SPRUILLCO LLC REG AGT<br>301 FAYETTEVELLE ST STE 1900<br>RALEIGH, NC 27601 | **COLTRAIN, KEITH E.**<br>*Retained* |
| | **TRAVELERS CASUALTY & SURETY CO OF AMERICA** | **COLTRAIN, KEITH E.**<br>*Retained* |
| | MIKE CAUSEY, STATUTORY AGENT<br>1201 MAIL SERVICE CENTER<br>RALEIGH, NC 27699 | Pro Se |

## Causes of Action

11/29/2022   **Cause of Action** CV - Real Property / Title (Action - 2022-11-29)
             Filed By   JSMITH CIVIL LLC
             Filed Against
               BARNHILL CONTRACTING CO; TRAVELERS CASUALTY & SURETY CO OF AMERICA; ACEF-HSR 400H LLC
             Action Type   Action

11/29/2022   **Cause of Action** CV - Money Owed (Action - 2022-11-29)
             Filed By   JSMITH CIVIL LLC
             Filed Against
               BARNHILL CONTRACTING CO; TRAVELERS CASUALTY & SURETY CO OF AMERICA; ACEF-HSR 400H LLC
             Action Type   Action

11/29/2022   **Cause of Action** CV - Contract (Action - 2022-11-29)
             Filed By   JSMITH CIVIL LLC
             Filed Against
               BARNHILL CONTRACTING CO; TRAVELERS CASUALTY & SURETY CO OF AMERICA; ACEF-HSR 400H LLC
             Action Type   Action

11/29/2022   **Cause of Action** CV - Claim of Lien (Action - 2022-11-29)
             Filed By   JSMITH CIVIL LLC
             Filed Against
               BARNHILL CONTRACTING CO; TRAVELERS CASUALTY & SURETY CO OF AMERICA; ACEF-HSR 400H LLC
             Action Type   Action

## Case Events

| | | |
|---|---|---|
| 12/13/2023 | 📄 Case Management - Notice<br>    Created: 12/13/2023 9:10 AM | |
| 03/01/2023 | 📄 Answer<br>    *Travelers Casualty and Surety Company of America Answer*<br>    Created: 03/03/2023 9:48 AM | Index # 5 |
| 03/01/2023 | 📄 Answer<br>    *Barnhill Contracting Company's Answer*<br>    Created: 03/03/2023 9:46 AM | Index # 4 |
| 03/01/2023 | 📄 Motion to Dismiss<br>    *Motion to Dismiss*<br>    Created: 03/03/2023 9:46 AM | |
| 03/01/2023 | 📄 Notice of Appearance<br>    *Notice of Appearance of Counsel*<br>    Created: 03/03/2023 9:00 AM | Index # 3 |
| 03/01/2023 | 📄 Notice of Appearance<br>    *Notice of Appearance of Counsel*<br>    Created: 03/03/2023 8:57 AM | Index # 2 |
| 03/01/2023 | 📄 Notice of Appearance<br>    *Notice of Appearance of Counsel*<br>    Created: 03/02/2023 3:22 PM | Index # 1 |
| 11/29/2022 | Complaint<br>CV - Contract : Action - 2022-11-29<br>CV - Money Owed : Action - 2022-11-29<br>CV - Claim of Lien : Action - 2022-11-29<br>CV - Real Property / Title : Action - 2022-11-29<br>    Created: 11/29/2022 12:00 AM | |
| 11/29/2022 | Reg Summons<br>    Against: Defendant BARNHILL CONTRACTING CO<br>CV - Contract : Action - 2022-11-29<br>    Created: 11/29/2022 12:00 AM | |
| 11/29/2022 | Reg Summons<br>    Against: Defendant TRAVELERS CASUALTY & SURETY CO OF AMERICA<br>CV - Contract : Action - 2022-11-29<br>    Created: 11/29/2022 12:00 AM | |
| 11/29/2022 | Reg Summons<br>    Against: Defendant ACEF-HSR 400H LLC<br>CV - Contract : Action - 2022-11-29<br>    Created: 11/29/2022 12:00 AM | |

## Financial Information

| | | |
|---|---|---:|
| | **Plaintiff**    JSMITH CIVIL LLC | |
| | Total Financial Assessment | 200.00 |
| | Total Payments and Credits | 200.00 |
| | **Balance Due as of 12/18/2023** | **0.00** |
| 12/07/2022 | Transaction Assessment | 16.00 |
| 12/07/2022 | Transaction Assessment | 4.00 |

| 12/07/2022 | Transaction Assessment | | 0.95 |
|---|---|---|---|
| 12/07/2022 | Transaction Assessment | | 179.05 |
| 12/07/2022 | Courthouse Payment | Receipt # A525501 | (200.00) |