**SO ORDERED.**

**SIGNED this 3 day of January, 2024.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### NEW BERN DIVISION

----------------------------------------------------------- x
In re:                                                     :
                                                           :    Chapter 11
JSMITH CIVIL, LLC                                          :
                                                           :    Case No.: 23-02734-5-JNC
                              Debtor.                      :
                                                           :
----------------------------------------------------------- x

## ORDER GRANTING BARNHILL CONTRACTING COMPANY'S
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon Barnhill Contracting Company's ("Barnhill") Motion for Relief from the Automatic

Stay ("Motion for Relief from Stay")[1]; and the Court having jurisdiction to consider the Motion

for Relief from Stay, and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and

it appearing that due and adequate notice of the Motion for Relief from Stay has been given under

the circumstances; and the Court having considered the Motion for Relief from Stay and the entry

_____

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms
in the Motion for Relief from Stay.

of this Order and determined that the relief requested therein is in the best interests of the parties; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    For the reasons set forth in the Motion for Relief from Stay, and any hearing thereon, the Motion for Relief from Stay is GRANTED to allow Barnhill to assert counterclaims against the Debtor in the Arbitration.

2.    To the extent the Arbitrator, upon consideration and reconciliation of Debtor's claims and Barnhill's claims (including without exclusion setoff claims), issues a final award granting Barnhill recovery of funds from Debtor, Barnhill shall have an allowed unsecured claim for said amount in this bankruptcy case.

3.    Notwithstanding any applicable rule or chambers procedures, the terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

4.    This Court retains its jurisdiction to interpret, implement, and enforce the provisions of this Order.

**END OF DOCUMENT**