UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

JSMITH CIVIL, LLC,   CASE NO. 23-02734-5-JNC
   CHAPTER 11
   DEBTOR.

## AMENDMENT TO SUMMARY OF ASSETS AND LIABILITIES AND SCHEDULE E/F

**NOW COMES** the Debtor JSMITH CIVIL, LLC (the "Debtor"), by and through undersigned counsel of record, and files the following Amendment to Schedule E/F, as follows:

1. SUMMARY OF ASSETS AND LIABILITIES
   See attached Exhibit A.

2. SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS

Part 2: Creditor with NONPRIORITY Unsecured Claim
Debtor adds the following creditor to Schedule F:

**Non-priority creditor's name and mailing address**:

David Lee Lawson, LLC
Attn: Manager, Agent, Officer
2081 Piney Grove Road
Kernersville NC 27284

**Amount of Claim**: $45,890
**Account No.**: Unknown

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **JSmith Civil, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | 23-02734-5 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................    $    **18,930.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................    $    **17,434,208.21**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................    $    **17,453,138.21**

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **22,956,867.55**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **10,573,542.15**

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                          $    **33,530,409.70**

EXHIBIT

A

## DECLARATION

I, Jeremy A. Smith, President/Manager of the Debtor, have examined the information provided amending the Summary of Assets and Liabilities and Schedules E/F, and declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

DATE:                                                         JSMITH CIVIL, LLC

                                                              _____
                                                              Jeremy A. Smith, President/Manager

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is, and at all times hereinafter mentioned was, more than eighteen years of age and on this day, he served a copy of the foregoing **AMENDMENT TO SUMMARY OF ASSETS AND LIABILITIES AND SCHEDULE E/F** electronically via CM/ECF, notification of which was remitted to all of the CM/ECF participants in the above-captioned bankruptcy proceeding.

The undersigned further certifies that on this day, he served a copy of the foregoing, NOTICE OF CHAPTER 11 BANKRUPTCY CASENOTICE OF and PROOF OF CLAIM FORM on the following non-CM/ECF participants by depositing a copy of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

| | |
|---|---|
| JSmith Civil, LLC<br>Attn: Jeremy A. Smith, Manager<br>Post Office Box 857<br>Goldsboro, North Carolina 27530<br>*Debtor in Possession* | David Lee Lawson, LLC<br>Attn: Manager, Agent, Officer<br>2081 Piney Grove Road<br>Kernersville NC 27284 |

Executed this, the 9th day of September, 2024.

s/Joseph Z. Frost
JOSEPH Z. FROST, NCSB No. 44387
BUCKMILLER, BOYETTE & FROST, PLLC