**SO ORDERED.**

**SIGNED this 6 day of November, 2025.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

| | |
|---|---|
| IN RE: | |
| JSMITH CIVIL, LLC, | CASE NO. 23-02734-5-JNC |
| | CHAPTER 11 |
| DEBTOR. | |

## ORDER SUSTAINING OBJECTION TO CLAIM OF WESTFIELD INSURANCE COMPANY

**THIS MATTER** coming before the Court on the Limited Objection to Claim of Westfield Insurance Company [D.E. 480] (the "Limited Objection to Claim") filed by the Debtor JSMITH CIVIL, LLC (the "Debtor"), seeking entry of an Order, pursuant to § 502 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3007, allowing the proof of claim, Claim No. 41 (collectively, the "POC" or the "Claim"), filed by Claimant WESTFIELD INSURANCE COMPANY ("Claimant") in an amount not greater than the sum of $45,000,000.00, consistent with the terms and provisions of the Settlement and Release Agreement (the "Westfield Settlement Agreement") between the Debtor and Claimant, which was approved by this Court pursuant to the

Order Allowing Motion for Global Settlement and Compromise with Westfield Insurance Company [D.E. 421] (the "Settlement Order") (the Westfield Settlement Agreement and the Settlement Order are collectively referred to herein as, the "Westfield Global Settlement"), and incorporated into the Order Confirming Plan of Reorganization [D.E. 425] (the "Confirmation Order") confirming the Plan of Reorganization [D.E. 297] (the "Plan") (the Plan and the Confirmation Order are collectively referred to herein as, the "Confirmed Plan").

Adequate and proper notice of the Objection to Claim was provided by the Debtor and, despite receiving the same, Claimant did not respond to, or otherwise oppose the relief sought by the Debtor in, the Objection to Claim.

Based upon the record, good cause shown, and upon the bases set forth in the Objection to Claim, the relief sought by should be sustained and the POC be allowed as a general unsecured claim in an amount equal to the sum of $45,000,000.00 in accordance with the previously-approved Westfield Global Settlement.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** as follows:

1. The Limited Objection to Claim is hereby **SUSTAINED**; and

2. The proof of claim, Claim No. 41 filed by Claimant WESTFIELD INSURANCE COMPANY shall be allowed as a general unsecured claim in the above-captioned bankruptcy proceeding in an amount equal to the sum of $45,000,000.00.

**END OF DOCUMENT**